IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GEORGE D. McCARLEY,         )
         )
     Plaintiff,         )
v.         )    CASE NO. 3:06-cv-0091-MEF
         )
KPMG INTERNATIONAL,         )
         )
     Defendant.         )

---------------------------------------------------

GEORGE D. McCARLEY,         )
         )
     Plaintiff,         )
v.         )    CASE NO. 3:06-cv-0092-MEF
         )
TIM FLYNN, Chairman of KMPG,         )
Auditor for HSBC         )
         )
     Defendant.         )

---------------------------------------------------

GEORGE D. McCARLEY,         )
         )
     Plaintiff,         )
v.         )    CASE NO. 3:06-cv-0093-MEF
         )
HOUSEHOLD FINANCE         )
CORPORATION, III         )
         )
     Defendant.         )

---------------------------------------------------

GEORGE D. McCARLEY,         )
         )
     Plaintiff,         )
v.         )    CASE NO. 3:06-cv-0094-MEF
         )
J. D. O'TOOLE, in his capacity as         )
President of HSBC Gr. Corp.,         )
         )
     Defendant.         )

---------------------------------------------------

GEORGE D. McCARLEY,                              )
                                                 )
          Plaintiff,                             )
                                                 )
v.                                               )     CASE NO. 3:06-cv-0095-MEF
                                                 )
KENNETH H. ROBIN, Legal Counsel for              )
HSBC Finance Corporation,                        )
                                                 )
          Defendant.                             )
---------------------------------------------------

GEORGE D. McCARLEY,                              )
                                                 )
          Plaintiff,                             )
                                                 )
v.                                               )     CASE NO. 3:06-cv-0096-MEF
                                                 )
ALAN W. JEBSON, in his capacity as               )
Group Chief Operating Officer for HSBC           )
Finance Corporation,                             )
                                                 )
          Defendant.                             )
---------------------------------------------------

GEORGE D. McCARLEY,                              )
                                                 )
          Plaintiff,                             )
                                                 )
v.                                               )     CASE NO. 3:06-cv-0097-MEF
                                                 )
THOMAS M. DETELICH, President of                 )
HSBC Mortgage Services, Inc.                     )
                                                 )
          Defendant.                             )
---------------------------------------------------

GEORGE D. McCARLEY,                              )
                                                 )
          Plaintiff,                             )
                                                 )
v.                                               )     CASE NO. 3:06-cv-0098-MEF
                                                 )
SIDDHARTH N. (Bobby) MEHTA,                      )
                                                 )
          Defendant.                             )

2

---------------------------------------------------

GEORGE D. McCARLEY,                    )
                                       )
        Plaintiff,                     )
v.                                     )        CASE NO. 3:06-cv-0099-MEF
                                       )
WILLIAM F. ALDINGER, III,              )
                                       )
        Defendant.                     )

---------------------------------------------------

GEORGE D. McCARLEY,                    )
                                       )
        Plaintiff,                     )
v.                                     )        CASE NO. 3:06-cv-0100-MEF
                                       )
GARY R. ESPOSITO,                      )
                                       )
        Defendant.                     )

---------------------------------------------------

GEORGE D. McCARLEY,                    )
                                       )
        Plaintiff,                     )
v.                                     )        CASE NO. 3:06-cv-0101-MEF
                                       )
HSBC FINANCE CORPORATION,              )
                                       )
        Defendant.                     )

---------------------------------------------------

GEORGE D. McCARLEY,                    )
                                       )
        Plaintiff,                     )
v.                                     )        CASE NO. 3:06-cv-0102-MEF
                                       )
HSBC GR. CORP.,                        )
                                       )
        Defendant.                     )

---------------------------------------------------

GEORGE D. McCARLEY,                    )
                                       )
        Plaintiff,                     )

3

v.                                    )    CASE NO. 3:06-cv-0103-MEF
                                      )
HOUSEHOLD INTERNATIONAL, INC.,        )
                                      )
        Defendant.                    )
-----------------------------------------------------
GEORGE D. McCARLEY,                   )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )    CASE NO. 3:06-cv-0104-MEF
                                      )
HSBC MORTGAGE SERVICES, INC.,         )
                                      )
        Defendant.                    )
-----------------------------------------------------
GEORGE D. McCARLEY,                   )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )    CASE NO. 3:06-cv-0105-MEF
                                      )
DAVID DEW, Senior Vice President of   )
Group Audit for HSBC Finance Corp.,   )
                                      )
        Defendant.                    )
-----------------------------------------------------


# **O R D E R**

It is hereby ORDERED that:

1. The above-referenced cases are consolidated for further proceedings, Case No. 3:06-cv-091-MEF shall be the lead case, and the Clerk of Court is directed to docket this order in the above-referenced cases.

2. Pursuant to 28 U.S.C. § 636(b)(1), these cases are referred to Magistrate Judge

Vanzetta P. McPherson for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 8th day of February, 2006.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE