IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE D. MCCARLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06CV91-MEF |
| | ) |
| HOUSEHOLD FINANCE CORPORATION III | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On 10 February 2006, this court entered an order (Doc. # 3) consolidating fifteen cases filed simultaneously by the plaintiff. With respect to these cases, a status conference is scheduled to occur on 3 March 2006 (3:06cv0093-MEF, Doc. # 6), and, with one exception, the Clerk of Court has refrained from serving the summons and complaint on the defendants until further ordered by the court.[1] Therefore, it is hereby ORDERED as follows:

1. The Clerk of the court is DIRECTED to refrain from serving process in any of these cases until further order of the court.

2. The defendants in the above-referenced consolidated case are DIRECTED to refrain from filing responsive pleadings or motions in this case until further order of the court.

---

[1] Prior to this court's consolidation order, a summons and complaint were served on the defendant in the case styled *McCarley v. Esposito*, 3:06cv0100-MEF.

DONE this 22nd day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE