IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE D. MCCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06CV93-MHT |
| | ) | [WO] |
| HOUSEHOLD FINANCE | ) | |
| CORPORATION III | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This court entered an order scheduling a status conference for 2:00 p.m. on 3 March 2006 in the case styled *McCarley v. Household Finance Corporation III*, 3:06cv0093, one of fifteen cases filed simultaneously by the plaintiff (*Household*, Doc. # 6). All of the cases have now been consolidated, but only one of the defendants has been served with a summons and complaint. See *McCarley v. Esposito*, 3:06cv0100 (Doc. # 5). Therefore, it is hereby

ORDERED that the defendant Gary R. Esposito ["Esposito"] shall appear in person or through counsel at the status conference referenced *supra*. Esposito's appearance shall not be construed as a waiver of his right to challenge this court's jurisdiction under Rule 12(b) of the Federal Rules of Civil Procedure or any other legal or equitable defense available to Esposito.

DONE this 27th day of February, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE