UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| George D. McCarley, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO: 3:06-CV-091-MEF |
| | ) |
| KPMG International, et al., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Comes now George R. Parker of the law firm of Bradley Arant Rose & White LLP, and without waiving any available defenses, enters his appearance as counsel for Defendant Gary R. Esposito in the above matter[1].

Respectfully submitted,

s/ George R. Parker
George R. Parker
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: gparker@bradleyarant.com

Attorneys for Defendant Gary R. Esposito

---

[1] It is the understanding of the undersigned that cases 3:06cv-91-MEF through 3:06cv105-MEF are consolidated for further proceedings and that Case No. 3:06-cv-091-MEF is the lead case. Esposito is the sole Defendant named in Case No. 3:06-cv-100-MEF.

CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      None;

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

      George D. McCarley
      216B Chestnut Street
      Roanoke, AL 36274.

      Respectfully submitted,

      s/ George R. Parker
      George R. Parker
      Bradley Arant Rose & White LLP
      The Alabama Center for Commerce
      401 Adams Avenue, Suite 780
      Montgomery, AL 36104
      Telephone: (334) 956-7700
      Facsimile: (334) 956-7701
      E-mail: gparker@bradleyarant.com