# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA EASTERN, DIVISION

| | | |
|---|---|---|
| HON. VANZETTA P MCPHERSON, JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 3/3/06 | AT | |
| DATE COMPLETED: 3/3/06 | AT | Digital Recorded: 2:03 - 2:19<br>2:26 - 3:53 |

George D. McCarley
    Plaintiff

VS.   CASE NO. : 3:06cv91-MEF
      RE: 3:06cv93-MEF

Household Finance Corporation III
    Defendant

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| PRO SE | | George Robert Parker<br>(For Defendant Gary R. Esposito) |

**COURT OFFICIALS PRESENT:**

COURTROOM DEPUTY: WANDA ROBINSON     COURT REPORTER:

( X) OTHER PROCEEDINGS:     ***STATUS CONFERENCE***


SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |
|---|---|---|
| **Description** | \multicolumn{2}{l}{3:06cv93-MEF: George D. McCarley vs. Household Finance Corporation, III: Status Conference} |
| **Date** | 3 / 3 /2006 | **Location** |
| **Time** | **Speaker** | **Note** |
| 2 :03:14 PM | Court | Convenes with Facts Regarding this Case; |
| 2 :06:10 PM |  | Use Only style of 3:06cr91-MEF Case number and style on future documents |
| 2 :07:50 PM | Plaintiff | ORAL MOTION that HSBC be used in Style of the Case |
| 2 :09:46 PM | Court | ORAL ORDER-Suggest Plaintiff FILE a Notice to Substitute HSBC to KPMB International in Lead Case-WRITTEN ORDER to follow |
| 2 :10:52 PM | Plaintiff | Gives Broad Overview of Case |
| 2 :39:17 PM | Court | Gives Explanation of Suing Defendants in their individual capacities |
| 2 :40:25 PM | Plaintiff | Responds |
| 2 :40:40 PM | Court | Questions Plaintiff, as to each individual listed in complaints, if have violated plaintiff's constitutional rights; Court questions plaintiff regarding the corporations listed in cases |
| 2 :43:46 PM | Plaintiff | Responds |
| 2 :52:33 PM | Court | Addresses Damages |
| 3 :03:03 PM | Plaintiff | Discusses Statute of Limitations |
| 3 :11:39 PM | Court | Plaintiff will not be allowed damages as to work of an attorney when pro se |
| 3 :14:10 PM | Plaintiff | Gives Overview of Previous Litigations |
| 3 :21:05 PM | Plaintiff | Property has been sold to Individual |
| 3 :25:23 PM | Plaintiff | Addresses Issue of Not Finding an attorney to litigate the case and other issues |
| 3 :42:11 PM | Defense Counsel | Was going to Address Acts of Officers; Court already addressed; Discusses Prior Ejection Litigations; |
| 3 :45:25 PM | Court | Directed Courtroom Deputy to Make a copy of ejectment complaint and Judgment cv04-41 file as documents in the case; Plaintiff to Copy Mortgage and Notice of Mortgage Foreclosure ; No filing except as ordered by Court-WRITTEN ORDER TO FOLLOW |
| 3 :50:14 PM | Plaintiff | Discussion of HSBC lack of notification Plaintiff Saddam Hussein's money to Cuba-Non Monetary Treason Statute |