AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ ALABAMA _____

GEORGE D. McCARLEY

V.

HOUSEHOLD FINANCE CORPORATION III

## COURT'S EXHIBIT LIST

Case Number:  3:06cv91-MEF
RE:   3:06cv93-MEF

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| VANZETTA PENN MCPHERSON | PRO SE | George Parker for Gary R. Esposito |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 3/3/06 | N/A | WANDA A. ROBINSON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | x | Court Order in Case No. CV-04-41 Filed in Circuit Court of Randolph County |
| | | | | x | Complaint for Ejectment in CV 04-41 |
| | | | | x | Mortgage Foreclosure Deed |
| | | | | x | McCarley's Mortgage |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

       PLAINTIFF

VS.                            Case No. CV-04-41

GEORGE D. MCCARLEY

       DEFENDANT

Filed in Office

**ORDER**

SEP 2 2004

KIM S. BENEFIELD
Clerk of Circuit Court

    This cause came before this court on August 19, 2004 for the hearing of various motions. The Plaintiff had filed a motion for summary judgment and the Defendant had filed a motion to dismiss the Plaintiff's action and a motion for sanctions. When the case was called Honorable Oliver Kitchens, appeared as the attorney for Mortgage Electronic Registration Systems, Inc., and the Defendant George D. McCarley appeared pro se. Both persons argued all said motions. In addition the Plaintiff had previously filed supporting documentation relative to its motion for summary judgment and the Defendant submitted various documents and citations at the hearing. The court took all matters under advisement and considered the same.

    Having considered all matters presented, the court hereby grants the Plaintiff's motion for summary judgment. The court finds that the foreclosure on the property owned by George D. McCarley was done properly and there is no genuine issue as to any material fact and the Plaintiff is entitled to the judgment as a matter of law. Accordingly the Plaintiff is hereby awarded possession of the subject property as described in the foreclosure proceedings and the Defendant is order to remove himself and his belongings from the said premises immediately. In the event the Defendant has not removed himself and his belongings from the premises within five (5) days from the date of this order the Plaintiff herein may advise the Sheriff of Randolph County and the Sheriff is hereby authorized and directed to forcibly remove the Defendant and his belongings from the said premises and to place the Plaintiff in possession of the premises promptly.

The Defendant's motion to dismiss and the Defendant's motion for sanctions are both hereby denied.

Let a copy of this order be mailed to all attorneys of record and all unrepresented parties.

Done this 30th day of August , 2004.

Tom F. Young, Jr.
Circuit Judge

Oliver Kitchens
N J Rudd Jr
George McCarley

IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | ) ) ) |
| | ) |
| Plaintiff | ) |
| v. | ) |
| | ) |
| GEORGE D. MCCARLEY | ) ) ) ) ) ) |
| | ) |
| and A-Z as fictitious parties | ) ) |
| Defendants | ) |

CIVIL ACTION FILE

NO. _CV 2004-041_

**Filed in Office**

MAR 1 5 2004

KIM S. BENEFIELD
Clerk of Circuit Court

## COMPLAINT FOR EJECTMENT

COMES NOW Mortgage Electronic Registration Systems, Inc., Plaintiff in the above-styled

civil action, and shows this honorable court in support thereof as follows:

1.

Defendant(s), George D. McCarley is/are residing in Randolph County, Alabama, and

is/are over the age of 19 years.

2.

Fictitious Defendants A-Z are those tenants whose identities are unknown to the Plaintiff but

which will be substituted by amendment when ascertained.

3.

Plaintiff, as the purchaser at a foreclosure sale, is the legal owner of property more

particularly described in the mortgage foreclosure deed and commonly known as 211 Chestnut

Street, Roanoke, Al. 36274 (the "Premises"), to wit:

A lot of land in the City of Roanoke, Alabama, particularly described as follows:
Lot No. 4 in Block d, according to map of David Manley's estate, made by C. R.
Pittman, County Surveyor, dated April 3, 1916, said lot fronting on the east side
of Chestnut Street a distance of 68 feet and extending back 210 feet on the north

line and 213 feet on the south line and being 42 feet wide on the east or back end; and also, a strip off the former W. H. McMurray lot, adjoining said lot No. 4 on the south side, said strip being 11 1/2 feet from on the east side of Chestnut Street, extending back 213 feet on the north line and 215 feet on the south line and being 8 feet wide on the east or back end, together with all improvements thereon. This being the same property as described in Deed Book 120, Page 219, Office of the Judge of Probate, Randolph County, Alabama.

4.

Defendant(s) has/have failed and refused to deliver possession of the Premises upon demand.

5.

Wherefore Plaintiff demands judgment against Defendant(s) for the immediate recovery of the Premises.

Respectfully submitted this ___9___ day of March, 2004.

By: _____
Cynthia W. Williams
Alabama Bar No. WII.256
Attorney for Plaintiff

Plaintiff's Address:

Morris, Schneider & Prior, L.L.C.
3300 N.E. Expressway, Building 8
Atlanta, GA 30341
(770) 234-9181

Defendant(s) Address(es):

George D. McCarley
211 Chestnut Street
Roanoke, AL 36274

PREPARED BY: DAVID VANBUSKIRK
MORRIS, SCHNEIDER & PRIOR, L.L.C.
3300 N.E. Expressway, Building 8
Atlanta, GA 30341
(770) 234-9181

MSP FILE NO.: 648.0311368AL/LEE
LOAN NO.: 0002935534

STATE OF ALABAMA
COUNTY OF RANDOLPH

2935534

DEED    306    706
Recorded In Above Book and Page
02/26/2004 11:40:42 AM
George Diamond
Probate Judge
Randolph County, Alabama

## MORTGAGE FORECLOSURE DEED

KNOW ALL MEN BY THESE PRESENTS, That:

Recording Fee    16.00
TOTAL            16.00

WHEREAS, heretofore on May 1, 2000, George McCarley, a single man, Party of the First Part, executed a certain mortgage to HomeSense Financial Corp. of Alabama, which said mortgage is recorded in Mortgage Book 403, Page 122, in the Office of the Judge of Probate of Randolph County, Alabama  Which said Mortgage was last sold, assigned and transferred to Mortgage Electronic Registration Systems, Inc., its successors and assigns, as nominee for Household Finance Corporation, its successors and assigns; and

WHEREAS, default in the payment of the indebtedness secured by said mortgage, and Mortgage Electronic Registration Systems, Inc. did declare all of the indebtedness secured by the said mortgage due and payable and said mortgage subject to foreclosure as therein provided and did give due and proper notice of the foreclosure of said mortgage, in accordance with the terms thereof, by publication in the The Randolph Leader, a newspaper of general circulation in Randolph County, Alabama, in its issues of 1/21, 1/28, 2/4/04; and

WHEREAS, on February 12, 2004, the day on which the foreclosure sale was due to be held under the terms of said notice, during the legal hours of sale, said foreclosure was duly and properly conducted and the person conducting the sale on behalf of the mortgagee did offer for sale and sell a public outcry, in front of the main entrance of the Courthouse, Randolph County, Alabama, the property hereinafter described; and

WHEREAS, the highest and best bid obtained for the property described in the aforementioned mortgage was the bid of Mortgage Electronic Registration Systems, Inc. in the amount of TWENTY-ONE THOUSAND SIX HUNDRED FORTY-EIGHT AND 13/100 DOLLARS ($ 21,648.13); which the person conducting the sale on behalf of the mortgagee offered to credit on the indebtedness secured by said mortgage, and said property was thereupon sold to Mortgage Electronic Registration Systems, Inc.; and

WHEREAS, Marcus Clark conducted said sale and acted as auctioneer thereat, under and pursuant to an appointment as such by the Party of the Second Part; and

WHEREAS, said mortgage expressly authorized the mortgagee or auctioneer or any person conducting said sale to execute to the purchaser at said sale a deed to the property so purchased.

NOW, THEREFORE, in consideration of the premises and the credit of TWENTY-ONE THOUSAND SIX HUNDRED FORTY-EIGHT AND 13/100 DOLLARS ($ 21,648.13), on the indebtedness secured by said mortgage, the parties of the First Part and the Party of the Second Part, both acting by and through the undersigned as their duly constituted and appointed attorney-in-fact and auctioneer at said sale, do hereby grant, bargain, sell and convey unto Mortgage Electronic Registration Systems, Inc., and its successors and assigns, the following described real property, situated in Randolph County, Alabama, to-wit:

MSP FILE NO.: 648.0311368AL/LEE
LOAN NO.: 0002935534

A lot of land in the City of Roanoke, Alabama, particularly described as follows: Lot No. 4 in Block d, according to map of David Manley's estate, made by C. R. Pittman, County Surveyor, dated April 3, 1916, said lot fronting on the east side of Chestnut Street a distance of 68 feet and extending back 210 feet on the north line and 213 feet on the south line and being 42 feet wide on the east or back end; and also, a strip off the former W. H. McMurray lot, adjoining said lot No. 4 on the south side, said strip being 11 1/2 feet from on the east side of Chestnut Street, extending back 213 feet on the north line and 215 feet on the south line and being 8 feet wide on the east or back end, together with all improvements thereon. This being the same property as described in Deed Book 120, Page 219, Office of the Judge of Probate, Randolph County, Alabama.

SOURCE OF TITLE: Deed Book 176 Page 55

TO HAVE AND TO HOLD the above described property unto Mortgage Electronic Registration Systems, Inc., its successors and assigns forever; subject however to the statutory right of redemption on the part of those entitled to redeem as provided by the laws of the State of Alabama; also subject to ad valorem taxes, easements and/or restrictions of record, prior liens and/or assessments of record.

IN WITNESS WHEREOF, George McCarley, a single man and Mortgage Electronic Registration Systems, Inc. have set their hands and seals by their said attorney-in-fact and auctioneer at said sale on the 12th day of February, 2004.

BY: _____

AS: _____
Auctioneer and Attorney-in-fact

STATE OF ALABAMA
COUNTY OF RANDOLPH

I, the undersigned authority, a Notary Public in and for said County in said State, hereby certify that Marcus Clark, whose name as attorney-in-fact and auctioneer for George McCarley, a single man and Mortgage Electronic Registration Systems, Inc., is signed to the foregoing conveyance and who is known to me, acknowledged before me on this day, that being informed of the contents of said conveyance, he/she, in his/her capacity as such attorney-in-fact, executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this 12th day of February, 2004.

_____
NOTARY PUBLIC
My Commission Expires: 11-5-07

Grantee Name / Send tax notice to:
Household Finance
636 Grand Regency Blvd, 3rd Floor
Brandon, FL 33510

0000
201
25

ared By: .

z of Natural Person]

.ne]

t Address]

State ZIP]

r Recording Please Return To:

eSense Financial Corp. of Alabama

any Name]

n: Beth Miller

z of Natural Person]

REED AVENUE

t Address]

ington, SC 29072

State ZIP]

This document is certified to be a true and correct copy of the original.

────── [Space Above This Line For Recording Data] ──────

# MORTGAGE

n No.: 416762215

THIS MORTGAGE ("Security Instrument") is given on    May  1  ,  2000  . The grantor is RGE MCCARLEY

rrower"). This Security Instrument is given to    HomeSense Financial Corp. of Alabama

h is organized and existing under the laws of    The State of South Carolina    , and whose address is

REED AVENUE, Lexington, SC 29072

nder"). Borrower owes Lender the principal sum of    twenty six thousand four hundred and NO/100ths

ars (U.S. $ 26,400.00    ). This debt is evidenced by Borrower's note dated the same date as this Security Instrument
ch provides for monthly payments, with the full debt, if not paid earlier, due and payable on    May  5, 2020  .
. This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all
wals, extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect
curity of this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and
ote. For this purpose, Borrower does hereby mortgage, grant and convey to Lender and Lender's successors and assigns, with power
le, the following described property located in    Randolph    County, Alabama:

SEE ATTACHED EXHIBIT "A"

:h has the address of  211 CHESTNUT ST

                                                        [Street]

unoke              , Alabama      36274              ("Property Address");

[City]                          [Zip Code]

Initials:    GM

ama Mortgage-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT                                            Form 3001  09/90
── THE COMPLIANCE SOURCE, INC. ──                                                                                (page 1 of 6 pages)
rder Call: (972) 980-2178•Fax (972) 392-2891                                                                    L4001ALLCS 02/00
www.compliancesource.com