In The District Court of the United States for the Middle District of Alabama
Montgomery, Alabama

George D. McCarley
       Plaintiff
v.

HSBC

Case No. 3:06-cv-0091-MEF

Motion to Change Name of Lead Case
McCarley v. HSBC

Comes now George D. McCarley and presents the following motion for consideration of the Court.

1. The Court has established KPMG as the lead case in this series of 15 named cases.

2. McCarley notifies the Court that KPMG is merely charged as the auditor responsible in part for some of the illegal actions against McCarley and that the Banking company known as HSBC is the Parent Company ultimately responsible for the illegal foreclosure and other actions executed against George D. McCarley. Therefore;

3. McCarley recommends the Court restyle the lead case in this series of 15 cases to reflect the true status of HSBC – thus,  McCarley v HSBC

4. While KPMG holds heavy responsibility for failing to identify improper and illegal procedures exercised against McCarley, we believe a mistaken impression could be released by the Court if the entire series of cases is styled as if KPMG were the ultimate defendant. Further, and in consideration of the fact KPMG is not a foreclosure house whereas HSBC earns most handsome profits from foreclosure, HSBC is more properly named as the lead defendant of the lead case in this series of 15 cases.

I affirm that the foregoing is a true and complete statement of fact.

*G. McCarley*

George D. McCarley
March 5, 2006
216B Chestnut Street
Roanoke, Al  36274
334-863-6503 (6489)

## PROOF OF SERVICE

I, <u>George D. McCarley</u>, do swear or declare that on this date, March 5, 2006, as required by Supreme Court Rule 29 I have served the enclosed Motion on each party to the above proceeding or that party's counsel as required by the IN FORMA PAUPERIS status of the

1

case, and on every other person required to be served, by depositing envelope containing the above documents in the United States mail properly addressed to each of them and with first class postage prepaid, or by delivery to a third-party commercial carrier for delivery within 3 calendar days.

The name and address of those served are as follows:

The Clerk
Middle District of Alabama, Eastern Division
One Church Street, PO Box 711
Montgomery, Al  36101-0711
334-954-3600

<u>Not Served</u>:
Bradley Arant, Attny George Parker
Alabama Center for Commerce
401 Adams Ave, Suite 780
Montgomery, Al  36104
334-956-7700

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2006

*G. McCarley*
George D. McCarley

2