IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GEORGE D. MCCARLEY,           )
                              )
            Plaintiff,        )
                              )
v.                            )        CIVIL ACTION NO. 3:06CV91-MEF
                              )        [WO]
HOUSEHOLD FINANCE             )
CORPORATION III               )
                              )
            Defendant.        )

## ORDER ON MOTION

For good cause, it is

ORDERED that the plaintiff's Motion to Change the Name of Lead Case, filed on

10 March 2006 (Doc. # 10), is DENIED.

DONE this 17th day of March, 2006.


                              /s/ Vanzetta Penn McPherson
                              VANZETTA PENN MCPHERSON
                              UNITED STATES MAGISTRATE JUDGE