IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEGE D. MCCARLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06CV91-MEF |
| ) | [WO] |
| HOUSEHOLD FINANCE ) | |
| CORPORATION III ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the Motion to Overturn Foreclosure, filed on 14 March 2006 (Doc. # 12), is DENIED.

DONE this 17th day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE