IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE D. MCCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06CV91-MEF |
| | ) | |
| HOUSEHOLD FINANCE | ) | |
| CORPORATION III | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

    This case is pending before the court on the plaintiff's consolidated complaints. A review of the file in this case, and the proceedings conducted by the court on 3 March 2006 demonstrate that no additional pleadings should be fined in this case until further order of the court. The plaintiff has sued a number of defendants against whom he admittedly has no claims. Moreover, the court is examining the complaints and other pleadings to determine the real parties in interest and the precise issues. That examination has been substantially compromised by the necessity of responding to the serial pleadings filed by the plaintiff since the status conference. As a result, scarce judicial resources of this court have been unnecessarily diverted and taxed to the disadvantage of the plaintiff, the defendants whom he has sued, and other litigants.

    Federal courts must be cognizant of conserving judicial resources. *See Christiansen v. Clarke*, 147 F.3d 655, 658 (8th Cir. 1998); S*ee also Vanderberg v. Donaldson*, 259 F.2d 1321, 1324 (11th Cir. 2001). Although this case is subject to 28 U.S.C. § 1915(e), if

appropriate, courts must take reasonable steps to preserve scarce judicial resources beyond legal processes designed to conclude litigation. Toward that end, it is ORDERED as follows:

1. The plaintiff shall refrain from filing other separate lawsuits challenging the adverse action which is the subject of this consolidated case.

2. The plaintiff shall refrain from filing any additional pleadings in this consolidated case until further order of the court.

3. The Clerk of the court is hereby DIRECTED to refrain from accepting for filing any documents in the categories identified in items # 1 and # 2 above.

DONE this 17th day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE