IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION



| | | |
|---|---|---|
| George D. McCarley | | |
|     Plaintiff | \| | Civil Action No.  3:06-CV-0091-MEF |
| v. | \| | Lead Case |
| | \| | |
| Household Finance Corporation III | \| | |
|     Defendant | \| | Jury Trial Demand |

Comes now George D. McCarley and files the following <u>updated</u> response to Judges order identified as (Case 3:06-cv-00091-MEF-VPM, Document #16-1), date filed 10-10-2006.

Please insert the attached two exhibits into the official response from McCarley dated 10/23/2006. These documents were regrettably omitted from the mailing of 10/23/2006.

We again express our most profound gratitude that this Court will be the very first to review actual evidence in this case.

George D. McCarley, Pro Se
216B Chestnut Street
Roanoke, Al  36274
334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on this date, October 23, 2006, as required by Supreme Court Rule 29 I have served the enclosed RESPONSE on each party to the above proceeding or that party's counsel, and on every other person required to be served, by depositing envelope containing the above documents in the United States Mail properly addressed to each of them, and with first class postage prepaid, or by delivery to a third party commercial carrier for delivery within 3 calendar days.

The Clerk
Middle District of Alabama, Eastern Division
One Church Street, PO Box 711
Montgomery, Al  36101-0711
334-954-3600

I declare under penalty of perjury that the foregoing is true and correct.
Executed on October 23, 2006

George D. McCarley