# Uniform Residential Loan Application

Ex. 2

This application is designed to be completed by the applicant(s) with the lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☒ Conventional  ☐ Other: | | Agency Case Number | Lender Case No. 0050028886 |
|---|---|---|---|---|
| | ☐ FHA  ☐ FmHA | | | |

| Amount $ 32,000.00 | Interest Rate 14.100 % | No. of Months 360 | Amortization Type: | ☒ Fixed Rate  ☐ GPM | ☐ Other (explain): ☐ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & zip code) — No. of Units
211 CHESTNUT ROANOKE, AL 36274

Legal Description of Subject Property (attach description if necessary) — Year Built
LOT, BLOCK

Purpose of Loan:  ☐ Purchase  ☐ Construction  ☐ Other (explain):  ☒ Refinance  ☐ Construction-Permanent
Property will be: ☒ Primary Residence  ☐ Secondary Residence  ☐ Investment

**Complete this line if construction or construction-permanent loan.**

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a + b) $ |

**Complete this line if this is a refinance loan.**

| Year Acquired | Original Cost $ 0 | Amount Existing Liens $ 26,553 | Purpose of Refinance Refinance & Debt Consolidation | Describe Improvements ☐ made ☐ to be made |

Title will be held in what Name(s): GEORGE MCCARLEY
Manner in which Title will be held:
Estate will be held in: ☒ Fee Simple  ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name | GEORGE MCCARLEY | |
| Social Security Number | 416762215 | |
| Home Phone | 3348236489 | |
| Age | | |
| Yrs. School | 14.00 | |
| Marital Status | ☒ Married  ☐ Unmarried  ☐ Separated | ☐ Married  ☐ Unmarried  ☐ Separated |
| Dependents | no. 0  ages | no. 0  ages |
| Present Address | 211 CHESTNUT ST ROANOKE 36274  ☐ Own  ☐ Rent  No. Yrs. | ☐ Own  ☐ Rent  No. Yrs. |

If residing at present address for less than two years, complete the following:

Former Address (street, city, state, zip code) ☐ Own ☐ Rent ___ No. Yrs.    Former Address ☐ Own ☐ Rent ___ No. Yrs.

Former Address (street, city, state, zip code) ☐ Own ☐ Rent ___ No. Yrs.    Former Address ☐ Own ☐ Rent ___ No. Yrs.

## IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer | MCCARLEY ASSOC  211 CHESTNUT  ☒ Self Employed | ☐ Self Employed |
| Yrs. on this job | 14 | |
| Yrs. employed in this line of work/profession | | |
| Position/Title/Type of Business | PRESIDENT/MANAGMENT CONSULTANT | |
| Business Phone | / | / |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer | ☐ Self Employed | Dates (from - to) 00/00-00/00  Monthly Income $ | Name & Address of Employer | ☐ Self Employed | Dates (from - to) 00/00-00/00  Monthly Income $ |

Position/Title/Type of Business   /   Business Phone    Position/Title/Type of Business   /   Business Phone

| Name & Address of Employer | ☐ Self Employed | Dates (from - to) 00/00-00/00  Monthly Income $ | Name & Address of Employer | ☐ Self Employed | Dates (from - to) 00/00-00/00  Monthly Income $ |

Position/Title/Type of Business   /   Business Phone    Position/Title/Type of Business   /   Business Phone

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 10,000.00 | $ | $ 10,000.00 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 290.00 | $ 381.70 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | |
| Dividends/Interest | | | | Real Estate Taxes | | |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ 10,000.00 | $ | $ 10,000.00 | Total | $ 290.00 | $ 381.70 |

*Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

**Describe Other Income**  *Notice:* Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does note choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ 0 |
| | | 0 |
| | | 0 |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed [X] Jointly   [ ] Not Jointly

| ASSETS Description | Cash or Market Value | LIABILITIES — Name and address of Company | Monthly Payt. & Mos. Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | TELCO CRUN  1232360144 | $ 211.00/ 37 | $ * 7,729.00 |
| List checking and savings accounts below | | | | |
| Name and address of Bank, S&L, or Credit Union | | NEW SOUTH  10710614192 | $ 424.00/ 9 | $ * 3,655.00 |
| Acct. no. | $ | | | |
| Name and address of Bank, S&L, or Credit Union | | DMCCB  545800017700169 | $ 49.00/ 39 | $ * 1,920.00 |
| Acct. no. | $ | | | |
| Name and address of Bank, S&L, or Credit Union | | AMEX  05898600 | $ / | $ * 1,420.00 |
| Acct. no. | $ | | | |
| | | AMEX  29095900 | $ / | $ * 306.00 |
| Acct. no. | $ | | | |
| Stocks & Bonds (Company name/number & description) | $ | | $ / | $ * |
| Life insurance net cash value | $ | | | |
| Face amount: $ | | | | |
| **Subtotal Liquid Assets** | $ | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 44,000 | | | |
| Vested interest in retirement fund | $ | Name and address of Company | $ / | $ |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) 94 Q 45  88 F150 | $ 15,000  5,000 | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job Related Expense (child care, union dues, etc.) | $ | |
| | | **Total Monthly Payments** | $ 684.00 | |
| Total Assets a. | $ 64,000 | Net Worth (a minus b) $ | Total Liabilities b. | $ 15,030.00 |

Freddie Mac Form 65/Rev. 10/92  
Bankers Systems, Inc., St. Cloud, MN (1-800-397-2341) Form URLA 5/3/94

Page 2 of 4   GM

Fannie Mae Form 1003/Rev. 10/92

X097   0050028886

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| | | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | 0 | 0 | 0 | 0 | 0 |
| Totals | | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 | $ 0 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

## VII. DETAILS OF TRANSACTION

| | | |
|---|---|---|
| a. Purchase price | $ | |
| b. Alterations, improvements, repairs | | |
| c. Land (if acquired separately) | | |
| d. Refinance (incl. debts to be paid off) | | |
| e. Estimated prepaid items | | |
| f. Estimated closing costs | | |
| g. PMI, MIP, Funding Fee | | |
| h. Discount (if Borrower will pay) | | |
| i. Total costs (add items a through h) | 681.00 | |
| j. Subordinate financing | | |
| k. Borrower's closing costs paid by Seller | | |
| l. Other Credits (explain) | | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | | |
| n. PMI, MIP, Funding Fee financed | | |
| o. Loan amount (add m & n) | | |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | | |

## VIII. DECLARATIONS

If you answer "yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes / No | Co-Borrower Yes / No |
|---|---|---|
| a. Are there any outstanding judgments against you? | ☐ ☒ | ☐ ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ ☒ | ☐ ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ ☒ | ☐ ☐ |
| d. Are you a party to a law suit? | ☐ ☒ | ☐ ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ ☒ | ☐ ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ ☒ | ☐ ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ ☒ | ☐ ☐ |
| h. Is any part of the down payment borrowed? | ☐ ☒ | ☐ ☐ |
| i. Are you a co-maker or endorser on a note? | ☒ ☐ | ☐ ☐ |
| j. Are you a U.S. citizen? | ☒ ☐ | ☐ ☐ |
| k. Are you a permanent resident alien? | ☐ ☒ | ☐ ☐ |
| l. **Do you intend to occupy the property as your primary residence?** If "Yes," complete question m below. | ☒ ☐ | ☐ ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☐ ☐ | ☐ ☐ |
| (1) What type of property did you own--principal residence (PR), second home (SH), or investment property (IP)? | | |
| (2) How did you hold title to the home--solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

The undersigned specifically acknowledge(s) and agree(s) that: (1) the loan requested by this application will be secured by a first mortgage or deed of trust on the property described herein; (2) the property will not be used for any illegal or prohibited purpose or use; (3) all statements made in this application are made for the purpose of obtaining the loan indicated herein; (4) occupation of the property will be as indicated above; (5) verification or reverification of any information contained in the application may be made at any time by the Lender, its agents, successors and assigns, either directly or through a credit reporting agency, from any source named in this application, and the original copy of this application will be retained by the Lender, even if the loan is not approved; (6) the Lender, its agents, successors and assigns will rely on the information contained in the application and I/we have a continuing obligation to amend and/or supplement the information provided in this application if any of the material facts which I/we have represented herein should change prior to closing; (7) in the event my/our payments on the loan indicated in this application become delinquent, the Lender, its agents, successors and assigns, may, in addition to all their other rights and remedies, report my/our name(s) and account information to a credit reporting agency; (8) ownership of the loan may be transferred to successor or assign of the Lender without notice to me and/or the administration of the loan account may be transferred to an agent, successor or assign of the Lender with prior notice to me; (9) the Lender, its agents, successors and assigns make no representations or warranties, express or implied, to the Borrower(s) regarding the property, the condition of the property, or the value of the property.
**Certification:** I/We certify that the information provided in this application is true and correct as of the date set forth opposite my/our signature(s) on this application and acknowledge my/our understanding that any intentional or negligent misrepresentation(s) of the information contained in this application may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq. and liability for monetary damages to the Lender, its agents, successors and assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentation which I/we have made on this application.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X *Meg D. McCauley* | 12-6-2000 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling, in order to monitor the Lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. However, if you choose not to furnish it, under Federal regulations this Lender is required to note race and sex on the basis of visual observation or surname. If you do not wish to furnish the above information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the Lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER** ☐ I do not wish to furnish this information
Race/National Origin: ☐ American Indian or Alaskan Native  ☐ Asian or Pacific Islander  ☐ Black, not of Hispanic origin  ☐ Hispanic  ☒ White, not of Hispanic origin  ☐ Other (specify) _____
Sex: ☐ Female  ☐ Male

**CO-BORROWER** ☐ I do not wish to furnish this information
Race/National Origin: ☐ American Indian or Alaskan Native  ☐ Asian or Pacific Islander  ☐ Black, not of Hispanic origin  ☐ Hispanic  ☐ White, not of Hispanic origin  ☐ Other (specify) _____
Sex: ☐ Female  ☐ Male

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | -- | HOUSEHOLD FINANCE CORPORATION III |
| ☐ face-to-face interview | Interviewer's Signature | 961 WEIGEL DRIVE |
| ☐ by mail | Date 12/04/00 | ELMHURST, IL 60126 |
| ☒ by telephone | Interviewer's Phone Number (incl. area code) 800-636-1442 | |

**Continuation Sheet/Residential Loan Application**

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark **B** for Borrower or **C** for Co-Borrower. | Borrower: GEORGE MCCARLEY | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number: 0050028886 |

GM

☐ **NOTICE OF RIGHT TO APPRAISAL COPY**
You have the right to a copy of the appraisal report used in connection with your application for credit. If you wish a copy, please write to us at the mailing address we have provided. We must hear from you no later than 90 days after we notify you about the action taken on your credit application or you withdraw your application. In your letter, give us the following information: Loan or application number (if known), date of application, name(s) of loan applicant(s), property address, and current mailing address.

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X *George D. McCarley* | 12-6-2000 | X | |

Freddie Mac Form 65/Rev. 10/92
Bankers Systems, Inc., St. Cloud, MN (1-800-397-2341) Form URLA 5/3/94
Page 4 of 4
Fannie Mae Form 1003/Rev. 10/92