HOMESENSE FINANCIAL
## Uniform Residential Loan Application

Ex. 3

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

### I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☒ Conventional  ☐ Other: | Agency Case Number | Lender Case Number |
|---|---|---|---|
| | ☐ FHA  ☐ FmHA | | 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 |

| Amount | Interest Rate | No. of Months | Amortization Type: | ☒ Fixed Rate  ☐ Other (explain): |
|---|---|---|---|---|
| $ 26400 | 11.99 % | 240 | | ☐ GPM  ☐ ARM (type): |

### II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state & zip code): 211 CHESTNUT ST, ROANOKE, RANDOLPH AL 36274    No. of Units: 1

Legal Description of Subject Property (attach description if necessary): BRICK/FRAME/SQ FT 1800, 3BR, 1BTH, LIV, KIT, DOUBLE PAVED DRIVE WAY    Year Built:

Purpose of Loan: ☐ Purchase  ☐ Construction  ☐ Other (explain):
☒ Refinance  ☐ Construction-Permanent

Property will be: ☒ Primary Residence  ☐ Secondary Residence  ☐ Investment

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made  ☐ to be made |
|---|---|---|---|---|
| 1930 | $ | $ 5000 | DEBT CONSOLIDATION | Cost: $ |

Title will be held in what Name(s): GEORGE MCCARLEY

Manner in which Title will be held: INDIVIDUALLY

Estate will be held in: ☒ Fee Simple  ☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain):

### III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable): GEORGE MCCARLEY | Co-Borrower's Name (include Jr. or Sr. if applicable): |
| Social Security Number: 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  Home Phone: 334-863-6489  Age: 46  Yrs. School: 12 | Social Security Number:  Home Phone:  Age:  Yrs. School: |
| ☐ Married  ☒ Unmarried (include single, divorced, widowed)  ☐ Separated    Dependents (not listed by Co-Borrower) no. 0  ages | ☐ Married  ☐ Unmarried  ☐ Separated    Dependents no.  ages |
| Present Address (street, city, state, zip code): ☒ Own  ☐ Rent  No. Yrs. 30YR  211 CHESTNUT ST  ROANOKE, AL 36274 | Present Address: ☐ Own  ☐ Rent  No. Yrs. |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, zip code): ☐ Own  ☐ Rent  No. Yrs. | Former Address: ☐ Own  ☐ Rent  No. Yrs. |
|---|---|
| Former Address (street, city, state, zip code): ☐ Own  ☐ Rent  No. Yrs. | Former Address: ☐ Own  ☐ Rent  No. Yrs. |

### IV. EMPLOYMENT INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Name & Address of Employer:  ☒ Self Employed  Yrs. 1986  MCCARLEY ASSOCIATES  MANAGEMENT CONSULTANT  211 CHESTNUT ST  ROANOKE, AL 36274 | Name & Address of Employer:  ☐ Self Employed  Yrs. this job:  Years employed in this line of work/profession: |
| Position/Title/Type of Business: OWNER | Business Phone: 334-863-6489 | Position/Title/Type of Business: | Business Phone: |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer: ☐ Self Employed  Dates (from-to):  Monthly Income $ | Name & Address of Employer: ☐ Self Employed  Dates (from-to):  Monthly Income $ |
|---|---|
| Position/Title/Type of Business: | Business Phone: | Position/Title/Type of Business: | Business Phone: |
| Name & Address of Employer: ☐ Self Employed  Dates (from-to):  Monthly Income $ | Name & Address of Employer: ☐ Self Employed  Dates (from-to):  Monthly Income $ |
| Position/Title/Type of Business: | Business Phone: | Position/Title/Type of Business: | Business Phone: |

Freddie Mac 65/Rev. 10/92
Printed by The Loan Handler from Contour Software, Inc. (408) 370-1700

Page 1 of 3    INITIALS: _____    Fannie Mae Form 1003/Rev. 10/92

# HOMESENSE FINANCIAL

## ASSETS AND LIABILITIES

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 211 CHESTNUT ST   PR | SFR | $ 44000 | $ 9500 | $ | $ 291 | $ | $ |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  | Totals | $ 44000 | $ 26400 | $ | $ 291 | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

Alternate Name | Creditor Name | Account Number

## VII. DETAILS OF TRANSACTION | VIII. DECLARATIONS

| | | | Borrower | | Co-Borrower | |
|---|---|---|---|---|---|---|
| | | | Yes | No | Yes | No |
| a. Purchase price | $ | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | | | | |
| b. Alterations, improvements, repairs | | a. Are there any outstanding judgments against you? | | X | | |
| c. Land (if acquired separately) | | b. Have you been declared bankrupt within the past 7 years? | | X | | |
| d. Refinance (incl. debts to be paid off) | | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | X | | |
| e. Estimated prepaid items | | d. Are you a party to a lawsuit? | | X | | |
| f. Estimated closing costs | 2422.60 | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | | X | | |
| g. PMI, MIP, Funding Fee paid in cash | | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | | X | | |
| h. Discount (if Borrower will pay) | | g. Are you obligated to pay alimony, child support, or separate maintenance? | | X | | |
| i. Total costs (add items a through h) | 2422.60 | h. Is any part of the down payment borrowed? | | X | | |
| j. Subordinate financing | | i. Are you a co-maker or endorser on a note? | | X | | |
| k. Borrower's closing costs paid by Seller | | j. Are you a U.S. citizen? | X | | | |
| l. Other Credits (explain) | | Are you a permanent resident alien? | | X | | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 26400.00 | k. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | X | | | |
| n. PMI, MIP, Funding Fee financed | | l. Have you had an ownership interest in a property in the last three years? | X | | | |
| o. Loan amount (add m & n) | 26400.00 | (1) What type of property did you own — principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| p. Cash from / to Borrower (subtract j, k, l & o from i) | -23977.40 | (2) How did you hold title to the home — solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

The undersigned specifically acknowledge(s) and agree(s) that: (1) the loan requested by this application will be secured by a first mortgage or deed of trust on the property described herein; (2) the property will not be used for any illegal or prohibited purpose or use; (3) all statements made in this application are made for the purpose of obtaining the loan indicated herein; (4) occupation of the property will be indicated above; (5) verification or reverification of any information contained in the application may be made at any time by the Lender, its agents, successors and assigns, either directly or through a credit reporting agency, from any source named in this application, and the original copy of this application will be retained by the Lender, even if the loan is not approved; (6) the Lender, its agents, successors and assigns will rely on the information in the application and I/We have a continuing obligation to amend and/or supplement the information provided in this application if any of the material facts which I/We have represented herein should change prior to closing; (7) in the event my/our payments on the loan indicated in this application become delinquent, the Lender, its agents, successors and assigns, may, in addition to all their other rights and remedies, report my/our name(s) and account information to a credit reporting agency; (8) ownership of the loan may be transferred to successor or assign of the Lender without notice to me and/or the administration of the loan account may be transferred to an agent, successor or assign of the Lender with prior notice to me; (9) the Lender, its agents, successors and assigns make no representations or warranties, express or implied, to the Borrower(s) regarding the property, the condition of the property, or the value of the property.

**Right to Receive Copy of Appraisal.** I/We have the right to a copy of the appraisal report used in connection with this application for credit. To obtain a copy, I/We must send Lender a written request at the mailing address Lender has provided. Lender must hear from me/us no later than 90 days after Lender notifies me/us about the action taken on this application, or I/we withdraw this application.

**Certification:** I/We certify that the information provided in this application is true and correct as of the date set forth opposite my/our signature(s) on this application and acknowledge my/our understanding that any intentional or negligent misrepresentation(s) of this information contained in this application may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., and liability for monetary damages to the Lender, its agents, successors or assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentation which I/We have made on this application.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling, in order to monitor the Lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. However, if you choose not to furnish it, under Federal regulations this Lender is required to note race and sex on the basis of visual observation or surname. If you do not wish to furnish the above information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the Lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER**
- I do not wish to furnish this information
- Race/National Origin: ☐ American Indian or Alaskan Native  ☐ Asian or Pacific Islander  ☒ White, not of Hispanic origin  ☐ Black, not of Hispanic origin  ☐ Hispanic  ☐ Other (specify)
- Sex: ☐ Female  ☒ Male

**CO-BORROWER**
- ☐ I do not wish to furnish this information
- Race/National Origin: ☐ American Indian or Alaskan Native  ☐ Asian or Pacific Islander  ☐ White, not of Hispanic origin  ☐ Black, not of Hispanic origin  ☐ Hispanic  ☐ Other (specify)
- Sex: ☐ Female  ☐ Male

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | CHRISTY AUGHTRY | HOMESENSE FINANCIAL |
| ☐ face-to-face interview | Interviewer's Signature | 113 REED AVENUE |
| ☐ by mail | Date | LEXINGTON, SC 29072 |
| ☒ by telephone | Interviewer's Phone Number (incl. area code) 800-277-0448 | |

Freddie Mac 65/Rev. 10/92  FRM00017 (02/97)   Page 3 of 3   Printed by The Loan Handler from Contour Software, Inc. (408) 370-1700  www.contoursoft.com   Fannie Mae Form 1003 10/92

GEORGE MCCARLEY

# HOMESENSE FINANCIAL

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income * | $ | $ | $ | Rent | $ | |
| Overtime | | | | First Mortgage (P & I) | | $ 290.51 |
| Bonuses | | | | Other Financing (P & I) | | |
| Commissions | | | | Hazard Insurance | | |
| Dividends/Interest | | | | Real Estate Taxes | | |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ | $ | $ | Total | $ | $ 290.51 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

| B/C | Describe Other Income | Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) doesn't choose to have it considered for repaying this loan. | Monthly Amount |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules MUST be completed about that spouse also.

Completed [X] Jointly [ ] Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | LIABILITIES | Monthly Payt. & Mos. Left to Pay | Unpaid Balance |
| List checking and savings accounts below | | Name and address of Company<br>THE BANK<br>548 MAIN ST<br>ROANOKE, AL 36274 | $ Payt./Mos.<br>291 | $ *R.E. Loan<br>26400 |
| Name and address of Bank, S & L, or Credit Union | | Acct. no. 435271 | | |
| Acct. no. | $ | Name and address of Company | $ Payt./Mos. | $ |
| Name and address of Bank, S & L, or Credit Union | | | | |
| Acct. no. | $ | Acct. no. | | |
| Name and address of Bank, S & L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. no. | | |
| Name and address of Bank, S & L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | | | |
| Stocks & Bonds (Company name/number & description) | $ | Acct. no. | | |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Life Insurance net cash value<br>Face amount: $ | $ | Acct. no. | | |
| Subtotal Liquid Assets | $ | Name and address of Company | $ Payt./Mos. | $ |
| Real estate owned (enter market value from schedule of real estate owned) | $ 44000 | Acct. no. | | |
| Vested interest in retirement fund | $ | Name and address of Company | $ Payt./Mos. | $ |
| Net Worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | $ | Acct. no. | | |
| Other Assets (itemize) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| | | Job Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ | |
| Total Assets a. | $ | | $ | Total Liabilities b. $ |

Freddie Mac 65/Rev. 10/92  
Printed by The Loan Handler from Contour Software, Inc. (408) 870-1700

Page 2 of 3   INITIALS: _____

Fannie Mae Form 1003/Rev. 10/92

GEORGE     MCCARLEY