A. Settlement Statement

Ex. 4

| B. Type of Loan | | | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 1. ☐ FHA | 2. ☐ FmHA | 3. ☒ Conv. Unins. | | 416762215 | |
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. NAME AND ADDRESS OF BORROWER: GEORGE MCCARLEY
211 CHESTNUT ST, Roanoke, AL 36274

E. NAME AND ADDRESS OF SELLER: N/A REFINANCE

F. NAME AND ADDRESS OF LENDER:
HomeSense Financial Corp. of Alabama
113 REED AVENUE, Lexington, SC 29072

G. PROPERTY LOCATION: 211 CHESTNUT ST, Roanoke, AL 36274

H. SETTLEMENT AGENT: TITLE SOURCE INC.
PLACE OF SETTLEMENT: 3 OFFICE PARK CIR #240
BIRMINGHAM, AL 35223

I. SETTLEMENT DATE: May 1, 2000

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower: (from line 1400) | 3,096.76 | 403. | |
| 104. Payoff 1st Mortgage to THE BANK | 9,508.09 | 404. | |
| 105. | | 405. | |
| ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE: | | ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE: | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER:** ▶ | 12,604.85 | **420. GROSS AMOUNT DUE TO SELLER:** ▶ | |
| **200. AMOUNT PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 26,400.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| ADJUSTMENTS FOR ITEMS UNPAID BY SELLER: | | ADJUSTMENTS FOR ITEMS UNPAID BY SELLER: | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER:** ▶ | 26,400.00 | **520. TOTAL REDUCTIONS IN AMOUNT DUE SELLER:** ▶ | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross amount due from borrower (line 120) | 12,604.85 | 601. Gross amount due to seller (line 420) | |
| 302. Less amount paid by/for borrower (line 220) | ( 26,400.00 ) | 602. Less total reductions in amount due seller (line 520) | ( ) |
| 303. CASH ( ☐ FROM) ( ☒ TO) BORROWER: ▶ | 13,795.15 | 603. CASH ( ☐ TO) ( ☐ FROM) SELLER: ▶ | |

HUD-1 (3-86)

LaserDoc (TM) by Delphi Information Sciences Corp. LDoc120,1192

page 1 of 2

| L. SETTLEMENT CHARGES | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| **700. TOTAL SALES / BROKER'S COMMISSION:** BASED ON PRICE $  @  % = | | |
| **DIVISION OF COMMISSION (LINE 700) AS FOLLOWS:** | | |
| 701. $    to | | |
| 702. $    to | | |
| 703. Commission paid at settlement | | |
| 704. | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN:** | | |
| 801. Loan origination fee | | |
| 802. Loan discount | | |
| 803. Appraisal fee to:  JOE LAMBERT | 350.00 | |
| 804. Credit report to: | | |
| 805. Lender's inspection fee | | |
| 806. Mortgage insurance application fee to | | |
| 807. Assumption fee | | |
| 808. Non-Refundable Points to HOMESENSE FINANCIAL CORP. OF ALABAMA | 1,217.00 | |
| 809. | | |
| 810. | | |
| 811. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE:** | | |
| 901. | | |
| 902. Mortgage insurance premium for    mos. to | | |
| 903. Hazard Insurance Premium to NORTH AMERICAN | 674.16 | |
| 904. | | |
| **1000. RESERVES DEPOSITED WITH LENDER:** | | |
| 1001. Hazard insurance    months @ $    per month | | |
| 1002. Mortgage insurance    months @ $    per month | | |
| 1003. City property taxes    months @ $    per month | | |
| 1004. County property taxes    months @ $    per month | | |
| 1005. Annual assessments    months @ $    per month | | |
| 1006. Flood Insurance    months @ $    per month | | |
| 1007.    months @ $    per month | | |
| 1008.    months @ $    per month | | |
| 1099. | | |
| **1100. TITLE CHARGES:** | | |
| 1101. Settlement or closing fee to   TITLE SOURCE | 100.00 | |
| 1102. Abstract or title search to | | |
| 1103. Title examination to   TITLE SOURCE | 600.00 | |
| 1104. Title insurance binder to | | |
| 1105. Document preparation to | | |
| 1106. Notary fees to | | |
| 1107. Attorney's fees to  (includes above items Numbers:    ) | | |
| 1108. Title insurance to   TITLE SOURCE  (includes above items Numbers:    ) | 74.60 | |
| 1109. Lender's coverage   $ | | |
| 1110. Owner's coverage   $ | | |
| 1111. | | |
| 1112. | | |
| 1113. | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES:** | | |
| 1201. Recording Fees to COUNTY RECORDER | 81.00 | |
| 1202. | | |
| 1203. | | |
| 1204. | | |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES:** | | |
| 1301. Survey to | | |
| 1302. Pest inspection to | | |
| 1303. | | |
| 1304. | | |
| 1305. | | |
| 1306. | | |
| 1307. | | |
| ** Additional Fees on Following Page | | |
| **1400. TOTAL SETTLEMENT CHARGES** (Enter on line 103, Section J and line 502, Section K) ► | 3,096.76 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrower:_____  Date:_____  Seller:_____  Date:_____

Borrower:_____  Date:_____  Seller:_____  Date:_____

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____  Date:_____  Settlement Agent:_____  Date:_____

WARNING: It is a crime to knowingly make false statements to the United State on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

LaserDoc (TM) by Delphi Information Sciences Corp. LDoc1201.1192