# TRUTH IN LENDING DISCLOSURE STATEMENT
## (RESPA Transactions)

Ex.5

May 1, 2000

Loan No.: 41676221

CREDITOR: HomeSense Financial Corp. of Alabama
PROPERTY: 211 CHESTNUT ST, Roanoke, AL 36274

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your downpayment of |
|---|---|---|---|---|
| 12.812 % | $ 44,639.40 | $ 25,083.00 | $ 69,722.40 | $ N/A<br>$ N/A |

Your  monthly  payment schedule will be:

| Number of Payments | Amount of Payments | When payments Are Due | Number of Payments | Amount of Payments | When Payments Are Due | Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|---|---|---|---|---|---|
| 240 | 290.51 | 06/05/2000 | | | | | | |

**Construction Loan:** ☐ If checked, this loan provides for interest-only payments during the construction period. Beginning you will make periodic interest-only payments during the construction period, followed by payments of principal and interest as scheduled above.

**Variable Rate:** ☐ If checked, this loan contains a variable rate feature. ☐ Disclosures about the variable rate feature were provided to you earlier. ☐ Disclosures about the variable rate feature are provided in the attached Variable Rate Disclosure Addendum.

**Assumption:** Someone buying your property ☒ cannot, unless otherwise provided by federal law, ☐ may, subject to conditions, be allowed to assume the remainder of the loan on the original terms.

**Security:** You are giving a security interest in: 211 CHESTNUT ST, Roanoke, AL 36274
☐ the property being purchased ☒ your property.

**Late Charge:** If a payment is not received by the end of 10 days after the date it is due, you will be charged 5.00 % of the overdue ☐ payment ☒ payment of principal and interest, but not less than U.S.$ N/A and not more than U.S.$ 14.53

**Prepayment:** If you pay this loan early you ☐ may ☒ will not have to pay a penalty. If you pay off an FHA insured loan, on a date other than the regular installment date, you may be assessed interest charges until the end of the month. You ☐ may be or ☒ will not be entitled to a refund of part of the finance charge.

**Deposit:** ☐ If checked, the annual percentage rate does not take into account your required deposit.

See your contract documents for any additional information about non-payment, default, any required payment in full before the scheduled date, and any prepayment refunds.

Initials: _____

Truth in Lending Disclosure Statement (RESPA Transactions) (Multistate)
— THE COMPLIANCE SOURCE, INC. —

(page 1 of 2 page

**Property Insurance:** Property insurance is required on this loan. Flood insurance may be required if the property is located in an area designated as an area having special flood hazards. You may obtain property insurance and, if required, flood insurance from anyone you want that is acceptable to Creditor.

**Credit Insurance:** Credit life insurance and/or credit disability insurance:

[X] is not required to obtain credit from Creditor and will not be provided by Creditor.

[ ] is not required to obtain credit from Creditor, but will be provided by Creditor if you request the insurance and agree to pay the additional cost by signing below next to the coverage you want. No such insurance will be in force until the terms of your insurance contract have been fulfilled.

[ ] is required to obtain credit from Creditor, but will not be provided by Creditor.

[ ] is required to obtain credit from Creditor and will be provided by Creditor, as shown below.

| Type | Premium | Term | Signature(s) |
|---|---|---|---|
| Single/Joint Credit Life | $ N/A | N/A mos. | I/We want credit life insurance at the stated premium |
| Single/Joint Credit Disability | $ N/A | N/A mos. | I/We want credit disability insurance at the stated premium |
| Single Credit Life and Disability | $ N/A | N/A mos. | I/We want credit life and disability insurance at the stated premium |

**Filing Fee:** $_____ (e)

"e" means estimate

[ ] all dates and numerical disclosures except the late payment disclosures are estimates.

The undersigned hereby acknowledge receipt of a completed copy of this Disclosure, a Good Faith Estimate of Settlement Charges, and if this loan has a Variable Rate feature, a copy of an Adjustable/Variable Rate Loan Program Disclosure along with a copy of The Consumer Handbook on Adjustable Rate Mortgages (Charm Booklet) on or before the date an application form was furnished or on or before the payment of a non-refundable fee, whichever is earlier, unless the application reached Creditor by telephone or by way of an intermediary agent or broker. In that event the disclosure was placed in the mail or delivered not later than three (3) business days after the Creditor received the application. The undersigned understand that this is not a contract or a loan commitment.

GEORGE MCCARLEY _____ (Borrower) (Date)  _____ (Borrower) (Date)

_____ (Borrower) (Date)  _____ (Borrower) (Date)

**NOTE: Payments shown above do not include reserve deposits for taxes, property or flood insurance.**

Loan No.: 416762215

Initials: _____

Truth in Lending Disclosure Statement (RESPA Transactions) (Multistate)
THE COMPLIANCE SOURCE, INC. ——