To Settlement Agent:
**TITLE SOURCE INC.**

**3 OFFICE PARK CIR #240**
**BIRMINGHAM, AL 35223**
Attn:
Telephone No.:  800-245-6734
Fax No.:  800-423-5802
GF No./Escrow No.:

Closing Contact:
**HomeSense Financial Corp. of Alabama**

**113 REED AVENUE**
**Lexington, SC 29072**
Attn:  **BETH MILLER**
Telephone No.:  800-277-0448
Fax No.:  803-996-2135
Process No./Loan No.: 416762215
P&P Invoice No.:  416762215

## SUPPLEMENTAL CLOSING INSTRUCTIONS

Please prepare and close this loan in accordance with our requirements as set forth in the Master Closing Instructions and the Supplemental Closing Instructions. In the event the Master and Supplemental Closing Instructions conflict, the Supplemental Closing Instructions will supersede. These Closing Instructions will expire on the Document Expiration Date indicated below. In the event this loan does not close on this date or if the loan documentation does not conform to the information stated herein, please do not close the loan without notifying the office of Lender.

### SECTION I:  LOAN INFORMATION

Scheduled to Close/Date of Papers:  **May 1, 2000**          Estimated Funding Date:  **May 5, 2000**
Borrower(s):  **GEORGE MCCARLEY**

Seller(s):  **N/A REFINANCE**

Property Address:  **211 CHESTNUT ST, Roanoke, AL 36274**
Mailing Address (if different than Property Address): **N/A**
Legal Description: **SEE ATTACHED EXHIBIT "A"**

| | |
|---|---|
| Loan Amount:  **26,400.00** | Initial Interest Rate:  **11.990** |
| Sales Price:  **N/A** | Term/Months Amortized: **240 / 240** |
| Down Payment:  **N/A** | Initial Principal and Interest:  **290.51** |
| FHA/VA Case No.: | Margin: **N/A** |
| Secondary Lien Amount:  **N/A** | Index:  **N/A** |
| **Interest Rate** Expiration Date: | Periodic Interest Cap: **N/A** |
| Loan Type:  **HOMESENSE AL FIXED 1ST MTG** | First Payment Date:  **June 5, 2000** |
| Occupancy:  **Primary** | Final Payment Date:  **May 5, 2020** |

### SECTION II:  CLOSING/FUNDING CONDITIONS

**WE EXPECT YOU TO READ ALL CLOSING INSTRUCTIONS THOROUGHLY PRIOR TO COMMENCING THE CLOSING AND CONTACT          BETH MILLER          IMMEDIATELY IF FOR ANY REASON YOU CANNOT COMPLY WITH THEM PRIOR TO          (Document Expiration Date).** If this cannot be accomplished then this package must be returned to Lender or specific written approval must be obtained from the Lender prior to closing.

All documents must be signed by the borrower in person. Please obtain the proper identification. No closings are authorized using a power of attorney without prior written approval from the Lender.

1. ___  DO NOT CHANGE FEES OR PAYOFFS WITHOUT AUTHORIZATION FROM DOC-WRITE (803) 996-2212. (MATTHEW OR WALT)
2. ___  A COPY OF THE CLOSING PACKAGE MUST BE PROVIDED TO THE BORROWER AT CLOSING.
3. ___  YOU DO NOT HAVE PERMISSION TO DISBURSE YOUR SETTLEMENT AGENT FEES FROM YOUR TRUST ACCOUNT, UNTIL YOU HAVE SATISFIED ALL CLOSING INSTRUCTIONS AND ANY POST-CLOSING STIPULATIONS. DISBURSEMENT WITHOUT SATISFACTION OF THE ABOVE, SUBJECTS YOU TO RETURN OF THE FEES PENDING SATISFACTION OF THE INSTRUCTIONS AND STIPULATIONS.
4. ___  ALL LOANS MUST CLOSE ON PLAIN PAPER! DO NOT CLOSE LOANS ON THERMAL PAPER (i.e. ROLLED PAPER)!!!
5. ___  ALL CLOSINGS MUST OCCUR ON LEGIBLE DOCUMENTS. IF DOCUMENTS ARE NOT LEGIBLE OR HAVE BEEN CUT OFF DURING A FAX TRANSMISSION, PLEASE CALL DOC-WRITE IMMEDIATELY (803) 996-2224.

## SECTION III: LOAN FEES AND ESCROWS

A.     <u>Fees Paid at Closing</u>. The following fees must be indicated on the HUD-1 Settlement Statement. The term "POC" means "paid outside of closing". The term "deducted" means that the fee has been subtracted from the lender's funds. The fee must be collected from the indicated parties.

|  | Borrower | Seller | Lender/ Third Party |
|---|---|---|---|
| Payoff 1st Mortgage | 9,508.09 | | |
| Appraisal Fee | 350.00 | | |
| Non-Refundable Points | 1,217.00 | | |
| Hazard Insurance Premium | 674.16 | | |
| Settlement or Closing Fee | 100.00 | | |
| Title Examination | 600.00 | | |
| Title Insurance | 74.60 | | |
| Recording Fees | 81.00 | | |

**BORROWER/SELLER FEES FOR THE SAME ITEM MAY APPEAR ON DIFFERENT LINES**
Fees indicated as deducted have been or will be subtracted from Lender's check/draft/wire transfer and must be paid at closing by the indicated party.

B.     <u>Interest and Escrow Fees</u>. **Interest.** Collect prepaid interest from Borrower(s) and remit by separate check to Lender unless otherwise specified in these Instructions.

All prepaid items, including interest, must be paid by the Borrower, unless specified otherwise in the contract.

Collect interest @    **8.6722**       per day from date of funding (including funding date) to (but not including) the **5th** day of the month prior to the first payment due date. **Estimated Prepaid Interest: $    0.00**

**Escrow Reserves.**

[ ]   Escrow reserves are waived.

[X]   Collect the following escrow reserves and show these amounts on the HUD-1 or HUD-1A Settlement Statement under Section L. 1000. Reserves Deposited With Lender:

C.     <u>Issuance of **Separate** Checks</u>. Lender requires the issuance of separate checks for the following:

| $ |  | to |  |
|---|---|---|---|
| $ |  | to |  |
| $ | 350.00 | to | JOE LAMBERT |
| $ |  | to |  |
| $ |  | to |  |
| $ |  | to |  |

D.     <u>Mortgage Broker Fees</u>. The following amounts have not been deducted from the Lender's check/draft/wire transfer. Please collect and issue a separate check for the following amounts payable to:

|  | Borrower | Seller | Third Party |
|---|---|---|---|
| Non-Refundable Points | 1,217.00 | | |



## SECTION IV: LOAN DOCUMENTS

We are enclosing the following documents with the above-referenced loan. All papers must be signed as the legal documentation has been typed. If you have information that the typed names are incorrect, please contact us immediately. No corrections, erasures, changes or substitutions may be made to the documents without Lender's approval. Please complete any necessary items and return these documents with the exception of the Master Closing Instructions to the Lender. If a Right of Rescission is included in this package, please refer to the Truth-in-Lending section of the enclosed Master Closing Instructions regarding the Notice of Right to Cancel.

**SETTLEMENT AGENT IS REQUIRED TO ATTACH PROPERLY COMPLETED, EXECUTED, AND RECORDABLE ACKNOWLEDGMENTS TO APPLICABLE DOCUMENTS.**

* Truth in Lending
* Closing Instructions (Master and Supplemental)
* Note
* Allonge to Promissory Note (Endorsement)
* Security Instrument Conventional
* Exhibit "A"
* Name Affidavit(s)
* Occupancy Affidavit

## SECTION V: INSURANCE REQUIREMENTS

Mortgagee's Clause in Title Policy Must Read: "(HomeSense Financial Corp. of Alabama , its successors and/or assigns), and/or (the Secretary of Housing and Urban Development) or (the Secretary of the Department of Veteran's Affairs, an Officer of the United States of America), if applicable. The policy must be an ALTA Policy 1992 (Rev. 10-17-92) and include the following:

    * Survey exceptions, other than shortages in area are not acceptable.  If a survey is not required then the title company must provide an ALTA 9 endorsement to its policy or the equivalent.
    * ALTA Endorsement Form Number 8.1 or its equivalent-Environmental Protection.

An insured closing letter must be issued in the name of the Lender providing the funds.

ADDITIONALLY, THE RECORDED SECURITY INSTRUMENT AND ANY RIDERS, PLUS ONE COPY, MUST BE FORWARDED TO THE LENDER IF THEY ARE RETURNED TO YOU FROM THE RECORDING OFFICE. (See Section II: Closing/Funding Conditions).

[X] An original/signed Title Insurance Binder, Commitment or Mortgagee Policy in the amount of $26,400.00, indicating the Security Instrument will be a first lien subject only to the items stated in the Master Closing Instructions, must be obtained. **One (1) certified copy of Restrictions and/or easements of record is required. Return a corrected hard copy of commitment to Lender with loan documents.** In addition to the requirements contained in the Master Closing Instructions the Commitment must be amended as follows:

[ ] Hazard Insurance for Purchase. At loan closing you must provide either an original Hazard Insurance Policy or Insurance Binder with a minimum coverage of $ 26,400.00 and a paid receipt for the first year's premium.

[X] Hazard Insurance for Refinance. At loan closing you must provide a copy of the existing insurance policy with a minimum coverage of $ 26,400.00 . If the existing policy is due to expire within **60 days** of closing, you must also provide a paid receipt for next year's premium.

[ ] Hazard Insurance for Condominium. At loan closing you must provide a Certificate of Insurance evidencing the condominium association's master policy.

Deductible and Mortgagee Clause. The deductible may not exceed $1,000.00 or 1.00% of the policy face value, whichever is greater, unless state law requires the Lender to permit a higher deductible. If you must obtain a separate policy or endorsement for hail, hurricane and/or windstorm protection, the deductible may not exceed $2,000.00 or 2.00% of the policy face value, whichever is greater, unless state law requires the Lender to permit a higher deductible. Policy must show Lender, its successors and assigns as follows:

HomeSense Financial Corp. of Alabama
Beth Miller, Vice President
113 REED AVENUE, Lexington, SC 29072
416762215

[ ] Flood Insurance. Provide to Lender Original Policy with Paid Receipt for one(1) year, with a minimum coverage of $ or Maximum available dollar amount with Maximum deductible of the greater of $1,000.00 or 1% of the policy face value.

## SECTION VI:  LOAN FUNDING

These instructions cannot be amended by any oral agreements or discussions with unauthorized personnel. Any deviations from these written instructions and the Master Closing Instructions are at the risk of Settlement Agent.

## SECTION VII: DELIVERY OF DOCUMENTATION

Each of the indicated items should be delivered to Lender by courier or overnight delivery using Express Mail, Airborne, Federal Express, Emery or similar service.

TO BE COMPLETED BY SETTLEMENT AGENT:

On                          , I/we have closed this loan in accordance with your master and supplemental closing instructions. I certify compliance with all of the conditions outlined in these instructions.  In addition, all required documentation, noted as such, is included in this closing package.

By:_____
(Settlement Agent Signature)

_____
Funding Number