Ex. 8

Binder Notice / HOMEOWNERS (A)
Date of Issue: 05/01/00
COVERAGE TO BE ISSUED THROUGH UNDERWRITERS AT LLOYDS, LONDON
Certificate Holder: NORTH AMERICAN FINANCIAL SERVICES
Certificate Number: 200531     Binder Number: PDP0001877
Name/Mail Address:             Mortgagee/Originator:
LEY, GEORGE                    29072B           FAX: 800-277-4026
CHESTNUT ST                    HOMESENSE FINANCIAL CORP.
KE, AL  36274                  ISAOA ATIMA
                               113 REED AVENUE
                               LEXINGTON  SC  29072

rty Address:   211 CHESTNUT ST
               ROANOKE, AL  36274

sed Coverage Term:      05/01/00 to      05/01/01
RAGE SECTION                       Limits Proposed
posed Dwelling Limit               $         44,668.00
sonal Property                     50% of dwelling limit
er Structures                      10% of dwelling limit
itional Living Expense             10% of property limit
ited Liability Coverage            $         50,000.00 per occurrence
    Annual Aggregate Limit         $        100,000.00
    Fire Damage Liability          $         10,000.00
    Medical Payments of Others     $          1,000.00
    Damage to Property of Others   $            500.00

CTIBLE:    $350 per loss, except
           $500 VMM if vacant at time of loss
           $2,000 or 2% of Property Limit which ever is greater
           for the peril of WIND in Florida and all First Tier counties.
IUM:
      Base Premium----------------------- $         536.00
      Policy Fee------------------------- $         100.00
      SC Surplus Lines Tax--------------- $          38.16
      Total Premium Due------------------ $         674.16

ent of the above premium must be received by North American Financial
ices within ten (10) days from the above date of issue. Failure to
 the premium in full by this date will render this document null and
. Please forward premium payment promptly to the address listed:
              North American Financial Services, L.L.C.
              P.O. Box 3688
              Greenville, SC 29608

 receipt of premium payment and this signed document, a Notice of
rage will be generated and forwarded to your attention at the
ower's mailing address as listed above. This is not a policy of insurance,
a Notice of Insurance, which upon receipt of payment, certifies coverage
 the Master Certificate number shown above and issued to North American
ncial Services. Complete policy information is available upon written
est.

igning below, I hereby accept the terms and conditions of the coverage
ided. I understand that the indicated policy fee and appropriate surplus
 are earned and are not refundable upon cancellation. I further authorize
loan disbursing officer to remit the premium directly to NAFS.

 Signed: _____     Borrower's Signature: _____

(8)

PAYMENT DETAILS ON ATTACHED
WORKSHEET