Ex. 9

# REQUEST FOR LOSS PAYABLE ENDORSEMENT
# (or MORTGAGEE ENDORSEMENT REQUEST)

DATE:  May 1, 2000

TO:  AGENT OR BROKER                                     Lender RE:  416762215

NORTH AMERICAN                                           BRANCH NO.
9 WOODBERRY WAY                                          ACCOUNT NO.  416762215
Greenville, SC 29608

Your Re:       Policy #
               Insured Names       GEORGE MCCARLEY

Dear Agent:

This letter is to inform you that, on this date, I/we have granted a security interest on the property located at or described as:

   211 CHESTNUT ST, Roanoke, AL 36274

to the company whose name and address appear below. There may be prior lien(s) on the subject property. Do not delete any previous endorsements on the basis of this request.

The amount of this indebtedness is $ 26,400.00     and is repayable in  240    months. Please issue a standard loss payable or mortgage endorsement in favor of:

             HomeSense Financial Corp. of Alabama its Successors and/or
  Lender  :  Assigns
  Address :  113 REED AVENUE
             Lexington, SC 29072

and forward the original of said endorsement and a copy of the policy to them in accordance with my/our request evidenced by this letter and my/our signatures below.

If a loss payable or mortgagee endorsement, or satisfactory binder of insurance naming the above lender as an additional loss payee or insured mortgagee is not received within 15 days, the lender may, if necessary, order insurance on their own, and charge the premium to our account.

(14)

_____          _____
GEORGE MCCARLEY              Date                                          Date

_____          _____
                             Date                                          Date