Ex. 10

# 2935534

MORT 430 55

## Fidelity National Title
## Insurance Company of New York

Commitment Number: 201750                    File No.: 201750

Exhibit "A"
Legal Description

State of Alabama
Randolph County

A lot of land in the City of Roanoke, Alabama, particularly described as follows: Lot No. 4 in Block d, according to map of David Manley's estate, made by C. R. Pittman, County Surveyor, dated April 3, 1916, said lot fronting on the east side of Chestnut Street a distance of 68 feet and extending back 210 feet on the north line and 213 feet on the south line and being 42 feet wide on the east or back end; and also, a strip off the former W. H. McMurray lot, adjoining said lot No. 4 on the south side, said strip being 11 ½ feet from on the east side of Chestnut Street, extending back 213 feet on the north line and 215 feet on the south line and being 8 feet wide on the east or back end, together with all improvements thereon. This being the same property as described in Deed Book 120, Page 219, Office of the Judge of Probate, Randolph County, Alabama.

Property Address:
211 Chestnut St.
Roanoke, Alabama 36274

(12)

Schedule A
Form FT-T-11A
ALTA Commitment 1966

Valid only if Schedule B and cover (FT-T-10A) are attached
Schedule A of this Commitment consists of 2 page(s)