Ex. 11

HOMESENSE FINANCIAL CORP. OF ALABAMA
113 REED AVENUE
LEXINGTON, SC 29072
800-277-0448   FAX 800-277-4026

## MORTGAGE LOAN PROPOSAL / ESTIMATE OF CLOSING COSTS

GEORGE MCCARLEY                                                                 Date: 04/24/00

211 CHESTNUT ST
ROANOKE, AL 36274

Re: Mortgage Loan Application Date:  04/24/00
The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates -- the actual charges may be more or less. Your transaction may not involve a fee for every item listed.

The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 or HUD-1A settlement statement that you will receive at settlement. The HUD-1 or HUD-1A settlement statement will show the actual cost for items paid at settlement.

The estimates are provided to the Real Estate Procedures Act of 1974 as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your Lender if your application is to purchase residential real property and the lender will take a first lien on the property. The undersigned acknowledges receipt of a copy of the Special Information "Settlement Costs."

Based on an appraisal value if $ 60000.00 we are proposing a new loan in the amount of $ 33000.00
Your new payment would be approximately $ 363.13 for a term of 240 months with a rate of 11.99%.

| Creditor to be paid | Approx. Balance | Current Payment |
|---|---|---|
| THE BANK | $ 9400.00 | $ 164.00 |
| NEW SOUTH | $ 4900.00 | $ 324.00 |
| ******** TOTAL ******** | $ 14300.00 | $ 488.00 |
| CASH TO CUSTOMER | $ 15733.30 | |

| | | | | |
|---|---|---|---|---|
| 801 Loan Origination Fee | $ 1646.70 | 1105 Document Prep Fee | $ | |
| 802 Lender Discount Points | $ | 1107 Attorney Fee | $ | |
| 803 Appraisal | $ 400.00 | 1108 Title Insurance Premium | $ 285.00 | |
| 804 Credit report Fee | $ | 1111 Title Insurance Endorsement | $ | |
| 809 Underwriting Review Fee | $ | 1112 Title Examination | $ 600.00 | |
| 818 | $ | 1201 Recording Fee | $ 35.00 | |
| 819 | $ | 1202 City/County/Tax/Stamps | $ | |
| 820 | $ | 1203 State Tax/Stamps | $ | |
| 821 | $ | 1305 Closing Fee | $ | |
| 822 | $ | 1306 Intangible Tax | $ | |
| 823 | $ | 1307 GA STATE FEE | $ | |
| 824 | $ | 1308 MISC FEES (DESCRIBE) | $ | |
| 1101 Settlement or Closing Fee | $ | | | |

TOTAL CLOSING COSTS         $ 2966.70

ALL FIGURES ARE BASED ON THE INFORMATION WE NOW HAVE AND MAY CHANGE AS NEW INFORMATION IS RECEIVED. SHOULD YOU HAVE ANY QUESTIONS GIVE US A CALL.

Loan Officer _Christy Aughtry_ 
CHRISTY AUGHTRY

_George McCarley_  4-23-2000
GEORGE MCCARLEY                  Date                                              Date