Ex. 12

Supplemental

Closing

Instructions

See Ex 7