# ITEMIZATION OF AMOUNT FINANCED

Ex. 13

_meSense Financial Corp. of Alabama

Borrower(s)

GEORGE MCCARLEY

113 REED AVENUE
Lexington, SC 29072

| | |
|---|---|
| Property Address | Mailing Address |
| 211 CHESTNUT ST | 211 CHESTNUT ST |
| Roanoke, AL 36274 | Roanoke, AL 36274 |
| Loan No.  416762215 | Sales Price   N/A |
| Preparation Date   May 1, 2000 | Loan Amount   26,400.00 |

**THIS FORM DOES NOT COVER ALL ITEMS YOU WILL BE REQUIRED TO PAY IN CASH AT SETTLEMENT, FOR EXAMPLE, DEPOSIT IN ESCROW FOR REAL ESTATE TAXES AND INSURANCE. YOU MAY WISH TO INQUIRE AS TO THE AMOUNTS OF SUCH OTHER ITEMS. YOU MAY BE REQUIRED TO PAY OTHER ADDITIONAL AMOUNTS AT SETTLEMENT.**

|  | Service/Provider | | Estimated Charges |
|---|---|---|---|
| **AMOUNT GIVEN TO YOU DIRECTLY** | | | 13,795.15 |
| **AMOUNT PAID ON YOUR ACCOUNT** | | | 0.00 |
| **AMOUNT PAID TO OTHERS ON YOUR BEHALF** | | | 11,287.85 |
| 104 | Payoff 1st Mortgage Paid to: THE BANK | 9,508.09 | |
| 803 | Appraisal Fee Paid to: JOE LAMBERT | 350.00 | |
| 903 | Hazard Insurance Premium Paid to: NORTH AMERICAN | 674.16 | |
| 1103 | Title Examination Paid to: TITLE SOURCE | 600.00 | |
| 1108 | Title Insurance Paid to: TITLE SOURCE | 74.60 | |
| 1201 | Recording Fees Paid to: COUNTY RECORDER | 81.00 | |
| **AMOUNT FINANCED** | | | 25,083.00 |
| **PREPAID FINANCE CHARGE** | | | 1,317.00 |
| 808 | Non-Refundable Points Paid to: HOMESENSE FINANCIAL CORP. OF ALABAMA | 1,217.00 | |
| 1101 | Settlement or Closing Fee Paid to: TITLE SOURCE | 100.00 | |
| **TOTAL CLOSING COSTS** | | | 12,604.85 |

The above Itemization of Amount Financed is made pursuant to the requirements of the Truth-in-Lending Simplification Act.

I/WE HEREBY ACKNOWLEDGE RECEIVING AND READING A COPY OF THIS ITEMIZATION OF AMOUNT FINANCED ALONG WITH A COPY OF THE CORRESPONDING DISCLOSURE STATEMENT. I/WE UNDERSTAND THERE IS NO COMMITMENT FOR THE CREDITOR TO MAKE THIS LOAN, AND THERE IS NO OBLIGATION FOR ME/US TO ACCEPT THIS LOAN UPON THE DELIVERY OR SIGNING OF THESE DISCLOSURES.

_____           _____
GEORGE MCCARLEY                                          Date