Household Financial Services  P.O. Box 1997     800.333.7023
A Household International    Brandon, FL 33509-1997
Company

EX. 76



October 31, 2000

GEORGE MCCARLEY
211 CHESTNUT ST
ROANOKE AL 36274

Property:
211 CHESTNUT ST
ROANOKE AL 36274

Loan#: 2935534                                          Control Number: FIF519163

| Insurance Company: | ACE American Insurance Company | |
|---|---|---|
| Effective Date: | Aug 7 2000 | |
| Expiration Date: | Aug 7 2001 | |
| Deductibles: | See Enclosed Mortgagor's Evidence of Insurance | |
| Amount of Insurance: | $ 26,400.00 | Total Annual Premium:$ 317.00 |

Dear Customer:

Our records indicate that you have not provided us with acceptable evidence of continuous insurance coverage on the above referenced property. In order to protect our mutual interest in the property, we have ordered coverage in accordance with the terms of your deed of Trust/Mortgage. A copy of the certificate of insurance has been enclosed for this coverage.

The annual premium has been automatically deducted from your escrow account with a corresponding increase in your monthly payments. This monthly increase will be equal to 1/12th of the annual amount of insurance stated above and may include 1/12th of any escrow shortage caused by this transaction. The amount of increase will be determined at the time of escrow analysis, which will arrive under separate cover.

Household may receive a portion of the premiums paid to the insurance carrier in connection with this transaction. The premium charged for this insurance coverage could be substantially greater than that charged through a standard insurance provider. **In addition, the coverage provides structural coverage only. Supplemental coverage for earthquake, flood, personal property, theft, or injury to persons or property for which you may be liable is not provided.** The insurance limits provided may only cover the current loan balance and may not be sufficient to completely restore the property in the event of a loss.

If satisfactory proof of current coverage is provided, we will cancel this insurance using the effective date of your new coverage. We encourage you to obtain acceptable replacement coverage, which can be mailed or faxed to us at:

Household Financial Services
P.O. Box 1997
Brandon, FL 33509-1997
HFS Loan #: 2935534
FAX: (813) 571-8689

If you should have any further questions, please feel free to contact our Customer Service Department at 1-800-333-7023.

Sincerely,

INSURANCE DEPARTMENT