

**ACE American Insurance Company**
PHILADELPHIA PA

# MORTGAGOR'S
# EVIDENCE OF INSURANCE COVERAGE PLACED

GEORGE MCCARLEY
211 CHESTNUT ST
ROANOKE AL 36274

Date : October 27, 2000

Master Policy Number:  FIF000513
Control Number:  FIF519163

Property Address:   211 CHESTNUT ST
                    ROANOKE AL 36274

Effective Date:   08/07/2000
Expiration Date:  08/07/2001

County Name:   RANDOLPH

First Mortgagee:   HOUSEHOLD FINANCIAL SERVICES
                   ITS SUCCESSORS AND/OR ASSIGNS
                   PO BOX 1997
                   BRANDON FL 33509-1997

Loan Number:   2935534

| Amount of Insurance | Deductible | Rate | Annual Premium |
|---|---|---|---|
| Residential Fire $ 26,400.00 | All Perils $ 1,000.00   If Vacant: V+MM & Theft $ 1,000.00 | 1.20    TOTAL PREMIUM | $ 317.00    $ 317.00 |

Your Lender has ordered insurance on the above listed property for the coverage amount and premium indicated per Form DP3. This insurance may not sufficiently protect your interest in the property and covers only loss to the building structure. Coverage is limited to perils insured under our agreement with your lender and is subject to all limitations and exclusions set forth thereon. Coverage is not afforded for building code upgrades.

This memorandum is for information only. It neither amends, extends or alters the coverage afforded under the agreement it describes.

Coverage as described hereon is excess over any other valid and collectible insurance.

**Please contact your lender if you have any questions about the placement of this coverage.**

**No coverage is provided for losses incurred by flood or earthquake.**