LENDER:   HomeSense Financial Corp. of Alabama

BORROWER: GEORGE MCCARLEY

Ex. 18

PROPERTY: 211 CHESTNUT ST, Roanoke, AL 36274

LOAN NO.: 416762215

# INITIAL ESCROW ACCOUNT WAIVER
## (With HUD-1 Certification)

Words used in this Waiver are defined below. Words in the singular mean and include the plural and vice versa.

"Borrower" is GEORGE MCCARLEY.

"Escrow Items" means: (a) taxes and assessments and other items which can attain priority over the Security Instrument as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all property insurance required by Lender; and (d) Mortgage Insurance premiums, if any, or any sums payable by Borrower to Lender in lieu of the payment of Mortgage Insurance premiums.

"Funds" means the sum included in Borrower's periodic payment to provide for Escrow Items.

"Lender" is HomeSense Financial Corp. of Alabama
, and its successors or assigns.

"Loan" means the debt evidenced by the Note and all sums due under the Security Instrument.

"Mortgage Insurance" means insurance protecting Lender against the non-payment of, or default on, the Loan.

"Note" means the promissory note in the original principal amount of $ 26,400.00 , signed by Borrower in favor of Lender.

"Property" means the property commonly known as 211 CHESTNUT ST, Roanoke, AL 36274.

"Security Instrument" means the deed of trust/mortgage/security deed/security instrument signed by Borrower in favor of Lender, securing payment of the Note.

WHEREAS, Borrower is or will become indebted as evidenced by the Note and Security Instrument securing the Property;

WHEREAS, the Security Instrument provides that Borrower shall pay to Lender on the day periodic payments are due under the Note, until the Note is paid in full, the Funds for payment of Escrow Items;

WHEREAS, Lender is willing to waive payment of the Funds;

NOW THEREFORE, in consideration of a promise from Borrower to pay the Escrow Items in full when due, Borrower and Lender agree that Borrower will pay Escrow Items when they become due and payable and remit receipts marked "paid" for the Escrow Items to Lender. Upon Borrower's failure to remit paid receipts to Lender, periodic payments will immediately be increased to include the Funds for the Escrow Items to the extent and on the conditions required by applicable law; and this waiver will be of no further force and effect.

---

Initial Escrow Account Waiver (With HUD-1 Certification) (Multistate)
——— THE COMPLIANCE SOURCE, INC. ———
To Order Call: (972) 980-2178 • Fax (972) 392-2891
www.compliancesource.com



(page 1 of 2 pages)
06209AL 01/99 Rev. 08/99
©1999, All Rights Reserved
XC0910D .00