Ex. 20-22

Ex. 20    Settlement Statement (see Ex 4)

Ex. 21    Uniform Loan App HFC (see Ex 2)

Ex. 22    Uniform Residential App Homesense (see Ex 3)