Loan No.: 416762215

# ASSIGNMENT AND TRANSFER OF LIEN

THE STATE OF   Alabama

COUNTY OF   Randolph

KNOW ALL MEN BY THESE PRESENTS:

That  HomeSense Financial Corp. of Alabama

acting herein by and through its duly authorized officers, hereinafter called transferor, of the County/Parish of Lexington, and State of South Carolina, for and in consideration of TEN AND NO/100 DOLLARS CASH, AND OTHER GOOD AND VALUABLE CONSIDERATION, to it in hand paid by

hereinafter called transferee, the receipt of which is hereby acknowledged, has this day Sold, Conveyed, Transferred and Assigned and by these presents does Sell, Convey, Transfer and Assign unto the said transferee the hereinafter described indebtedness.

AND transferor further Grants, Sells and Conveys unto the transferee all the rights, title, interest and liens owned or held by transferor in the hereinafter described land by virtue of said indebtedness herein conveyed and assigned.

TO HAVE AND TO HOLD unto the said transferee, transferee's heirs and assigns the following described indebtedness together with all and singular the following mentioned lien and any and all liens, rights, equities, remedies, privileges, titles and interest in and to said land, which transferor has by virtue of being legal holder and owner of said indebtedness.

SAID INDEBTEDNESS, LIENS AND LAND BEING DESCRIBED AS FOLLOWS:

One certain promissory note executed by  GEORGE MCCARLEY

and payable to the order of  HomeSense Financial Corp. of Alabama

in the sum of $ 26,400.00   dated   May 1, 2000   and bearing interest and due and payable in monthly installments as therein provided.

Said note being secured by Security Instrument of even date therewith to
HomeSense Financial Corp. of Alabama, Lender,
duly recorded in the Real Property Records of Randolph County, Alabama,
and secured by the liens therein expressed, on the following described lot, tract, or parcel of land, lying and being situated in Randolph County, Alabama to wit:

SEE ATTACHED EXHIBIT "A"

EXECUTED without recourse on the undersigned to be effective on the _____ day of _____, 19_____.

HomeSense Financial Corp. of Alabama

By: _____
Beth Miller
Vice President

THE STATE OF South Carolina

COUNTY/PARISH OF Lexington

(44)

This instrument was acknowledged before me this _____ day of _____, 19_____, by Beth Miller, Vice President of HomeSense Financial Corp. of Alabama on behalf of said entity.

Please Return to:

Notary Public - State of _____