Registered Agent Detail                                                                 Page 1 of 1

803 734 2158          Ex. 26



# Secretary of State Search
## Mark Hammond's Office



Business Filings Division

Information for:   **HOMESENSE FINANCIAL CORP.**                           Check C

KADW
children
803
896
1164

Note*** This online database was last updated on 06 15 2006 see our Disclaimer

| | |
|---|---|
| DOMESTIC / FOREIGN: | Domestic |
| STATUS: | MER |
| STATE OF INCORPORATION / ORGANIZATION: | SOUTH CAROLINA |
| | For Profit |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| REGISTERED AGENT NAME: | C T CORP SYSTEM |
| ADDRESS: | 75 BEATTIE PLACE |
| CITY: | GREENVILLE |
| STATE: | SC |
| ZIP: | 29601 0000 |
| SECOND ADDRESS: | |
| FILE DATE: | 05/02/1989 |
| EFFECTIVE DATE: | 05/02/1989 |
| DISSOLVED DATE: | 05/09/2000 |

| | | |
|---|---|---|
| MERGER | 05/09/2000 | MER INTO/HOMEGOLD, INC. |
| AMENDMENT(DOMESTIC) | 02/01/2000 | AMENDED & RESTATED |
| AMENDMENT(DOMESTIC) | 12/09/1998 | CH FR/EQUITABLE MORTAGE CORP. OF COLUMBIA |
| Agent | 10/06/1998 | CH AGT/ADD FR-RONALD J SHEPPARD |
| AMENDMENT(DOMESTIC) | 05/07/1996 | STATUTORY CLOSE CORP AMD |
| AMENDMENT(DOMESTIC) | 02/29/1996 | CH FR/EQUITABLE MORTGAGE CORP. |
| INCORPORATION (DOMESTIC) | 05/02/1989 | ART |

**Return to Previous Page**