

# Secretary of State Search
# Mark Hammond's Office

| Main Page | What's New | Forms | Fee Schedule | Office Directory | Where Do I Find? | Search |

---

Business Filings Division

**Information for:**    **HOMEGOLD, INC.**                          Check C

Note*** This online database was last updated on 06 15 2006 see our Disclaimer

| DOMESTIC / FOREIGN: | Domestic |
| STATUS: | No Agent |
| STATE OF INCORPORATION / ORGANIZATION: | SOUTH CAROLINA |
| | **For Profit** |

---

## REGISTERED AGENT INFORMATION

| REGISTERED AGENT NAME: | AGENT |
| ADDRESS: | RESIGNED |
| CITY: | |
| STATE: | SC |
| ZIP: | 00000 0000 |
| SECOND ADDRESS: | |

---

| FILE DATE: | 06/29/1995 |
| EFFECTIVE DATE: | 06/29/1995 |
| DISSOLVED DATE: | |

---

| NOT ABLE TO MAINTAIN REGISTRATED AGENT | 02/10/2004 | RESIGNATION OF AGT/ADD | |
| Agent | 09/28/2001 | CH AGT/ADD FR-WILLIAM E LONG JR | |
| SURVIVOR OF MERGER | 05/09/2000 | SUR MER W/ 21 CORPORATIONS | |
| Agent | 09/08/1999 | CH AGT/ADD FR-MARK S KEEGAN | |
| NOT ABLE TO MAINTAIN REGISTRATED AGENT | 07/15/1998 | RESIGNATION OF AGENT | |
| Agent | 07/15/1998 | ADD AGT/ADD | |
| AMENDMENT(DOMESTIC) | 02/09/1998 | CH FR/EMERGENT MORTGAGE CORP.eff 3/31/98 | |
| Agent | 06/02/1997 | CH AGT FR/KEITH B GIDDENS | |
| AMENDMENT(DOMESTIC) | 09/29/1995 | CH FR/EMERGENT RESIDENTIAL MORTGAGE, INC. | |
| INCORPORATION (DOMESTIC) | 06/29/1995 | INCORPORATION | |