

# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

Ex. 28

**INITIATE NEW BROWSE**

| | | |
|---|---|---|
| Corporation | | F/C 908-401 |
| Legal Name: | HomeSense Financial Corp. of Alabama | |
| State Of Inc: | South Carolina | |
| Qualified...: | 09-23-1997  Withdrawn.: 10-03-2000 | |
| Serv Of Proc: | 113 REED AVE<br>LEXINGTON, SC  29072 | |
| Date Of Inc.: | 10-18-1996 | |
| Reg Agent...: | THE CORPORATION COMPANY<br>2000 INTERSTATE PARK DR  STE 204<br>MONTGOMERY, AL  36109 | |
| Prin Address: | 3239 SUNSET BLVD<br>WEST COLUMBIA, SC  29169 | |
| Nat Of Bus..: | --- | |

**TRANSACTION LIST**      


© 2006, Office of the Secretary of State, State of Alabama