

# CORPORATE DETAILS
### Office of the Secretary of State
### State of Alabama

Ex. 29

**INITIATE NEW BROWSE**

| | | |
|---|---|---|
| Corporation | | F/C 928-172 |
| Legal Name: | HSBC Mortgage Services Inc. | |
| State Of Inc: | Delaware | |
| Qualified...: | 08-30-2004 | |
| Date Of Inc.: | 08-07-1985 | |
| Reg Agent...: | THE CORPORATION COMPANY<br>2000 INTERSTATE PARK DR  STE 204<br>MONTGOMERY, AL  36109 | |
| Prin Address: | 2700 SANDERS RD<br>PROSPECT HEIGHTS, IL  60070 | |
| Nat Of Bus..: | * Not On Data Base | |

800
925
7562
AL

 **ANNUAL REPORTS**

 **PREVIOUS PAGE**

© 2006, Office of the Secretary of State, State of Alabama