

# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

Ex. 30

**INITIATE NEW BROWSE**

Corporation                                                                                   F/C
  Legal Name:    Mortgage Electronic Registration Systems, Inc.

State Of Inc:    Delaware

Qualified...:    05-10-2004

Date Of Inc.:    12-30-1998

Reg Agent...:    THE CORPORATION COMPANY
                2000 INTERSTATE PARK DR STE 204
                MONTGOMERY, AL    36109

Prin Address:    1595 SPRING HILL RD  STE 310
                VIENNA, VA   22182

Nat Of Bus..:    * Not On Data Base

 2004   **ANNUAL REPORTS**

 **← PREVIOUS PAGE**

© 2004, Office of the Secretary of State, State of Alabama