

# CORPORATE DETAILS
Office of the Secretary of State
State of Alabama

Ex. 31

---


INITIATE NEW BROWSE

```
Registered
  Name......:    Household International, Inc.

State Of Inc:    Delaware

Expire Date.:    12-31-2004

Registered..:    01-05-2004 (Curr)   10-09-1981 (Orig)

Submitted By:    PAYNE, LAURA
                 CT CORPORATION SYSTEM
                 2000 INTERSTATE PARK DR STE 204
                 MONTGOMERY, AL  36109
```

← PREVIOUS PAGE

---

© 2004, Office of the Secretary of State, State of Alabama