Ex. 32

# NYS Department of State

## Division of Corporations

**Entity Information**

---

Selected Entity Name: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

Selected Entity Status Information

**Current Entity Name:** MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
**Initial DOS Filing Date:** MAY 04, 1999
**County:** NEW YORK
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**Chairman or Chief Executive Officer**
R.K. ARNOLD
1595 SPRING HILL RD
STE 310
VIENNA, VIRGINIA, 22182-2228

**Principal Executive Office**
MERSCORP INC
1595 SPRING HILL RD
STE 310
VIENNA, VIRGINIA, 22182-2228

**Registered Agent**
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page     NYS Department of State Home Page