

Ex. 33