Ex. 35

http://www.hsbc.com/code/tools/site/Renderer.jhtml?cp=/public/groupsite/news_room/2003_archive/en/hsbc_completes_the_acquisition_of_household.jhtml&bu=groupsite&toolName=news_room&&isPc=true&bt=&pId=ecdf4950-4995-11d7-8f9a-080020c629df

## HSBC completes the acquisition of Household

**28 March 2003**

HSBC Holdings plc ("HSBC") today announced the completion of its acquisition of Household International, Inc. ("Household") by way of merger with H2 Acquisition Corporation ("H2"), a wholly owned subsidiary of HSBC. H2 will be renamed "Household International, Inc." All necessary regulatory and other consents and approvals were obtained to permit completion in accordance with the merger agreement entered into on 14 November 2002. A certificate of merger was filed earlier today with the Secretary of State of the State of Delaware declaring the merger effective as of 10.02 p.m. (London time) today.

H 2