*Ex. 36*

# HOUSEHOLD 

Mortgage Services
P.O. Box 2369
Brandon, FL 33509

NOTICE TO CURE AND INTENT TO ACCELERATE

09/27/03

*ERIC*

GEORGE MCCARLEY

211 CHESTNUT ST

ROANOKE          AL  36274

Re:   Loan Number        0002935534
      Property Location:  211 CHESTNUT ST

                          ROANOKE          AL  36274

Dear Mortgagor:

This is a formal notice that your agreement to pay as outlined
in the terms of your Note and Mortgage/Deed of Trust has been
breached by your failure to make such payments that were due on
and after 11/05/02    .

To correct this breach of agreement, the total amount of
$       6110.14 must be received in our office by the last
business day of this month. If such payment is not received in
our office by the last business day of this month, add an
additional $       290.51 for the next month's payment, which
must be received within thirty (30) days from the date of this
letter. Due to the delinquency of the mortgage, all payments
must be received in CERTIFIED FUNDS until the account has been
fully redeemed. All additional late charges and payments due
after this notice must be included in your payment. ONLY THE
FULL AMOUNT DUE WILL BE ACCEPTED.

It is our intent to declare your loan past due and payable
immediately if the above mentioned breach is not remedied as
outlined by this letter.

We would like to inform you that you have the right to reinstate
after acceleration and to bring court action to assert the
non-existence of a default or any other defense you may have to
acceleration and sale of your property.

Please contact me to discuss this urgent matter. If you have
made arrangements to cure the delinquency of your mortgage and
the agreement is kept, you may disregard this notice. If the
arrangements are broken, this breach will be enforced.

I will be glad to discuss any questions you may have regarding
this notice.

Mailed by regular and certified mail on this day 09/27/03.

Sincerely,

HOUSEHOLD MORTGAGE SERVICES

Default Department                                        06:19
Telephone: 1-866-265-7066                        (Regular Mail)
Mon.-Thurs. 8am-11pm, Fri. 8am-6pm, Sat. 8am-2pm (Eastern Time)

*H3*