# SHARED INFORMATION DISCLOSURE

Ex. 41

HOUSEHOLD FINANCE CORPORATION
III
961 WEIGEL DRIVE
ELMHURST, IL 60126

Date _____12/05/00_____
SSN/TIN _____416762215_____

As used in this document the words "we," "our," and "us" mean the financial institution and the words "you" and "your" mean the account holder(s).

At our discretion we may communicate information solely about our transactions or experiences with you to persons related to us by common ownership or affiliated by corporate control. We may also, at our discretion, communicate other information to these same persons, unless you direct us in writing to not exchange this other information.

[X] By checking this box and returning this document to us, you are directing us to not exchange information other than information relating solely to your transactions or experiences with us.

© 1997 Bankers Systems, Inc., St. Cloud, MN  Form FCRA-SI  4/4/97

*GM*

*Scams*

X013

Loan ID: 0050028886