Ex. 42

EN6718 (06/02)



**HOUSEHOLD**

Mortgage Services
P.O. Box 2393
Brandon, FL 33509-2393

ADDRESS SERVICE REQUESTED

1-18-03
2-05-03

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
CREDIT SERVICES

Billing Statement Enclosed

E1

Ex. 43



**HOUSEHOLD**

Mortgage Services
P.O. Box 2678
Brandon, FL 33509-2678

 

POST OFFICE
WILL NOT
DELIVER
WITHOUT
POSTAGE

E2