

HOUSEHOLD FINANCIAL SERVICES
P.O. BOX 2393
BRANDON, FL 33509-2393

Ex. 44 &
45
(see Ex. 33)

▲

PLACE
STAMP
HERE