

GEORGE MCCARLEY
211 CHESTNUT ST
ROANOKE AL 36274-1344

0615018087

MONTHLY STATEMENT
LOAN NUMBER: 2935534

Ex. 46

| | |
|---|---|
| Statement Date | 06/15/00 |
| Interest Rate | 11.990 |
| P&I Payment | $290.51 |
| Total Monthly Payment | $290.51 |
| Principal Balance | $26,400.00 |

## IMPORTANT MESSAGES IN SHADED BOX, PLEASE READ

Please note that you can obtain Year-End or Year-To-Date information through our Automated Phone System by dialing 1-800-333-7023. After the introduction, press 1. Enter your loan number, press the pound (#) key and enter the last 4 digits of the primary account holders social security number. After the detailed loan information, press 2 and the system will quote your Year-End or Year-To-Date information.

If you have a question regarding your loan contact our Customer Service Department at 1-800-333-7023, Mon - Fri 7:00am to 7:00pm Central Standard Time.

Access your loan information at www.HFSonline.com Log on, click on Customer Service Center and register by creating a password. All access to your account is secure and confidential. Check it out today!

Please include your loan number on all written correspondence.

## TRANSACTION SUMMARY

For additional information see reverse side

| Date | Description | Amount | Interest | Principal | Escrow/Impound | Optional Insurance | Miscellaneous |
|---|---|---|---|---|---|---|---|
| 06/08 | New Loan Set Up | | | $26,400.00- | | | |

Avoid late charges by making payments for the EXACT AMOUNT ON OR BEFORE THE DUE DATE. Payments are not considered "received" until applied to your loan. Postal delays DO NOT CONSTITUTE A WAIVER OF LATE CHARGES; therefore please allow adequate time for mail service. All late payments must include the late charge.

Write your loan number on your check or money order and mail with the coupon portion of the statement. DO NOT MAIL CASH.

Please include your loan number on all correspondence.

|  | Phone Numbers | Fax Numbers | Addresses |
|---|---|---|---|
| Customer Service/ Correspondence | 1-800-333-7023 | 1-630-617-7979 | P.O. Box 1288, Elmhurst, IL 60126-1288 |
| Taxes/ Insurance | 1-800-333-7023 | 1-630-617-7979 | P.O. Box 1288, Elmhurst, IL 60126-1288 |
| Pay-off Requests | 1-800-333-7023 | 1-630-617-7974 | P.O. Box 1288, Elmhurst, IL 60126-1288 |
| Commercial Loans | 1-800-333-7023 | 1-630-617-7979 | P.O. Box 1097, Elmhurst, IL 60126-1097 |
| Collections | 1-800-395-3489 | 1-630-617-7679 | P.O. Box 8605, Elmhurst, IL 60126-8605 |
| Bankruptcy | 1-800-395-3489 | 1-630-617-7958 | P.O. Box 8605, Elmhurst, IL 60126-8605 |
| Foreclosure | 1-800-395-3489 | 1-630-617-7957 | P.O. Box 8605, Elmhurst, IL 60126-8605 |

| Regular Monthly Payments: | Household Financial Services - CPI<br>P.O. Box 7013<br>Anaheim, CA 92850-7013 |
|---|---|
| Overnight Payments: | Household Financial Services - CPI<br>941 Corporate Center Dr.<br>Pomona, CA 91769 |

Customer Service Representatives Available:   Monday - Friday:      7am - 7pm CST
Collections Representatives Available:            Monday - Thursday:  7am - 10pm CST
                                                                       Friday:                 7am - 5pm CST
                                                                       Saturday:            8am - 1pm CST
Automated Assistance Available:                      Monday - Friday:      5am - 10pm CST
                                                                       Saturday:            5am - 4pm CST

6-15-01