

MONTHLY STATEMENT
LOAN NUMBER: 2935534

Ex.47

| | |
|---|---|
| Statement Date | 02/08/01 |
| Interest Rate | 11.990 |
| P&I Payment | $290.51 |
| Total Monthly Payment | $290.51 |
| Principal Balance | $26,263.65 |
| Late Charges | $43.59 |

0208004577

GEORGE MCCARLEY
211 CHESTNUT ST
ROANOKE AL 36274-1344

### IMPORTANT MESSAGES IN SHADED BOX, PLEASE READ

Your recent payment was returned to us unpaid by your bank. Therefore, we have produced this monthly billing statement to notify you and to request that you mail a replacement check immediately, by using below payment coupon. Should you have any questions regarding the returned check, please contact your bank.

### TRANSACTION SUMMARY

For additional information see reverse side

| Date | Description | Amount | Interest | Principal | Escrow/Impound | Optional Insurance | Miscellaneous |
|---|---|---|---|---|---|---|---|
| 02/08 | Paymt. Reversal | | $262.42- | $28.09- | | | $18.98- |
| 02/08 | Paymt. Reversal | | $262.14- | $28.37- | | | |

---

Please include this portion with payment.

Please specify additional funds here. Any additional funds not specified will be applied to escrow.

For correspondence see reverse side

Please check this box if change of address/phone information has been completed on reverse side of coupon.

GEORGE MCCARLEY
211 CHESTNUT ST
ROANOKE AL 36274-1344

### PAYMENT INFORMATION

| | |
|---|---|
| Current Due Date | Nov 5, 00 |
| November Payment | $290.51 |
| Previous Payment(s) | $1,162.04 |
| Unpaid Late Charges | $43.59 |
| Other Fees | $27.00 |
| Total Amount Due | $1,523.14 |

TOTAL AMOUNT DUE  $ 1,523.14

ADD'L PRINCIPAL:  $ _____

ADD'L ESCROW:  $ _____

LATE CHARGES:  $ _____

OTHER FEES:  $ _____

TOTAL AMOUNT ENCLOSED:  $ _____

HOUSEHOLD FINANCIAL SERVICES
P.O. BOX 7013
ANAHEIM, CA 92850-7013

873 2935534 0030504 0029051

STMT74A (10/00)

## HOUSEHOLD FINANCIAL SERVICES - CPI

Please include your loan number on all Correspondence.

|  | Phone Numbers | Fax Numbers | Addresses |
|---|---|---|---|
| Customer Service/ Correspondence | 1-950-839-7103 | 1-813-571-8047 | P.O. Box 2393, Brandon, FL 33509-2393 |
| Insurance | 1-800-302-7023 | 1-813-571-8689 | P.O. Box 1997, Brandon, FL 33509-1997 |
| Sales Center | 1-800-636-1442 | 1-813-571-3617 | 636 Grand Regency Blvd, Brandon, FL 33510-3942 |
| Collections | 1-800-395-3489 | 1-813-571-8911 | P.O. Box 2369, Brandon, FL 33509-2369 |
| Bankruptcy | 1-830-395-3489 | 1-813-571-7952 | P.O. Box 2369, Brandon, FL 33509-2369 |
| Foreclosure | 1-800-395-3489 | 1-813-571-7616 | P.O. Box 2369, Brandon, FL 33509-2369 |
| Taxes | 1-800-302-7022 | 1-813-571-8603 | P.O. Box 2332, Brandon, FL 33509-2332 |

| | |
|---|---|
| Regular Monthly Payments: | Household Financial Services - CPI<br>P.O. Box 7013<br>Anaheim, CA 92850-7013 |
| All Payoffs and Overnight Payments: | Household Financial Services - CPI<br>636 Grand Regency Blvd<br>Brandon, FL 33510-3942 |

| | | |
|---|---|---|
| Customer Service Representatives Available: | Monday - Friday: | 8am - 8pm EST |
| Collections Representatives Available: | Monday - Thursday: | 8am - 11pm EST |
|  | Friday: | 8am - 5pm EST |
|  | Saturday: | 8am - 2pm EST |
| Automated Assistance Available: | Monday - Friday: | 6am - 11pm EST |
|  | Saturday: | 6am - 5pm EST |

2-08-01

Note: Payment Information – Payments received and accepted by us at the payment address shown on the Payment Coupon by 10:00 a.m. local time in the time zone of receipt on any Monday through Friday that is not a bank holiday will be credited as of the Date of Receipt. Payments must be made by check or money order payable in U.S. dollars and drawn on a U.S. institution. Do not send cash or currency. Payments may be subject to a delay in crediting of up to five days in any of the following instances: payments not made as described above, payments not received at the payment address, or payment coupon not returned with payment.

Connecticut, Iowa and Texas only: This is an attempt to collect a debt and any information obtained will be used for that purpose.


If your address or phone number has changed, please complete the change of information above.
This should only be completed if the information has changed.
TO ENSURE ACCURACY, PLEASE PRINT NEATLY INSIDE THE BOXES USING UPPER-CASE LETTERS AND NUMBERS ONLY.


EQUAL HOUSING LENDER