

MONTHLY STATEMENT  Ex. 48
LOAN NUMBER: 2935534

| | |
|---|---|
| Statement Date | 02/14/01 |
| Interest Rate | 11.990 |
| P&I Payment | $290.51 |
| Total Monthly Payment | $290.51 |
| Principal Balance | $26,207.19 |
| Interest Paid to Date | $524.56 |
| Late Charges | $4.61 |

GEORGE MCCARLEY
211 CHESTNUT ST
ROANOKE AL 36274-1344

0214005952

## IMPORTANT MESSAGES IN SHADED BOX, PLEASE READ

Need some extra cash to help with holiday shopping, a major purchase or education expenses? One of our home equity loans is just the answer. You'll pay a lower rate than with unsecured loans. And the interest you pay is usually tax deductible. Call 1-800-636-1442 to discuss your financial needs.

We recently relocated to Tampa, Florida to allow us to better serve you. Our contact details have not changed. For Customer Service call 1-800-333-7023, 8AM - 8 PM, Mon-Fri, ET. For additional loan products call 1-800-636-1442. To view your account at any time log-on to www.HFSonline.com.

Please note that you can obtain Year-End or Year-To-Date information through our Automated Phone System by dialing 1-800-333-7023. After the introduction, press 1. Enter your loan number, press the pound (#) key and enter the last 4 digits of the primary account holders social security number. After the detailed loan information, press 2 and thesystem will quote your Year-End or Year-To-Date information.

### TRANSACTION SUMMARY
For additional information see reverse side

| Date | Description | Amount | Interest | Principal | Escrow/Impound | Optional Insurance | Miscellaneous |
|---|---|---|---|---|---|---|---|
| 02/14 | Payment | $38.98 | | | | | $38.98 |
| 02/14 | Payment | | $262.14 | $28.37 | | | |
| 02/14 | Payment | $581.02 | $262.42 | $28.09 | | | |

---

Statement Date: 02/14/01

Loan Number: 2935534

For correspondence see reverse side

Please include this portion with payment.

Please specify additional funds here. Any additional funds not specified will be applied to escrow.

☐ Please check this box if change of address/phone information has been completed on reverse side of coupon.

GEORGE MCCARLEY
211 CHESTNUT ST
ROANOKE AL 36274-1344

### PAYMENT INFORMATION

| | |
|---|---|
| Current Due Date | Jan 5, 01 |
| February Payment | $290.51 |
| Previous Payment(s) | $581.02 |
| Unpaid Late Charges | $4.61 |
| Other Fees | $27.00 |
| Total Amount Due | $903.14 |
| Total Due After Late Charges 02/15/01 | $917.67 |

TOTAL AMOUNT DUE  $ 903.14

ADD'L PRINCIPAL:  $ _____

ADD'L ESCROW:  $ _____

LATE CHARGES:  $ _____

OTHER FEES: _____ $ _____

TOTAL AMOUNT ENCLOSED:  $ _____

HOUSEHOLD FINANCIAL SERVICES
P.O. BOX 7013
ANAHEIM, CA 92850-7013

873 2935534 0030504 0029051

STMT74A (10/00)

# HOUSEHOLD FINANCIAL SERVICES - CPI

Please include your loan number on all Correspondence.

| | Phone Numbers | Fax Numbers | Addresses |
|---|---|---|---|
| Customer Service/ Correspondence | 1-800-333-7023 | 1-813-571-8647 | P.O. Box 2393, Brandon, FL 33509-2393 |
| Insurance | 1-800-333-7023 | 1-813-571-8689 | P.O. Box 1997, Brandon, FL 33509-1997 |
| Sales Center | 1-800-636-1442 | 1-813-571-8647 | 636 Grand Regency Blvd Brandon, FL 33510-3942 |
| Collections | 1-800-395-3489 | 1-813-571-8663 | P.O. Box 2369, Brandon, FL 33509-2369 |
| Bankruptcy | 1-800-395-3489 | 1-813-571-7958 | P.O. Box 2369, Brandon, FL 33509-2369 |
| Foreclosure | 1-800-395-3489 | 1-813-571-7956 | P.O. Box 2369, Brandon, FL 33509-2369 |
| Taxes | 1-800-333-7023 | 1-813-571-8690 | P.O. Box 2332, Brandon, FL 33509-2332 |

| | |
|---|---|
| Regular Monthly Payments: | Household Financial Services - CPI<br>P.O. Box 7013<br>Anaheim, CA 92850-7013 |
| All Payoffs and Overnight Payments: | Household Financial Services - CPI<br>636 Grand Regency Blvd<br>Brandon, FL 33510-3942 |

| | | |
|---|---|---|
| Customer Service Representatives Available: | Monday - Friday: | 8am - 8pm EST |
| Collections Representatives Available: | Monday - Thursday: | 8am - 11pm EST |
| | Friday: | 8am - 5pm EST |
| | Saturday: | 8am - 2pm EST |
| Automated Assistance Available: | Monday - Friday: | 6am - 11pm EST |
| | Saturday: | 6am - 5pm EST |

2-14-01

Note: Payment Information – Payments mailed and received by us at the payment address shown on the Payment Coupon by 10:00 a.m. local time in the time zone of receipt on any Monday through Friday that is not a bank holiday will be credited as of the Date of Receipt. Payments must be made by check or money order payable in U.S. dollars and drawn on a U.S. institution. Do not send cash or currency. Payments may be subject to a delay in crediting of up to five days in any of the following instances: payments not made as described above, payments not received at the payment address, or payment coupon not returned with payment.

Connecticut, Iowa and Texas only: This is an attempt to collect a debt, and any information obtained will be used for that purpose.

If your address or phone number has changed, please complete the change of information above.
This should only be completed if the information has changed.
TO ENSURE ACCURACY, PLEASE PRINT NEATLY INSIDE THE BOXES USING UPPER-CASE LETTERS AND NUMBERS ONLY!



EQUAL HOUSING LENDER