# HOUSEHOLD

**Statement for**

GEORGE MCCARLEY

Loan Number: 2935534
Statement Date: 01/18/03
Payment Due Date: 02/05/03

Ex. 49

Customer Service Number: 1-800-333-7023       Website: HouseholdMortgageServices.com    113593

## Account Summary

| Current Payment Amount | Principal & Interest | Escrow/ Advance | Optional Insurance/ Products | Past Due Payment Amount | Late Charges | Miscellaneous/ Other | Total Due |
|---|---|---|---|---|---|---|---|
| 315.64 | 290.51 | 51.13 | 0.00 | 946.92 | 58.09 | 24.30 | 1,344.95 |

| Principal Balance | Escrow/Advance Balance | Unapplied Funds Balance | Unpaid Interest |
|---|---|---|---|
| 25,811.48 | 528.78 | 0.00 | 1,772.29 |

## Transaction Summary Since Last Statement

| Date | Effective Date | Total Amount | Interest | Principal | Escrow | Optional Insurance/ Products | Late Charges/ Miscellaneous | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|
| 01/10 | | | | | | | 312.00 | |
| | FORCE PLACED HAZARD INS | | | | | | | |
| 12/26 | 12/26 | 25.13 | | | | | | |
| | FEE COLLECTION | | | | | | | |
| 12/26 | 12/26 | 290.51 | 290.51 | | | | | |
| | MORTGAGE PAYMENT | | | | | | | |

A $14.52 late charge will be due if payment is received after **11/15/02**.

## Important Messages

EZ Pay Plus is a great payment option that may save you money. Please read the enclosed brochure to learn more about the benefits of the EZ Pay Plus program.

Your 2002 tax forms, 1098 and 1099 (if applicable), will be mailed to you by January 31, 2003. If you do not receive your tax form(s) by February 15, 2003, please contact Customer Service at 1-800-333-7023 Monday through Friday 8:00 a.m. to 8:00 p.m. Eastern time.

---

03485                                                                                           Page 1 of 1

Make checks payable to: Household Mortgage Services .    Always write your account number on your check.
Please enclose the bottom portion of your statement with your payment so that our address appears through the window.

| Loan Number: | 2935534 |
|---|---|
| Total Amount Due: | $ 1,344.95 |
| Additional Principal: | $ _____ |
| Late Charges: | $ _____ |
| Other: _____ | $ _____ |
| Amount Enclosed | $ |

**HOUSEHOLD**

| Current Due Date: | 02/05/03 |
|---|---|
| Payment: | $ 315.64 |
| Past Due Payment: | $ 946.92 |
| Unpaid Late Charges: | $ 58.09 |
| Other Fees: | $ 24.30 |
| Total Amount Due: | $ 1,344.95 |

Household Mortgage Services
P.O. Box 5207
Carol Stream, IL 60197-5207

GEORGE MCCARLEY
211 CHESTNUT ST
ROANOKE AL 36274-1344



## Hours of Operation

Customer Service Representatives
Monday - Friday 8 a.m. - 9 p.m. EST

Automated Assistance Available
Monday - Friday 8 a.m. - 11 p.m. EST
Saturday 8 a.m. - 5 p.m. EST

Collection Representatives Available:
Monday - Thursday 8 a.m. - 11 p.m. EST
Friday 8 a.m. - 9 p.m. EST
Saturday 8 a.m. - 2 p.m. EST

### Need More Money?

As a current customer you may be eligible for special financing programs. If you need more money, call us at 800-636-1442.

## Connect Us

Send Monthly Payments
Household Mortgage Services
P.O. Box 2393
Brandon, CA 91716-2113

Send Additional Payments
Household Mortgage Services
636 Grand Regency Blvd.
Brandon, FL 33510-3942

| Area | Telephone | Fax | Address |
|---|---|---|---|
| Website | | | www.householdmortgageservices.com |
| Customer Service | 1-800-333-7023 | 1-813-571-8647 | P.O. Box 2393, Brandon, FL 33509-2393 |
| Loan Office | 1-800-636-1442 | 1-888-245-9314 | 636 Grand Regency Blvd., Brandon, FL 33510-3942 |
| Taxes | 1-800-333-7023 | 1-813-571-8690 | P.O. Box 2332, Brandon, FL 33509-2332 |
| Insurance | 1-866-456-5010 | 1-714-973-3302 | P.O. Box 11035, Orange, CA 92856-8135 |
| Collections | 1-800-395-3489 | 1-813-571-8683 | P.O. Box 2369, Brandon, FL 33509-2369 |
| Loss Draft | 1-866-567-4029 | | P.O. Box 11262, Orange, CA 92856-8162 |
| Bankruptcy | 1-800-395-3489 | 1-866-824-0524 | P.O. Box 2369, Brandon, FL 33509-2369 |
| Foreclosure | 1-800-395-3489 | 1-813-571-8681 | P.O. Box 2369, Brandon, FL 33509-2369 |

## How to Pay

**By check/money order**
- Send your payment 7 days prior to the due date to ensure timely delivery.
- Make checks payable to Household Mortgage Services.
- Always write your account number on your check.
- Do not send cash.
- Do not staple or clip your check to the coupon.
- Any payment of $10,000 or greater must be made via certified funds or money order.

**By Automatic Debit - Recurring - EZ Pay Plus**
- Get the convenience of having your payment automatically deducted from your checking or savings account.
- Choose to make a payment weekly, every two weeks, twice a month or once a month to fit your pay schedule.
- The weekly and every other week options allow you to save money.
- Call 1-800-333-7023 or go online to enroll.
- A fee will be assessed for this service.

**By Automatic Debit - On Time TrueCollect**
- Forgot to mail your payment? Pay it over the phone with TrueCollect.
- Your payment will be deducted from your bank account and credited to your mortgage within one business day.
- Call 1-800-333-7023
- A fee will be assessed for this service.

Note: Payment Information [illegible fine print]

### General Information and Fee Schedule for Special Services

Listed below are some of the fees that you may incur for special services that fall outside of normal servicing of your mortgage loan. Fees will not be charged if prohibited by state law. The amount charged for these special services may be lower if applicable state law limits the amount of the fee.

| Service | Fee | Service | Fee |
|---|---|---|---|
| Amortization Schedule | $15 | Fax Fee | $15 |
| Copy of Document | $10 | Copy of Payment History | $5 per 12 months of history |
| Check Reissue | $15 | Stop Payment on EZ Pay Advance | $10 |
| Copy of Cancelled Check | $15 | Assumption Fee | $500 or .5% of UPB |
| Duplicate Year End Statement | $5 | Transfer of Title | $100 |
| Fax Fee for Payoff Stmt | $15 | Partial Release of Lien | $100 |
| Updated Payoff Statement | $10 | | |

Household Mortgage Services charges a fee for payments returned due to non-sufficient funds (NSF) in an amount permissible under state law. Additional fees may be assessed for other special services not listed. It's easy to request these special services simply call 1-800-333-7023, log on to householdmortgageservices.com or mail your request for Customer Service at P.O. Box 2393, Brandon, FL 33529-2393. The fee for your request will be assessed on a subsequent billing statement.

**NOTICE:** If your check is returned by your bank for insufficient or uncollected funds, we reserve the right to collect it electronically via an ACH transaction.

- Not all services are available online.
- On Assumable Loans only. Please review your loan documents to determine if your loan is assumable.

Rev. 09/02                                                                                           STMT206C (09/02)

1-18-03

STMT206C (09/02)

**To ensure accuracy, please print numbers and letters neatly. Use upper-case letters only!**
If you've filled in a new address, phone number, and / or email address be sure to check the box on the reverse side of this payment coupon.

[Blank form fields for name, address, phone, email]