**Statement for**

GEORGE MCCARLEY

# HOUSEHOLD

Ex. 50

| | |
|---|---|
| **Loan Number:** | 2935534 |
| **Statement Date:** | 12/19/03 |
| **Payment Due Date:** | 01/05/04 |

**Customer Service Number:** 1-800-333-7023

**Website:** HouseholdMortgageServices.com    113593

## Account Summary

| Current Payment Amount | Principal & Interest | Escrow/ Advance | Optional Insurance/ Products | Past Due Payment Amount | Late Charges | Miscellaneous/ Other | Total Due |
|---|---|---|---|---|---|---|---|
| 338.68 | 290.51 | 73.30 | 0.00 | 4,588.26 | 217.81 | 1,891.50 | **7,036.25** |

| Principal Balance | Escrow/Advance Balance | Unapplied Funds Balance | Unpaid Interest |
|---|---|---|---|
| 25,811.48 | 794.78 | 0.00 | 1,772.29 |

## Transaction Summary Since Last Statement

| Date | Effective Date | Total Amount | Interest | Principal | Escrow | Optional Insurance/ Products | Late Charges/ Miscellaneous | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|

No transactions have occurred on your loan between the last billing cycle and this statement.

A **$14.52** late charge will be due if payment is received after **11/15/02**.

## Important Messages

Save time and money with EZ Pay Plus, our automatic payment plan. Enroll today. It's easy, smart and convenient! See the enclosed brochure for more details.

---

02196

Page 1 of 1

Make checks payable to: Household Mortgage Services.    Always write your account number on your check.
Please enclose the bottom portion of your statement with your payment so that our address appears through the window

| | | |
|---|---|---|
| Loan Number: | | 2935534 |
| Total Amount Due: | $ | 7,036.25 |
| Additional Principal: | $ | |
| Late Charges: | $ | |
| Other: _____ | $ | |
| Amount Enclosed | $ | . |

# HOUSEHOLD

| | | |
|---|---|---|
| Current Due Date: | | 01/05/04 |
| Payment: | $ | 338.68 |
| Past Due Payment: | $ | 4,588.26 |
| Unpaid Late Charges: | $ | 217.81 |
| Other Fees: | $ | 1,891.50 |
| Total Amount Due: | $ | 7,036.25 |

Household Mortgage Services
P.O. Box 5207
Carol Stream, IL 60197-5207

GEORGE MCCARLEY
211 CHESTNUT ST
ROANOKE AL 36274-1344

### Hours of Operation

Household Mortgage Services
24 hours / day

Customer Service:
Monday - Friday 8 a.m. - 8 p.m. ET
(800) 333-7023

Automated Customer Service:
2 a.m. - 11 p.m. ET, seven days a week
(800) 333-7023

Collections:
Monday - Thursday 8 a.m. - 11 p.m. ET,
Friday 8 a.m. - 6 p.m. ET,
Saturday 8 a.m. - 2 p.m. ET
(800) 395-3489

### Additional Loan Products

Whether you're interested in a new mortgage, refinancing your current loan, consolidating your debt or simply looking for additional cash, Household may have the solution. Contact us at (800) 636-1442 to learn about our wide range of products and determine which one is right for you.

### Contact Information

Send payments to:
Regular Mail
Household Mortgage Services
P.O. Box 60113
City of Industry, CA 91716-0113

Overnight and Certified Mail
Household Mortgage Services
636 Grand Regency Blvd.
Brandon, FL 33510-3942

| Department | Telephone | Fax | Address |
|---|---|---|---|
| Customer Service | (800) 333-7023 | (813) 571-8637 | P.O. Box 2393, Brandon, FL 33509-2393 |
| Real Estate Taxes | (800) 333-7023 | (813) 571-8690 | P.O. Box 3715, Brandon, FL 33509-3715 |
| Homeowner's Insurance | (866) 456-5010 | (714) 973-3302 | P.O. Box 11035, Orange, CA 92856-8135 |
| Homeowner's Insurance Claims | (866) 567-4029 | | P.O. Box 11062, Orange, CA 92856-8162 |
| Collections | (800) 395-3489 | (813) 571-8683 | P.O. Box 2369, Brandon, FL 33509-2369 |
| Bankruptcy | (866) 824-0824 | (813) 571-8677 | P.O. Box 2369, Brandon, FL 33509-2369 |
| Foreclosure | (800) 365-6730 | (813) 571-8680 | P.O. Box 2369, Brandon, FL 33509-2369 |

### Payment Options

**Check/Money Order**
- Send your payment 7 days prior to the due date to ensure timely delivery.
- Make checks payable to Household Mortgage Services.
- Always write your account number on your check.
- Do not send cash.
- Do not staple or clip your check to the payment coupon.
- Any payment of $10,000 or greater must be made via certified funds or money order.

**EZ Pay Plus**
- Enjoy the convenience of having your payment automatically transferred from your checking or savings account on the date(s) that you select.
- Choose from weekly, every other week, twice a month and monthly debit options.
- Save money on interest by making payments once a week or every other week. You will pay smaller amounts more frequently, and you will make one extra payment a year. This may allow you to pay off your loan sooner and substantially reduce interest costs.*
- Call (800) 333-7023 or visit us online to enroll.
- A fee may be assessed for this service.

**One-Time Automatic Debit**
- Forgot to mail your payment? Pay by phone at (800) 333-7023 or pay online.
- Your payment will be transferred from your bank account and credited to your mortgage account within one business day.
- A fee may be assessed for this service.

* Your actual savings and reduction in term will differ based upon several factors including, but not limited to, the loan term, principal and interest payments, debit schedule, length of participation in the program and no returned payments.

**Note: Payment Information** - Payments sent by first-class mail and received by us at the payment address shown on the payment coupon by 4:00 p.m. local time in the time zone of receipt Monday through Friday (excluding bank holidays) will be credited as of the date of receipt. Payments must be made by check or money order payable in U.S. dollars and drawn on a U.S. institution. (Do not send cash or currency.) There may be a delay in posting payments that are not sent by first-class mail, not made as described above, not received at the payment address shown on the payment coupon, not returned with the payment coupon, sent by certified or overnight mail and received at the payment coupon address, or less than the minimum payment due.

**NOTICE: If your check is returned by your bank for insufficient or uncollected funds, we reserve the right to collect it electronically via an ACH transaction.**

### General Information and Fee Schedule for Special Services

Listed below are fees that you may incur for special services that fall outside of the normal servicing of your mortgage loan. Fees will not be charged if prohibited by state law. The amount charged for these special services may be lower if applicable state law limits the amount of the fee.

| | | | |
|---|---|---|---|
| Amortization Schedule | $15 | Fax Fee | $15 |
| Copy of Loan Documents | $10 | Copy of Payment History | $5 per 12 months of history |
| Check Reissue | $15 | Stop Payment on Home Equity Line Advance | $10 |
| Copy of Cancelled Check | $15 | Assumption Fee | $500 or .5% of unpaid principal balance, whichever is greater |
| Duplicate Year End Statement | $5 | Transfer of Title | $100 |
| Partial Release of Lien | $100 | | |
| Updated Payoff Statement | $10 | | |

Household Mortgage Services charges a fee for payments returned due to non-sufficient funds in an amount permissible under state law. Additional fees may be assessed for other special services not listed.

It's easy to request these special services. Simply call (800) 333-7023, log on to householdmortgageservices.com or mail your request to: Household Mortgage Services Customer Service, P.O. Box 2393, Brandon FL 33509-2393. The fee for your request (where permitted) will be assessed on a subsequent billing statement.

[1] Fax Fee is in addition to any special service fee assessed.
[2] Assumption fee applies to assumable loans only. Please review your loan documents to determine if your loan is assumable.
[3] Not all services are available online.

Rev. 08/03

STMT206E (08/03)

12-19-03

STMT206E (08/03)

**To ensure accuracy, please print numbers and letters neatly. Use upper-case letters only!**
If you've filled in a new address, phone number, and / or email address be sure to check the box on the reverse side of this payment coupon.