# Bank of America

Bank of America, N.A.
Customer Service
P.O. Box 4899
Atlanta, GA 30302-4899

Page 3 of 3
Statement Period
01-09-01 through 02-05-01
Number of checks enclosed: 1
B 04 0 C 04                    0002!

Account Number: 0010 0112 5467

Ex. 55

GEORGE D MCCARLEY

## Regular Checking Subtractions

| Service Charges and Other Fees | Date Posted | Amount($) |
|---|---|---|
| Overdraft Fee For Activity Of 01-22 Check #0000001113 | 01-23 | 29.50 |
| Overdraft Fee For Activity Of 01-26 Electronic Transa | 01-29 | 29.50 |
| Stop Payment Fee | 01-31 | 29.50 |
| Overdraft Fee For Activity Of 01-30 Electronic Transa | 01-31 | 29.50 |
| Pc Banking Fee    Feb | 01-31 | 5.95 |
| Overdraft Fee For Activity Of 01-31 Electronic Transa | 02-01 | 29.50 |
| Monthly Maintenance Fee | 02-05 | 11.00 |
| Overdraft Fee For Activity Of 02-02 Electronic Transa | 02-05 | 29.50 |
| **Total Service Charges and Other Fees** | | **$193.95** |

| Other Subtractions | Date Posted | Amount($) |
|---|---|---|
| Household Fin   ;DES=8008467510;ID= Eff Date: 010130;Indn:Mccarley, George | 01-30 | 610.00 |
| Pc Bill Pay Alabama Pow | 01-31 | 50.00 |
| Wci          ;Des=eft Paymnt;ID=3765243-1086 Eff Date: 010201;Indn:George D Mccarley | 02-01 | 239.35 |
| Household Fin   ;DES=8008467510;ID= Eff Date: 010202;Indn:Mccarley, George | 02-02 | 610.00 |
| §§Melaleuca, Inc. ;Des=mpda     ;ID=53196749 Eff Date: 010205;Indn:Mccarley, George D | 02-05 | 44.22 |
| **Total Other Subtractions** | | **$1,553.57** |

§§There were not enough funds available in your account to cover all the electronic transactions received on 02-05. The transaction(s) indicated here have been return Both the re-deposit of these amount(s) and any service charge(s) will be reflected on your next statement.

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Beginning | 9.35 - | 01-29 | 333.30 - | 02-02 | 1,037.75 - |
| 01-22 | 74.35 - | 01-30 | 943.30 - | 02-05 | 976.76 - |
| 01-23 | 103.85 - | 01-31 | 448.25 - | | |
| 01-26 | 303.80 - | 02-01 | 667.10 - | | |