# NationsBank®

NationsBank, N.A.
Customer Service
Post Office Box 4899
Atlanta, GA 30302-4899

Page 1 of 4
Statement Period
07-08-99 through 08-05-99
Number of checks enclosed: 3
B 04 0 C 04                 00250

Account Number: 0010 0112 5467

Ex. 56

GEORGE D MCCARLEY
211 CHESTNUT
ROANOKE, AL  36274-1344

See Back for Change of Address

## Customer Service Information

For additional information or service, you may call:
1-800-299-2265  24 Hour Express Service
1-800-299-2265  Customer Service
1-800-223-4287  Hearing Impaired Customer Service

Or you may write to:
NationsBank, N.A.
Post Office Box 4899
Atlanta, GA 30302-4899

## Regular Checking
### GEORGE D MCCARLEY

### Your Account at a Glance

| | |
|---|---:|
| Account Number | 0010 0112 5467 |
| Beginning Balance on 07-08-99 | $ 869.90 |
| Deposits and Other Additions + | 23,154.40 |
| Checks Posted - | 3,378.49 |
| ATM and Debit Card Subtractions - | 7,384.95 |
| Service Charges and Other Fees - | 43.45 |
| Other Subtractions - | 8,507.59 |
| Ending Balance on 08-05-99 | $ 4,709.82 |

*Your account has overdraft protection provided by Deposit Account number 0032 5191 6344.*

Year 2000 update: NationsBank is ready for year 2000. To find out more, visit our Web site at www.nationsbank.com or call toll-free 1-888-960-1111, 7am to 10pm, 7 days a week.

Each day we process withdrawals from your account according to the priorities we have established: For example, currently process ATM withdrawals, automatic payments and check card purchases before the checks you have written. Within each priority we process withdrawals from highest to lowest dollar amount.

If there are insufficient funds to cover all of the items processed on a given day, this procedure may enable us to p more important items, such as a rent or mortgage payment. In some cases, it may result in additional overdraft fee for smaller items.