Ex. 58

**AP: Saddam-Linked Banks Given Business**
**By MATT KELLEY**
**The Associated Press**

WASHINGTON - The U.S.-led postwar government in Iraq awarded business to two multinational banks fined for violating U.S. sanctions against Iraq during the regime of ousted dictator Saddam Hussein, records show.

The U.S.-appointed interim Iraqi government awarded one of the first foreign banking licenses in Iraq to British bank HSBC - the only firm fined twice for transactions with Saddam's Iraq by the U.S. Treasury Department.

A CIA report last month said Saddam's regime also stashed illicit oil profits in accounts at an HSBC branch in Jordan. And an Iraqi bank under Saddam was one of five investors in a London bank controlled by HSBC. The deal gave one of Saddam's bankers a seat on the board of directors of the British Arab Commercial Bank until last year.

**Treasury document incriminating HSBC found at following:**
http://wid.ap.org/documents/iraq/hsbc.pdf