Ex. 62

# YAHOO! MAIL

Print - Close Window

| | |
|---|---|
| **From:** | "m kentosh" <CandidateEmail@site.careerbuilder.com> |
| **To:** | "George McCarley" <gdmccarley@yahoo.com> |
| **Date:** | Thu, 26 Oct 2006 20:59:14 -0400 |
| **Subject:** | CareerBuilder.com: Your Career Builder Resume - $500K+ Executive VP Europe, Business Development |

**Your Career Builder Resume - $500K+ Executive VP Europe, Business Development**

Dear George McCarley,

While searching CareerBuilder.com, we came across your resume. Your background is of interest to us.

A pioneering organization with a major breakthrough in hiring technology is looking for an experienced and energetic executive who can lead the organization in expanding its business to Europe.

As Executive Vice President of European Business Development, you will create and implement strategic business plans, provide marketing advice and leadership to ensure overall market effectiveness, and identify region-specific solutions in key sales situations. Your area of responsibility includes recruiting continent and country directors, actively targeting prospective investors and managing all phases of the business development process.

The ideal candidate will be a seasoned global executive with more than 10 years experience in international sales, marketing, and business development. Knowledge of global commerce, excellent prospecting and closing, and CEO-level communication and presentation skills are important.

The company has the most advanced employment screening technology in the world. The technology is so accurate that it can profile and identify top performers for any given position. To prove it, they offer employers a "Free Blind Test Challenge" in which they separate a blind group of the employer's top performers from their bottom performers. This is a particularly effective demonstration when done on a company's sales force.

Compensation: Base Salary of $125,000 per year PLUS Excellent Incentives and Significant Equity. First Year Target Earnings: $500,000 with no cap on earnings. Second Year Target Earnings: $1,000,000 to 3,000,000 or more.

Location: You can live anywhere. This is a home-based position. Corporate Headquarters is in the Philadelphia Metro area.

While your background is of interest to us, to consider you for this position, you need to complete a simple 10-minute exercise. Please go to www.freejobtest.com and complete the FREE TEST.

After completing the exercise, please put your name, phone number and email address on each page and fax them, along with another copy of your RESUME, to 1-908-636-2562. Please reference Job ID 1986 on your cover sheet. If you have any questions, please email me kurtpomeroy@adminrecruiter.com or use the Live-Chat Customer Support on either of our websites.

I look forward to your early response.

Cordially,

Kurt Pomeroy
Senior Analyst
The Admin Recruiter

If you have questions or comments for CareerBuilder.com, please use our feedback form.

This email was sent from Account ID A7A71Y6NGDPZ67HDZY4 and by this logged in User U7X60T62VCHXHQCSGM2

**DISCLAIMER**
Please be aware that the content of this email has not been reviewed or approved by CareerBuilder and is in no way endorsed by CareerBuilder. You are solely responsible for any response you choose to provide to