**George McCarley**   334-863-6489   gdmccarley@yahoo.com

Ex. 65

# CHIEF EXECUTIVE OFFICER / PRESIDENT / CHIEF OPERATIONS OFFICER

**GOAL**—Obtain Leadership position with a promising Corporation, subsequently develop that Corp. into industry leading financial position and become CEO.

**Ph.D.** Suffield U. (2007)   **MS** USA Corps of Engineers   **BSBA** Jacksonville State U.

## Selected Achievements

- Developed Tier I & II suppliers to GM, Ford, Daimler/Chrysler, Honda, Caterpillar.
- Executive leader for Venture Capital acquisitions of companies with revenue totaling $6 billion (2000-2005). All are successful under new management.
- Provided strategy that increased corp. from $12 to $75 billion annual revenue.
- Directed DURACELL double digit growth via cGMP and process reengineering. (1993)
- Coached/directed Murray growth from $250 million to $1 billion. (1988-1993)
- Maintenance/Engineering Software adopted by Datastream and Mercedes Benz.

## Chronological History

- **Venture Capital** – (2000- Present) Chief Operations Officer for $6 billion in acquisitions.
- **IBM** – (1999) Senior Project Manager for technology upgrade of City of Washington, DC.
- **KM Developments** – (1992-1998) joined this firm to lead efforts at Ciba and Murray, growing Murray from 1500 to 5000 employees and was named Director of Operations.
- **Fairmont Foundry** -- General Manager 1990-1991 (Sold to competitor)
- **Steel Joist of Indiana** – Plant Manager 1987-1989 (Sold to competitor)
- **Woolworth's Australia, LTD** – Development Manager (83-86) for 4 food processing plants and printing operations. Prevented closure, while implementing new processes.
- **Operations Management Group** 1979-1982 joined firm to provide Management Development to underperforming division of General Electric and Duracell.
- **Milliken & Company** 1976-1979 grew revenues of the Cash Cow almost 200% annually.
- **US Army Reserve 1975-1983**, Captain Corps of Engineers (reserve).

**Career Track:** Product/Process Development, Project Manager, Plant Manager, General Manager, VP Ops, Chief Turnaround Officer. I've benefited from a challenging career and key positions with corporations such as GE, IBM, Milliken, Ciba, LLNL, and Kraft.

**Skills:** Supply Chain, ISO, QS, Six Sigma, Teams, Lean Enterprise, Engineer, Finance, Microsoft Office, Oracle, Software Architecture, Growing Market Share, Staff Development

**A highly personable, up-through-the-ranks**, visionary leader, exceptional written, verbal and media skills; proven in working with CEO's, family businesses and corporate boards; to develop, implement, fund and grow sustainable high profits and increasing Equity positions.

**Additional Management Insight** on George McCarley is found in two publications of Forbes CEO Network, at http://www.forbes.com/ceonetwork/ Active Discussions: Cost Cutting Issues (9 of 9) and Management Issues (9 of 13).