

Ex. 67

# REUTERS

Trade smarter for less.    Find Out How

Change Edition    Quote    symbol lookup    Search    News    My Profile | Help & Info

Updated: Mon 27 Feb 2006 | 11:44 PM ET

- HOME
- BUSINESS
- INVESTING
- News
- Markets
- Industries
- Stocks
  - Overview
  - Quote
  - Option Quote
  - Charts
  - Profile & Snapshot
  - Officers & Directors
- NEWS
  - Key Developments
  - Company News
  - Press Releases
- FINANCES
  - Financial Highlights
  - Ratios
  - Financial Statements
- SENTIMENT
  - Performance
  - Shares Shorted
  - Insider Trading
  - Institutional Holders
- ANALYSIS
  - Risk Alerts
  - Estimates
  - Recommendations
  - Analyst Research
- Funds
- ETFs
- Options
- Commodities

**Income Statement** FOR HBC.N    Symbol Lookup

## HSBC HOLDINGS PLC (NYS)

LAST    CHANGE                                Risk Alert for HBC.N

86.14    ▲ 0.65 (0.76%) 4:00 PM ET                                Low

SECTOR: Financial | INDUSTRY: Money Center Banks

▸ Independent Research    ▸ Broker Research

Choose from: Income Statement                    Annual    Quarterly

### ANNUAL INCOME STATEMENT

| In Millions of U.S. Dollars (except for per share items) | 12 Months Ending 12/31/04 | 12 Months Ending 12/31/03 | 12 Months Ending 12/31/02 | 12 Months Ending 12/31/01 Restated 12/31/02 | 12 Months Ending 12/31/00 Restated 12/31/02 |
|---|---|---|---|---|---|
| Interest Income, Bank | 50,203.0 | 39,968.0 | 28,595.0 | 35,261.0 | 37,746.0 |
| Total Interest Expense | 19,179.0 | 14,370.0 | 13,135.0 | 20,536.0 | 24,023.0 |
| **Net Interest Income** | **31,024.0** | **25,598.0** | **15,460.0** | **14,725.0** | **13,723.0** |
| Loan Loss Provision | 6,357.0 | 6,093.0 | 1,321.0 | 2,037.0 | 932.0 |
| **Net Interest Inc. After Loan Loss Prov.** | **24,667.0** | **19,505.0** | **14,139.0** | **12,688.0** | **12,791.0** |
| Non-Interest Income, Bank | 23,404.0 | 18,312.0 | 13,223.0 | 13,367.0 | 12,492.0 |
| Non-Interest Expense, Bank | (30,463.0) | (25,001.0) | (17,712.0) | (18,055.0) | (15,508.0) |
| **Net Income Before Taxes** | **17,608.0** | **12,816.0** | **9,650.0** | **8,000.0** | **9,775.0** |
| Provision for Income Taxes | 4,507.0 | 3,120.0 | 2,534.0 | 1,988.0 | 2,409.0 |