Ex. 68

In connection with the Merger, we implemented a plan to integrate our operations with FleetBoston's. During 2004, including an infrastructure initiative, $618 million was recorded as Merger and Restructuring Charges and $658 million was recorded as an adjustment to Goodwill related to these activities. During 2004, our integration activities progressed according to schedule. We rebranded all banking centers in the former FleetBoston franchise, as well as a majority of outstanding credit cards. In addition, we began to rollout customer service platforms, including *Premier Banking*, to the Northeast. We also completed several key systems conversions necessary for full integration. For more information on the Merger, see Note 2 of the Consolidated Financial Statements.

Table 1  Five-Year Summary of Selected Financial Data[1]

| (Dollars in millions, except per share information) | 2004 | 2003 | 2002 | 2001 | 2000 |
|---|---|---|---|---|---|
| **Income statement** | | | | | |
| Net interest income | $ 28,797 | $ 21,464 | $ 20,923 | $ 20,290 | $ 18,349 |
| Noninterest income | 20,097 | 16,450 | 13,580 | 14,348 | 14,582 |
| Total revenue | 48,894 | 37,914 | 34,503 | 34,638 | 32,931 |
| Provision for credit losses | 2,769 | 2,839 | 3,697 | 4,287 | 2,535 |
| Gains on sales of debt securities | 2,123 | 941 | 630 | 475 | 25 |
| Noninterest expense | 27,027 | 20,155 | 18,445 | 20,709 | 18,633 |
| Income before income taxes | 21,221 | 15,861 | 12,991 | 10,117 | 11,788 |
| Income tax expense | 7,078 | 5,051 | 3,742 | 3,325 | 4,271 |
| Net income | 14,143 | 10,810 | 9,249 | 6,792 | 7,517 |
| Average common shares issued and outstanding (in thousands) | 3,758,507 | 2,973,407 | 3,040,085 | 3,189,914 | 3,292,797 |
| Average diluted common shares issued and outstanding (in thousands) | 3,823,943 | 3,030,356 | 3,130,935 | 3,251,308 | 3,329,858 |
| **Performance ratios** | | | | | |
| Return on average assets | 1.35% | 1.44% | 1.41% | 1.05% | 1.12% |
| Return on average common shareholders' equity | 16.83 | 21.99 | 19.44 | 13.96 | 15.96 |
| Total equity to total assets (at year end) | 8.97 | 6.67 | 7.78 | 7.87 | 7.45 |
| Total average equity to total average assets | 8.06 | 6.57 | 7.28 | 7.55 | 7.03 |
| Dividend payout | 45.67 | 39.58 | 40.07 | 53.44 | 45.02 |
| **Per common share data** | | | | | |
| Earnings | $ 3.76 | $ 3.63 | $ 3.04 | $ 2.13 | $ 2.28 |
| Diluted earnings | 3.69 | 3.57 | 2.95 | 2.09 | 2.26 |
| Dividends paid | 1.70 | 1.44 | 1.22 | 1.14 | 1.03 |
| Book value | 24.56 | 16.63 | 16.75 | 15.54 | 14.74 |
| **Average balance sheet** | | | | | |
| Total loans and leases | $ 472,645 | $ 356,148 | $ 336,819 | $ 365,447 | $ 392,622 |
| Total assets | 1,044,660 | 749,056 | 653,774 | 644,887 | 670,078 |
| Total deposits | 551,559 | 406,233 | 371,479 | 362,653 | 353,294 |
| Long-term debt | 93,330 | 68,432 | 66,045 | 69,622 | 70,293 |
| Common shareholders' equity | 83,953 | 49,148 | 47,552 | 48,609 | 47,057 |
| Total shareholders' equity | 84,183 | 49,204 | 47,613 | 48,678 | 47,132 |
| **Capital ratios (at year end)** | | | | | |
| Risk-based capital: | | | | | |
| Tier 1 | 8.10% | 7.85% | 8.22% | 8.30% | 7.50% |
| Total | 11.63 | 11.87 | 12.43 | 12.67 | 11.04 |
| Leverage | 5.82 | 5.73 | 6.29 | 6.55 | 6.11 |
| **Market price per share of common stock** | | | | | |
| Closing | $ 46.99 | $ 40.22 | $ 34.79 | $ 31.48 | $ 22.94 |
| High closing | 47.44 | 41.77 | 38.45 | 32.50 | 29.63 |
| Low closing | 38.96 | 32.82 | 27.08 | 23.38 | 19.00 |

(1) As a result of the adoption of Statement of Financial Accounting Standards (SFAS) No. 142 "Goodwill and Other Intangible Assets" (SFAS 142) on January 1, 2002, we no longer amortize Goodwill. Goodwill amortization expense was $662 and $635 in 2001 and 2000, respectively.