IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE D. MCCARLEY,       ) | |
| ) | |
|     PLAINTIFF,       ) | |
| ) | |
| v.       ) | CASE NO. 3:06-cv-91-MEF |
| ) | |
| HOUSEHOLD FINANCE       ) | |
| CORPORATION III,       ) | (LEAD CASE) |
| ) | |
|     DEFENDANT.       ) | |

## **ORDER**

On March 17, 2006, this Court ordered Plaintiff George D. McCarley to refrain from filing any additional pleadings in this consolidated case until further order of the Court. While the Order and Recommendation of the Magistrate Judge (Doc. # 16) dated October 10, 2006 allowed Plaintiff to file written objections to that document such as the written objections filed by Plaintiff (Doc. # 17 & Doc. # 18), it did not authorize Plaintiff to file any other documents relating to any of the consolidated cases. Nevertheless, Plaintiff filed a lengthy Proposed Trial Brief (Doc. # 19) with numerous exhibits attached to it on November 6, 2006. This filing of document is neither necessary, nor appropriate at this time. Moreover, Plaintiff's decision to file this document evidences a willful disobedience to this Court's March 17, 2006 Order (Doc. # 16). Accordingly, it is hereby ORDERED that Proposed Trial Brief (Doc. # 19) with numerous exhibits attached is STRICKEN.

DONE this the 13th day of November, 2006.

                                                /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE