McCauley

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. |ı||ı.||ı..||ı..|ı..|||ı..|ı..||
HSBC Finance Corporation
2700 Sanders Road
Prospect Heights, IL 60070

3:06cv91-MEF (Summ + Doc 1,5,16,21,22
Answer Due 2/16)

2. Article Number
(Transfer from service label)     7005 1160 0001 2962 1485

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X KEVIN TAYLOR    ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
HOUSEHOLD                         2-1-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

McCauley

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. |ı||ı.||ı..||ı..|ı..|||ı..|ı..||
Household Finance Corporation III
2700 Sanders Road
Prospect Heights, IL 60070

3:06cv91-MEF (Summs + Doc 1,5,16,21,22
Answer Due 2/16)

2. Article Number
(Transfer from service label)     7005 1160 0001 2962 1492

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X KEVIN TAYLOR    ☐ Agent
  HOUSEHOLD      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  2-1-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

McCaulou

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X KEVIN TAYLOR
☐ Agent
☐ Addressee

B. Received by (Printed Name)
HOUSEHOLD

C. Date of Delivery
2-1-07

ess different from item 1?  ☐ Yes
elivery address below:  ☐ No

1. Househould International, Inc.
2700 Sanders Road
Prospect Heights, IL 60070

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

3:06cv91 ( Summ + Doc. 1,5,16,21,22
         Answer Due 2/16 )

2. Article Number (Transfer from service label)
7005 1160 0001 2962 1454

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540