McCauley

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

HSBC Gr. Corp.
2700 Sanders Road
Prospect Heights, IL 60070

3:06CV91-MEF (Doc 1, 5, 16, 21, 22 Ans 2/16) summs +

2. Article Number (Transfer from service label)    7005 1160 0001 2962 1478

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  KEVIN TAYLOR    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  HOUSEHOLD    C. Date of Delivery  2-1-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes