McCaxley

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

|ı|ıll.ıll.ıl.ılı.ıll.ılı.ıllı.ıl.ıll

HSBC Mortgage Services, Inc.
2700 Sanders Road
Prospect Heights, IL 60070

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ~~KEVIN TAYLOR~~
                    ~~HOUSEHOLD~~     ☐ Agent
                                      ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery
                                       2-2-07

dress different from item 1?   ☐ Yes
delivery address below:        ☐ No

3. Service Type
☑ Certified Mail        ☐ Express Mail
☐ Registered            ☑ Return Receipt for Merchandise
☐ Insured Mail          ☐ C.O.D.

3:06cv91-MEF (summs + Doc. 1,5,16,21,22)
              Answer due 2/16

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
(Transfer from service label)    7005 1160 0001 2962 1461

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540