IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE D. McCARLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 3:06CV91-MEF |
| HOUSEHOLD FINANCE | ) |
| CORPORATION III, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On March 19, 2007, Plaintiff filed a Motion for Summary Judgment (Doc. #38). Upon consideration of the motion, it is

ORDERED that on or before April 4, 2007, Defendants shall file a response to the motion. Thereafter, the motion shall be deemed submitted, and the Court will not consider any further pleadings filed by the parties.

DONE this 21th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE