IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 3:06CV91-MEF |
| HOUSEHOLD FINANCE | ) | |
| CORPORATION III, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On March 19, 2007, Plaintiff filed a Motion for Summary Judgment (Doc. #38). The Court observes that Plaintiff failed to file a brief in support of his motion, and further that his motion fails to set forth any case law in support of the motion. Upon consideration of the motion, it is

ORDERED that Plaintiff is NOT to file any further pleadings or motions without leave of the Court. It is further

ORDERED that Plaintiff is to familiarize himself with the Federal Rules of Civil Procedure before submitting any further pleadings or motions to the Court and file his pleadings and motions in accordance with those rules.

DONE this 21st day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE