IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| George D. McCarley | |
|     Plaintiff | Civil Action No. 3:06-CV-0091-MEF |
| v. | Lead Case |
| Household Finance Corporation III | |
|     Defendant | Jury Trial Demand |

**PLAINTIFF REQUESTS LEAVE TO AMEND RESPA COMPLAINT**

In compliance with court order 40, plaintiff respectfully requests leave to amend his RESPA COMPLAINT found at Document 24, dated 2/01/2007, to include a brief and necessary case citation's as required by Federal Rules of Civil Procedure.

Respectfully submitted

*[signature: G. McC]*

George D. McCarley, Pro Se

216B Chestnut Street
Roanoke, Al 36274
334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on this date, March 24, 2007, as required by Supreme Court Rule 29 I have served the enclosed ACTION on each party to the above proceeding or that party's counsel, and on every other person required to be served, by depositing envelope containing the above documents in the United States Mail properly addressed to each of them, and with first class postage prepaid, or by delivery to a third party commercial carrier for delivery within 3 calendar days.

<u>The Clerk</u>
Middle District of Alabama, Eastern Division
One Church Street, PO Box 711
Montgomery, Al 36101-0711
334-954-3600

<u>Defendant Attorney</u>
Mr. George Parker
Bradley Arant Rose and White
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Al 36104
334-956-7671, 956-7700

I declare under penalty of perjury that the foregoing is true and correct. *[signature: G. McCarley]*

Executed on March 24, 2007

George D. McCarley