EXHIBIT
A

APPENDIX
B



# HOUSEHOLD

DATE            8/11/2004
PAGE               1
LOAN NUMBER    2935534

MORTGAGOR MAILING ADDRESS
GEORGE MCCARLEY

211 CHESTNUT ST

ROANOKE AL 36274
PROPERTY ADDRESS
211 CHESTNUT ST

ROANOKE AL 36274

| PAYMENT INFORMATION | | ORIGINAL INFORMATION | | YEAR-TO-DATE | |
|---|---|---|---|---|---|
| P&I PAYMENT | 290.51 | ORIG BAL | 26,400.00 | INT PAID | 0.00 |
| ESCROW | 0.00 | ORIGINAL RATE | 11.990 | NEG AMORT | 0.00 |
| OPTIONAL INS | 0.00 | LOAN TERM | 240 | TAX PAID | 0.00 |
| BUYDOWN | 0.00 | FIRST DUE DATE | 06/05/00 | INT ON ESCROW | 0.00 |
| ASSISTANCE AMT | 0.00 | LOAN TYPE | CONV | | |
| ANCILLARY | 25.13 | CURRENT RATE | 11.990 | UNCOLLECTED BALANCES | |
| TOTAL PAYMENT | 315.64 | | | LATE CHARGES | 14.53 |
| UNAPL FUNDS | 0.00 | NEXT DUE DATE | 11/05/02 | FEES | 4,262.30 |
| | | PAID TO DATE | 10/05/02 | INTEREST | 0.00 |

## DETAIL BY TRANSACTION

| EFF DATE | TOTAL AMT | PRIN AMT | ESCROW AMT | FEE AMT | DESCRIPTION |
|---|---|---|---|---|---|
| PD TO DT | UNAPPLIED AMT | INT AMT | OPT AMT | LT CHG | PRIN BAL AFT |
| 09/04/01 | 290.51 | 29.82 | 0.00 | 0.00 | REG PAYMENT |
| 08/01 | 0.00 | 260.69 | 0.00 | 0.00 | 26061.02 |
| 10/01/01 | 290.51 | 30.12 | 0.00 | 0.00 | REG PAYMENT |
| 09/01 | 0.00 | 260.39 | 0.00 | 0.00 | 26030.90 |
| 10/15/01 | 290.51 | 30.42 | 0.00 | 0.00 | REG PAYMENT |
| 10/01 | 0.00 | 260.09 | 0.00 | 0.00 | 26000.48 |
| 11/08/01 | -536.00 | 0.00 | -536.00 | 0.00 | |
| 08/01 | 0.00 | 0.00 | 0.00 | 0.00 | 26000.48 |
| 11/29/01 | 290.51 | 30.72 | 0.00 | 0.00 | REG PAYMENT |
| 11/01 | 0.00 | 259.79 | 0.00 | 0.00 | 25969.76 |
| 12/28/01 | 290.51 | 0.00 | 0.00 | 0.00 | |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | 25969.76 |
| 12/28/01 | 290.51 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | 25969.76 |

| Date | Amt1 | Amt2 | Amt3 | Amt4 | Type / Balance |
|---|---|---|---|---|---|
| 01/28/02 | 335.18 | 31.03 | 44.67 | 0.00 | REG PAYMENT |
| 12/01 | 0.00 | 259.48 | 0.00 | 0.00 | 25938.73 |
| 01/28/02 | -335.18 | 0.00 | 0.00 | 0.00 | |
| 12/01 | -335.18 | 0.00 | 0.00 | 0.00 | 25938.73 |
| 01/28/02 | -335.18 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 12/01 | -335.18 | 0.00 | 0.00 | 0.00 | 25938.73 |
| 01/28/02 | 290.51 | 0.00 | 0.00 | 0.00 | |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | 25938.73 |
| 01/28/02 | 290.51 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | 25938.73 |
| 02/28/02 | -245.84 | 0.00 | 0.00 | 0.00 | |
| 01/02 | -245.84 | 0.00 | 0.00 | 0.00 | 25938.73 |
| 02/28/02 | 89.34 | 31.34 | 44.67 | 0.00 | REG PAYMENT |
| 01/02 | -245.84 | 259.17 | 0.00 | 0.00 | 25907.39 |
| 04/19/02 | 536.35 | 31.65 | 44.67 | 0.00 | REG PAYMENT |
| 02/02 | 201.17 | 258.86 | 0.00 | 0.00 | 25875.74 |
| 04/19/02 | 335.18 | 31.97 | 44.67 | 0.00 | REG PAYMENT |
| 03/02 | 0.00 | 258.54 | 0.00 | 0.00 | 25843.77 |
| 04/26/02 | -536.35 | -31.65 | -44.67 | 0.00 | REVERSAL |
| 01/02 | -201.17 | -258.86 | 0.00 | 0.00 | 25875.42 |
| 04/26/02 | -335.18 | -31.97 | -44.67 | 0.00 | REVERSAL |
| 02/02 | 0.00 | -258.54 | 0.00 | 0.00 | 25907.39 |
| 05/14/02 | 145.00 | 0.00 | 145.00 | 0.00 | |
| 02/02 | 0.00 | 0.00 | 0.00 | 0.00 | 25907.39 |
| 07/05/02 | 190.64 | 0.00 | 0.00 | 0.00 | |
| 02/02 | 190.64 | 0.00 | 0.00 | 0.00 | 25907.39 |
| 07/05/02 | 506.28 | 31.65 | 25.13 | 0.00 | REG PAYMENT |
| 02/02 | 190.64 | 258.86 | 0.00 | 0.00 | 25875.74 |
| 07/12/02 | 0.00 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 08/02 | 0.00 | 0.00 | 0.00 | 0.00 | 25875.74 |
| 08/12/02 | 460.94 | 31.97 | 25.13 | 0.00 | REG PAYMENT |
| 08/02 | 0.00 | 258.54 | 0.00 | 145.30 | 25843.77 |
| 08/12/02 | -490.64 | 0.00 | 0.00 | 0.00 | |
| 08/02 | -490.64 | 0.00 | 0.00 | 0.00 | 25843.77 |
| 08/12/02 | -490.64 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 08/02 | -490.64 | 0.00 | 0.00 | 0.00 | 25843.77 |
| 08/12/02 | 300.00 | 0.00 | 0.00 | 0.00 | |
| 08/02 | 300.00 | 0.00 | 0.00 | 0.00 | 25843.77 |
| 08/12/02 | 300.00 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 08/02 | 300.00 | 0.00 | 0.00 | 0.00 | 25843.77 |
| 08/12/02 | 300.00 | 32.29 | 9.49 | 0.00 | REG PAYMENT |
| 09/02 | 0.00 | 258.22 | 0.00 | 0.00 | 25811.48 |
| 12/26/02 | 0.00 | 0.00 | 0.00 | 0.00 | LATE CHARGES |
| 10/02 | 0.00 | 0.00 | 0.00 | -14.52 | 0.00 |
| 12/26/02 | 290.51 | 0.00 | 0.00 | 0.00 | REG PAYMENT |
| 10/02 | 0.00 | 290.51 | 0.00 | 0.00 | 25811.48 |
| 12/26/02 | 25.13 | 0.00 | 0.00 | 25.13 | FEE POSTING |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | 25811.48 |
| 01/10/03 | 312.00 | 0.00 | 0.00 | 312.00 | FEE BILLING |
| 10/02 | 0.00 | 0.00 | 0.00 | 0.00 | 25811.48 |
| 05/22/03 | 0.00 | 0.00 | 0.00 | 0.00 | LATE CHARGES |
| 10/02 | 0.00 | 0.00 | 0.00 | -101.64 | 0.00 |