EXHIBIT C

CALLING CARD NUMBERS UTILIZED TO CONTACT HSBC CORPORATE COUNSEL

Subpoena is required to access actual record of calls. Location for filing of such request may be determined by call to the "800" number indicated for each.

AT & T PrePaid Phone Card

Access Number 800-487-7646

Card # for identification is 4164-1652-3536


MCI PrePaid Calling Card

Access Number 800-273-0351

Card # for identification is 17832-03185