USPS - Track & Confirm

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm        FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 0306 0320 0005 3321 6925
Status: **Delivered**

Your item was delivered at 6:40 AM on February 2, 2007 in MOUNT PROSPECT, IL 60056.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

---

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

ADDRESS Provided by HSBC

2700 Sanders Road

Prospect Heights, Ill    60070

✳ NOTE Different Zip Code of delivery