IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| George D. McCarley | Civil Action No. 3:06-CV-0091-MEF |
| Plaintiff | Lead Case |
| v. | |
| Household Finance Corporation III | |
| Defendant | Jury Trial Demand |

**Request for Permission to file Brief In Support
of Charges for Violation of 12 USC 1833a and Referenced 18 USC Statutes against remaining
defendants in this Consolidated Case**

This Brief in Support is a result of discussion following the Rule 26(f) scheduling conference on March 23, 2007. Plaintiff requested discussion and guidance relative to the charge and statutes referenced in this brief. The Court advised plaintiff should provide this court a brief in support.

The 12 USC 1833a charges have not been ruled upon by the court, thus this "brief in support".

Respectfully submitted

George D. McCarley, Pro Se
216B Chestnut Street
Roanoke, Al 36274
334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on this date, April 2, 2007, as required by Supreme Court Rule 29 I have served the enclosed ACTION on each party to the above proceeding or that party's counsel, and on every other person required to be served, by depositing envelope containing the above documents in the United States Mail properly addressed to each of them, and with first class postage prepaid, or by delivery to a third party commercial carrier for delivery within 3 calendar days.

| The Clerk | Defendant Attorney |
|---|---|
| Middle District of Alabama, Eastern Division | Mr. George Parker |
| One Church Street, PO Box 711 | Bradley Arant Rose and White |
| Montgomery, Al 36101-0711 | Alabama Center for Commerce |
| 334-954-3600 | 401 Adams Avenue, Suite 780 |
| | Montgomery, Al 36104 |
| | 334-956-7671, 956-7700 |

I declare under penalty of perjury that the foregoing is true and correct

Executed on April 2, 2007

George D. McCarley

1