IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CASE NO. 3:06-cv-91-MEF |
| HOUSEHOLD FINANCE | ) | |
| CORPORATION III, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

On March 22, 2007, the Magistrate Judge filed a Recommendation (Doc. #42) in this case to which no timely objections have been filed. After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the Court believes that the recommendation should be adopted. Accordingly, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation of the Magistrate Judge (Doc. # 42) be and is hereby ADOPTED.

2. Plaintiff's Motion for Default (Doc. # 35) is DENIED.

Done this the 11th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE