IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2007 APR 20  A 9: 43
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| George D. McCarley<br>Plaintiff<br>v.<br><br>Household Finance Corporation III<br>Defendant | Civil Action No. 3:06-CV-0091-MEF<br>Lead Case[1] |

REQUEST FOR PERMISSION TO FILE MOTION AND BRIEF IN SUPPORT
RULE 55 DEFAULT FILING AND JUDGMENT BY CLERK
TO INCLUDE RECOMMENDED FORMS AND PROCEDURES, AFFIDAVITS

George D. McCarley respectfully requests permission of this Court and The Clerk to file Motion and Brief in Support of the filing of FRCP Rule 55(a)(b) Default of Defendant for Failure to Defend in this case.

Respectfully submitted

George D. McCarley, Pro Se
216B Chestnut Street
Roanoke, Al 36274
334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on this date, April 18, 2007, as required by Supreme Court Rule 29 I have served the enclosed ACTION on each party to the above proceeding or that party's counsel, by depositing envelope containing the above documents in the United States Mail properly addressed to each of them, and with first class postage prepaid, or by delivery to a third party commercial carrier for delivery within 3 calendar days.

The Clerk
Middle District of Alabama, Eastern Division
One Church Street, PO Box 711
Montgomery, Al 36101-0711
334-954-3600

Defendant Attorney
Mr. George Parker
Bradley Arant Rose and White
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Al 36104

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2007

George D. McCarley

---

[1] The consolidated case found at 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).