LEAD, MAG+

# U.S. District Court
## Alabama Middle District (Opelika)
### CIVIL DOCKET FOR CASE #: 3:06-cv-00091-MEF-WC

McCarley v. Household Finance Corporation III, et al (LEAD CASE) (MAG+)
Assigned to: Hon. Chief Judge Mark E. Fuller
Referred to: Honorable Wallace Capel, Jr
Lead case: 3:06-cv-00091-MEF-WC   (View Member Cases)
Cause: 28:1330 Breach of Contract

Date Filed: 01/31/2006
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

George D. McCarley     represented by    George D. McCarley
216B Chestnut Street
Roanoke, AL 36274
US
334-863-6489
PRO SE

V.

**Defendant**

KPMG International
*TERMINATED: 11/15/2006*

V.

**Consol Defendant**

Tim Flynn
*Chairman of KMPG, Auditor for HSBC*
*TERMINATED: 11/16/2006*

**Consol Defendant**

Household Finance Corporation III    represented by    George Robert Parker
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
334-956-7607
Fax: 205-956-7807
Email: gparker@bradleyarant.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**J.D. O'Toole**
*in his capacity as President of HSBC Gr.*
*Corp.*
*TERMINATED: 11/16/2006*

**Consol Defendant**

**Kenneth H. Robin**
*Legal Counsel for HSBC Finance*
*Corporation*
*TERMINATED: 11/16/2006*

**Consol Defendant**

**Alan W. Jebson**
*in his capacity as Group Chief Operating*
*Officer for HSBC Finance Corporation*
*TERMINATED: 11/16/2006*

**Consol Defendant**

**Thomas M. Detelich**
*President of HSBC Mortgage Services Inc.*
*TERMINATED: 11/16/2006*

**Consol Defendant**

**Siddharth N. (Bobby) Mehta**
*TERMINATED: 11/16/2006*

**Consol Defendant**

**William F. Aldinger, III**
*TERMINATED: 11/16/2006*

**Consol Defendant**

**Gary R. Esposito**                     represented by **George Robert Parker**
*TERMINATED: 11/16/2006*                                 (See above for address)
                                                         *TERMINATED: 11/16/2006*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**HSBC Finance Corporation**            represented by **George Robert Parker**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**HSBC Gr. Corp.**                      represented by **George Robert Parker**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Consol Defendant**

| Household International, Inc. | represented by | George Robert Parker<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consol Defendant**

| HSBC Mortgage Services Inc. | represented by | George Robert Parker<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consol Defendant**

**David Dew**
*Senior Vice President of Group Audit for HSBC Finance Corporation*
TERMINATED: 11/16/2006

| Date Filed | # | Docket Text |
|---|---|---|
| 01/31/2006 | 1 | COMPLAINT against KPMG International, filed by George D. McCarley.(dmn) (Entered: 02/02/2006) |
| 01/31/2006 | | DEMAND for Trial by Jury by George D. McCarley. (dmn) (This document has no pdf attached, see Doc. 1 for pdf.) (Entered: 02/02/2006) |
| 01/31/2006 | 2 | MOTION for Leave to Proceed in forma pauperis by George D. McCarley. (dmn) (Entered: 02/02/2006) |
| 02/06/2006 | | Magistrate Judge in case reassigned to Judge Vanzetta P. McPherson. Judge Delores R. Boyd no longer assigned to the case. (cc, ) (Entered: 02/06/2006) |
| 02/08/2006 | 3 | ORDER that the referenced cases 3:06cv91-MEF through 3:06cv105-MEF are consolidated for further proceedings and that Case No. 3:06-cv-091-MEF is the lead case; referring these cases to Magistrate Judge Vanzetta P. McPherson for all pretrial proceedings and entry of any orders or recommendations as may be appropriate. Signed by Judge Mark E. Fuller on 2/8/2006. (cc, ) (Entered: 02/08/2006) |
| 02/10/2006 | 4 | ORDER: This court has entered an order consolidating cases [3:06cv91 through 3:06cv105]. This court has granted the motion for in forma pauperis filed in 3:06cv93. ORDERED that the plaintiff's motions for in forma pauperis be GRANTED in all remaining cases. 2 Motion for Leave to Proceed in forma pauperis is GRANTED. Signed by Judge Vanzetta P. McPherson on 2/10/2006. (dmn) (Entered: 02/10/2006) |
| 02/17/2006 | 5 | AMENDED COMPLAINT against Household Finance Corporation III, filed by George D. McCarley in response to Judges order entered in Case 3:06cv93, Document #5.(dmn) (Entered: 02/21/2006) |
| 02/22/2006 | 6 | ORDER: A status conference is scheduled to occur on 3/3/2006, and, with one exception (3:06cv100), the Clerk of Court has refrained from serving the summons and complaint on the defendants until further ordered by the court. The Clerk of the court is DIRECTED to refrain from serving process in any of these cases until further order of |

| | | |
|---|---|---|
| | | the court. The defendants in the consolidated cases are DIRECTED to refrain from filing responsive pleadings or motions in this case until further order of the court. Signed by Judge Vanzetta P. McPherson on 2/22/2006. (dmn) (Entered: 02/22/2006) |
| 02/27/2006 | 7 | ORDER re 3:06cv93: This court entered an order scheduling a Status Conference for 3/3/2006 at 02:00 PM before Honorable Vanzetta P. McPherson in 3:06cv93, one of fifteen cases filed simultaneously by the plaintiff. All of the cases have now been consolidated, but only one of the defendants has been served with a summons and complaint. See McFarley v. Esposito, 3:06cv0100 (Doc. #5). ORDERED that the defendant Gary R. Esposito ["Esposito"] shall appear in person or through counsel at the status conference referenced supra. Esposito's appearance shall not be construed as a waiver of his right to challenge this court's jurisdiction under FRCP 12(b) or any other legal or equitable defense available to Esposito. Signed by Judge Vanzetta P. McPherson on 2/27/2006. (dmn) (Entered: 02/27/2006) |
| 02/27/2006 | 8 | NOTICE of Appearance by George Robert Parker on behalf of Gary R. Esposito (Parker, George) (Entered: 02/27/2006) |
| 03/03/2006 | 9 | Minute Entry in RE: 3:06cv93-MEF for proceedings held before Judge Vanzetta P. McPherson : Status Conference held on 3/3/2006. (Recording Time FTR: 2:03 - 2:19 & 2:26 - 3:53.) (Attachments: # 1 Exhibit List) (war ) (Entered: 03/06/2006) |
| 03/10/2006 | 10 | MOTION to Change the Name of Lead Case by George D. McCarley.(dmn) (Entered: 03/13/2006) |
| 03/10/2006 | 11 | MORTGAGE DOCUMENTS Letter of Transmittal of Documents and Information filed in response to 9 Minute Entry re Status Conference by George D. McCarley (with attachments; attachments are not scanned; attachments are filed conventionally and available for viewing in the clerk's office). (dmn) (Entered: 03/13/2006) |
| 03/14/2006 | 12 | MOTION to Overturn Foreclosure as Result of Obvious Errors Supported by Case Citations by George D. McCarley. (dmn) (Entered: 03/14/2006) |
| 03/17/2006 | 13 | ORDER denying 10 Motion to change the name of lead case . Signed by Judge Vanzetta P. McPherson on 3/17/06. (djy, ) (Entered: 03/17/2006) |
| 03/17/2006 | 14 | ORDER denying 12 Motion to overturn foreclosure . Signed by Judge Vanzetta P. McPherson on 3/17/06. (djy, ) (Entered: 03/17/2006) |
| 03/17/2006 | 15 | ORDER directing as follows: (1) the plf shall refrain from filing other separate lawsuits challenging the adverse action which is the subject of this consolidated case; (2) the plf shall refrain from filing any additional pleadings in this consolidated case until further order of the court; (3) the Clerk of the court is hereby directed to refrain from accepting for filing any documents in the categories identified in items #1 and #2 above. Signed by Judge Vanzetta P. McPherson on 3/17/06. (djy, ) (Entered: 03/17/2006) |
| 10/10/2006 | 16 | REPORT AND RECOMMENDATIONS re 1 Complaint filed by George D. McCarley, it is the Recommendation of the Mag Judge that the court take the following action: 1) Dismissal of McCarley's claims against Tim Flynn and Civil Action No. 3:06cv92-MEF, for failure to state a claim; 2) Dismissal of McCarley's claims against J.D. O'Toole and Civil Action No. 3:06cv94-MEF, for failure to state a claim; 3) Dismissal of McCarley's claims against Kenneth H. Robin and Civil Action No. 3:06cv95-MEF, for failure to state a claim; 4) Dismissal of McCarley's claims against Alan W. Jebson |

| | | |
|---|---|---|
| | | and Civil Action No. 3:06cv96-MEF, for failure to state a claim; 5) Dismissal of McCarley's claims against Thomas M.Detelich and Civil Action No. 3:06cv97-MEF, for failure to state a claim; 6) Dismissal of McCarley's claims against Siddarth N. Mehta and Civil Action 3:06cv98-MEF, for failure to state a claim; 7) Dismissal of McCarley's claims against William F. Aldinger, III and Civil Action No. 3:06cv99-MEF, for failure to state a claim; 8) Dismissal of McCarley's claims against Gary S. Esposito and Civil Action No. 3:06cv100-MEF, for failure to state a claim; 10) Dismissal of McCarley's claims against David Dew and Civl Action No. 3:06cv105-MEF, for failure to state a claim; 10)Dismissal of all of the federal constitutional claims against all dfts, for lack of subject-matter jurisdiction; 11) Dismissal of all of McCarley's claims under the Truth in Lending Act against all dfts, as untimely; 12) Dismissal of McCarley's claims under the Real Estate Settlement Procedures Act against KMPG, for failure to state a claim; and 13) Dismissal of all of McCarley's state law contrat claims against all dfts, pursuant to the doctrine of res judicata; If the court adopts the Mag Judge's Recommendation, only five of the original 15 lawsuits will remain pending, to wit, Civil Actions No. 06-93 (Household Finance Corporation III); 06-101 (HSBC Finance Corporation); 06-102 (HSBC Gr. Corp.); 06-103 (Household Mortgage Services, Inc); and 06-104 (HSBC Mortgage Services, Inc) Moreover, if the Recommendation is adopted, the only claim remaining against those dfts will be McCarley's RESPA claim; Objections to R&R due by 10/25/2006. Signed by Judge Vanzetta P. McPherson on 10/10/06. (vma, ) (Entered: 10/10/2006) |
| 10/10/2006 | | ORDER it is Ordered as follows: 1) The Clerk of the court shall attach, though not scan, the referenced state court record to this Recommendation as Exhibit A; 2) Upon a final order on this Recommendation, the Clerk shall effect service based upon addresses provided by the plaintiff, upon the remaining dfts in the five remaining cases, as particularized above; 3) The dfts in the five remaining cases shall file their Answers within 20 days of their receipt of the summons and complaint; 4) The Clerk shall cause a copy of this Recommendation (though not Exhibit A) to be served upon all dfts in this consolidated case. Signed by Judge Vanzetta P. McPherson on 10/10/06. (No PDF attached; see doc. 16 for PDF)(vma, ) (Entered: 10/10/2006) |
| 10/24/2006 | 17 | OBJECTION to 16 Report and Recommendations by George D. McCarley. (wcl, ) (Entered: 10/25/2006) |
| 10/25/2006 | 18 | AMENDED DOCUMENT by George D. McCarley. Amendment to file previously omitted attachments to 17 Objection to Report and Recommendations. (Attachments: # 1 Attachments)(wcl, ) (Entered: 10/25/2006) |
| 11/06/2006 | 19 | [STRICKEN FROM THE RECORD PURSUANT TO COURT 20 ORDER.-DMN] BRIEF/MEMORANDUM in Support (Proposed Trial Brief) re 1 Complaint filed by George D. McCarley. (Attachments: #(1) Exhibit 1; #(2) Exhibit 2; #(3) Exhibit 3; #(4) Exhibit 4; #(5) Exhibit 5; #(6) Exhibit 6; #(7) Exhibit 7; #(8) Exhibit 8; #(9) Exhibit 9; #(10) Exhibit 10; #(11) Exhibit 11; #(12) Exhibit 12; #(13) Exhibit 13; #(14) Exhibit 14; #(15) Exhibit 15; #(16) Exhibit 16; #(17) Exhibit 17; #(18) Exhibit 18; #(19) Exhibit 19; #(20) Exhibit 20-22; #(21) Exhibit 23; #(22) Exhibit 24; #(23) Exhibit 25; #(24) Exhibit 26; #(25) Exhibit 27; #(26) Exhibit 28; #(27) Exhibit 29; #(28) Exhibit 30; #(29) Exhibit 31; #(30) Exhibit 32; #(31) Exhibit 33; #(32) Exhibit 34; #(33) Exhibit 35; #(34) Exhibit 36; #(35) Exhibit 37-38; #(36) Exhibit 39; #(37) Exhibit 40; #(38) Exhibit 41; #(39) Exhibit 42-43; #(40) Exhibit 44-45; #(41) Exhibit 46; #(42) Exhibit 47; #(43) Exhibit 48; #(44) Exhibit 49; #(45) Exhibit 50; #(46) Exhibit 51; #(47) Exhibit 52; #(48) Exhibit |

| | | |
|---|---|---|
| | | 53; #(49) Exhibit 54; #(50) Exhibit 55; #(51) Exhibit 56; #(52) Exhibit 57; #(53) Exhibit 58; #(54) Exhibit 59; #(55) Exhibit 60; #(56) Exhibit 62; #(57) Exhibit 64; #(58) Exhibit 65; #(59) Exhibit 67; #(60) Exhibit 68; #(61) Exhibit 69)(wcl) [Modified on 11/13/2006-dmn] (Entered: 11/07/2006) |
| 11/13/2006 | 20 | ORDER that the 19 Proposed Trial Brief filed by George D. McCarley, with numerous exhibits attached, is STRICKEN. Signed by Judge Mark E. Fuller on 11/13/2006. (dmn) (Entered: 11/13/2006) |
| 11/15/2006 | 21 | ORDER that plaintiff's 17 Objections are overruled and ADOPTING 16 REPORT AND RECOMMENDATIONS. Plaintiff's claims against Tim Flynn and Civil Action No. 3:06cv92-MEF, are DISMISSED for failure to state a claim. Plaintiff's claims against J. D. O'Toole and Civil Action No. 3:06cv94-MEF, are DISMISSED for failure to state a claim. Plaintiff's claims against Kenneth H. Robin and Civil Action No. 3:06cv95-MEF, are DISMISSED for failure to state a claim. Plaintiff's claims against Alan W. Jebson and Civil Action No. 3:06cv96-MEF, are DISMISSED for failure to state a claim. Plaintiff's claims against Thomas M. Detelich and Civil Action No. 3:06cv97-MEF, are DISMISSED for failure to state a claim. Plaintiff's claims against Siddarth N. Mehta and Civil Action No. 3:06cv98-MEF, are DISMISSED for failure to state a claim. Plaintiff's claims against William F. Aldinger, III Civil Action No. 3:06cv99-MEF, are DISMISSED for failure to state a claim. Plaintiff's claims against Gary S. Esposito and Civil Action No. 3:06cv100-MEF, are DISMISSED for failure to state a claim. Plaintiff's claims against David Dew and Civil Action No. 3:06cv105-MEF, are DISMISSED for failure to state a claim. All of plaintiff's federal constitutional claims against all defendants are DISMISSED for lack of subject matter jurisdiction. All of plaintiff's claims under the Truth in Lending Act against all defendants, as untimely, are DISMISSED. Plaintiff's claims under the Real Estate Settlement Procedures Act against KMPG are DISMISSED for failure to state a claim. All of plainitff's state law contract claims against all defendants, pursuant to the doctrine of re judicata, are DISMISSED. This case is REFERRED back to the Magistrate Judge for appropriate proceedings. Signed by Judge Mark E. Fuller on 11/15/2006. (Attachments: #(1) Civil Appeals Checklist)(dmn) (Entered: 11/15/2006) |
| 11/16/2006 | | *** Attorney George Robert Parker terminated as counsel for Gary R. Esposito pursuant to order entered on 11/16/06 in the member case 3:06cv100-MEF. (NO PDF ATTACHED) (wcl, ) (Entered: 11/16/2006) |
| 11/29/2006 | | Due to the retirement of Judge Vanzetta P. McPherson this case has been reassigned to Judge Wallace Capel, Jr. as referral judge (NO PDF document attached to this notice). (djy, ) (Entered: 11/29/2006) |
| 01/26/2007 | 22 | ORDER that Plaintiff shall address in a short and concise statement the violations of unnamed sections of Title 12 and 15 of the United States Code that have not been dismissed by Chief Judge Fuller's Order, Judgment and Decree (Doc. 21) on or before 2/2/2007. Further ORDERED that the Clerk of Court shall effect service of the Summons, Complaint (Doc. 1), and Amended Complaint (Doc. 5) upon the remaining Defendants named in Civil Case Nos. 06-cv-00093 (Household Finance Corporation III); 06-cv-00101 (HSBC Finance Corporation); 06-cv-00102 (HSBC Gr. Corp); 06-cv-00103 (Household International, Inc.); and 06-cv-00104 (HSBC Mortgage Service, Inc.). Further ORDERED that these Defendants shall file their ANSWERS on or before 2/16/2007. Further ORDERED that the Clerk of Court shall serve a copy of this Court's Order and Recommendation of the Magistrate Judge (Doc. 16) with the exception of |

| | | |
|---|---|---|
| | | Exhibit A, as well as Chief Judge Fuller's Order, Judgment and Decree (Doc. 21) upon all Defendants in this consolidated case. Signed by Judge Wallace Capel Jr. on 1/26/2007. (dmn) (Entered: 01/26/2007) |
| 01/29/2007 | 23 | Summons Issued; summons, 1 complaint, 5 amended complaint, 16 Report and Recommendation, and 21 Order mailed by CMRRR to Household International, Inc., HSBC Finance Corporation, Household Finance Corporation III, HSBC Mortgage Services, Inc., and HSBC Gr. Corp. (dmn) (Entered: 01/29/2007) |
| 02/01/2007 | 24 | Response to 22 Order by George D. McCarley. (dmn) (Entered: 02/01/2007) |
| 02/05/2007 | 25 | Return Receipt Cards showing service of summons and document 1 (complaint), 5 (amended complaint), 16 (Report and Recommendation), 21 (Order), 22 (Order), signed by Kevin Taylor for Household Finance Corporation III served on 2/1/2007, answer due 2/16/2007; HSBC Finance Corporation served on 2/1/2007, answer due 2/16/2007; Household International, Inc. served on 2/1/2007, answer due 2/16/2007. (dmn) (Entered: 02/05/2007) |
| 02/06/2007 | 26 | Return Receipt Card showing service of summons, and document 1 (complaint), #5 (amended complaint), 16 (Report and Recommendation), 21 (Order), 22 (Order), signed by Kevin Taylor for HSBC Gr. Corp. served on 2/1/2007, answer due 2/16/2007. (dmn) (Entered: 02/06/2007) |
| 02/07/2007 | 27 | Return Receipt Card showing service of summons and documents 1 (complaint), 5 (amended complaint), 16 (Report and Recommendation), 21 (Order), 22 (Order), signed by Kevin Taylor for HSBC Mortgage Services Inc. served on 2/2/2007, answer due 2/16/2007. (dmn) (Entered: 02/07/2007) |
| 02/16/2007 | 28 | ANSWER to Amended Complaint re #3:06cv00093 by Household Finance Corporation III.(dmn) (Entered: 02/20/2007) |
| 02/16/2007 | | ***Attorney George Robert Parker added for Household Finance Corporation III, HSBC Finance Corporation, HSBC Gr. Corp., Household International, Inc., and HSBC Mortgage Services, Inc. (dmn) (see Answers filed 2/16/2007) (Entered: 02/20/2007) |
| 02/16/2007 | 29 | ANSWER to Amended Complaint re #3:06cv0101 by HSBC Finance Corporation. (dmn) (Entered: 02/20/2007) |
| 02/16/2007 | 30 | ANSWER to Complaint re #3:06cv00102 by HSBC Gr. Corp. (dmn) (Entered: 02/20/2007) |
| 02/16/2007 | 31 | ANSWER to Amended Complaint re #3:06cv0103 by Household International, Inc. (dmn) (Entered: 02/20/2007) |
| 02/16/2007 | 32 | ANSWER to Complaint re #3:06cv00104 by HSBC Mortgage Services Inc. (dmn) (Entered: 02/20/2007) |
| 02/23/2007 | 33 | ORDER that this case is set for a Scheduling Conference on 3/23/2007 at 10:00 AM in Courtroom 5A in Montgomery, AL before Honorable Wallace Capel Jr. Parties are directed to file the Rule 26(f) report containing the proposed discovery plan. Rule 26 Meeting Report due by 3/16/2007. Signed by Judge Wallace Capel Jr. on 2/23/2007. Copies furnished to YG, HC, WR. (dmn) (Entered: 02/23/2007) |
| 03/15/2007 | 34 | REPORT of Rule 26(f) Planning Meeting. (Parker, George) (Entered: 03/15/2007) |

| | | |
|---|---|---|
| 03/15/2007 | 35 | MOTION for Default Judgment/Sanctions Bad Faith Actions of Defendant by George D. McCarley. (dmn) (Entered: 03/15/2007) |
| 03/15/2007 | 36 | RESPONSE to Motion re 35 MOTION for Default Judgment as to *Plaintiff?s Motion for Default Judgment/Sanctions* filed by Household Finance Corporation III, HSBC Finance Corporation, HSBC Gr. Corp., Household International, Inc., HSBC Mortgage Services Inc.. (Parker, George) (Entered: 03/15/2007) |
| 03/19/2007 | 37 | RESPONSE to Defendant Reply Re: RESPA (re 22 Order, 31 Answer to Amended Complaint, 30 Answer to Complaint, 29 Answer to Amended Complaint, 32 Answer to Complaint) by George D. McCarley. (dmn) (Entered: 03/20/2007) |
| 03/19/2007 | 38 | MOTION for Summary Judgment on the Merits by George D. McCarley. (dmn) (Entered: 03/20/2007) |
| 03/21/2007 | 39 | ORDER re 38 MOTION for Summary Judgment filed by George D. McCarley. ORDERED that on or before 4/4/2007, Defendants shall file a response to the motion. Thereafter, the motion shall be deemed submitted, and THE COURT WILL NOT CONSIDER ANY FURTHER PLEADINGS FILED BY THE PARTIES. Motion Submission Deadline set for 4/4/2007. Signed by Judge Wallace Capel Jr. on 3/21/2007. (dmn) (Entered: 03/21/2007) |
| 03/21/2007 | 40 | ORDER re 38 MOTION for Summary Judgment filed by George D. McCarley. The Court observes that Plaintiff failed to file a brief in support of his motion, and further that his motion fails to set forth any case law in support of the motion. ORDERED that PLAINTIFF IS NOT TO FILE ANY FURTHER PLEADINGS OR MOTIONS WITHOUT LEAVE OF COURT. Further ORDERED that Plaintiff is to familiarize himself with the Federal Rules of Civil Procedure before submitting any further pleadings or motions to the Court and file his pleadings and motions in accordance with those rules. Signed by Judge Wallace Capel Jr. on 3/21/2007. (dmn) (Entered: 03/21/2007) |
| 03/21/2007 | 41 | Corporate/Conflict Disclosure Statement by Household Finance Corporation III, HSBC Finance Corporation, HSBC Gr. Corp., Household International, Inc., HSBC Mortgage Services Inc.. (Parker, George) (Entered: 03/21/2007) |
| 03/22/2007 | 42 | REPORT AND RECOMMENDATIONS that Plaintiff's 35 MOTION for Default Judgment/Sanctions Bad Faith Actions of Defendant be DENIED. Objections to R&R due by 4/4/2007. Signed by Judge Wallace Capel Jr. on 3/22/2007. (dmn) (Entered: 03/22/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/22/2007 12:14:51 | | | |
| PACER Login: | jt0810 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:06-cv-00091-MEF-WC |
| Billable Pages: | 6 | Cost: | 0.48 |

43

44

45

46

47
48
49 Brief in Support Sum Judgment
50 Brief in Support 1833

51
52 Defendant Response to Sum Judg
53 Court Recommendation