IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2007 APR 20  A 9: 44

P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| George D. McCarley<br>    Plaintiff<br>v.<br><br>Household Finance Corporation III<br>    Defendant | Civil Action No. 3:06-CV-0091-MEF<br>Lead Case[1]<br><br><br>Affidavit for Entry of Default |

FEDERAL RULES OF CIVIL PROCEDURE RULE 55(a)[2]
Affidavit for Entry of Default by Clerk[3]

George D. McCarley, being duly sworn, deposes and says that he is the pro se plaintiff (*in forma pauperis*) in the above-entitled action; that the summons and complaint in this action were served on defendant on 1/31/2006 as appears from the court record in the above styled case; that the time within which the defendant may answer or otherwise move as to the complaint has expired, that defendant wholly failed to respond until 2/16/2007, that for thirteen months, the defendant has not answered or otherwise moved and that the time for defendant to answer or otherwise move has not been extended.

Respectfully submitted

George D. McCarley, Pro Se
216B Chestnut Street
Roanoke, Al 36274
334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on this date, April 18, 2007, as required by Supreme Court Rule 29 I have served the enclosed ACTION on each party to the above proceeding or that party's counsel, by depositing envelope containing the above documents in the United States Mail properly addressed to each of them, and with first class postage prepaid, or by delivery to a third party commercial carrier for delivery within 3 calendar days.

The Clerk
Middle District of Alabama, Eastern Division
One Church Street, PO Box 711

Defendant Attorney
Mr. George Parker
Bradley Arant Rose and White

---

[1] The consolidated case found at 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).
[2] See Footnotes to REQUEST FOR CLERK TO ENTER DEFAULT
[3] It is not necessary for the affidavit to state that defendant is or is not in military service; the Soldiers and Sailors' Civil Relief Act, §200(1), applies only to applications for default judgment.

Montgomery, Al  36101-0711  
334-954-3600

Alabama Center for Commerce  
401 Adams Avenue, Suite 780  
Montgomery, Al  36104

I declare under penalty of perjury that the foregoing is true and correct.  
Executed on April 18, 2007

*G. McCarley*  
George D. McCarley

*Judy A. Barnes*

NOTARY PUBLIC STATE OF ALABAMA AT LARGE  
MY COMMISSION EXPIRES: Sept 9, 2009  
BONDED THRU NOTARY PUBLIC UNDERWRITERS