IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

George D. McCarley       |
      Plaintiff       |      Civil Action No. <u>3:06-CV-0091-MEF</u>
v.       |      Lead Case[1]
      |
Household Finance Corporation III   |
      Defendant       |

REQUEST FOR PERMISSION TO FILE MOVANT REPLY BRIEF
TO DEFENDANT RESPONSE TO
MOTION FOR SUMMARY JUDGMENT

With all due respect to the orders of this court, plaintiff believed he was in satisfaction of

Courts order on motions supplied to plaintiff with Doc # 44. This is a standing order on which Page

2, paragraph 3 indicates plaintiff was allowed seven (7) days to file movant reply brief. Plaintiff thus

returns said movant reply brief along with this request for permission to file same

Respectfully submitted       *G. M Cooley*

George D. McCarley, Pro Se
216B Chestnut Street
Roanoke, Al  36274
334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on this date, April 19, 2007, as required by Supreme
Court Rule 29 I have served the enclosed ACTION on each party to the above proceeding or that
party's counsel, by depositing envelope containing the above documents in the United States Mail
properly addressed to each of them, and with first class postage prepaid, or by delivery to a third
party commercial carrier for delivery within 3 calendar days.

The Clerk
Middle District of Alabama, Eastern Division
One Church Street, PO Box 711
Montgomery, Al  36101-0711
334-954-3600

Defendant Attorney
Mr. George Parker
Bradley Arant Rose and White
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Al  36104

I declare under penalty of perjury that the foregoing is true and correct.   *G. M Cooley*

Executed on April 19, 2007       George D. McCarley

---

[1] Consolidated case 3:06 cv 00091 (lead case); Household Finance Corporation, III (00093); HSBC-Gr. Corp. (00102);
HSBC Mortgage Services, Inc. (00104); HSBC Finance Corporation (00101); Household International, Inc. (00103).

**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 18, 2007

George D. McCarley
216B Chestnut Street
Roanoke, AL 36274

Re:   George D. McCarley v. Household Finance Corporation, III, et al.
      Civil Action No. #3:06-cv-00091-MEF

Dear Sir:

The pleading received on April 17, 2007 is being returned to you as it does
not conform with Federal Rules of Civil Procedure (FRCP) and the directive
contained in the order dated March 21, 2007.  You were advised by the court
per that order that you are NOT to file any further pleadings or motions
without leave of the Court.

                              Sincerely,

                              DEBRA P. HACKETT, CLERK

                              By:
                                 Deputy Clerk

DPH/dmn

Encl: Rebuttal of Defendant Response Plaintiff Motion for Summary Judgment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GEORGE D. McCARLEY,                   )
                                      )
            Plaintiff,                )
                                      )
                                      )
                                      )
v.                                    )
                                      )    CIVIL ACTION NO. 3:06CV91-MEF
                                      )
HOUSEHOLD FINANCE                     )
CORPORATION III, et al.,              )
                                      )
            Defendants.               )

## ORDER

On March 19, 2007, Plaintiff filed a Motion for Summary Judgment (Doc. #38). The Court observes that Plaintiff failed to file a brief in support of his motion, and further that his motion fails to set forth any case law in support of the motion. Upon consideration of the motion, it is

ORDERED that Plaintiff is NOT to file any further pleadings or motions without leave of the Court. It is further

ORDERED that Plaintiff is to familiarize himself with the Federal Rules of Civil Procedure before submitting any further pleadings or motions to the Court and file his pleadings and motions in accordance with those rules.

DONE this 21st day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE