CORPORATION/LLC SEARCH RESULTS...



### SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS
### CONTACT

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | HSBC - GR CORP. | File Number | 57713054 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 03/04/1994 | State | DELAWARE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 03/04/1994 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | J D OTOOLE 2700 SANDERS RD PROSPECT HEIGHTS 60070 |
| Agent City | CHICAGO | Secretary Name & Address | K L HECKNER SAME |
| Agent Zip | 60604-1101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2006 |
| Old Corp Name | 11/08/2004 - HOUSEHOLD FINANCIAL GROUP, LTD. | | |

Return to the Search Screen

### BACK TO CYBERDRIVEILLINOIS.COM

| Field | Value | Field | Value |
|---|---|---|---|
| Entity Name | HOUSEHOLD FINANCE CORPORATION | File Number | 02924374 |
| Status | MERGE/CONSOLIDATED | | |
| Entity Type | CORPORATION | Type of Corp. | FOREIGN BCA |
| Qualification Date (Foreign) | 07/23/1925 | State | DELAWARE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 00/00/0000 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | TOMOTHEY M DETELICH 2700 SANDERS RD PROSPECT HTS 60070 |
| Agent City | CHICAGO | Secretary Name & Address | MERGED OR CONSOLIDATED 06 15 05 63225398 |
| Agent Zip | 60604-1101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2005 |

**CORPORATION FILE DETAIL REPORT**

| Field | Value | Field | Value |
|---|---|---|---|
| Entity Name | HOUSEHOLD FINANCE CORPORATION III | File Number | 53644376 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp. | FOREIGN BCA |
| Qualification Date (Foreign) | 11/13/1984 | State | DELAWARE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 11/13/1984 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | THOMAS M DETELICH 2700 SANDERS RD PROSPECT HTS 60070 |
| Agent City | CHICAGO | Secretary Name & Address | N J BROMLEY SAME |
| Agent Zip | 60604-1101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 10/14/2005 | For Year | 2005 |

**CORPORATION FILE DETAIL REPORT**

| Field | Value | Field | Value |
|---|---|---|---|
| Entity Name | HOUSEHOLD FINANCE RECEIVABLES CORPORATION II | File Number | 57315687 |
| Status | WITHDRAWN | | |



# CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | HSBC MORTGAGE SERVICES INC. | File Number | 56720707 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 02/19/1992 | State | DELAWARE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 02/19/1992 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | GARY R ESPOSITO 2700 SANDERS RD PROSPECT HTS IL 60070 |
| Agent City | CHICAGO | Secretary Name & Address | M J HOLCOMB SAME |
| Agent Zip | 60604-1101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 01/20/2006 | For Year | 2006 |
| Old Corp Name | 10/20/1992 - HOUSEHOLD FINANCIAL SERVICES CORPORATION<br>08/12/2004 - HOUSEHOLD FINANCIAL SERVICES, INC. | | |

# CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | HOUSEHOLD INTERNATIONAL, INC. | File Number | 52375592 |
| Status | REVOKED | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 05/04/1981 | State | DELAWARE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 00/00/0000 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | W F ALDINGER 2700 SANDERS RD PROSPECT HEIGHTS 60070 |
| Agent City | CHICAGO | Secretary Name & Address | REVOKED 10 01 02 |
| Agent Zip | 60604-1101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2002 |

# CORPORATION FILE DETAIL REPORT

2

## CORPORATION FILE DETAIL REPORT

| Field | Value | Field | Value |
|---|---|---|---|
| Entity Name | HSBC FINANCE CORPORATION | File Number | 63225398 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 11/26/2003 | State | DELAWARE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 11/26/2003 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | SIDDHARTH N MENTA 2700 SANDERS RD PROSPECT HTS IL 60070 |
| Agent City | CHICAGO | Secretary Name & Address | KENNETH H ROBIN SAME |
| Agent Zip | 60604-1101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 10/14/2005 | For Year | 2005 |
| Old Corp Name | 06/15/2005 - HOUSEHOLD INTERNATIONAL, INC. | | |

## CORPORATION FILE DETAIL REPORT

| Field | Value | Field | Value |
|---|---|---|---|
| Entity Name | HSBC - GR CORP. | File Number | 57713054 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 03/04/1994 | State | DELAWARE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 03/04/1994 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | J D OTOOLE 2700 SANDERS RD PROSPECT HEIGHTS 60070 |
| Agent City | CHICAGO | Secretary Name & Address | K L HECKNER SAME |
| Agent Zip | 60604-1101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2006 |
| Old Corp Name | 11/08/2004 - HOUSEHOLD FINANCIAL GROUP, LTD. | | |

http://cdsprod.ilsos.net/CorpSearchWeb/CorporationSearchServlet?fileNumber=57713054&sysId=CD&nameType=MST

Ex. 52

Barbara D. Armstrong
Consumer Specialist
Office of the Attorney General
11 South Union Street
Montgomery, Al. 36130

February 17, 2001

Dear Ms. Armstrong:

This letter is in response to a letter sent to you by Household Finance, dated 8 Feb 01.

Upon my review of this letter, I can only comment that it seems to have been written by an individual who knows he is completely in the wrong. In fact, you will note the many statements written by Mr. Cunningham which bear no resemblance to my complaint. This is characteristic of a defense tactic called "changing the subject", or attempting to draw emphasis upon unrelated points in order to influence the reader.

My complaint is clear, and has not been responded to by Mr. Cunningham.

1. His company is not licensed to write loans in the State of Alabama, yet they continue to masquerade as though they have full ability to service my mortgage.
2. Once located, his office was provided precisely the same documentation provided the original lender in this matter. Then they continued to ask for more and more information, clearly intended to dodge or delay my request.
3. Once I finally located a branch office in Alabama, owned by Household, they were not able to locate my mortgage over the company computer system.

Ms. Armstrong, I ask that you put yourself in the shoes of a typical consumer. You need to change the conditions of your mortgage and when attempting to call the telephone number provided on the company billing statement, you are told they cannot locate your loan. Then when they finally locate the loan, you are informed they are not licensed to conduct business in your state, and cannot help you. Ms. Armstrong, do you believe the typical consumer would have the verve to call the Alabama Attorney General's office and register a complaint? I suggest the typical consumer would believe he had been robbed or scammed, and would have no idea where to turn. Even in my case—a professional with knowledge of who to call, it took several weeks and many expensive telephone calls to find an office that could even locate my mortgage and have some ability to speak to the issue. I remind you that your office did not even have a proper contact number to voice complaints to this company.

This is a very serious matter that can endanger the economic well-being of Alabama families. I'll be more than happy to provide any information your office may require, however, I hope your office can bring this matter to a proper conclusion. That conclusion can only be that a mortgage company not licensed to do business in our state SHOULD NOT be allowed to buy and trade mortgages in our state.

Thanks in advance for your attention to this most serious matter.

George D. McCarley

**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

Ex. 53

BILL PRYOR
ATTORNEY GENERAL

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

April 16, 2001

George D McCarley
211 Chestnut Street
Roanoke, Alabama 36274

Re: *Household Financial Services*

Dear Mr. McCarley:

    Enclosed please find a copy of a letter received from the above-referenced company in response to your complaint filed with this office. Based on a review of this letter, it is apparent that the matter cannot be resolved through our mediation process.

    Though the Consumer Affairs Section does provide assistance by attempting to mediate consumer related complaints and can even initiate litigation against unfair or deceptive business practices against the public, the Attorney General cannot act as a private lawyer for you in this type of dispute. However, you are free to pursue this matter further through the assistance of a private attorney or by the filing of a complaint in Small Claims Court, if you so desire. On behalf of Attorney General Pryor, I regret that we could not obtain a resolution to your complaint. If this office can be of any assistance in the future, feel free to call on us.

Sincerely,

Barbara D. Armstrong
Consumer Specialist
(334) 242-7336

Enclosure

Household Financial Services  Policy And Compliance Support  Office 800. 333.7625  
A Household International Company  636 Grand Regency Boulevard  Fax 813. 571.8511  
Brandon, FL 33510



Ex. 54

Barbara D. Armstrong  
Consumer Specialist  
Office of the Attorney General  
11 South Union Street  
Montgomery, AL 36130

Re: George McCarley  
    Household Account 2935534

Dear Ms. Armstrong:

Thank you for your correspondence dated 08-March-01 regarding a complaint filed with your office by George McCarley. We have reviewed our original response dated 08-February-01 issued to your office and Mr. McCarley. It is our position that a reasonable, detailed and factually accurate response was provided to Mr. McCarley's complaint in our 08-February-01 correspondence. However, in the spirit of cooperation, we are happy to issue a second correspondence for the benefit of Mr. McCarley.

Mr. McCarley's correspondence to your office dated 17-February-01 states:

> "1. His company is not licensed to write loans in the State of Alabama, yet they continue to masquerade as though they have full ability to service my mortgage."

Household Financial Services (HFS) is the trade name for a mortgage servicing operation which services loans for a number of entities, including Household Finance Corporation of Alabama. Household Finance Corporation of Alabama is fully licensed to originate loans in the State of Alabama.

> "2. Once located, his office was provided *precisely* the same documentation *provided the original lender* in this matter. Then they continued to ask for more and more information, clearly intended to dodge or delay my request."

Please note that the toll-free customer service number, written inquiry address and payment remittance address for HFS all appear on the Welcome Letter provided to Mr. McCarley when HFS obtained his loan contract from his original lender, HomeSense Financial Corp. of Alabama. The toll-free customer service number, written inquiry address and payment remittance address for HFS also appear on Mr. McCarley's monthly billing statement. We are unable to ascertain from Mr. McCarley's correspondence why he had difficulty in locating HFS.

Mr. McCarley's loan contract entered into with HomeSense Financial Corp. of Alabama is a fully negotiable instrument that Household purchased on the secondary market. The servicing of this contract was transferred to HFS in June of 2000. Mr. McCarley's complaint indicates that HFS does not possess the ability to service his account. Please note that HFS is fully capable of servicing and enforcing all contracted terms of his existing mortgage. **The origination of a new account is in no way associated with the ability to service Mr. McCarley's existing account, nor does Mr. McCarley's contract require the Lender to provide additional financing to the borrower.**

Mr. McCarley requested a refinance of his existing loan contract. HFS maintains a telesales group that can assist existing customers in refinancing accounts currently serviced by HFS. **The telesales area may process refinances in Alabama originating under the Household Finance Corporation of Alabama license (M3833). As a business decision, Household has elected not to originate loans in Alabama through this channel.** However, strictly as a customer courtesy, HFS elected to assist Mr. McCarley through the telesales channel.

Any request for documentation made by HFS was the result of Mr. McCarley's inquiry for additional financing and were in no way related to the servicing of his existing loan agreement. The loan program requested by Mr. McCarley requires verification of income and ability to repay. Unfortunately, Mr. McCarley elected not to provide any documentation to verify income. Household is under no obligation to offer the same loan programs that may have been offered by Mr. McCarley's previous lenders.

"3. Once I finally located a branch office in Alabama, owned by Household, they were not able to locate my mortgage over the company computer system."

Household Finance Corporation of Alabama maintains retail branches in the following Alabama communities: Birmingham, Dothan, Hoover, Huntsville, Mobile and, Montgomery.

These branches service those loans originated through this retail branch network. As previously stated, Mr. McCarley's loan was purchased from HomeSense Financial Corp. of Alabama and not originated at one of our Alabama locations. The staffs at these locations do not have access to account information for accounts serviced by HFS. We regret that Mr. McCarley incurred any inconvenience by contacting one of Household Finance Corporation of Alabama's retail branches, however we must reiterate that the toll-free customer service number, written inquiry address

and payment remittance address for HFS appear on Mr. McCarley's monthly billing statement.

Frankly, we are at a loss to understand Mr. McCarley's assertions. Mr. McCarley's complaint does not result from the servicing of his existing account or a request to change the conditions on that account as asserted by Mr. McCarley. It is our position that Mr. McCarley wishes to obtain additional financing through a loan program not offered or available from HFS. This in no way impinges on any right contracted for in Mr. McCarley's loan agreement currently serviced by HFS.

As HFS does not offer the loan product requested by Mr. McCarley, we recommend he pursue financing options that may better meet his needs and that may be available through other lenders.

HFS is proud to be part of a financial services organization that has been providing superior products and services to our customers for more than 123 years. It is the policy of Household to conduct its business in full compliance with the laws and regulations of every community in which it operates and to adhere to the highest ethical standards.

We trust that this additional correspondence clearly addresses Mr. McCarley's concerns. Should Mr. McCarley require additional clarification on any point addressed, we will be more than happy to respond.

Thank you for the opportunity to respond to your inquiry. Should you require any additional information, please contact me directly at 1-813-571-8731.

Sincerely.

Curt A. Cunningham
Director – HFS Compliance

27-March-01