IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE D. McCARLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. 3:06CV91-MEF |
| HOUSEHOLD FINANCE ) | |
| CORPORATION III, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On April 24, 2007, Plaintiff filed a Motion for Leave to file a "Motion for Continuance in the Matter of Magistrate Judge Order and Recommendation" (Doc. #59). Upon consideration, and for good cause, it is

ORDERED that Plaintiff's motion (Doc. #59) for leave is GRANTED.

Done this 26th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE