IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 3:06CV91-MEF |
| HOUSEHOLD FINANCE | ) | |
| CORPORATION III, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On April 26, 2007, Plaintiff filed a Motion for a Continuance in the Matter of Magistrate Judge Order and Recommendation (Doc. #61). The Court construes Plaintiff's motion for a continuance as requesting an extension of time in which to file objections to the undersigned's Recommendation. Plaintiff requests until May 9, 2007, to file objections only on the issue of whether this Court possesses subject matter jurisdiction to hear his claims brought pursuant to 12 U.S.C. § 1833a (2000). Although Plaintiff's motion was filed out of time (Doc. #53 at 11) (ordering the parties to file objections on or before April 25, 2007), it is

ORDERED that Plaintiff's motion (Doc. #61) is GRANTED. It is further

ORDERED that Plaintiff shall file his objections **on or before May 9, 2007**. It is further

ORDERED that Plaintiff's objections shall only address the issue of whether this

Court possesses subject matter jurisdiction to hear his claims brought pursuant to 12 U.S.C. § 1833a (2000).

    Done this 26th day of April, 2007.

                                               /s/ Wallace Capel, Jr.
                                               WALLACE CAPEL, JR.
                                               UNITED STATES MAGISTRATE JUDGE