IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2007 MAY -1 A 9:3

| | |
|---|---|
| George D. McCarley | |
|     Plaintiff | Civil Action No. 3:06-CV-0091-MEF |
| v. | Lead Case[1] |
| Household Finance Corporation III | |
|     Defendant | |

SUBMISSION OF AUTHENTICATED EVIDENCE and AFFIDAVIT IN SUPPORT

The attached Evidence (per Federal Rules of Evidence) and affidavit in support may be considered one of the principal evidence elements as well as a primary exhibit to be utilized at trial. In addition, Randolph Probate Judge George Diamond has agreed to serve as Expert Witness in the above styled matter for purposes of Legal Paper recordation as applicable.

Respectfully submitted

George D. McCarley, Pro Se
216B Chestnut Street
Roanoke, Al 36274
334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on this date, April 31, 2007, as required by Supreme Court Rule 29 I have served the enclosed ACTION on each party to the above proceeding or that party's counsel, by depositing envelope containing the above documents in the United States Mail properly addressed to each of them, and with first class postage prepaid, or by delivery to a third party commercial carrier for delivery within 3 calendar days.

The Clerk
Middle District of Alabama, Eastern Division
One Church Street, PO Box 711
Montgomery, Al 36101-0711
334-954-3600

Defendant Attorney
Mr. George Parker
Bradley Arant Rose and White
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Al 36104
334-956-7671, 956-7700

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 31, 2007

George D. McCarley

---

[1] The consolidated case found at 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).




*George Diamond*
*Judge of Probate, Randolph County*
P.O. Box 249 - Wedowee, Alabama 36278
256-357-4933 (Phone)
256-357-9053 (Fax)

### AFFIDAVIT

I make the following statement under oath:

My name is George Diamond. I am the Probate Judge of Randolph County, Alabama. Included in the duties of my office is the responsibility to record, maintain and retrieve certain documents, such the one certified and attached to this affidavit.

Done this 23rd day of April, 2007.

_____
George Diamond

STATE OF ALABAMA
RANDOLPH COUNTY

Before me, the undersigned, a Notary Public in and for said State and County, appeared George Diamond, known to me and whose name is subscribed in the foregoing instrument.

Witness my hand this 23rd day of April, 2007.

_____
Notary Public

```
                                            MORT    430    550
                                            Recorded In Above Book and Page
                                            07/10/2002 01:02:28 PM
                                            Mack Diamond
                                            Probate Judge
                                            Randolph County, Alabama
```

When Recorded, Mail and Return To:
Household Mortgage Services
577 Lamont Rd.
P.O. Box 1247
Elmhurst, Il 60126

Recording Fee    16.00
TOTAL            16.00

2935634

Date: 5-1-2000

## ASSIGNMENT OF SECURITY INSTRUMENT

Owner and Holder of Security Instrument (Holder"):
HOMESENSE FINANCIAL CORP. OF ALABAMA, which is organized and existing under the laws of the State of South Carolina.

Assignee: X _____

_____

Security Instrument is described as follows:
Date: 5-1-2000
Original Amount: 26,400.00
Borrower: George McCarley
Lender: Homesense Financial Corp.
Mortgage Recorded or filed on: 5-17-2000
In Book, Page: 403 / 122
Of the Office Records in the County Recorder's/Clerk's Office of: Randolph

X Mortgage Electronic Registration Systems, Inc., its successors and assigns, as nominee for Household Finance Corporation, its successors and assigns, G4318 Miller Rd., P.O. Box 2026, Flint, MI 48501-2026

Property (including any improvements) Subject to Lien:
SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF

For value received, Holder sells, transfers, assigns, grants and conveys the Security Instrument and the Note described therein, all of Holder's rights, titles and interests in the Security Instrument and Note, and all of Holder's title and interest in the Property to Assignee and Assignee's successors and assigns, forever.

When the context requires, singular nouns and pronouns include the plural.

IN WITNESS WHEREOF, Holder has caused these presents to be signed by its duly authorized officer(s) and to attested and sealed with the Seal of the Corporation, as may be required.
(Seal)            HOMESENSE FINANCIAL CORP. OF ALABAMA

By _____
   Beth Miller, Vice President

STATE OF SOUTH CAROLINA)
                       )SS:
COUNTY OF LEXINGTON    )

BEFORE ME, the undersigned, a Notary Public in and for said County and State, on this day personally appeared Beth Miller, known to me to be the person and officer whose name is subscribed in the foregoing instrument and acknowledged to me that the same was the act of said HOMESENSE FINANCIAL CORP. OF ALABAMA which is organized and existing under the laws of the State of South Carolina, and that he executed the same as the act of such entity for the purposes and consideration therein expressed, and in the capacity therein stated.

Witness, my hand and Notaries Seal this ___1___ day of May 2000

_____
Notary Public
My Commission Expires: 4-30-04

MERS #: 1000460-000 __2935534 8__

PREPARED BY:
SHEHLA REHMAN
577 LAMONT RD.
ELMHURST, IL 60126

# 2935534

## Fidelity National Title
## Insurance Company of New York

MORT    430    551

Commitment Number: 201750

File No.: 201750

**Exhibit "A"**
**Legal Description**

State of Alabama
Randolph County

A lot of land in the City of Roanoke, Alabama, particularly described as follows: Lot No. 4 in Block d, according to map of David Manley's estate, made by C. R. Pittman, County Surveyor, dated April 3, 1916, said lot fronting on the east side of Chestnut Street a distance of 68 feet and extending back 210 feet on the north line and 213 feet on the south line and being 42 feet wide on the east or back end; and also, a strip off the former W. H. McMurray lot, adjoining said lot No. 4 on the south side, said strip being 11 ½ feet from on the east side of Chestnut Street, extending back 213 feet on the north line and 215 feet on the south line and being 8 feet wide on the east or back end, together with all improvements thereon. This being the same property as described in Deed Book 120, Page 219, Office of the Judge of Probate, Randolph County, Alabama.

Property Address:
211 Chestnut St.
Roanoke, Alabama 36274

Schedule A
Form FT-T-11A
ALTA Commitment - 1966

Valid only if Schedule B and cover (FT-T-10A) are attached
Schedule A of this Commitment consists of 2 page(s)

---

STATE OF ALABAMA, RANDOLPH COUNTY.
I, George Diamond, Judge of Probate in and for said State and County, hereby certify under my hand and official seal of office that the within and foregoing is a true and correct copy of instrument as same appears of record in this office, recorded in _Mortgage_ Record _436_, page _550_
Given under my hand and seal this the _23rd_ day of _April_, 20_07_.
_George Diamond_ Judge of Probate