IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE D. McCARLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06CV91-MEF |
| ) | |
| HOUSEHOLD FINANCE ) | |
| CORPORATION III, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On May 7, 2007, Plaintiff filed a Motion for Leave to "submit brief in Support of this District Court Jurisdiction for 12 U[.]S[.]C[. §] 1833a" (Doc. #66). On April 26, 2007, the undersigned granted Plaintiff an extension of time to file his objections **until or before May 9, 2007** (Doc. #62). Accordingly, it is

ORDERED that Plaintiff's motion is GRANTED (Doc. #66).

Done this 8th day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE