IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE D. McCARLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:06-cv-0091-MEF |
| ) | |
| HOUSEHOLD FINANCE ) | (WO) |
| CORPORATION III, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

After an independent review of the file, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 53) is ADOPTED.

2. Plaintiff's Request for Judicial Notice (Doc. # 54), construed as an objection to the Magistrate Judge's Recommendation, is OVERRULED.

3. Plaintiff's Brief in Support of ALMD Jurisdiction for 12 USC 1833a (Doc. # 68), construed as a supplemental objection to the Magistrate Judge's Recommendation, is OVERRULED.

4. Plaintiff's claims arising under 12 U.S.C. §§ 1831b, 1831n, 1831o, and 1833a are DISMISSED.

5. Plaintiff's claim arising under unnamed provisions of Title 15 of the United States Code is DISMISSED.

6. Plaintiff's claims arising under 18 U.S.C. §§ 656, 1001, 1005, 1010, 1014, 1016, 1032, and 1621 are DISMISSED.

     7.  Plaintiff's Motion for Summary Judgment (Doc. # 38) is DENIED.

     8.  This case is hereby REFERRED back to the Magistrate Judge for appropriate action or recommendation on all pretrial matters.

DONE this the 11th day of May, 2007.

                                             /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE