IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2007 JUN 25 A 9: 29

| | |
|---|---|
| George D. McCarley<br>Plaintiff<br>v.<br><br>Household Finance Corporation III<br>Defendant | Civil Action No. 3:06-CV-0091-MEF<br>Lead Case[1] |

Motion for Permission to Request Extension of Time of Disclosure Period
Motion for Permission to Request Extension of Time to Add Parties.

Plaintiff respectfully files this Motion for Permission to seek Court permission to extend the time period of Disclosure in this case as a direct result of unexpected disclosure results.

Plaintiff also respectfully files Motion for Permission to seek Court permission to extend the time period to add parties in this case as a direct result of unexpected disclosure results.

Respectfully submitted

*G. McCarley*

George D. McCarley, Pro Se
216B Chestnut Street
Roanoke, Al 36274

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on this date, June 21, 2007, I have served the enclosed ACTION on each party or that party's counsel, by depositing envelope containing the above documents in the United States Mail properly addressed and with first class postage prepaid.

The Clerk
Middle District of Alabama, Eastern Division
One Church Street, PO Box 711
Montgomery, Al 36101-0711
334-954-3600

Defendant Attorney
Mr. George Parker
Bradley Arant Rose and White
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Al 36104

I declare under penalty of perjury that the foregoing is true and correct.

*G. McCarley*

Executed on June 21, 2007

George D. McCarley

---

[1] The consolidated case found at 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).