RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2007 JUN 25 A 9: 29

| | |
|---|---|
| George D. McCarley | |
| Plaintiff | Civil Action No. 3:06-CV-0091-MEF |
| v. | Lead Case[1] |
| Household Finance Corporation III | |
| Defendant | |

Motion for Permission to Request Extension of Time of Disclosure Period

Plaintiff respectfully requests this court extend the time period allocated for Disclosure until the end of August 31, 2007. The court had originally scheduled disclosure period to end as of the end of June 2007. This extension should not present any calendar docket difficulty as trial date is not scheduled until April of 2008,

Purpose of Extension of time

Defendant has proven to be very slow to respond to any request of any type. It was not until June 11, 2007 that Plaintiff and Defense Counsel met to review the documents of the other side and to exchange and copy same. Both sides had exchanged one round of discovery prior to the review and exchange of basic documents. This would appear to be in reverse to a logical order of exchange.

Now that plaintiff has had the opportunity to fully review and scrutinize the documents provided by defense, it is clear that many points of information have been provided by defense that are fully unexpected by plaintiff. These unexpected items have the effect of adding strong weight to the evidence and information already in possession of plaintiff. These documents also raise, once again, the spectre of "criminal actions" being exercised by defense in the act of

---

[1] The consolidated case found at 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).

foreclosure that brought this case, while at the same time, providing plaintiff's civil case far greater weight.

Plaintiff will present as example, four (4) documents as proof of his point that an extension of time is required in order to fully scrutinize, compare, and execute additional discovery as related to the documents. In the examples presented, the court will find that Plaintiff has now been provided four (4) different version of an ACCOUNT BILLING SUMMARY STATEMENT. That the different versions provide different information must obviously be "vetted" by discovery process. That certain points contained seem to contradict the points contained in other versions must also be fully explored.

Plaintiff would prefer to move forward with greater speed. However, it is now clear the defendant is not able or willing to provide responses with any greater speed and therefore, the two month extension feels appropriate.

Respectfully submitted

*G. McCarley*

George D. McCarley, Pro Se
216B Chestnut Street
Roanoke, Al  36274

### PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on this date, June 21, 2007, I have served the enclosed ACTION on each party or that party's counsel, by depositing envelope containing the above documents in the United States Mail properly addressed and with first class postage prepaid.

The Clerk
Middle District of Alabama, Eastern Division
One Church Street, PO Box 711
Montgomery, Al  36101-0711
334-954-3600

Defendant Attorney
Mr. George Parker
Bradley Arant Rose and White
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Al  36104

I declare under penalty of perjury that the foregoing is true and correct.

*G. McCarley*

Executed on June 21, 2007

George D. McCarley

CV-0091-MEF
00148

**HSBC**
2935534 McCarley

| Due Date | Date Processed | Amount Received | Late fee Assessed | Late fees paid | Interest | Principal | Advances | Principal Balance | Unapplied funds | Fees | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jun-00 | 6/8/2000 | | | | | | | $ 26,400.00 | | | |
| Jun-00 | 6/26/2000 | $ 290.51 | | | $ 263.78 | 26.73 | | $ 26,373.27 | | | |
| Jul-00 | 8/1/2000 | $ 290.51 | | | $ 263.51 | 27.00 | | $ 26,346.27 | | | |
| Aug-00 | 8/16/2000 | | $ 14.53 | | | - | | $ 26,346.27 | | | |
| Aug-00 | 8/16/2000 | $ 290.51 | | | $ 263.24 | 27.27 | | $ 26,319.00 | | | |
| Sep-00 | 9/15/2000 | | $ 14.53 | | | - | | $ 26,319.00 | | | |
| Sep-00 | 10/12/2000 | $ 305.04 | | $ 14.53 | $ 262.97 | 27.54 | | $ 26,291.46 | | | |
| Oct-00 | 10/12/2000 | $ 305.04 | | $ 14.53 | $ 262.70 | 27.81 | | $ 26,263.65 | | | |
| Nov-00 | 11/15/2000 | | $ 14.53 | | | - | | $ 26,263.65 | | | |
| Nov-00 | 12/15/2000 | | $ 14.53 | | | - | | $ 26,263.65 | | | |
| Nov-00 | 1/15/2001 | | $ 14.53 | | | - | | $ 26,263.65 | | | |
| Nov-00 | 1/15/2001 | $ 309.49 | | $ 18.98 | $ 262.42 | 28.09 | | $ 26,235.56 | | | |
| Dec-00 | 1/15/2001 | $ 290.51 | | | $ 262.14 | 28.37 | | $ 26,207.19 | | | |
| Dec-00 | 2/8/2001 | $ (290.51) | | | $ (262.14) | (28.37) | | $ 26,235.56 | | | |
| Nov-00 | 2/8/2001 | $ (309.49) | | $ (18.98) | $ (262.14) | (28.09) | | $ 26,263.65 | | | |
| Nov-00 | 2/14/2001 | $ 290.51 | | | $ 262.42 | 28.09 | | $ 26,235.56 | | | |
| Dec-00 | 2/14/2001 | $ 329.49 | | $ 38.98 | $ 262.14 | 28.37 | | $ 26,207.19 | | | |
| Jan-01 | 2/15/2001 | | $ 14.53 | | | - | | $ 26,207.19 | | | |
| Apr-01 | 3/15/2001 | Deferred payments to 4/01 | | | | | | $ 26,207.19 | | | |
| Apr-01 | 4/4/2001 | $ 309.65 | | $ 19.14 | $ 261.85 | 28.66 | | $ 26,178.53 | | | |
| Apr-01 | 4/4/2001 | 27.00 | | | | | | $ 26,178.53 | | $ 27.00 | paid to bad check fees |
| Apr-01 | 4/4/2001 | 273.35 | | | | | | $ 26,178.53 | | | paid to deferred interest |
| May-01 | 5/11/2001 | $ 290.51 | | | $ 261.57 | 28.94 | | $ 26,149.59 | | | |
| Jun-01 | 6/15/2001 | | $ 14.53 | | | - | | $ 26,149.59 | | | |
| Jun-01 | 7/9/2001 | $ 305.04 | | $ 14.53 | $ 261.28 | 29.23 | | $ 26,120.36 | | | |
| Jul-01 | 7/9/2001 | $ 290.51 | | | $ 260.99 | 29.52 | | $ 26,090.84 | | | |
| Aug-01 | 8/15/2001 | | $ 14.53 | | | - | | $ 26,090.84 | | | |
| Aug-01 | 9/4/2001 | $ 290.51 | | | $ 260.69 | 29.82 | | $ 26,061.02 | | | |
| Sep-01 | 9/21/2001 | | $ 14.53 | | | - | | $ 26,061.02 | | | |
| Sep-01 | 10/1/2001 | $ 290.51 | | | $ 260.39 | 30.12 | | $ 26,030.90 | | | |
| Oct-01 | 10/15/2001 | $ 290.51 | | | $ 260.09 | 30.42 | | $ 26,000.49 | | | |
| | 11/8/2001 | | | | | | $ (536.00) | $ 26,000.49 | | | force placed insurance |
| Nov-01 | 11/15/2001 | | $ 14.53 | | | - | | $ 26,000.49 | | | |
| Nov-01 | 11/29/2001 | $ 290.51 | | | $ 259.79 | 30.72 | | $ 25,969.76 | | | |
| Dec-01 | 12/15/2001 | | $ 14.53 | | | - | | $ 25,969.76 | | | |
| Dec-01 | 12/28/2001 | $ 290.51 | | | | - | | $ 25,969.76 | 290.51 | | |
| Dec-01 | 1/15/2002 | | $ 14.53 | | | - | | $ 25,969.76 | | | |
| Dec-01 | 1/28/2002 | $ 290.51 | | | | - | | $ 25,969.76 | 290.51 | | |

see Leffern letter



APPENDIX B



DATE            8/11/2004
PAGE                    1
LOAN NUMBER     2935534

MORTGAGOR MAILING ADDRESS
GEORGE MCCARLEY

211 CHESTNUT ST

ROANOKE AL 36274
PROPERTY ADDRESS
211 CHESTNUT ST

ROANOKE AL 36274

| PAYMENT INFORMATION | | ORIGINAL INFORMATION | | YEAR-TO-DATE | |
|---|---|---|---|---|---|
| P&I PAYMENT | 290.51 | ORIG BAL | 26,400.00 | INT PAID | 0.00 |
| ESCROW | 0.00 | ORIGINAL RATE | 11.990 | NEG AMORT | 0.00 |
| OPTIONAL INS | 0.00 | LOAN TERM | 240 | TAX PAID | 0.00 |
| BUYDOWN | 0.00 | FIRST DUE DATE | 06/05/00 | INT ON ESCROW | 0.00 |
| ASSISTANCE AMT | 0.00 | LOAN TYPE | CONV | | |
| ANCILLARY | 25.13 | CURRENT RATE | 11.990 | | |
| TOTAL PAYMENT | 315.64 | | | UNCOLLECTED BALANCES | |
| UNAPL FUNDS | 0.00 | NEXT DUE DATE | 11/05/02 | LATE CHARGES | 14.53 |
| | | PAID TO DATE | 10/05/02 | FEES | 4,262.30 |
| | | | | INTEREST | 0.00 |

DETAIL BY TRANSACTION

| EFF DATE | TOTAL AMT | PRIN AMT | ESCROW AMT | FEE AMT | DESCRIPTION |
|---|---|---|---|---|---|
| PD TO DT | UNAPPLIED AMT | INT AMT | OPT AMT | LT CHG | PRIN BAL AFT |
| 09/04/01 — | 290.51 | 29.82 | 0.00 | 0.00 | REG PAYMENT |
| 08/01 | 0.00 | 260.69  1 | 0.00 | 0.00 | 26061.02 |
| 10/01/01 — | 290.51 | 30.12 | 0.00 | 0.00 | REG PAYMENT |
| 09/01 | 0.00 | 260.39  2 | 0.00 | 0.00 | 26030.90 |
| 10/15/01 | 290.51 | 30.42 | 0.00 | 0.00 | REG PAYMENT |
| 10/01 | 0.00 | 260.09  3 | 0.00 | 0.00 | 26000.48 |
| 11/08/01 — | -536.00 | 0.00 | -536.00 | 0.00 | |
| 08/01 | 0.00 | 0.00 | 0.00 | 0.00 | 26000.48 |
| 11/29/01 | 290.51 | 30.72 | 0.00 | 0.00 | REG PAYMENT |
| 11/01 | 0.00 | 259.79  4 | 0.00 | 0.00 | 25969.76 |
| 12/28/01 — | 290.51 | 0.00 | 0.00 | 0.00 | |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | 25969.76 |
| 12/28/01 | 290.51 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | 25969.76 |

```
LN#      2935534  GEORGE MCCARLEY        211 CHESTNUT ST         ROANOKE        AL 36274         EMP 0   POPO

1ST MTGE PRIN  2ND MTGE PRIN   ESC BAL   REST ESC    SUSPENSE    ADV BAL   REPL RES   HUD BAL    LC BAL   INT DUE DUE DATE  KUD PRT OP K
 25,969.76         .00            .00       .00       290.51     536.00     .00        .00       58.12       .00  12-05-01    .00 52 0

P & I 1ST  P&I 2ND   CO TAX  CITY TAX   HAZ INS   M I P    LIEN    BSC A & H    LIFE      MISC     REP RES   TOT PAYMT   INT RATE DT BM
 290.51     .00       .00      .00       .00      .00      .00     .00 0       .00 0     .00 0     .00         335.18   .1199000  3 9
OVER/SHORT AMT        44.67

        1ST ORIG MTG   2ND ORIG MTG      PRIN BAL BEG   INT IND   CAP FLAG   MTGR SSN      DEF INT BAL   PRIOR YR PPD INT   PPD INT IND  GPM ORG
           26,400          0              26,263.65       2                  416 76 2226      0.00           0.00             0             0

ASSUM-DT  XFER-DEED  FHA-SEC/NUM    LIP PAYOFF  PC-TRK-SW  YE-ACQ-RPT/DATE   SALE-ID  EXEMPT  PLGD-LN  PMT-OPT  CALC-METH  BLOC  BNKRPCY CH/DT
                                                           /09-18-00

PMT PERIOD   1098-DET-HIST   POINTS-PAID/RPTG YR   SUPPR-MICR-STMT   DI-NOT-RPT-YR   REAS CAUS   RI-MDR-SW   1ST-DUE-DT    REO STAT/COMPL DT
  12           N                      .00                                 Y                                     06-00

IOE CREDIT YTD/W-H  SW/W-H BALANCE   IORE CREDIT YTD/W-H  SW/W-H BALANCE   CONSTR CD   NO PURGE FLAG/YR   BNKRPT STAT   LAST DEF DUE
   .00                  .00             .00                  .00                                                         05-20

R&C CORP ADV BAL   3RD R&C CORP ADV BAL   FORECL WKST CODE/REINSTATE DATE   INIT ESC STMT CODE / DATE   LOSS MIT STATUS/COMPL DATE
   .00                   .00                                                     Z        06-18-00

DUE   PROC   TP  SQ   AMOUNT    PRINCIPAL   PRINCIPAL   INTEREST   ESCROW   ESCROW    ADVANCE   STATUS    STATUS    UNEARNED   OTHER    CFD
DATE  DATE   TR  NO   RECEIVED  PAID        BALANCE     PAID       PAID     BALANCE   BALANCE   AMOUNT    BALANCE   INT-BAL.   AMOUNTS  DCT
BAL-FWD                                     26263.65                         .00       .00                 .00       .00
11-00 01-15  1 52  1      .00        .00    26263.65      .00       .00      .00       .00       .00       .00       .00       14.53- 11
11-00 01-29  1 72  1   600.00      28.09    26235.56   262.42       .00      .00       .00       .00       .00       .00       18.98  11
                                                                                                 MPL-ID SNON
                                                                                                                                01-29-01 L
                                                                                                                                14.23 AA
12-00 01-29  1 72  2      .00      28.37    26207.19   262.14       .00      .00       .00       .00       .00       .00                1
                                                                                                  BATCH 516 EDIT-SEQ 168307
                                                                                                 MPL-ID SNON
                                                                                                                                01-29-01 L
                                                                                                                                14.21 AA
12-00 02-08  1 48  1      .00      28.37-   26235.56   262.14-      .00      .00       .00       .00       .00       .00                1
                                                                                                  BATCH 516 EDIT-SEQ 168307
                                                                                                 REV-CD T1
                                                                                                                                14.21-AA
11-00 02-08  1 48  2      .00      28.09-   26263.65   262.42-      .00      .00       .00       .00       .00       .00       18.09- 11
                                                                                                  BATCH 89B EDIT-SEQ 031151
                                                                                                 REV-CD T1
                                                                                                                                14.23-AA
11-00 02-14  1 73  1   581.02      28.09    26235.56   262.42       .00      .00       .00       .00       .00       .00                1
                                                                                                  BATCH 89B EDIT-SEQ 031151
                                                                                                                                02-14-01 L
                                                                                                                                14.23 AA
12-00 02-14  1 73  2      .00      28.37    26207.19   262.14       .00      .00       .00       .00       .00       .00                1
                                                                                                  BATCH 402 EDIT-SEQ 179414
                                                                                                                                02-14-01 L
                                                                                                                                14.21 AA
01-01 02-14  1 73  3    38.98        .00    26207.19      .00       .00      .00       .00       .00       .00       .00       38.98  11
                                                                                                  BATCH 402 EDIT-SEQ 179414
                                                                                                  BATCH 402 EDIT-SEQ 179416
```

CV-0091-MEF
00144

```
                         835 GRAND REGENCY BOULEVARD
                         BRANDON, FL 33511
                         1-800-333-7023

PB731-45C              CUSTOMER ACCOUNT ACTIVITY STATEMENT          DATE 11/02/02
REQ BY CPI                                                          PAGE 02

GEORGE MCCARLEY
LOAN NUMBER:   2935534

                   ACTIVITY FOR PERIOD 01-01-02 - 11-02-02
  PROCESS   DUE    TRANSACTION       TRANSACTION              EFFECTIVE DATE
  DATE      DATE   CODE              DESCRIPTION              OF TRANSACTION
  ------------------------------------------------------------------------
     TRANSACTION  PRIN PD/        ESCROW PD/ ------------OTHER-------------
       AMOUNT    BALANCE   INTEREST  BALANCE   AMOUNT  CODE/DESCRIPTION
  ------------------------------------------------------------------------
  07-05-02  02-02  173  PAYMENT                                06-30-02
       506.28     31.65    258.86    25.13    190.64
                25,875.74          276.53-   NEW PRINCIPAL/ESCROW BALANCES
  06-15-02  02-02  152  LATE CHARGE ASSESSMENT
         0.00      0.00      0.00     0.00    14.53-1 LATE CHARGE
  05-15-02  02-02  152  LATE CHARGE ASSESSMENT
         0.00      0.00      0.00     0.00    14.53-1 LATE CHARGE
  05-14-02  00-00  631  PROPERTY PRESERVATION DISBURSEMENT
       175.00      0.00      0.00     0.00
  05-14-02  02-02  168  REPAY OF ESCROW ADVANCE
         0.00      0.00      0.00   145.00-   145.00
  05-14-02  02-02  163  HAZARD INSURANCE REFUND DEPOSIT
       145.00      0.00      0.00   145.00
                                    301.66-   NEW PRINCIPAL/ESCROW BALANCES
  04-27-02  02-02  161  ESCROW ADVANCE
        89.34      0.00      0.00    89.34
  04-26-02  02-02  148  BAD CHECK REVERSAL LONG FORM
         0.00     31.65-   258.86-   44.67-   201.17-
                25,907.39          446.66-   NEW PRINCIPAL/ESCROW BALANCES
  04-26-02  03-02  148  BAD CHECK REVERSAL LONG FORM
         0.00     31.97-   258.54-   44.67-
                25,875.74          401.99-   NEW PRINCIPAL/ESCROW BALANCES
  04-19-02  03-02  168  REPAY OF ESCROW ADVANCE
         0.00      0.00      0.00    44.67-   44.67
  04-19-02  03-02  173  PAYMENT
         0.00     31.97    258.54    44.67
                25,843.77          357.32-   NEW PRINCIPAL/ESCROW BALANCES
  04-19-02  02-02  168  REPAY OF ESCROW ADVANCE
         0.00      0.00      0.00    44.67-   44.67
  04-19-02  02-02  172  PAYMENT
       871.53     31.65    258.86    44.67    201.17
                25,875.74          401.99-   NEW PRINCIPAL/ESCROW BALANCES
  04-15-02  02-02  152  LATE CHARGE ASSESSMENT
         0.00      0.00      0.00     0.00    14.53-1 LATE CHARGE
  03-15-02  02-02  152  LATE CHARGE ASSESSMENT
         0.00      0.00      0.00     0.00    14.53-1 LATE CHARGE
  02-28-02  01-02  168  REPAY OF ESCROW ADVANCE
         0.00      0.00      0.00    44.67-   44.67
  02-28-02  01-02  173  PAYMENT                                01-28-02
         0.00     31.34    259.17    44.67    89.34-8 PAYMENT SHORTAGE ADV
                                              245.84-
                25,907.39          446.66-   NEW PRINCIPAL/ESCROW BALANCES
```

CV-0091-MEF
00146