IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE D. McCARLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. 3:06CV91-MEF |
| HOUSEHOLD FINANCE ) | |
| CORPORATION III, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On June 25, 2007, Plaintiff filed a Motion for Leave (Doc. #70-1) to file two motions: (1) Motion for Permission to Request Extension of Time of Disclosure Period (Doc. #70-2) and (2) Motion to Extend Time to Add Parties (Doc. #70-3). Upon consideration of Plaintiff's request, it is

ORDERED that the motion (Doc. #70) is GRANTED.

DONE this 26th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE