RECEIVED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

2007 JUN 25  A 9: 29

George D. McCarley                    |
        Plaintiff                     |        Civil Action No. 3:06-CV-0091-MEF
v.                                    |                    Lead Case[1]
                                      |
Household Finance Corporation III     |
        Defendant                     |

Motion for Permission to Request Extension of Time of Disclosure Period

Plaintiff respectfully requests this court extend the time period allocated for Disclosure

until the end of August 31, 2007. The court had originally scheduled disclosure period to end as

of the end of June 2007. This extension should not present any calendar docket difficulty as trial

date is not scheduled until April of 2008,

### Purpose of Extension of time

Defendant has proven to be very slow to respond to any request of any type. It was not

until June 11, 2007 that Plaintiff and Defense Counsel met to review the documents of the other

side and to exchange and copy same. Both sides had exchanged one round of discovery prior to

the review and exchange of basic documents. This would appear to be in reverse to a logical

order of exchange.

Now that plaintiff has had the opportunity to fully review and scrutinize the documents

provided by defense, it is clear that many points of information have been provided by defense

that are fully unexpected by plaintiff. These unexpected items have the effect of adding strong

weight to the evidence and information already in possession of plaintiff. These documents also

raise, once again, the spectre of "criminal actions" being exercised by defense in the act of

---

[1] The consolidated case found at 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).

foreclosure that brought this case, while at the same time, providing plaintiff's civil case far greater weight.

Plaintiff will present as example, four (4) documents as proof of his point that an extension of time is required in order to fully scrutinize, compare, and execute additional discovery as related to the documents. In the examples presented, the court will find that Plaintiff has now been provided four (4) different version of an ACCOUNT BILLING SUMMARY STATEMENT. That the different versions provide different information must obviously be "vetted" by discovery process. That certain points contained seem to contradict the points contained in other versions must also be fully explored.

Plaintiff would prefer to move forward with greater speed. However, it is now clear the defendant is not able or willing to provide responses with any greater speed and therefore, the two month extension feels appropriate.

Respectfully submitted

G. M C Carley

George D. McCarley, Pro Se
216B Chestnut Street
Roanoke, Al 36274

## PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on this date, June 21, 2007, I have served the enclosed ACTION on each party or that party's counsel, by depositing envelope containing the above documents in the United States Mail properly addressed and with first class postage prepaid.

The Clerk
Middle District of Alabama, Eastern Division
One Church Street, PO Box 711
Montgomery, Al 36101-0711
334-954-3600

Defendant Attorney
Mr. George Parker
Bradley Arant Rose and White
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Al 36104

I declare under penalty of perjury that the foregoing is true and correct.

G. M C Carley

Executed on June 21, 2007

George D. McCarley

CV-0091-MEF
00148

**HSBC**
2935534 McCarley

| Due Date | Date Processed | Amount Received | Late fee Assessed | Late fees paid | Interest | Principal | Advances | Principal Balance | Unapplied funds | Fees | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6/8/2000 | | | | | | | $ 26,400.00 | | | |
| Jun-00 | 6/26/2000 | $ 290.51 | | | $ 263.78 | $ 26.73 | | $ 26,373.27 | | | |
| Jul-00 | 8/17/2000 | $ 290.51 | | | $ 263.51 | $ 27.00 | | $ 26,346.27 | | | |
| Aug-00 | 8/16/2000 | | $ 14.53 | | | $ - | | $ 26,346.27 | | | |
| Aug-00 | 8/16/2000 | $ 290.51 | | | $ 263.24 | $ 27.27 | | $ 26,319.00 | | | |
| Sep-00 | 9/15/2000 | | $ 14.53 | | | $ - | | $ 26,319.00 | | | |
| Sep-00 | 10/12/2000 | $ 305.04 | | $ 14.53 | $ 262.97 | $ 27.54 | | $ 26,291.46 | | | |
| Oct-00 | 10/12/2000 | $ 305.04 | | $ 14.53 | $ 262.70 | $ 27.81 | | $ 26,263.65 | | | |
| Nov-00 | 11/15/2000 | | $ 14.53 | | | $ - | | $ 26,263.65 | | | |
| Nov-00 | 12/15/2000 | | $ 14.53 | | | $ - | | $ 26,263.65 | | | |
| Nov-00 | 1/15/2001 | | $ 14.53 | | | $ - | | $ 26,263.65 | | | |
| Nov-00 | 1/15/2001 | $ 309.49 | | $ 18.98 | $ 262.42 | $ 28.09 | | $ 26,235.56 | | | |
| Dec-00 | 1/15/2001 | $ 290.51 | | | $ 262.14 | $ 28.37 | | $ 26,207.19 | | | |
| Dec-00 | 2/8/2001 | $ (290.51) | | | $ (262.14) | $ (28.37) | | $ 26,235.56 | | | |
| Nov-00 | 2/8/2001 | $ (309.49) | | $ (18.98) | $ (262.14) | $ (28.09) | | $ 26,263.65 | | | |
| Nov-00 | 2/14/2001 | $ 290.51 | | | $ 262.42 | $ 28.09 | | $ 26,235.56 | | | |
| Dec-00 | 2/14/2001 | $ 329.49 | | $ 38.98 | $ 262.14 | $ 28.37 | | $ 26,207.19 | | | |
| Jan-01 | 2/15/2001 | | | | | $ - | | $ 26,207.19 | | | |
| Apr-01 | 3/15/2001 | Deferred payments to 4/01 | $ 14.53 | | | | | $ 26,207.19 | | | |
| Apr-01 | 4/4/2001 | $ 309.65 | | $ 19.14 | $ 261.85 | $ 28.66 | | $ 26,178.53 | | | |
| Apr-01 | 4/4/2001 | $ 27.00 | | | | | | $ 26,178.53 | | $ 27.00 | paid to bad check fees |
| Apr-01 | 4/4/2001 | $ 273.35 | | | | | | $ 26,178.53 | | | paid to deferred interest |
| May-01 | 5/11/2001 | $ 290.51 | | | $ 261.57 | $ 28.94 | | $ 26,149.59 | | | |
| Jun-01 | 6/15/2001 | | $ 14.53 | | | $ - | | $ 26,149.59 | | | |
| Jun-01 | 7/9/2001 | $ 305.04 | | $ 14.53 | $ 261.28 | $ 29.23 | | $ 26,120.36 | | | |
| Jul-01 | 7/9/2001 | $ 290.51 | | | $ 260.99 | $ 29.52 | | $ 26,090.84 | | | |
| Aug-01 | 8/15/2001 | | $ 14.53 | | | $ - | | $ 26,090.84 | | | |
| Aug-01 | 9/4/2001 | $ 290.51 | | $ 14.53 | $ 260.69 | $ 29.82 | | $ 26,061.02 | | | |
| Sep-01 | 9/21/2001 | | $ 14.53 | | | $ - | | $ 26,061.02 | | | |
| Sep-01 | 10/1/2001 | $ 290.51 | | $ 14.53 | $ 260.39 | $ 30.12 | | $ 26,030.90 | | | |
| Oct-01 | 10/15/2001 | $ 290.51 | | | $ 260.09 | $ 30.42 | | $ 26,000.49 | | | |
| | 11/8/2001 | | | | | $ - | $ (536.00) | $ 26,000.49 | | | |
| Nov-01 | 11/15/2001 | | $ 14.53 | | | $ - | | $ 26,000.49 | | | force placed insurance |
| Nov-01 | 11/29/2001 | $ 290.51 | | | $ 259.79 | $ 30.72 | | $ 25,969.76 | | | |
| Dec-01 | 12/15/2001 | | $ 14.53 | | | $ - | | $ 25,969.76 | | | |
| Dec-01 | 12/28/2001 | $ 290.51 | | | | | | $ 25,969.76 | 290.51 | | |
| Dec-01 | 1/15/2002 | | $ 14.53 | | | $ - | | $ 25,969.76 | | | |
| Dec-01 | 1/28/2002 | $ 290.51 | | | | | | $ 25,969.76 | 290.51 | | |

500 Jefferson Letter

APPENDIX
B

# HOUSEHOLD 

DATE          8/11/2004
PAGE          1
LOAN NUMBER   2935534

MORTGAGOR MAILING ADDRESS
GEORGE MCCARLEY

211 CHESTNUT ST

ROANOKE AL 36274
PROPERTY ADDRESS
211 CHESTNUT ST

ROANOKE AL 36274

| PAYMENT INFORMATION | | ORIGINAL INFORMATION | | YEAR-TO-DATE | |
|---|---|---|---|---|---|
| P&I PAYMENT | 290.51 | ORIG BAL | 26,400.00 | INT PAID | 0.00 |
| ESCROW | 0.00 | ORIGINAL RATE | 11.990 | NEG AMORT | 0.00 |
| OPTIONAL INS | 0.00 | LOAN TERM | 240 | TAX PAID | 0.00 |
| BUYDOWN | 0.00 | FIRST DUE DATE | 06/05/00 | INT ON ESCROW | 0.00 |
| ASSISTANCE AMT | 0.00 | LOAN TYPE | CONV | | |
| ANCILLARY | 25.13 | CURRENT RATE | 11.990 | | |
| TOTAL PAYMENT | 315.64 | | | UNCOLLECTED BALANCES | |
| UNAPL FUNDS | 0.00 | NEXT DUE DATE | 11/05/02 | LATE CHARGES | 14.53 |
| | | PAID TO DATE | 10/05/02 | FEES | 4,262.30 |
| | | | | INTEREST | 0.00 |

DETAIL BY TRANSACTION

| EFF DATE | TOTAL AMT | PRIN AMT | ESCROW AMT | FEE AMT | DESCRIPTION |
|---|---|---|---|---|---|
| PD TO DT | UNAPPLIED AMT | INT AMT | OPT AMT | LT CHG | PRIN BAL AFT |
| 09/04/01 — | 290.51 | 29.82 | 0.00 | 0.00 | REG PAYMENT |
| 08/01 | 0.00 | 260.69  1 | 0.00 | 0.00 | 26061.02 |
| 10/01/01 — | 290.51 | 30.12 | 0.00 | 0.00 | REG PAYMENT |
| 09/01 | 0.00 | 260.39  2 | 0.00 | 0.00 | 26030.90 |
| 10/15/01 | 290.51 | 30.42 | 0.00 | 0.00 | REG PAYMENT |
| 10/01 | 0.00 | 260.09  3 | 0.00 | 0.00 | 26000.48 |
| 11/08/01 — | -536.00 | 0.00 | -536.00 | 0.00 | |
| 08/01 | 0.00 | 0.00 | 0.00 | 0.00 | 26000.48 |
| 11/29/01 | 290.51 | 30.72 | 0.00 | 0.00 | REG PAYMENT |
| 11/01 | 0.00 | 259.79  4 | 0.00 | 0.00 | 25969.76 |
| 12/28/01 — | 290.51 | 0.00 | 0.00 | 0.00 | |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | 25969.76 |
| 12/28/01 | 290.51 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | 25969.76 |

```
INB    2935534   GEORGE MCCARLEY                                                    EMP 0   FOFO
                                      211 CHESTNUT ST              ROANOKE          AL 16274

1ST MTGE PRIN 2ND MTGE PRIN  ESC BAL    REST ESC    SUSPENSE   ADV BAL   REPL RES HUD BAL    LC BAL   INT DUE DUE DATE KUD FRT OF M
   26,969.76     .00          .00          .00       290.51    $36.00     .00      .00       58.12     .00 12-05-01   .00 32 0

P & I 1ST   P&I 2ND    CO TAX CITY TAX  HAZ INS    M I #   LIEN    RSC A & M    LIFE     NISC      REP RES  TOT PAYMT INT RATE DT DN
  290.51     .00        .00     .00      .00       .00     .00     .00 0     .00 0     .00 0      .00      335.18 .1199000  3 3
OVER/SHORT AMT          44.67

  1ST ORIG MTG  2ND ORIG MTG      PRIN BAL SEQ  INT IND  CAP FLAG  MTGR SSN        DEF INT BAL  PRIOR YR FPD INT  FPD INT IND  GPM ORG
     26,400        0              26,263.65     2         416 76 3216              0.00         0.00 0            0            0

ASSUM-DT XFER-DEED FHA-SEC/NUM      LIP PAYOFF PC-TRK-SW YR-ACQ-RPT/DATE      SALE-ID EXEMPT PLOD-LN PMT-OPT CALC-METH SLOC BNKRPCY CH/DT
                                                          /06-16-00

PMT PERIOD  1098-DET-HIST  POINTS-PAID/RPTG YR  SUPPR-MICR-STMT  DI-NOT-RPT-YR  REAS CAUS  RI-MGR-SW  1ST-DUE-DT     REO STAT/COMPL DT
   12           N                   .00                             Y                      06-00

IOE CREDIT YTD/N-H 6H/H-H BALANCE   IORE CREDIT YTD/W-E 2W/W-H BALANCE   CONSTR CD   NO PURGE FLAG/YR   BNKRPT STAT    LAST DEF DUE
       .00             .00               .00             .00                                                          05-20

REG CORP ADV BAL   3RD REC CORP ADV BAL   FORECL WKST CODE/REINSTATE DATE   INIT ESC STMT CODE / DATE   LOSS MIT STATUS/COMPL DATE
       .00                  .00                    .00                            E       05-16-00

DUE   PROC  TP  SQ   AMOUNT    PRINCIPAL  PRINCIPAL  INTEREST  ESCROW   ESCROW   ADVANCE  STATUS   STATUS   UNEARNED    OTHER  CFD
DATE  DATE  YR NO  RECEIVED     PAID      BALANCE    PAID      PAID     BALANCE  BALANCE  AMOUNT   BALANCE  INT-BAL.    AMOUNTS DCT
BAL-FWD                                   26263.65
11-00 01-15 1 52 1    .00        .00      26263.65    .00       .00      .00      .00      .00      .00      .00        14.53- 11
11-00 01-29 1 72 1   600.00     28.09     26235.56   262.42     .00      .00      .00      .00      .00      .00        18.98  11
                                                                                          MPL-ID SNON
                                                                                                                       01-29-01 L
                                                                                                                       14.23 AA
12-00 01-29 1 72 2    .00       28.37     26207.19   262.14     .00      .00      .00      BATCH 516 EDIT-SEQ 168307
                                                                                          .00      .00      .00               1
                                                                                          MPL-ID SNON
                                                                                                                       01-29-01 L
                                                                                                                       14.21 AA
12-00 02-08 1 48 1    .00       28.37-    26235.56   262.14-    .00      .00      .00      BATCH 516 EDIT-SEQ 168307
                                                                                          .00      .00      .00               1
                                                                                          REV-CD T1
                                                                                                                       14.21-AA
11-00 02-08 1 48 2    .00       28.09-    26263.65   262.42-    .00      .00      .00      BATCH 89B EDIT-SEQ 031151
                                                                                          .00      .00      .00        18.98- 11
                                                                                          REV-CD T1
                                                                                                                       14.23-AA
11-00 02-14 1 73 1   581.02     28.09     26235.56   262.42     .00      .00      .00      BATCH 89B EDIT-SEQ 031151
                                                                                          .00      .00      .00               1
                                                                                                                       02-14-01 L
                                                                                                                       14.23 AA
12-00 02-14 1 73 2    .00       28.37     26207.19   262.14     .00      .00      .00      BATCH 402 EDIT-SEQ 179414
                                                                                          .00      .00      .00               1
                                                                                                                       02-14-01 L
                                                                                                                       14.21 AA
01-01 02-14 1 73 3   38.98       .00      26207.19    .00       .00      .00      .00      BATCH 402 EDIT-SEQ 179414
                                                                                          .00      .00      .00        38.98  11
                                                                                          BATCH 402 EDIT-SEQ 179416
```

```
                    WEST REGENCY BOULEVARD
                    BRANDON, FL 33511
                    1-800-333-7023


PB731-45C              CUSTOMER ACCOUNT ACTIVITY STATEMENT           DATE 11/02/02
REQ BY CPI                                                          PAGE 03


GEORGE MCCARLEY
LOAN NUMBER:    2935514

                    ACTIVITY FOR PERIOD 01-01-02 - 11-02-02
PROCESS    DUE     TRANSACTION               TRANSACTION                   EFFECTIVE DATE
DATE       DATE    CODE                      DESCRIPTION                   OF TRANSACTION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  TRANSACTION   PRIN PD/        ESCROW PD/ -------------OTHER--------------
   AMOUNT       BALANCE    INTEREST BALANCE     AMOUNT  CODE/DESCRIPTION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
07-05-02  02-02  171  PAYMENT                                              06-30-02
   506.25      11.65      258.86    25.13    190.64
              25,875.74                     276.53-  NEW PRINCIPAL/ESCROW BALANCES
06-15-02  02-02  152  LATE CHARGE ASSESSMENT
     0.00       0.00       0.00     0.00             14.53-1 LATE CHARGE
05-15-02  02-02  152  LATE CHARGE ASSESSMENT
     0.00       0.00       0.00     0.00             14.53-1 LATE CHARGE
05-14-02  00-00  831  PROPERTY PRESERVATION DISBURSEMENT
   125.00       0.00       0.00     0.00
05-14-02  02-02  168  REPAY OF ESCROW ADVANCE
     0.00       0.00       0.00   145.00-   145.00
05-14-02  02-02  163  HAZARD INSURANCE REFUND DEPOSIT
   145.00       0.00       0.00   145.00
                                            301.66-  NEW PRINCIPAL/ESCROW BALANCES
04-27-02  02-02  161  ESCROW ADVANCE
    89.34       0.00       0.00    89.34
04-26-02  02-02  148  BAD CHECK REVERSAL LONG FORM
     0.00      31.65-     258.86-   44.67-  201.17-
              25,875.74                     446.66-  NEW PRINCIPAL/ESCROW BALANCES
04-26-02  03-02  148  BAD CHECK REVERSAL LONG FORM
     0.00      31.97-     258.54-   44.67-
              25,875.74                     401.99-  NEW PRINCIPAL/ESCROW BALANCES
04-19-02  03-02  168  REPAY OF ESCROW ADVANCE
     0.00       0.00       0.00    44.67-    44.67
04-19-02  03-02  172  PAYMENT
     0.00      31.97      258.54    44.67
              25,843.77                     357.32-  NEW PRINCIPAL/ESCROW BALANCES
04-19-02  02-02  168  REPAY OF ESCROW ADVANCE
     0.00       0.00       0.00    44.67-    44.67
04-19-02  02-02  172  PAYMENT
   871.53      31.65      258.86    44.67    201.17
              25,875.74                     401.99-  NEW PRINCIPAL/ESCROW BALANCES
04-15-02  02-02  152  LATE CHARGE ASSESSMENT
     0.00       0.00       0.00     0.00             14.53-1 LATE CHARGE
03-15-02  02-02  152  LATE CHARGE ASSESSMENT
     0.00       0.00       0.00     0.00             14.53-1 LATE CHARGE
02-28-02  01-02  168  REPAY OF ESCROW ADVANCE
     0.00       0.00       0.00    44.67-    44.67
02-28-02  01-02  172  PAYMENT                                              02-28-02
     0.00      31.34      259.17    44.67             89.34-8 PAYMENT SHORTAGE ADV
                                                    245.84-
              25,907.39                     446.66-  NEW PRINCIPAL/ESCROW BALANCES
```

CV-0091-MEF
00146