IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

George D. McCarley
    Plaintiff                                          Civil Action No. 3:06-CV-00091-MEF
                                                                          Lead Case

v.

Household Finance Corporation III
    Defendant

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

1.    This document is filed with the court as per the courts Uniform Scheduling Order, Document 44-1, filed on March 23, 2007; page 2, Section 5; which reads:

> On or before June 29, 2007, counsel for all parties shall conduct a face to face settlement conference at which counsel shall engage in good faith settlement negotiations. If settlement cannot be reached, counsel will also discuss whether mediation will assist the parties in reaching settlement. Not less than 5 days after this conference, counsel for the plaintiff shall file (this report). This pleading shall indicate whether settlement was reached, and, if not, whether the parties believe mediation will assist them in resolving this case short of trial.

2.    Plaintiff and Counsel for the Defendant held a three hour conference (face to face) on June 11, 2007. The parties discussed and exchanged materials, disclosure disputes, and settlement prospects. Plaintiff forwarded a revised settlement proposal and has not received definite written feedback until today, July 3, 2007. (see defense counsel statement, page 2)

3.    Plaintiff believes this is a *calculated delay* and not an act of *good faith* by defendant. Settlement was not reached and mediation has not been discussed, therefore the conference cannot be complete. This notice is provided as per Uniform Scheduling order above.

4.    Plaintiff believes this additional act of defendant delay is yet another is a string of delays calculated to continually starve this *IFP* plaintiff and is considering possible options leading to equitable relief, including possibility of an advanced trial schedule petition.

Respectfully Submitted                                        *G. McCarley*
                                                                  George D. McCarley, Pro Se

1

216 B Chestnut Street
Roanoke, Al 36274

Proof of Service

I, George D. McCarley do swear that on this date, July 3, 2007, I have served the enclosed ACTION on each party by depositing in United States Mail, properly addressed, postage prepaid and by other electronic media.

The Clerk
Middle District of Alabama, Eastern Div
One Church Street, PO Box 711
Montgomery, Al 36101-0711

Defendant Attorney
Mr. George Parker
Bradley Arant Rose and White
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Al 36104

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 3, 2007.

*G. McCarley*
George D. McCarley

Subject:
Date:    Fri, 29 Jun 2007 18:16:13 -0500
From:    "Parker, George" <gparker@bradleyarant.com>  Add to Address Book   Add Mobile Alert
To:      gdmccarley@yahoo.com

| George | Parker | gparker@bradley | http://us.f319.mai |

Mr. McCarley:

At this point, I do not have any settlement authority to offer in response to your demand. If you would like to touch base early next week about feedback that I received on this front, I would be happy to discuss the same with you. I will be in the office all day on Monday. As I understand the Court's order, in light of our having previously held a face to face meeting and discussing this matter today, you would have until July 5, 2007 (since July 4 is a holiday) to provide the information to the Court that it requests in the Scheduling Order. I can assist with the drafting and filing of this report to the Court if you would like my help. Let me know your thoughts in this regard.

George R. Parker
Bradley Arant Rose & White LLP
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Direct Dial: (334) 956-7607
Fax: (334) 956-7701
Email: gparker@bradleyarant.com
www.bradleyarant.com

2