IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 3:06CV91-MEF |
| HOUSEHOLD FINANCE | ) | |
| CORPORATION III, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

During the scheduling conference held in this matter on March 23, 2007, before the undersigned Magistrate Judge, a summary judgment hearing was set for July 30, 2007, at 10:00 a.m. In light of Plaintiff's request (Doc. #72) to extend the discovery period through July 31, 2007, which request was granted on June 26, 2007, (Doc. #74) and the fact that no motions for summary judgment have been filed to date, it is

ORDERED that the hearing is CANCELLED.

DONE this 10th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE