IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE D. McCARLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:06-cv-00091-MEF |
| v. | ) Lead Case |
| | ) |
| HOUSEHOLD FINANCE | ) |
| CORPORATION III, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Household Finance Corporation III, HSBC Finance Corporation, HSBC Gr. Corp., Household International, Inc., and HSBC Mortgage Services Inc., respectively move this Court for an entry of summary judgment on the remaining RESPA claim for the reasons stated in the attached brief in support of said Motion.

Respectfully submitted this the 28th day of September, 2007.

/s/ George R. Parker
George R. Parker (PAR086)
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
(334) 956-7700

Attorney for Defendants
Household Finance Corporation III,
HSBC Finance Corporation,
HSBC Gr. Corp.,
Household International, Inc.,
and HSBC Mortgage Services Inc.

1/1623149.1

OF COUNSEL:

BRADLEY ARANT ROSE & WHITE LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
(334) 956-7700

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this the 28th day of September, 2007, served a correct copy of the foregoing upon the following by placing the same in the United States Mail, properly addressed and postage prepaid:

> George D. McCarley
> 216B Chestnut Street
> Roanoke, AL 36274

/s/ George R. Parker
OF COUNSEL

1/1623149.1

2