IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

George D. McCarley
    Plaintiff
v.
                    Civil Action No. 3:06-CV-0091-MEF
                    Lead Case[1]

Household Finance Corporation III
    Defendant

(RECEIVED 2007 OCT - Civil Action DEBRA P. HACKETT, U.S. DISTRICT COURT MIDDLE DISTRICT ALA)

Request for permission to submit MOTION TO COMPEL DISCOVERY
Request for permission to submit MOTION FOR SANCTIONS, Pursuant to Fed R. Civ. Pro 8(a, b, c, d, e2) and 11 (c)(A)

Plaintiff respectfully requests permission to submit the MOTIONS indicated above, as same are attached hereto.

Respectfully submitted

George D. McCarley, Pro Se
216B Chestnut Street
Roanoke, Al 36274
334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on September 28, 2007, I have served the enclosed ACTION on each party to the above or that party's counsel, and on every other person required to be served, by depositing envelope containing the above documents in the United States Mail properly addressed, and with first class postage prepaid, for delivery within 3 calendar days.

The Clerk
Middle District of Alabama, Eastern Division
One Church Street, PO Box 711
Montgomery, Al 36101-0711
334-954-3600

Defendant Attorney
Mr. George Parker
Bradley Arant Rose and White
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Al 36104
334-956-7671, 956-7700

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2007

George D. McCarley

---

[1] The consolidated case found at 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).