

# Secretary of State Search
## Mark Hammond's Office

     

Business Filings Division

**Information for:**  **HOMESENSE FINANCIAL CORP. OF ALABAMA**    <u>Check C</u>

Note*** This online database was last updated on 06/15/2006 see our Disclaimer

| | |
|---|---|
| **DOMESTIC / FOREIGN:** | Domestic |
| **STATUS:** | Forfeiture |
| **STATE OF INCORPORATION / ORGANIZATION:** | SOUTH CAROLINA |
| | **For Profit** |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| **REGISTERED AGENT NAME:** | RONALD J SHEPPARD |
| **ADDRESS:** | 2999 SUNSET BLVD |
| **CITY:** | W COLUMBIA |
| **STATE:** | SC |
| **ZIP:** | 29169 000 |
| **SECOND ADDRESS:** | |

| | |
|---|---|
| **FILE DATE:** | 10/18/1996 |
| **EFFECTIVE DATE:** | 10/18/1996 |
| **DISSOLVED DATE:** | 06/01/2004 |

| | | |
|---|---|---|
| FORFEITURE | 06/01/2004 | FORFEITURE #2 |
| MERGER | 05/09/2000 | MER INTO/HOMEGOLD INC |
| AMENDMENT(DOMESTIC) | 12/09/1998 | CH FR/EQUITABLE MORTGAGE CORP. OF ALABAMA |
| INCORPORATION (DOMESTIC) | 10/18/1996 | INCORPORATION |

**Return to Previous Page**

PLAINTIFF Exhibit
2 (2 page)



# Secretary of State
# Search
# Mark Hammond's Office

     

Business Filings Division

| | | |
|---|---|---|
| **Information for:** | **HOMEGOLD, INC.** | Check C |

Note*** This online database was last updated on 06/15/2006 see our Disclaimer

| | |
|---|---|
| **DOMESTIC / FOREIGN:** | Domestic |
| **STATUS:** | No Agent |
| **STATE OF INCORPORATION / ORGANIZATION:** | SOUTH CAROLINA |
| | **For Profit** |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| **REGISTERED AGENT NAME:** | AGENT |
| **ADDRESS:** | RESIGNED |
| **CITY:** | |
| **STATE:** | SC |
| **ZIP:** | 00000 0000 |
| **SECOND ADDRESS:** | |

| | |
|---|---|
| **FILE DATE:** | 06/29/1995 |
| **EFFECTIVE DATE:** | 06/29/1995 |
| **DISSOLVED DATE:** | |

| | | |
|---|---|---|
| NOT ABLE TO MAINTAIN REGISTERED AGENT | 02/10/2004 | RESIGNATION OF AGT/ADD |
| Agent | 09/28/2001 | CH AGT/ADD FR-WILLIAM E LONG JR |
| SURVIVOR OF MERGER | 05/09/2000 | SUR MER W/ 21 CORPORATIONS |
| Agent | 09/08/1999 | CH AGT/ADD FR-MARK S KEEGAN |
| NOT ABLE TO MAINTAIN REGISTERED AGENT | 07/15/1998 | RESIGNATION OF AGENT |
| Agent | 07/15/1998 | ADD AGT/ADD |
| AMENDMENT(DOMESTIC) | 02/09/1998 | CH FR/EMERGENT MORTGAGE CORP.eff 3/31/98 |
| Agent | 06/02/1997 | CH AGT FR/KEITH B GIDDENS |
| AMENDMENT(DOMESTIC) | 09/29/1995 | CH FR/EMERGENT RESIDENTIAL MORTGAGE, INC. |
| INCORPORATION (DOMESTIC) | 06/29/1995 | INCORPORATION |