**HSBC** 2935534 McCarley

| Due Date | Date Processed | Amount Received | Late fee Assessed | Late fees paid | Interest | Principal | Advances | Principal Balance | Unapplied funds | Fees | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jun-00 | 6/26/2000 | $ 290.51 | | | $ 263.78 | $ 26.73 | | $ 26,373.27 | | | |
| Jul-00 | 8/1/2000 | $ 290.51 | | | $ 263.51 | $ 27.00 | | $ 26,346.27 | | | |
| Aug-00 | 8/16/2000 | $ 290.51 | | 14.53 | | | | $ 26,319.00 | | | |
| Sep-00 | 9/15/2000 | $ 290.51 | | | $ 263.24 | $ 27.27 | | $ 26,319.00 | | | |
| Sep-00 | 10/12/2000 | $ 305.04 | 14.53 | $ 14.53 | $ 262.97 | $ 27.54 | | $ 26,291.46 | | | |
| Oct-00 | 10/12/2000 | $ 305.04 | | $ 14.53 | $ 262.70 | $ 27.81 | | $ 26,263.65 | | | |
| Nov-00 | 11/15/2000 | | 14.53 | | | | | $ 26,263.65 | | | |
| Nov-00 | 12/15/2000 | | 14.53 | | | | | $ 26,263.65 | | | |
| Nov-00 | 1/15/2001 | $ 309.49 | 14.53 | $ 18.98 | $ 262.42 | $ 28.09 | | $ 26,263.65 | | | |
| Dec-00 | 1/15/2001 | $ 290.51 | 14.53 | | $ 262.14 | $ 28.37 | | $ 26,235.56 | | | |
| Dec-00 | 2/8/2001 | $ (290.51) | | $ (18.98) | $ (262.14) | $ (28.37) | | $ 26,263.65 | | | |
| Nov-00 | 2/8/2001 | $ (309.49) | | | $ (262.14) | $ (28.09) | | $ 26,263.65 | | | |
| Nov-00 | 2/14/2001 | $ 290.51 | | | $ 262.42 | $ 28.09 | | $ 26,235.56 | | | |
| Dec-00 | 2/14/2001 | $ 329.49 | | $ 38.98 | $ 262.14 | $ 28.37 | | $ 26,207.19 | | | |
| Jan-01 | 2/15/2001 | | 14.53 | | | | | $ 26,207.19 | | | |
| Apr-01 | 3/15/2001 | Deferred payments to 4/01 | | | | | | $ 26,207.19 | | | |
| Apr-01 | 4/4/2001 | $ 309.65 | | $ 19.14 | $ 261.85 | $ 28.66 | | $ 26,178.53 | | | |
| Apr-01 | 4/4/2001 | $ 27.00 | | | | | | $ 26,178.53 | $ 27.00 | paid to deferred interest |
| May-01 | 4/4/2001 | $ 273.35 | | | | | | $ 26,178.53 | | | |
| May-01 | 5/11/2001 | $ 290.51 | | | $ 261.57 | $ 28.94 | | $ 26,149.59 | | | paid to bad check fees |
| Jun-01 | 6/15/2001 | $ 290.51 | 14.53 | $ 14.53 | $ 261.28 | $ 29.23 | | $ 26,120.36 | | | |
| Jul-01 | 7/9/2001 | $ 305.04 | | | $ 260.99 | $ 29.52 | | $ 26,090.84 | | | |
| Aug-01 | 8/15/2001 | | | 14.53 | | | | $ 26,090.84 | | | |
| Aug-01 | 9/4/2001 | $ 290.51 | | | $ 260.69 | $ 29.82 | | $ 26,061.02 | | | |
| Sep-01 | 9/21/2001 | | 14.53 | | | | | $ 26,061.02 | | | |
| Sep-01 | 10/1/2001 | $ 290.51 | | | $ 260.39 | $ 30.12 | | $ 26,030.90 | | | |
| Oct-01 | 10/15/2001 | $ 290.51 | | | $ 260.09 | $ 30.42 | | $ 26,000.49 | | | |
| | 11/8/2001 | | | | | | $ (536.00) | $ 26,000.49 | | | force placed insurance |
| Nov-01 | 11/15/2001 | | 14.53 | | | | | $ 26,000.49 | | | |
| Nov-01 | 11/29/2001 | 290.51 | | | 259.79 | 30.72 | | 25,969.76 | | | |
| Dec-01 | 12/15/2001 | 290.51 | 14.53 | | | | | 25,969.76 | | | |
| Dec-01 | 12/28/2001 | 290.51 | | | | | | 25,969.76 | 290.51 | | |
| Dec-01 | 1/15/2002 | | 14.53 | | | | | 25,969.76 | | | |
| Dec-01 | 1/28/2002 | 290.51 | | | | | | 25,969.76 | 290.51 | | |

*see Lefferan Letter*

Plaintiff Exhibit 4 (4 pages)

```
                6141 GRAND REGENCY BOULEVARD
                BRANDON, FL 33510
                1-800-333-7023

P8731-4SC              CUSTOMER ACCOUNT ACTIVITY STATEMENT              DATE 11/02/02
REQ BY CPI                                                              PAGE 01


GEORGE MCCARLEY                                       PER YOUR REQUEST, ENCLOSED IS
211 CHESTNUT ST                                       YOUR LOAN ACTIVITY STATEMENT.
ROANOKE           AL 36274                            SHOULD YOU REQUIRE FURTHER
                                                      ASSISTANCE, PLEASE CALL OUR
                                                      CUSTOMER SERVICE DEPARTMENT
                                                      AT: 1-800-333-7023.


************************************************************************
----------------------- CURRENT ACCOUNT INFORMATION -----------------------
                    DATE     TOTAL    PRINCIPAL    LOAN     CURRENT
                   PAYMENT   PAYMENT  & INTEREST  INTEREST  PRINCIPAL    ESCROW
LOAN NUMBER         DUE      AMOUNT    PAYMENT     RATE     BALANCE      BALANCE
  2935534         10-05-02   315.64    290.51    11.99000   25,811.48    241.91-
************************************************************************

              ACTIVITY FOR PERIOD 01-01-02 - 11-02-02
 PROCESS   DUE    TRANSACTION          TRANSACTION                EFFECTIVE DATE
  DATE    DATE       CODE              DESCRIPTION                OF TRANSACTION
-------------------------------------------------------------------------------
  TRANSACTION   PRIN PD/            ESCROW PD/   -----------OTHER-----------
    AMOUNT     BALANCE   INTEREST    BALANCE     AMOUNT   CODE/DESCRIPTION
-------------------------------------------------------------------------------
 10-15-02  10-02   153  LATE CHARGE ASSESSMENT
             0.00      0.00      0.00      0.00           14.53 1 LATE CHARGE
 08-12-02  09-02   168  REPAY OF ESCROW ADVANCE
             0.00      0.00      0.00      9.49-           9.49
 08-12-02  09-02   172  PAYMENT
           300.00     32.29    258.22      9.49
         25,811.48                       241.91-          NEW PRINCIPAL/ESCROW BALANCES
 08-12-02  09-02   172  PAYMENT
            29.70      0.00      0.00      0.00           29.70 2 BAD CHECK FEE
 08-12-02  08-02   168  REPAY OF ESCROW ADVANCE
             0.00      0.00      0.00     25.13-          25.13
 08-12-02  08-02   172  PAYMENT
           460.94     31.97    258.54     25.13          145.30 1 LATE CHARGE
         25,843.77                       251.40-          NEW PRINCIPAL/ESCROW BALANCES
 08-12-02  08-02   172  PAYMENT
           490.64-     0.00      0.00      0.00          490.64-
 08-12-02  08-02   172  PAYMENT
           300.00      0.00      0.00      0.00          300.00
 07-30-02  00-00   630  ATTORNEY ADVANCE DISBURSEMENT
           450.00      0.00      0.00      0.00
 07-12-02  08-02   143  ADJUSTMENT
             0.00      0.00      0.00      0.00
  DUE DATE ADJ  OLD: 03-05-03       NEW: 08-05-02
 07-05-02  00-00   710  ATTORNEY ADVANCE REPAYMENT
           125.00      0.00      0.00      0.00
 07-05-02  02-02   168  REPAY OF ESCROW ADVANCE
             0.00      0.00      0.00     25.13-          25.13
```

CV-0091-MEF
00145

```
LN#   2935534   GEORGE MCCARLEY            211 CHESTNUT ST              ROANOKE            AL 36274

1ST MTGE PRIN  2ND MTGE PRIN   ESC BAL    REST ESC    SUSPENSE    ADV BAL    REPL RES   HUD BAL    LC BAL    INT DUE  DUE DATE  HUD PRT  OP M
  25,969.76          .00         .00         .00       290.51      $16.00      .00        .00      58.12       .00    12-05-01     .00    52  0

V & I 1ST     P&I 2ND    CO TAX   CITY TAX   HAZ INS    M I P    LIEN    DSC A & H    LIFE      MISC      REP RES   TOT PAYMT   INT RATE  DT BM
 290.51         .00        .00      .00        .00       .00     .00    .00   0     .00  0    .00  0       .00       335.18    .1199000   1 9
OVER/SHORT AMT  44.67

  1ST ORIG MTG   2ND ORIG MTG           PRIN BAL BEG   INT IND   CAP FLAG  MTGR SSN      DEF INT BAL    PRIOR YR PPD INT   PPD INT IND   GPM ORG
    26,400            0                   26,263.65      Z                416 76 2216       0.00             0.00              0              0

ASSUM-DT  XFER-DEED  FHA-SEC/NUM     LIP PAYOFF  FC-TRK-SW  YE-ACQ-RPT/DATE   SALE-ID  EXEMPT PLGD-LN PMT-OPT CALC-METH ELOC BNKRPCY CH/DT
                                                              /09-18-00

PMT PERIOD  1098-DET-HIST   POINTS-PAID/RPTG YR   SUPPR-MICR-STMT  DI-NOT-RPT-YR   REAS CAUS  RI-MDR-SW  1ST-DUE-DT    REO STAT/COMPL DT
   12           N                  .00                                   Y                                06-00

IOE CREDIT YTD/W-H SW/W-H BALANCE    IORE CREDIT YTD/W-H SW/W-H BALANCE    CONSTR CD    NO PURGE FLAG/YR   BNKRPT STAT   LAST DEF DUE
    .00             .00                  .00              .00                                                              05-20

REC CORP ADV BAL    3RD REC CORP ADV BAL     FORECL WKST CODE/REINSTATE DATE    INIT ESC STMT CODE / DATE    LOSS MIT STATUS/COMPL DATE
    .00                  .00                                                             Z        05-18-00
```

| DUE DATE | PROC DATE | TP | SQ TR | NO | AMOUNT RECEIVED | PRINCIPAL PAID | PRINCIPAL BALANCE | INTEREST PAID | ESCROW PAID | ESCROW BALANCE | ADVANCE BALANCE | STATUS AMOUNT | STATUS BALANCE | UNEARNED INT-BAL. | OTHER AMOUNTS | CFD DCT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAL-FWD | | | | | | | 26263.65 | | | .00 | .00 | | .00 | .00 | 14.53- | 11 |
| 11-00 | 01-15 | 1 | 52 | 1 | .00 | .00 | 26263.65 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 18.98 | 11 |
| 11-00 | 01-29 | 1 | 72 | 1 | 600.00 | 28.09 | 26235.56 | 262.42 | .00 | .00 | .00 | MPL-ID SNON .00 | .00 | .00 | 01-29-01 L 14.23 AA | |
| | | | | | | | | | | | | BATCH 516 EDIT-SEQ 168307 | | | | 1 |
| 12-00 | 01-29 | 1 | 72 | 2 | .00 | 28.37 | 26207.19 | 262.14 | .00 | .00 | .00 | MPL-ID SNON .00 | .00 | .00 | 01-29-01 L 14.21 AA | |
| | | | | | | | | | | | | BATCH 516 EDIT-SEQ 168307 | | | | 1 |
| 12-00 | 02-08 | 1 | 48 | 1 | .00 | 28.37- | 26235.56 | 262.14- | .00 | .00 | .00 | REV-CD T1 .00 | .00 | .00 | 14.21-AA | |
| | | | | | | | | | | | | BATCH 89B EDIT-SEQ 031151 | | | | 1 |
| 11-00 | 02-08 | 1 | 48 | 2 | .00 | 28.09- | 26263.65 | 262.42- | .00 | .00 | .00 | REV-CD T1 .00 | .00 | .00 | 18.98- 14.23-AA | 11 |
| | | | | | | | | | | | | BATCH 89B EDIT-SEQ 031151 | | | | |
| 11-00 | 02-14 | 1 | 73 | 1 | 581.02 | 28.09 | 26235.56 | 262.42 | .00 | .00 | .00 | .00 | .00 | .00 | 02-14-01 L 14.23 AA | 1 |
| | | | | | | | | | | | | BATCH 402 EDIT-SEQ 179414 | | | | |
| 12-00 | 02-14 | 1 | 73 | 2 | .00 | 28.37 | 26207.19 | 262.14 | .00 | .00 | .00 | .00 | .00 | .00 | 02-14-01 L 14.21 AA | 1 |
| | | | | | | | | | | | | BATCH 402 EDIT-SEQ 179414 | | | | |
| 01-01 | 02-14 | 1 | 73 | 3 | 38.98 | .00 | 26207.19 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 38.98 | 11 |
| | | | | | | | | | | | | BATCH 402 EDIT-SEQ 179416 | | | | |

CV-0091-MEF
00144

APPENDIX B

# HOUSEHOLD

| | | | | |
|---|---|---|---|---|
| DATE | 8/11/2004 | | | |
| PAGE | 1 | | | |
| LOAN NUMBER | 2935534 | | | |

MORTGAGOR MAILING ADDRESS
GEORGE MCCARLEY

211 CHESTNUT ST

ROANOKE AL 36274
PROPERTY ADDRESS
211 CHESTNUT ST

ROANOKE AL 36274

| PAYMENT INFORMATION | | ORIGINAL INFORMATION | | YEAR-TO-DATE | |
|---|---|---|---|---|---|
| P&I PAYMENT | 290.51 | ORIG BAL | 26,400.00 | INT PAID | 0.00 |
| ESCROW | 0.00 | ORIGINAL RATE | 11.990 | NEG AMORT | 0.00 |
| OPTIONAL INS | 0.00 | LOAN TERM | 240 | TAX PAID | 0.00 |
| BUYDOWN | 0.00 | FIRST DUE DATE | 06/05/00 | INT ON ESCROW | 0.00 |
| ASSISTANCE AMT | 0.00 | LOAN TYPE | CONV | | |
| ANCILLARY | 25.13 | CURRENT RATE | 11.990 | UNCOLLECTED BALANCES | |
| TOTAL PAYMENT | 315.64 | | | | |
| UNAPL FUNDS | 0.00 | NEXT DUE DATE | 11/05/02 | LATE CHARGES | 14.53 |
| | | PAID TO DATE | 10/05/02 | FEES | 4,262.30 |
| | | | | INTEREST | 0.00 |

### DETAIL BY TRANSACTION

| EFF DATE | TOTAL AMT | PRIN AMT | ESCROW AMT | FEE AMT | DESCRIPTION |
|---|---|---|---|---|---|
| PD TO DT | UNAPPLIED AMT | INT AMT | OPT AMT | LT CHG | PRIN BAL AFT |
| 09/04/01 | 290.51 | 29.82 | 0.00 | 0.00 | REG PAYMENT |
| 08/01 | 0.00 | 260.69  1 | 0.00 | 0.00 | 26061.02 |
| 10/01/01 | 290.51 | 30.12 | 0.00 | 0.00 | REG PAYMENT |
| 09/01 | 0.00 | 260.39  2 | 0.00 | 0.00 | 26030.90 |
| 10/15/01 | 290.51 | 30.42 | 0.00 | 0.00 | REG PAYMENT |
| 10/01 | 0.00 | 260.09  3 | 0.00 | 0.00 | 26000.48 |
| 11/08/01 | -536.00 | 0.00 | -536.00 | 0.00 | |
| 08/01 | 0.00 | 0.00 | 0.00 | 0.00 | 26000.48 |
| 11/29/01 | 290.51 | 30.72 | 0.00 | 0.00 | REG PAYMENT |
| 11/01 | 0.00 | 259.79  4 | 0.00 | 0.00 | 25969.76 |
| 12/28/01 | 290.51 | 0.00 | 0.00 | 0.00 | |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | 25969.76 |
| 12/28/01 | 290.51 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | 25969.76 |

http://hfn1-inter:9400/PI00WBFC/FBST/Pi00WBFT?hlmssgec                    08/11/2004