

# Secretary of State Search
## Mark Hammond's Office

      

Business Filings Division

Information for: **HOMESENSE FINANCIAL CORP. OF ALABAMA**    Check C

Note*** This online database was last updated on 06/15/2006 see our Disclaimer

| | |
|---|---|
| DOMESTIC / FOREIGN: | Domestic |
| STATUS: | Forfeiture |
| STATE OF INCORPORATION / ORGANIZATION: | SOUTH CAROLINA |
| | For Profit |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| REGISTERED AGENT NAME: | RONALD J SHEPPARD |
| ADDRESS: | 2999 SUNSET BLVD |
| CITY: | W COLUMBIA |
| STATE: | SC |
| ZIP: | 29169 000 |
| SECOND ADDRESS: | |

| | |
|---|---|
| FILE DATE: | 10/18/1996 |
| EFFECTIVE DATE: | 10/18/1996 |
| DISSOLVED DATE: | 06/01/2004 |

| | | |
|---|---|---|
| FORFEITURE | 06/01/2004 | FORFEITURE #2 |
| MERGER | 05/09/2000 | MER INTO/HOMEGOLD INC |
| AMENDMENT(DOMESTIC) | 12/09/1998 | CH FR/EQUITABLE MORTGAGE CORP. OF ALABAMA |
| INCORPORATION (DOMESTIC) | 10/18/1996 | INCORPORATION |

Return to Previous Page

*PLAINTIFF Exhibit 2 (2 page)*



# Secretary of State Search
# Mark Hammond's Office

    

Business Filings Division

Information for: **HOMEGOLD, INC.**    Check C

Note*** This online database was last updated on 06/15/2006 see our Disclaimer

| | |
|---|---|
| DOMESTIC / FOREIGN: | Domestic |
| STATUS: | No Agent |
| STATE OF INCORPORATION / ORGANIZATION: | SOUTH CAROLINA |
| | For Profit |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| REGISTERED AGENT NAME: | AGENT |
| ADDRESS: | RESIGNED |
| CITY: | |
| STATE: | SC |
| ZIP: | 00000 0000 |
| SECOND ADDRESS: | |
| FILE DATE: | 06/29/1995 |
| EFFECTIVE DATE: | 06/29/1995 |
| DISSOLVED DATE: | |

| | | |
|---|---|---|
| NOT ABLE TO MAINTAIN REGISTRATED AGENT | 02/10/2004 | RESIGNATION OF AGT/ADD |
| Agent | 09/28/2001 | CH AGT/ADD FR-WILLIAM E LONG JR |
| SURVIVOR OF MERGER | 05/09/2000 | SUR MER W/ 21 CORPORATIONS |
| Agent | 09/08/1999 | CH AGT/ADD FR-MARK S KEEGAN |
| NOT ABLE TO MAINTAIN REGISTRATED AGENT | 07/15/1998 | RESIGNATION OF AGENT |
| Agent | 07/15/1998 | ADD AGT/ADD |
| AMENDMENT(DOMESTIC) | 02/09/1998 | CH FR/EMERGENT MORTGAGE CORP.eff 3/31/98 |
| Agent | 06/02/1997 | CH AGT FR/KEITH B GIDDENS |
| AMENDMENT(DOMESTIC) | 09/29/1995 | CH FR/EMERGENT RESIDENTIAL MORTGAGE, INC. |
| INCORPORATION (DOMESTIC) | 06/29/1995 | INCORPORATION |