**HSBC** 2935534 McCarley

| Due Date | Date Processed | Amount Received | Late fee Assessed | Late fees paid | Interest | Principal | Advances | Principal Balance | Unapplied funds | Fees | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jun-00 | 6/26/2000 | $ 290.51 | | | $ 263.78 | $ 26.73 | | $ 26,373.27 | | | |
| Jul-00 | 8/1/2000 | $ 290.51 | | | $ 263.51 | $ 27.00 | | $ 26,346.27 | | | |
| Aug-00 | 8/16/2000 | $ 290.51 | 14.53 | | $ 263.24 | $ 27.27 | | $ 26,319.00 | | | |
| Sep-00 | 9/15/2000 | $ 305.04 | | $ 14.53 | $ 262.97 | $ 27.54 | | $ 26,291.46 | | | |
| Oct-00 | 10/12/2000 | $ 305.04 | | $ 14.53 | $ 262.70 | $ 27.81 | | $ 26,263.65 | | | |
| Nov-00 | 11/15/2000 | | 14.53 | | $ - | $ - | | $ 26,263.65 | | | |
| Nov-00 | 12/15/2000 | | 14.53 | | $ - | $ - | | $ 26,263.65 | | | |
| Nov-00 | 1/15/2001 | $ 309.49 | 14.53 | $ 18.98 | $ 262.42 | $ 28.09 | | $ 26,235.56 | | | |
| Dec-00 | 1/15/2001 | $ 290.51 | | | $ 262.14 | $ 28.37 | | $ 26,207.19 | | | |
| Nov-00 | 2/8/2001 | $ (290.51) | | $ (18.98) | $ (262.14) | $ (28.37) | | $ 26,235.56 | | | |
| Nov-00 | 2/8/2001 | $ (309.49) | | | $ (262.14) | $ (28.09) | | $ 26,263.65 | | | |
| Dec-00 | 2/14/2001 | $ 290.51 | | | $ 262.42 | $ 28.09 | | $ 26,235.56 | | | |
| Dec-00 | 2/14/2001 | $ 329.49 | | $ 38.98 | $ 262.14 | $ 28.37 | | $ 26,207.19 | | | |
| Jan-01 | 2/15/2001 | | 14.53 | | $ - | $ - | | $ 26,207.19 | | | |
| Apr-01 | 3/15/2001 | Deferred payments to 4/01 | | | | | | | | | |
| Apr-01 | 4/4/2001 | $ 309.65 | | $ 19.14 | $ 261.85 | $ 28.66 | | $ 26,178.53 | | $ 27.00 | paid to bad check fees |
| Apr-01 | 4/4/2001 | $ 27.00 | | | | | | $ 26,178.53 | | | paid to deferred interest |
| May-01 | 4/4/2001 | $ 273.35 | | | | | | $ 26,178.53 | | | |
| May-01 | 5/11/2001 | $ 290.51 | | | $ 261.57 | $ 28.94 | | $ 26,149.59 | | | |
| Jun-01 | 6/15/2001 | $ 290.51 | 14.53 | $ 14.53 | $ 261.28 | $ 29.23 | | $ 26,120.36 | | | |
| Jul-01 | 7/9/2001 | $ 305.04 | | | $ 260.99 | $ 29.52 | | $ 26,090.84 | | | |
| Aug-01 | 8/15/2001 | | 14.53 | | $ - | $ - | | $ 26,090.84 | | | |
| Aug-01 | 9/4/2001 | $ 290.51 | | | $ 260.69 | $ 29.82 | | $ 26,061.02 | | | |
| Sep-01 | 9/21/2001 | $ 290.51 | 14.53 | | $ 260.39 | $ 30.12 | | $ 26,030.90 | | | |
| Oct-01 | 10/1/2001 | $ 290.51 | | | $ 260.09 | $ 30.42 | | $ 26,000.49 | | | |
| Sep-01 | 10/15/2001 | | | | | | $ (536.00) | $ 26,000.49 | | | force placed insurance |
| Nov-01 | 11/8/2001 | | | | | | | $ 26,000.49 | | | |
| Nov-01 | 11/15/2001 | | 14.53 | | | | | $ 26,000.49 | | | |
| Nov-01 | 11/29/2001 | 290.51 | | $ 259.79 | 30.72 | | | $ 25,969.76 | | | |
| Dec-01 | 12/15/2001 | 290.51 | 14.53 | | $ - | $ - | | $ 25,969.76 | | | |
| Dec-01 | 12/28/2001 | 290.51 | | | | | | $ 25,969.76 | 290.51 | | |
| Dec-01 | 1/15/2002 | | 14.53 | | $ - | $ - | | $ 25,969.76 | | | |
| Dec-01 | 1/28/2002 | $ 290.51 | | | | | | $ 25,969.76 | 290.51 | | |

SEE LEFFERN LETTER

PLAINTIFF Exhibit 4 (4 pages)

CV-0091-MEF
00148

```
6241 GRAND REGENCY BOULEVARD
BRANDON, FL 11121
1-800-333-7023

P8731-4SC              CUSTOMER ACCOUNT ACTIVITY STATEMENT           DATE 11/02/02
REQ BY CPI                                                           PAGE 01


GEORGE MCCARLEY                                    PER YOUR REQUEST, ENCLOSED IS
211 CHESTNUT ST                                    YOUR LOAN ACTIVITY STATEMENT.
ROANOKE             AL 36274                       SHOULD YOU REQUIRE FURTHER
                                                   ASSISTANCE, PLEASE CALL OUR
                                                   CUSTOMER SERVICE DEPARTMENT
                                                   AT: 1-800-333-7023.

********************************************************************************
----------------------- CURRENT ACCOUNT INFORMATION ----------------------------
                  DATE      TOTAL    PRINCIPAL    LOAN      CURRENT
                 PAYMENT   PAYMENT   & INTEREST  INTEREST  PRINCIPAL    ESCROW
LOAN NUMBER       DUE      AMOUNT     PAYMENT     RATE      BALANCE    BALANCE
 2935534        10-05-02   315.64     290.51    11.99000   25,811.48   241.91-
********************************************************************************

                   ACTIVITY FOR PERIOD 01-01-02 - 11-02-02
                                                           EFFECTIVE DATE
PROCESS   DUE    TRANSACTION        TRANSACTION            OF TRANSACTION
 DATE     DATE     CODE             DESCRIPTION
--------------------------------------------------------------------------------
  TRANSACTION   PRIN PD/           ESCROW PD/ -----------OTHER--------------
    AMOUNT      BALANCE   INTEREST  BALANCE   AMOUNT  CODE/DESCRIPTION
--------------------------------------------------------------------------------
10-15-02  10-02   153  LATE CHARGE ASSESSMENT
          0.00          0.00      0.00      0.00       14.53 1 LATE CHARGE
08-12-02  09-02   168  REPAY OF ESCROW ADVANCE
          0.00          0.00      0.00      9.49-      9.49
08-12-02  09-02   172  PAYMENT
        300.00         32.29    258.22      9.49
                    25,811.48              241.91-     NEW PRINCIPAL/ESCROW BALANCES
08-12-02  09-02   172  PAYMENT
         29.70          0.00      0.00      0.00      29.70 2 BAD CHECK FEE
08-12-02  08-02   168  REPAY OF ESCROW ADVANCE
          0.00          0.00      0.00     25.13-     25.13
08-12-02  08-02   172  PAYMENT
        460.94         31.97    258.54     25.13     145.30 1 LATE CHARGE
                    29,843.77              251.40-     NEW PRINCIPAL/ESCROW BALANCES
08-12-02  08-02   172  PAYMENT
        490.64-         0.00      0.00      0.00     490.64-
08-12-02  08-02   172  PAYMENT
        300.00          0.00      0.00      0.00     300.00
07-30-02  00-00   630  ATTORNEY ADVANCE DISBURSEMENT
        450.00          0.00      0.00      0.00
07-12-02  08-02   143  ADJUSTMENT
          0.00          0.00      0.00      0.00
     DUE DATE ADJ  OLD: 03-05-03      NEW: 08-05-02
07-05-02  00-00   710  ATTORNEY ADVANCE REPAYMENT
        125.00          0.00      0.00      0.00
07-05-02  02-02   168  REPAY OF ESCROW ADVANCE
          0.00          0.00      0.00     25.13-     25.13
```

CV-0091-MEF
00145

```
LN#    2935534   GEORGE MCCARLEY         211 CHESTNUT ST           ROANOKE             AL 36274

       1ST MTGE PRIN  2ND MTGE PRIN   ESC BAL    REST ESC   SUSPENSE   ADV BAL   REPL RES  HUD BAL   LC BAL   INT DUE  DUE DATE  HUD PRT  OP M
       25,969.76           .00          .00        .00       290.51    $16.00     .00       .00      58.12     .00    12-05-01   .00  52  0

       P & I 1ST  P&I 2ND    CO TAX  CITY TAX   HAZ INS   M I P    LIEN    DSC A & H    LIFE       MISC     REP RES  TOT PAYMT  INT RATE  DT BM
       290.51      .00        .00     .00       .00       .00     .00      .00 0       .00 0      .00 0     .00       335.18   .1199000  1 9
       OVER/SHORT AMT  44.67

       1ST ORIG MTG  2ND ORIG MTG       PRIN BAL BEG   INT IND  CAP FLAG   MTGR SSN      DEF INT BAL   PRIOR YR PPD INT   PPD INT IND    GPM ORG
       26,400          0                26,263.65         X              416 76 2216       0.00              0.00              0              0

       ASSUM-DT XFER-DEED FHA-SEC/NUM   LIP PAYOFF PC-TRK-SW YR-ACQ-RPT/DATE  SALE-ID EXEMPT PLGD-LN PMT-OPT CALC-METH ELOC BNKRPCY CH/DT
                                                            /09-18-00

       PMT PERIOD  1098-DET-HIST  POINTS-PAID/RPTG YR  SUPPR-MICR-STMT  DI-NOT-RPT-YR  REAS CAUS  RI-HDR-SW  1ST-DUE-DT   REO STAT/COMPL DT
       12          N                          .00                        Y                                     06-00

       IOE CREDIT YTD/W-H SW/W-H BALANCE   IORE CREDIT YTD/W-H SW/W-H BALANCE    CONSTR CD    NO PURGE FLAG/YR    BNKRPT STAT   LAST DEF DUE
              .00                .00              .00                .00                                                             05-20

       REC CORP ADV BAL   3RD REC CORP ADV BAL    FORECL WKST CODE/REINSTATE DATE     INIT ESC STMT CODE / DATE     LOSS MIT STATUS/COMPL DATE
             .00                 .00                                                   Z          05-18-00

       DUE    PROC   TP  SQ    AMOUNT      PRINCIPAL   PRINCIPAL    INTEREST   ESCROW    ESCROW    ADVANCE   STATUS     STATUS    UNEARNED    OTHER   CFD
       DATE   DATE   TR  NO    RECEIVED    PAID        BALANCE      PAID       PAID      BALANCE   BALANCE   AMOUNT     BALANCE   INT-BAL.    AMOUNTS DCT
       BAL-FWD                                         26263.65                                                                                  14.53- 11
       11-00  01-15  1 52  1      .00          .00     26263.65        .00      .00       .00       .00       .00         .00       .00         18.98  11
       11-00  01-29  1 72  1     500.00       28.09    26235.56      262.42     .00       .00       .00       .00         .00       .00
                                                                                                            MPL-ID SNON                          01-29-01 L
                                                                                                                                                 14.23 AA
                                                                                                            BATCH 516 EDIT-SEQ 168307                    1
       12-00  01-29  1 72  2      .00         28.37    26207.19      262.14     .00       .00       .00       .00         .00       .00
                                                                                                            MPL-ID SNON                          01-29-01 L
                                                                                                                                                 14.21 AA
                                                                                                            BATCH 516 EDIT-SEQ 168307                    1
       12-00  02-08  1 48  1      .00         28.37-   26235.56      262.14-    .00       .00       .00       .00         .00       .00
                                                                                                            REV-CD T1                            14.21-AA
                                                                                                            BATCH 89B EDIT-SEQ 031151            18.98- 11
       11-00  02-08  1 48  2      .00         28.09-   26263.65      262.42-    .00       .00       .00       .00         .00       .00
                                                                                                            REV-CD T1                            14.23-AA
                                                                                                            BATCH 89B EDIT-SEQ 031151                    1
       11-00  02-14  1 73  1     581.02       28.09    26235.56      262.42     .00       .00       .00       .00         .00       .00
                                                                                                            BATCH 402 EDIT-SEQ 179414            02-14-01 L
                                                                                                                                                 14.23 AA
       12-00  02-14  1 73  2      .00         28.37    26207.19      262.14     .00       .00       .00       .00         .00       .00
                                                                                                            BATCH 402 EDIT-SEQ 179414            02-14-01 L
                                                                                                                                                 14.21 AA
       01-01  02-14  1 73  3     38.98          .00    26207.19        .00      .00       .00       .00       .00         .00       .00
                                                                                                            BATCH 402 EDIT-SEQ 179414            38.98  11
                                                                                                            BATCH 402 EDIT-SEQ 179416
```

APPENDIX B

# HOUSEHOLD

DATE        8/11/2004
PAGE        1
LOAN NUMBER 2935534

MORTGAGOR MAILING ADDRESS
GEORGE MCCARLEY

211 CHESTNUT ST

ROANOKE AL 36274
PROPERTY ADDRESS
211 CHESTNUT ST

ROANOKE AL 36274

| PAYMENT INFORMATION | | ORIGINAL INFORMATION | | YEAR-TO-DATE | |
|---|---|---|---|---|---|
| P&I PAYMENT | 290.51 | ORIG BAL | 26,400.00 | INT PAID | 0.00 |
| ESCROW | 0.00 | ORIGINAL RATE | 11.990 | NEG AMORT | 0.00 |
| OPTIONAL INS | 0.00 | LOAN TERM | 240 | TAX PAID | 0.00 |
| BUYDOWN | 0.00 | FIRST DUE DATE | 06/05/00 | INT ON ESCROW | 0.00 |
| ASSISTANCE AMT | 0.00 | LOAN TYPE | CONV | | |
| ANCILLARY | 25.13 | CURRENT RATE | 11.990 | UNCOLLECTED BALANCES | |
| TOTAL PAYMENT | 315.64 | | | LATE CHARGES | 14.53 |
| UNAPL FUNDS | 0.00 | NEXT DUE DATE | 11/05/02 | FEES | 4,262.30 |
| | | PAID TO DATE | 10/05/02 | INTEREST | 0.00 |

DETAIL BY TRANSACTION

| EFF DATE | TOTAL AMT | PRIN AMT | ESCROW AMT | FEE AMT | DESCRIPTION |
| PD TO DT | UNAPPLIED AMT | INT AMT | OPT AMT | LT CHG | PRIN BAL AFT |
|---|---|---|---|---|---|
| 09/04/01 | 290.51 | 29.82 | 0.00 | 0.00 | REG PAYMENT |
| 08/01 | 0.00 | 260.69  1 | 0.00 | 0.00 | 26061.02 |
| 10/01/01 | 290.51 | 30.12 | 0.00 | 0.00 | REG PAYMENT |
| 09/01 | 0.00 | 260.39  2 | 0.00 | 0.00 | 26030.90 |
| 10/15/01 | 290.51 | 30.42 | 0.00 | 0.00 | REG PAYMENT |
| 10/01 | 0.00 | 260.09  3 | 0.00 | 0.00 | 26000.48 |
| 11/08/01 | -536.00 | 0.00 | -536.00 | 0.00 | |
| 08/01 | 0.00 | 0.00 | 0.00 | 0.00 | 26000.48 |
| 11/29/01 | 290.51 | 30.72 | 0.00 | 0.00 | REG PAYMENT |
| 11/01 | 0.00 | 259.79  4 | 0.00 | 0.00 | 25969.76 |
| 12/28/01 | 290.51 | 0.00 | 0.00 | 0.00 | |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | 25969.76 |
| 12/28/01 | 290.51 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | 25969.76 |

http://hfn1-inter:9400/PI00WBFC/FBST/Pi00WBFT?hlmssgec                       08/11/2004