IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

George D. McCarley
    Plaintiff
v.                            Civil Action No. 3:06-CV-0091-MEF
                                                   Lead Case[1]

Household Finance Corporation III
    Defendant

MOTION FOR PERMISSION TO RESPOND TO COURTS ORDER OF DOC. # 80-1.

Plaintiff respectfully requests permission to respond to courts order contained in Document # 80-1.

Respectfully submitted                             George D. McCarley, Pro Se
                                                     216B Chestnut Street
                                                     Roanoke, Al 36274
                                                     334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on October 9, 2007, I have served the enclosed ACTION on each party to the above or that party's counsel, and on every other person required to be served, by depositing envelope containing the above documents in the United States Mail properly addressed, and with first class postage prepaid, for delivery within 3 calendar days.

The Clerk                                               Defendant Attorney
Middle District of Alabama, Eastern Division       Mr. George Parker
One Church Street, PO Box 711                      Bradley Arant Rose and White
Montgomery, Al 36101-0711                           Alabama Center for Commerce
334-954-3600                                                    401 Adams Avenue, Suite 780
                                                            Montgomery, Al 36104
                                                            334-956-7671, 956-7700

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 9, 2007                             George D. McCarley

---

[1] 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).