IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

George D. McCarley
    Plaintiff

v.

Household Finance Corporation III
    Defendant

Civil Action No. 3:06-CV-0091-MEF
Lead Case[1]

PLAINTIFF PRAYER TO CONSIDER TIMELINESS OF SUBMISSION
IN OPPOSSITION TO DEFENSE SUMMARY JUDGMENT MOTION

Plaintiff respectfully prays this court will consider timeliness of response in opposition to defense summary judgment motion of September 28, 2006. The court's Scheduling Order for dispositive motions, Doc. # 44-1, at page 2, paragraph 2, indicates "the opponents brief and responsive submission shall be filed not later than 21 days thereafter." Other areas of Doc 44 indicate a 10 day response.

Plaintiff was fully prepared to submit response within 10 days and then could not find the approximate $50 to pay for printing, copying and postage until now. We pray the court will accept the 21 day standard in this moment.

Respectfully submitted

George D. McCarley, Pro Se
216B Chestnut Street
Roanoke, Al 36274
334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on October 11, 2007, I have served the enclosed ACTION on each party to the above or that party's counsel, and on every other person required to be served, by depositing envelope containing the above documents in the United States Mail properly addressed, and with first class postage prepaid, for delivery within 3 calendar days.

The Clerk
Middle District of Alabama, Eastern Division
One Church Street, PO Box 711

Defendant Attorney
Mr. George Parker
Bradley Arant Rose and White

---

[1] 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).

1

Montgomery, Al  36101-0711
334-954-3600

Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Al  36104
334-956-7671, 956-7700

I declare under penalty of perjury that the foregoing is true and correct.  *G. McCarley*

Executed on October 11, 2007

George D. McCarley

2