IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

George D. McCarley  
    Plaintiff  
v.  

Civil Action No. 3:06-CV-0091-MEF  
Lead Case[1][2][3]

Household Finance Corporation III  
    Defendant

## APPENDIX OF CASES AND AUTHORITIES
## REBUTTAL OF DEFENSE SUMMARY JUDGMENT MOTION

Bailey v. Glover, 88 U.S. (21Wall.) 342, 349 (1874)     11

Bank of New York v. Heath, 2001 WL 1771825, at *1 (Ill Cir. Oct 26 2001     18

Bankruptcy Act of 1874     12

Connecticut v. Doehr (90-143)501 U.S. 1 (1991)     17

Egert v. FT Mort. Cos., No. 99 C 313, 1999 WL 528517 at *1 n. 2(N.D.Ill, July 19, 1999)     13

Houghton v. Insurance Crime Prevention Institute, 795 F.2d 322 (3rd Cir. 1986)     12

Jean Johnstone v. Bank of America, No. 01 C 292 (Nov. 15, 2001)     12

Johnson v. McCrackin-Sturman Ford, Inc., 527 F.2d 257, 262 (3rd Cir, 1975)     11

John Stark v. Thomas Parker, 19 Mass. (2 Pickering) 267 (1824)     17

Midwest Grinding Co v. Spitz, 976 F.2d 1016, 1019 (7th Cir. 1992     12

N.Ind. Gun &Outdoor Shows v. city of South Bend, 163 F.3d 449,453 (7th Cir 1998)     13

Ramadan v. Chase Manhattan Sept 22, 1998 US Court of Appeals for the Third Circuit No. 97-5282     11, 15, 17

---

[1] 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).  
[2] Plaintiff reminds this court he is a non-attorney, Pro Se IFP Litigant  
[3] Defendant posted $12 billion profits, has huge internal litigation dept, and is represented by South's largest Law Firm

| | | |
|---|---|---|
| 12 USC 2601 | 13 | |
| 12 USC §2605 | 9, 14, 16 | and, Appendix pages 1-7 |
| 12 USC §2605 (e) | 10, 13, 14, 19 | |
| 12 U.S.C. §2605(e)(1 | 19 | |
| 12 USC §2605 (e) (2) | 14  19 | |
| §2605 (e)(2)(A) | 16  19 | |
| 12 USC §2605 (e) (3) | 14    16 | |
| §2605 (a)(b)(c) | 13 | |
| §2605(e)(B) | 19 | |
| 12 USC §2605(f)(4)  Nonliability | 18 | |
| 12 U.S.C. §2614 | 16 17 18 | and, Appendix page 1 |

Rule 12(b)(6)                                    12
Federal Rule of civil Procedure 10(c) 12

Statute of Limitations                      15, 18

CFR (Code of Federal Regulations)    14, (See Briefs in Support Sept 28)

TILA  (Truth in Lending Act)         11,12,15,17

RESPA (Real Estate Settlement Procedures Act)    2,11,12,13,14,15,16,17,18,19

"Brief in Support"  (See September 28 Plaintiff Motion for following)
- Disclosure Defined"
- "Disclosure Fraud at Inception of Mortgage, Fraud in Legal Paper Throughout Mortgage"

*Ramadan* case summary at Appendix pages 1 through 7.

| | |
|---|---|
| Contested Points objection | Plaintiff Exhibit 23 |
| Letter from Alabama Attorney General to McCarley | Plaintiff Exhibit 24 |
| Illinois Secretary of State Corporate Registration(s) | Plaintiff Exhibit 28 |

APPENDIX OF PLAINTIFF EXHIBITS numbered 1 – 27 in text table page 3,4.