Exhibit

Pro Docs, Inc.
1220 Turner Street, Suite F
Clearwater, FL 33756
Tel: (727) 467-9555 Fax (727) 469-8661

## DELIVERY FORM

| | |
|---|---|
| TO: | Household Mortgage Services<br>577 Lamont Road<br>Elmhurst, IL 60126 |
| Client Representative | JIM HARTIGAN |
| Loan Pool Name: | |

| Field | Value |
|---|---|
| Loan Number | 2935534 |
| Private Investor Loan # | 14 |
| Loan Date | 5/18/2000 |
| Loan Amount | $26,400.00 |
| Mortgagor Last Name | GEORGE MCCARLEY |
| Mortgagor First Name | |
| Property Address | 211 CHESTNUT ST |
| Property Location: City | ROANOKE |
| County | RANDOLPH |
| State | AL |

**Mortgage Recording Data Retrieved**

| Field | Value |
|---|---|
| Lender's Name | HOMESENSE FINANCIAL CORP OF ALABAMA |
| Trustee Name | |
| Recording Date | 5/17/2000 |
| Document Number | |
| Book Number | 403 |
| Page Number | 122 |
| Pin Number/Tax ID | |
| Legal Description: | LOT 4, BLK D, DAVID MANLEY'S ESTATE, RANDOLPH CO., ALABAMA |
| Last Recorded Assignment: | |
| Other: | PLAIN COPY OF FULL MORTGAGE ATTACHED |

DateSentClient:   6/26/2002

PLEASE NOTE: THE DOCUMENTS ATTACHED SHOULD BE VERIFIED
TO ENSURE THEY ARE THE DOCUMENTS REQUESTED.

HMS 2935534

Plaintiff Exhibit 1

CV-0091-MEF
00001