Prepared By:

18.56
3.00
5.00
39.60
66.10

[Name of Natural Person]

[Company Name]

[Street Address]

[City, State ZIP]

Mortgage Tax    37.60
Recording Fee   26.50
TOTAL           44.10

After Recording Please Return To:
HomeSense Financial Corp. of Alabama
[Company Name]

Attn: Beth Miller
[Name of Natural Person]

113 REED AVENUE
[Street Address]

Lexington, SC 29072
[City, State ZIP]

———————————— [Space Above This Line For Recording Data] ————————————

# MORTGAGE

Loan No.: 416762215

THIS MORTGAGE ("Security Instrument") is given on    May 1    , 2000   The grantor is
GEORGE MCCARLEY, A Single Man

("Borrower"). This Security Instrument is given to    HomeSense Financial Corp. of Alabama
which is organized and existing under the laws of    The State of South Carolina    , and whose address is
113 REED AVENUE, Lexington, SC 29072
("Lender"). Borrower owes Lender the principal sum of    twenty six thousand four hundred and NO/100ths
Dollars (U.S. $ 26,400.00    ). This debt is evidenced by Borrower's note dated the same date as this Security Instrument
("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and payable on    May 5, 2020
. This Security Instrument secures to Lender: (a) the repayment of the debt, evidenced by the Note, with interest, and all
renewals, extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect
the security of this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and
the Note. For this purpose, Borrower does hereby mortgage, grant and convey to Lender and Lender's successors and assigns, with power
of sale, the following described property located in    Randolph    County, Alabama:

SEE ATTACHED EXHIBIT "A"

which has the address of    211 CHESTNUT ST
                                              [Street]
Roanoke            , Alabama     36274           ("Property Address");
         [City]                  [Zip Code]

Initials: GM

Alabama Mortgage-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
— THE COMPLIANCE SOURCE, INC. —
To Order Call: (972) 980-2178•Fax (972) 392-2891
www.compliancesource.com

Form 3001 09/90
(page 1 of 6 pages)

20150

Plaintiff Exhibit 2