RANDOLPH COUNTY JUDGE OF PROBA
P.O. BOX 249
WEDOWEE, AL 36278
SHR/2935534/12



ASSIGNMENT SENT FOR RECORDING BY HMS
DATE: 06/05/02
INT.:

Dear Customer:

Enclosed is a check refunding the credit balance on your account.

If we can be of further assistance, please contact us at 1-(800) 547-8776.

Record Processing Services.

Page 0001 of 0001

---

Household International, Inc.    HOUSEHOLD BANK, f.s.b.    70-7841/2719    **85963**
981181

PAY   Fifteen and NO/100 Dollars                                 CHECK DATE 06/05/02
                                                                 AMOUNT
                                                                 $*******15.00

TO THE ORDER OF:
RANDOLPH COUNTY JUDGE OF PROBA
P.O. BOX 249
WEDOWEE, AL 36278
SHR/2935534/12

                                RERE   HFC2212         Nancy Mychko
                                                       AUTHORIZED SIGNATURE

⑆981185963⑆ ⑈271970011⑈ ⑆399841000⑆      SIGNATURE HAS A GREEN BACKGROUND

Plaintiff Exhibit  5

CV-0091-MEF
00021