CAG-10 / 09/11/2003 / AL

**SHORT FORM RESIDENTIAL
LOAN POLICY -- ONE-TO-FOUR FAMILY
Issued by STEWART TITLE GUARANTY COMPANY**

**SCHEDULE A**

| | | | |
|---|---|---|---|
| Amount of Insurance: | $26,400.00 | Premium: | $67.50 |
| Mortgage Amount: | $26,400.00 | | |

| | | | |
|---|---|---|---|
| File Number: | 70-01393672 | Policy Number: | M-9726-195080 |
| Loan Number: | 0002935534 | Date of Policy: | May 17, 2000 |
| Mortgage Date: | May 1, 2000 | (or date of recording of insured mortgage, whichever is later.) | |
| Name of Insured: | Household Bank, its successors and/or assigns. | | |
| Name of Borrower(s): | George McCarley | | |
| Property Address: | 211 Chestnut St Roanoke, AL 36274 | | |
| County and State: | Randolph, Alabama | | |

The estate or interest in the land identified in this Schedule A and which is encumbered by the insured mortgage is fee simple and is at Date of Policy vested in the borrower(s) shown in the insured mortgage and named above.

The land referred to in this policy is described as set forth in the insured mortgage and is identified as the property address shown above.

This policy consists of [one] page, [including the reverse side hereof,] unless an addendum is attached and indicated below:

    X    Addendum attached
           No addendum attached

The ALTA endorsements indicated below are incorporated herein:
    ENDORSEMENT 4 (Condominium) or                            ENDORSEMENT 4.1
    ENDORSEMENT 5 (Planned Housing Unit) or                ENDORSEMENT 5.1
    ENDORSEMENT 6 (Variable Rate)
    ENDORSEMENT 6.1
    ENDORSEMENT 6.2 (Variable Rate-Negative Amortization)
    ENDORSEMENT 7 (Manufactured Housing)
    ENDORSEMENT 8.1 (Environmental Protection Lien)
        referring to the following state statute(s):

Signed under seal for the company, but this endorsement is to be valid only when it bears an authorized countersignature, this the September 11, 2003

**STEWART TITLE
GUARANTY COMPANY**

_[signature]_
Chairman of the Board

_[signature]_
President

Countersigned:
_[signature]_
Authorized Countersignature

General American Corporation
Company
Pittsburgh, PA
City, State

| Policy Number | M-9726-195080 |
|---|---|

Plaintiff Exhibit 6

CV-0091-MEF
00032