PREPARED BY: DAVID VANBUSKIRK
MORRIS, SCHNEIDER & PRIOR, L.L.C.
3300 N.E. Expressway, Building 8
Atlanta, GA 30341
(770) 234-9181

MSP FILE NO.: 648.0311368AL/LEE
LOAN NO.: 0002935534

STATE OF ALABAMA
COUNTY OF RANDOLPH

2935534

DEED   306   706
Recorded In Above Book and Page
02/26/2004 11:40:42 AM
George Diamond
Probate Judge
Randolph County, Alabama

Recording Fee   16.00
TOTAL           16.00

## MORTGAGE FORECLOSURE DEED

KNOW ALL MEN BY THESE PRESENTS, That:

WHEREAS, heretofore on May 1, 2000, **George McCarley, a single man, Party of the First Part**, executed a certain mortgage to **HomeSense Financial Corp. of Alabama**, which said mortgage is recorded in Mortgage Book 403, Page 122, in the Office of the Judge of Probate of Randolph County, Alabama  Which said Mortgage was last sold, assigned and transferred to Mortgage Electronic Registration Systems, Inc., its successors and assigns, as nominee for Household Finance Corporation, its successors and assigns; and

WHEREAS, default in the payment of the indebtedness secured by said mortgage, and Mortgage Electronic Registration Systems, Inc. did declare all of the indebtedness secured by the said mortgage due and payable and said mortgage subject to foreclosure as therein provided and did give due and proper notice of the foreclosure of said mortgage, in accordance with the terms thereof, by publication in the The Randolph Leader, a newspaper of general circulation in Randolph County, Alabama, in its issues of 1/21, 1/28, 2/4/04; and

WHEREAS, on February 12, 2004, the day on which the foreclosure sale was due to be held under the terms of said notice, during the legal hours of sale, said foreclosure was duly and properly conducted and the person conducting the sale on behalf of the mortgagee did offer for sale and sell a public outcry, in front of the main entrance of the Courthouse, Randolph County, Alabama, the property hereinafter described; and

WHEREAS, the highest and best bid obtained for the property described in the aforementioned mortgage was the bid of Mortgage Electronic Registration Systems, Inc. in the amount of **TWENTY-ONE THOUSAND SIX HUNDRED FORTY-EIGHT AND 13/100 DOLLARS ($ 21,648.13)**; which the person conducting the sale on behalf of the mortgagee offered to credit on the indebtedness secured by said mortgage, and said property was thereupon sold to Mortgage Electronic Registration Systems, Inc.; and

WHEREAS, Marcus Clark conducted said sale and acted as auctioneer thereat, under and pursuant to an appointment as such by the Party of the Second Part; and

WHEREAS, said mortgage expressly authorized the mortgagee or auctioneer or any person conducting said sale to execute to the purchaser at said sale a deed to the property so purchased.

NOW, THEREFORE, in consideration of the premises and the credit of TWENTY-ONE THOUSAND SIX HUNDRED FORTY-EIGHT AND 13/100 DOLLARS ($ 21,648.13), on the indebtedness secured by said mortgage, the parties of the First Part and the Party of the Second Part, both acting by and through the undersigned as their duly constituted and appointed attorney-in-fact and auctioneer at said sale, do hereby grant, bargain, sell and convey unto Mortgage Electronic Registration Systems, Inc., and its successors and assigns, the following described real property, situated in Randolph County, Alabama, to-wit:

Plaintiff Exhibit 8

CV-0091-MEF
00090