| | |
|---|---|
| **Service Type** — Check one box | ☐ Express (Next Moment) ☒ Next Afternoon (Letter - 5 lbs) ☐ Second Day |

**Libra Shipping Request**

Origin Shipment Number: ETP 6710 1703675
Preprint Format No.: 0944407   Customer No.: 1951 3627
Date: 3/28/01    Weight: 1   Letter Express: ☐
Special Instructions: ☐ Hold at Airborne   ☐ Saturday Delivery
Shipper's Reference No.: P&C 592852
Instructions: 

FROM (Sent By: Name/Dept): C Cunningham    Phone:
Company Name: HOUSEHOLD FINANCIAL SERV
Street Address: WHOLESALE OPERATIONS O/B
636 GRAND REGENCY BLVD
City: BRANDON    State: FL    Zip Code: 33510

TO (Attn: Name/Dept): Barbara Armstrong    Phone:
Company Name: Office of the Attorney General
Street Address: 11 S. Union St.
City: Montgomery    State: AL    Zip Code: 36130

☐ Declared Value   ☐ Full Insurance
Insurance $ _____

**AIRBORNE EXPRESS.**

DRIVER: THIS IS NOT AN AIRBILL.
LIBRA LABEL MUST ACCOMPANY
THIS REQUEST FORM

SENDER'S COPY

Plaintiff Exhibit 10