```
TR0100C4                HOUSEHOLD WHOLESALE TELESALES           Date:  2/07/01
ID: 0050028886             Work with Tracked Items              Time: 15:04:16
Casename: MCCARLEY              Header: STATUS          Element: NOTES
Company: J - HOUSEHOLD FINANCIAL SERVICES                              0
```

User: HFC0364        Date: 2000-12-05   Time: 17:23:40

sold 2/6 LIBOR at 13.35 with approx 10k out. Having customer
fax over BFS full doc. printing out necc docs. Having McFee change
orig to discount. Notifying Dave Marsh in P and C about the package
we need to set up for state of Alabama.

F3=Exit   F12=Cancel

Date: 02/07/2001 Time: 03:07:28 PM

Plaintiff Exhibit 13

CV-0091-MEF
00109