Document Name: untitled

```
TR0100C4                HOUSEHOLD WHOLESALE TELESALES           Date: 2/07/01
ID: 0050028886             Work with Tracked Items              Time: 15:04:27
Casename: MCCARLEY              Header: STATUS         Element: NOTES    0
Company: J - HOUSEHOLD FINANCIAL SERVICES
```

User: HFC0364        Date: 2000-12-13   Time: 15:17:09

changed loan pgm to Alabama loan pgm recently made available.

F3=Exit   F12=Cancel

Date: 02/07/2001 Time: 03:07:40 PM

Plaintiff Exhibit 14