HOUSEHOLD FINANCIAL SERVICES, INC.
2700 SANDERS ROAD
PROSPECT HEIGHTS IL 60070-2799

26-2440168        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              2,884.56

GEORGE MCCARLEY
211 CHESTNUT ST
ROANOKE  AL  36274


7935534                    LOAN TYPE CONV. RES


```
                                        DISBURSEMENT ACTIVITY:
LATE CHARGES PD         72.65    PROPERTY TAXES              .00
                                 HAZARD INSURANCE         536.00
CURR TOTAL PMT         335.16    FHA/PMI INSURANCE           .00
CURR ESCROW PMT         44.67    ADDT'L ASSESSMENTS          .00

    PRINCIPAL ACTIVITY 2001:
PAYMENTS APPLIED       293.89
REMAINING BAL       25,969.76

    ESCROW ACTIVITY 2001:
BEGIN ESCROW BAL          .00
TOTAL DEPOSITS            .00
TOTAL DISBURSE         536.00
CLOSING ESC BAL        536.00-


TOTAL INTEREST APPLIED IN 2001  (NEXT DUE DATE 12/05/01)    2,611.21
    PLUS   MISCELLANEOUS INTEREST                             273.35
2001 NET INTEREST PAYMENTS REPORTED TO IRS   ***********    2,884.56
```

Plaintiff Exhibit  16

CV-0091-MEF
00122