```
HOUSEHOLD FINANCIAL SERVICES, INC.
2700 SANDERS ROAD
PROSPECT HEIGHTS IL 60070
(800) 333-7023

36-3440168      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              1,316.20

GEORGE MCCARLEY
211 CHESTNUT ST
ROANOKE  AL  36274


        2935534              LOAN TYPE CONV. RES




   LATE CHARGES PD         29.06    DISBURSEMENT ACTIVITY:
                                    PROPERTY TAXES              .00
                                    HAZARD INSURANCE            .00
   CURR TOTAL PMT         290.51    FHA/PMI  INSURANCE          .00
   CURR ESCROW PMT           .00    ADDT'L ASSESSMENTS          .00

       PRINCIPAL ACTIVITY 2000:
   PAYMENTS APPLIED         116.35
   REMAINING BAL         26,263.66

       ESCROW ACTIVITY 2000:
   BEGIN ESCROW BAL          .00
   TOTAL DEPOSITS            .00
   TOTAL DISBURSE            .00
   CLOSING ESC BAL           .00

   2000 INTEREST PAYMENTS REPORTED TO IRS   ****************   1,316.20
```

Plaintiff Exhibit 17

CV-0091-MEF
00123