```
ACCOUNT NUMBER  2935534     M/P/A  P      Warn 5  Lock 0   Stop  Cds 000
GEORGE MCCARLEY                       (W) 0                      (H) 3348636489
                                      (W) 0                      (H) 0
211 CHESTNUT ST                       Inv 30033  HOUSEHOLD FINANCE CORP OF ALABAM
                                      Loan Type  1  CONV    Subtype  0
ROANOKE         AL 36274    *         Contract        0

Tr Dt    Tell   Area   Tr   Cntl      Message
05/16/03
```

[Redacted block]

```
02/10/03  00040       NT      ..BPO ORDERED FROM US REAL ESTATE ON 02/04/03
02/06/03  00255       DM      ||DQC001||NO ARRANGEMENTS,CALL RESIDEN CONTACT
Message: DISPLAY COMPLETE                OK                       MORE...
Command:
```

REDACTED

Plaintiff Exhibit 18

CV-0091-MEF
00124