12/11/02

GEORGE MCCARLEY
211 CHESTNUT ST
ROANOKE AL 36274

HMS ACCOUNT NUMBER: 2935534

On 12/11/02 you authorized Household Mortgage Services to send a draft to your account at FORT MCCLELLAN CU . The draft dated 12/26/02 is for $      315.64 and will be paid on loan number 0002935534 plus the draft fee of $    10.00. This is a reminder of the amount and the date of the draft. If you have questions about this draft, please call (800) 395-3489. To find out if this draft has cleared, call you bank.

Confirmation Number: 00029355340001

Sincerely,
Household Mortgage Services

Plaintiff Exhibit 22