STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL

Ex. 53

BILL PRYOR
ATTORNEY GENERAL

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

April 16, 2001

George D McCarley
211 Chestnut Street
Roanoke, Alabama 36274

Re: *Household Financial Services*

Dear Mr. McCarley:

Enclosed please find a copy of a letter received from the above-referenced company in response to your complaint filed with this office. Based on a review of this letter, it is apparent that the matter cannot be resolved through our mediation process.

Though the Consumer Affairs Section does provide assistance by attempting to mediate consumer related complaints and can even initiate litigation against unfair or deceptive business practices against the public, the Attorney General cannot act as a private lawyer for you in this type of dispute. However, you are free to pursue this matter further through the assistance of a private attorney or by the filing of a complaint in Small Claims Court, if you so desire. On behalf of Attorney General Pryor, I regret that we could not obtain a resolution to your complaint. If this office can be of any assistance in the future, feel free to call on us.

Sincerely,

Barbara D. Armstrong
Consumer Specialist
(334) 242-7336

Enclosure

Plaintiff Exhibit 24