COLLECTIONS/CUSTOMER SERVICE LINE CHAT 96-31
FOR THE TIME PERIOD 04/02/00 THRU 08/30/02

| | | | |
|---|---|---|---|
| LOG | 12/04/00 | JWB | ***COMPLAINT FILED***MR UPSET BECAUSE HE IS GETTING RUN AROUND ON TRYING TO BORROW MORE MONEY WE HAVE DECLINED HIM BECAUSE WE DO NOT ORIG. LOAN IN AL DUE TO WE DO NOT HAVE A LIC. REFER CUSTOMER TO BRANCH OFC MONTGOMERY AL 334-277-7740... ADVS MR I WILL HAVE SOMEONE TO CALL HIM BACK SPOKE TO MIKE IN BRANCH AND HE WILL CALL CUSTOMER BACK....JUDYB |
| COL | 12/04/00 | FFW | C/R TT MR (D) WILL ML PMT (D) 290.51  12-14 |
| COL | 12/04/00 | FFW | ML ML OUT PYM'T ON 12/5, REFUSED TO SET UP T/C, BUT WANTED TO TALK TO TELESALE GAVE PK# |
| COL | 10/11/00 | MXB | C/R TT MR (D) PAID VIA TC (D) 290.51  10-14 |
| COL | 10/11/00 | MXB | RFD PYMNT LOST IN MAIL STOPPED PYMNT TC ON 10/11 AMT 610.08 CK# 1079 10.00 FEE |
| LOG | 10/11/00 | MXB | NEW TC - AMT 610.08 - PROC DT 10/11/2000 ABA 061000052 - BK ACCT 001001125467 |
| COL | 10/10/00 | CNR | C/R TT MR (D) NO ARRANGMNTS (D) |
| COL | 10/10/00 | CNR | TT N/1 SD THT HE WLL TRY TO FIND OUT WHT THE DELAY IS BEC HE ML THE PYMT ALRDY.IF HE CN'T FND THIS PYMT HE WLL SND ANOTHER ONE. |
| COL | 10/09/00 | LEA | CAL RESIDENCE NO ANSWER |
| COL | 10/05/00 | *** | NOTICE        FINAL       (F-199) |
| COL | 10/04/00 | DDH | C/R TT MR (D) MAILED PMT (D) 290.51  10-06 |
| COL | 10/04/00 | DDH | MAILED 9/28 |
| COL | 10/03/00 | JDP | CAL RESIDENCE NO ANSWER |
| COL | 08/01/00 | JOH | C/R TT MR (D) PMT TRNS PRSNT (D) 290.51  08-05 |

/4

Plaintiff
Exhibit      25