COLLECTIONS/CUSTOMER SERVICE LOG
FOR THE TIME PERIOD 04/01/99 THRU 06/30/01

```
LET  12/30/00  ***   YE100
COL  12/27/00  FDM
COL  12/27/00  MMJ
COL  12/26/00  JHN
COL  12/26/00  SEH
COL  12/26/00  TEB
COL  12/20/00  JUS
LET  12/20/00  JUS   XC501
LET  12/20/00  JUS   XC502
COL  12/19/00  TLW
COL  12/19/00  TLW
LOG  12/08/00  93R   120800
LET  12/07/00  SGG   XF501
LET  12/07/00  SGG   XF994
LOG  12/04/00  JWB
COL  12/04/00  FFW
COL  12/04/00  FFW
LET  11/14/00  CIG   FF550
LET  10/31/00  CIG   FF302
LET  10/17/00  CIG   FF202
COL  10/11/00  MXB
COL  10/11/00  MXB
LOG  10/11/00  MXB
COL  10/10/00  CNR
COL  10/10/00  CNR
COL  10/09/00  L2A
COL  10/05/00  ***
COL  10/04/00  DDH
COL  10/04/00  DDH
COL  10/03/00  JDP
COL  08/01/00  JOH
```

TODAY
A00 - GEORGE MCCARLEY
N1 CLLD WL MKE PYMT ON 12/29 STTD WL C/B ON THAT DAY.
CAL RESIDENCE LMTC ON RECORDER
12-30
CAL RESIDENCE NO ANSWER
CAL RESIDENCE NO ANSWER
CAL RESIDENCE NO ANSWER
AW
028 - Notice to Cure Breach-Reg Mail
022 - Notice to Cure Breach-Cert ML
CAL RESIDENCE NO ARRANGMNTS (D)
12-23
SD THAT HE HAS SOME CK\S COMING IN, WILL GET CATCH UP SOON
QC\D AND FAXED TO 813 571 8840 BY HPA5705
012 - Payoff Statement (Pg.1)
017 - Payoff Prepay Penalties (Pg.4)
***COMPLAINT FILED*** MR UPSET BECAUSE HE IS GETTING RUN AROUND ON TRYING TO BORROW MORE MONEY WE HAVE DECLINED HIM BECAUSE WE DO NOT ORIG. LOAN IN AL DUE TO WE DO NOT HAVE A LIC. REFER CUSTOMER TO BRANCH OFC MONTGOMERY AL 334-277-7740...
ADVS MR I WILL HAVE SOMEONE TO CALL HIM BACK
SPOKE TO MIKE IN BRANCH AND HE WILL CALL CUSTOMER BACK....JUDYB
C/R TT MR (D) WILL ML PMT (D)
290.51  12-14
WL ML OUT PYMT ON 12/6, REFUSED TO SET UP T/C, BUT WANTED TO TALK TO TELESALE GAVE PH#
001 - Policy Cancellation  00/11/11
001 - Pol Cvr Ltr Fire NE  00/10/28
001 - Second Ltr Fire NE  00/10/14
C/R TT MR (D) PAID VIA TC (D)
290.51  10-14
RFD PYMT LOST IN MAIL STOPPED PYMT TC ON 10/11 AMT 610.08 CK# 1079 10.00 FEE
N2W TC - AMT 610.08 - PROC DT 10/11/2000
ABA 061000052 - BK ACCT 001001125467
C/R TT MR (D) NO ARRANGMNTS (D)
TT N/1 SD THT HE WLL TRY TO FIND OUT WHT THE DELAY IS BEC HE ML THE PYMT ALRDY.IF HE CN\T FND THE PYMT HE WLL SND ANOTHER ONE.
CAL RESIDENCE NO ANSWER
NOTICE       FINAL       (P-199)
C/R TT MR (D) MAILED PMT (D)
290.51  10-06
MAILED 9/28
CAL RESIDENCE NO ANSWER
C/R TT MR (D) PMT THRU PRSNT (D)
290.51  08-05

28

343 contacts
4.3 per month.

Plaintiff
Exhibit 27