

SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS
CONTACT

## CORPORATION FILE DETAIL REPORT

| Entity Name | HSBC - GR CORP. | File Number | 57713054 |
|---|---|---|---|
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 03/04/1994 | State | DELAWARE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 03/04/1994 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | J D OTOOLE 2700 SANDERS RD PROSPECT HEIGHTS 60070 |
| Agent City | CHICAGO | Secretary Name & Address | K L HECKNER SAME |
| Agent Zip | 60604-1101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2006 |
| Old Corp Name | 11/08/2004 - HOUSEHOLD FINANCIAL GROUP, LTD. | | |

**Return to the Search Screen**

## BACK TO CYBERDRIVEILLINOIS.COM

Plaintiff Exhibit 28

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | HSBC FINANCE CORPORATION | File Number | 63225398 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 11/26/2003 | State | DELAWARE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 11/26/2003 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | SIDDHARTH N MENTA 2700 SANDERS RD PROSPECT HTS IL 60070 |
| Agent City | CHICAGO | Secretary Name & Address | KENNETH H ROBIN SAME |
| Agent Zip | 60604-1101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 10/14/2005 | For Year | 2005 |
| Old Corp Name | 06/15/2005 - HOUSEHOLD INTERNATIONAL, INC. | | |

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | HSBC - GR CORP. | File Number | 57713054 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 03/04/1994 | State | DELAWARE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 03/04/1994 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | J D OTOOLE 2700 SANDERS RD PROSPECT HEIGHTS 60070 |
| Agent City | CHICAGO | Secretary Name & Address | K L HECKNER SAME |
| Agent Zip | 60604-1101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2006 |
| Old Corp Name | 11/08/2004 - HOUSEHOLD FINANCIAL GROUP, LTD. | | |

http://cdsprod.ilsos.net/CorpSearchWeb/CorporationSearchServlet?fileNumber=57713054&sysId=CD&nameType=MST

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | HSBC MORTGAGE SERVICES INC. | File Number | 56720707 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 02/19/1992 | State | DELAWARE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 02/19/1992 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | GARY R ESPOSITO 2700 SANDERS RD PROSPECT HTS IL 60070 |
| Agent City | CHICAGO | Secretary Name & Address | M J HOLCOMB SAME |
| Agent Zip | 60604-1101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 01/20/2006 | For Year | 2006 |
| Old Corp Name | 10/20/1992 - HOUSEHOLD FINANCIAL SERVICES CORPORATION<br>08/12/2004 - HOUSEHOLD FINANCIAL SERVICES, INC. | | |

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | HOUSEHOLD INTERNATIONAL, INC. | File Number | 52375592 |
| Status | REVOKED | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 05/04/1981 | State | DELAWARE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 00/00/0000 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | W F ALDINGER 2700 SANDERS RD PROSPECT HEIGHTS 60070 |
| Agent City | CHICAGO | Secretary Name & Address | REVOKED 10 01 02 |
| Agent Zip | 60604-1101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2002 |

## CORPORATION FILE DETAIL REPORT

2

| Entity Name | HOUSEHOLD FINANCE CORPORATION | File Number | 02924374 |
|---|---|---|---|
| Status | MERGE/CONSOLIDATED | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 07/23/1925 | State | DELAWARE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 00/00/0000 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | TOMOTHEY M DETELICH 2700 SANDERS RD PROSPECT HTS 60070 |
| Agent City | CHICAGO | Secretary Name & Address | MERGED OR CONSOLIDATED 06 15 05 63225398 |
| Agent Zip | 60604-1101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2005 |

## CORPORATION FILE DETAIL REPORT

| Entity Name | HOUSEHOLD FINANCE CORPORATION III | File Number | 53644376 |
|---|---|---|---|
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 11/13/1984 | State | DELAWARE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 11/13/1984 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | THOMAS M DETELICH 2700 SANDERS RD PROSPECT HTS 60070 |
| Agent City | CHICAGO | Secretary Name & Address | N J BROMLEY SAME |
| Agent Zip | 60604-1101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 10/14/2005 | For Year | 2005 |

## CORPORATION FILE DETAIL REPORT

| Entity Name | HOUSEHOLD FINANCE RECEIVABLES CORPORATION II | File Number | 57315687 |
|---|---|---|---|
| Status | WITHDRAWN | | |



| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
|---|---|---|---|
| Qualification Date (Foreign) | 05/17/1993 | State | DELAWARE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 05/17/1993 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | B B MOSS JR 2700 SANDERS RD PROSPECT HEIGHTS 60070 |
| Agent City | CHICAGO | Secretary Name & Address | WITHDRAWN 12 07 98 |
| Agent Zip | 60604-1101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 05/20/1998 | For Year | 1998 |

## CORPORATION FILE DETAIL REPORT

| Entity Name | BEARINGPOINT, INC. | File Number | 60864322 |
|---|---|---|---|
| Status | NOT GOOD STANDING | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 01/19/2000 | State | DELAWARE |
| Agent Name | LEXIS DOCUMENT SERVICES INC. | Agent Change Date | 01/19/2000 |
| Agent Street Address | 801 ADLAI STEVENSON DRIVE | President Name & Address | RODERICK C MCGEARY 1676 INTERNATIONAL DR MCLEAN VA 22102 |
| Agent City | SPRINGFIELD | Secretary Name & Address | DAVID W BLACK SAME |
| Agent Zip | 62703-0000 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2006 |
| Old Corp Name | 12/28/2004 - KPMG CONSULTING, INC. | | |

## LLC FILE DETAIL REPORT

| Entity Name | KPMG CONSULTING, LLC | File Number | 00368628 |
|---|---|---|---|
| Status | REVOKED | On | 05/01/2001 |
| Entity Type | LLC | Type of LLC | Foreign |
| File Date | 01/18/2000 | Jurisdiction | DE |
| Agent Name | LEXIS DOCUMENT SERVICES INC. | Agent Change Date | 01/18/2000 |

4

| Agent Street Address | 801 ADLAI STEVENSON DR | Record Office | THREE CHESTNUT RIDGE RD MONTVALE 07645 |
|---|---|---|---|
| Agent City | SPRINGFIELD | Management Type | MBR |
| Agent Zip | 62703 | Dissolution Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2001 |

## LLC FILE DETAIL REPORT

| Entity Name | KPMG CORPORATE FINANCE LLC | File Number | 00430307 |
|---|---|---|---|
| Status | GOODSTANDING | On | 07/22/2005 |
| Entity Type | LLC | Type of LLC | Foreign |
| File Date | 06/26/2000 | Jurisdiction | DE |
| Agent Name | ILLINOIS CORPORATION SERVICE C | Agent Change Date | 10/31/2003 |
| Agent Street Address | 801 ADLAI STEVENSON DRIVE | Record Office | 303 E WACKER DR CHICAGO 60601 |
| Agent City | SPRINGFIELD | Management Type | MGR |
| Agent Zip | 62703 | Dissolution Date | PERPETUAL |
| Annual Report Filing Date | 07/22/2005 | For Year | 2005 |

## LLC FILE DETAIL REPORT

| Entity Name | KPMG ENTERPRISE INTEGRATION SERVICES LLC | File Number | 00133639 |
|---|---|---|---|
| Status | REVOKED | On | 11/29/2000 |
| Entity Type | LLC | Type of LLC | Foreign |
| File Date | 08/25/1997 | Jurisdiction | DE |
| Agent Name | CT CORPORATION SYSTEM | Agent Change Date | 08/25/1997 |
| Agent Street Address | 208 S LASALLE ST | Record Office | 2030 POWERS FERRY RD ATLANTA 30339 |
| Agent City | CHICAGO | Management Type | MGR |
| Agent Zip | 60604 | Dissolution Date | 03/12/2046 |
| Annual Report Filing Date | 00/00/0000 | For Year | 2000 |

