IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 3:06cv91-MEF |
| HOUSEHOLD FINANCE | ) | |
| CORPORATION III, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On October 12, 2007, Plaintiff filed a Motion for the Court to "Consider Timeliness of Submission in Opposition (*sic*) to Defense Summary Judgment Motion" (Doc. #85). Plaintiff, however, timely filed his response to the motion for summary judgment on October 12, 2007. See Order of March 23, 2007 (Doc. #45) (stating an opponent to a dispositive motion shall have 21-days in which to file a brief and responsive submission). Accordingly, it is

ORDERED that the motion (Doc. #85) is DENIED as MOOT.

DONE this 16th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE