IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE D. McCARLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 3:06cv91-MEF |
| HOUSEHOLD FINANCE | ) |
| CORPORATION III, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On October 12, 2007, Plaintiff filed a Motion for Leave (Doc. #86) to file a response entitled "Opposition to Defense Summary Judgment Motion." Upon consideration of Plaintiff's request for leave, it is

ORDERED that the motion (Doc. #86) is GRANTED.

DONE this 16th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE