Pro Docs, Inc.
1220 Turner Street, Suite F
Clearwater, FL 33756
Tel: (727) 467-9555   Fax (727) 469-8661

# DELIVERY FORM

| TO: | Household Mortgage Services | Client Representative | JIM HARTIGAN |
|---|---|---|---|
| | 877 Lamont Road | Loan Pool Name: | |
| | Elmhurst, IL 60126 | | |

| Loan Number | 2935534 | Private Investor Loan # | 14 |
|---|---|---|---|
| Loan Date | 5/18/2000 | Loan Amount | $26,400.00 |
| Mortgagor Last Name | GEORGE MCCARLEY | | |
| Mortgagor First Name | | | |
| Property Address | 211 CHESTNUT ST | | |
| Property Location: City | ROANOKE | County RANDOLPH | State AL |

**Mortgage Recording Data Retrieved**

| Lender's Name | HOMESENSE FINANCIAL CORP OF ALABAMA |
|---|---|
| Trustee Name | |
| Recording Date | 5/17/2000 |
| Document Number | |
| Book Number | 403 |
| Page Number | 122 |
| Pin Number/Tax ID | |
| Legal Description: | LOT 4, BLK D, DAVID MANLEY'S ESTATE, RANDOLPH CO., ALABAMA |
| Last Recorded Assignment: | |
| Other: | PLAIN COPY OF FULL MORTGAGE ATTACHED |

| DateSentClient: | 6/26/2002 |
|---|---|

PLEASE NOTE: THE DOCUMENTS ATTACHED SHOULD BE VERIFIED
TO ENSURE THEY ARE THE DOCUMENTS REQUESTED.

HMS 2935534

Plaintiff Exhibit 1

CV-0091-MEF
00001