Prepared By:

18.56   [Name of Natural Person]
3.00
5.00   [Company Name]
39.00
66.10   [Street Address]

[City, State ZIP]

Mortgage Tax    37.60
Recording Fee   26.50
TOTAL           44.10

Recorded In Above Book ___ Page ___
05/17/2000 01:03:41 PM
Hack Sigmund
Probate Judge
Randolph County, Alabama

After Recording Please Return To:
HomeSense Financial Corp. of Alabama
[Company Name]

Attn: Beth Miller
[Name of Natural Person]

113 REED AVENUE
[Street Address]

Lexington, SC 29072
[City, State ZIP]

———————————— [Space Above This Line For Recording Data] ————————————

# MORTGAGE

Loan No.: 416762215

THIS MORTGAGE ("Security Instrument") is given on May 1, 2000. The grantor is GEORGE MCCARLEY, A Single Man

("Borrower"). This Security Instrument is given to HomeSense Financial Corp. of Alabama which is organized and existing under the laws of The State of South Carolina, and whose address is 113 REED AVENUE, Lexington, SC 29072 ("Lender"). Borrower owes Lender the principal sum of twenty six thousand four hundred and NO/100ths Dollars (U.S. $ 26,400.00). This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and payable on May 5, 2020. This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the security of this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to Lender and Lender's successors and assigns, with power of sale, the following described property located in Randolph County, Alabama:

SEE ATTACHED EXHIBIT "A"

which has the address of 211 CHESTNUT ST
Roanoke, Alabama 36274 ("Property Address"):
[City]            [Zip Code]

Initials: GM

Alabama Mortgage-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT         Form 3001 09/90
THE COMPLIANCE SOURCE, INC.                                                      (page 1 of 6 pages)
To Order Call: (972) 980-2178-Fax (972) 392-2891
www.compliancesource.com

20155

Plaintiff Exhibit 2