```
MORT      430    550
Recorded In Above Book and Page
07/10/2002 01:02:28 PM
Hack Diamond
Probate Judge
Randolph County, Alabama
```

When Recorded, Mail and Return To:
Household Mortgage Services
577 Lamont Rd.
P.O. Box 1247
Elmhurst, Il 60126    2935534

Recording Fee    16.00
TOTAL            16.00

## ASSIGNMENT OF SECURITY INSTRUMENT

Date: 5-1-2000

Owner and Holder of Security Instrument (Holder"):
HOMESENSE FINANCIAL CORP. OF ALABAMA, which is organized and existing under the laws of the State of South Carolina.

Assignee: X _____

_____

Security Instrument is described as follows:
Date: 5-1-2000
Original Amount: 26,400.00
Borrower: George McCarley
Lender: Homesense Financial Corp.
Mortgage Recorded or filed on: 5-19-2000
In Book, Page: 403 / 122
Of the Office Records in the County Recorder's/Clerk's Office of: Randolph

X Mortgage Electronic Registration Systems, Inc., its successors and assigns, as nominee for Household Finance Corporation, its successors and assigns, G4318 Miller Rd., P.O. Box 2026, Flint, MI 48501-2026

Property (including any improvements) Subject to Lien:
SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF

For value received, Holder sells, transfers, assigns, grants and conveys the Security Instrument and the Note described therein, all of Holder's rights, titles and interests in the Security Instrument and Note, and all of Holder's title and interest in the Property to Assignee and Assignee's successors and assigns, forever.

When the context requires, singular nouns and pronouns include the plural.

IN WITNESS WHEREOF, Holder has caused these presents to be signed by its duly authorized officer(s) and to attested and sealed with the Seal of the Corporation, as may be required.
(Seal)                HOMESENSE FINANCIAL CORP. OF ALABAMA

By _____Beth Miller_____
Beth Miller, Vice President

STATE OF SOUTH CAROLINA)
                       )SS:
COUNTY OF LEXINGTON    )

BEFORE ME, the undersigned, a Notary Public in and for said County and State, on this day personally appeared Beth Miller, known to me to be the person and officer whose name is subscribed in the foregoing instrument and acknowledged to me that the same was the act of said HOMESENSE FINANCIAL CORP. OF ALABAMA which is organized and existing under the laws of the State of South Carolina, and that he executed the same as the act of such entity for the purposes and consideration therein expressed, and in the capacity therein stated.

Witness, my hand and Notaries Seal this ___1___ day of May 2002.

_____Laurie B. Fulmer_____
Notary Public
My Commission Expires: 4-22-04

PLAINTIFF EXHIBIT
3

CV-0091-MEF
00009

MERS #: 1000460-000    2935534 8
PH #: 1-888-679-6377
HMS _____

PREPARED BY:
SHEHLA REHMAN
577 LAMONT RD.
ELMHURST, IL 60126
630-617-7000

S Rehman