Loan No.
Borrower:

## ASSIGNMENT OF SECURITY INSTRUMENT

Date:

Owner and Holder of Security Instrument ("Holder"):
HOMESENSE FINANCIAL CORP. OF ALABAMA, which is organized and existing under the laws of the State of South Carolina.

Assignee: _____

_____

Security Instrument is described as follows:
Date:
Original Amount:
Borrower:
Lender:
Mortgage Recorded or filed on:
In Book, Page:
Of the Office Records in the County Recorder's/Clerk's Office of:

Property (including any improvements) Subject to Lien:
SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF

For value received, Holder sells, transfers, assigns, grants and conveys the Security Instrument and the Note described therein, all of Holder's rights, titles and interests in the Security Instrument and Note, and all of Holder's title and interest in the Property to Assignee and Assignee's successors and assigns, forever.

When the context requires, singular nouns and pronouns include the plural.

IN WITNESS WHEREOF, Holder has caused these presents to be signed by its duly authorized officer(s) and to attested and sealed with the Seal of the Corporation, as may be required.
(Seal)                     HOMESENSE FINANCIAL CORP. OF ALABAMA

By _____
Beth Miller, Vice President

STATE OF SOUTH CAROLINA)
                        )SS:
COUNTY OF LEXINGTON     )

BEFORE ME, the undersigned, a Notary Public in and for said County and State, on this day personally appeared Beth Miller, known to me to be the person and officer whose name is subscribed in the foregoing instrument and acknowledged to me that the same was the act of said HOMESENSE FINANCIAL CORP. OF ALABAMA which is organized and existing under the laws of the State of South Carolina, and that he executed the same as the act of such entity for the purposes and consideration therein expressed, and in the capacity therein stated.

Witness, my hand and Notaries Seal this ___1___ day of _May_ 2002.

_____
Notary Public
My Commission Expires: 4-20-04

Plaintiff Exhibit 4