RANDOLPH COUNTY JUDGE OF PROBA
P.O. BOX 249
WEDOWEE, AL 36278
SHR/2935534/12



ASSIGNMENT SENT FOR RECORDING BY HMS
DATE: 06/05/02
INT.: _____

Dear Customer:

Enclosed is a check refunding the credit balance on your account.

If we can be of further assistance, please contact us at 1-(800) 547-8776.

Record Processing Services.

Page 0001 of 0001

---

THE FACE OF THIS DOCUMENT HAS A TEXTURED AND A GREEN BACKGROUND - NOT A WHITE BACKGROUND
HOUSEHOLD BANK, f.s.b.

85963
981181

PAY  Fifteen and NO/100 Dollars

CHECK DATE 06/05/02
AMOUNT
$*******15.00

TO THE ORDER OF:
RANDOLPH COUNTY JUDGE OF PROBA
P.O. BOX 249
WEDOWEE, AL 36278
SHR/2935534/12

RERE   HFC2212

Nancy Myshka
AUTHORIZED SIGNATURE

⑆981185963⑆ ⑈271970011⑈ ⑆399841000⑆

Plaintiff Exhibit 5

CV-0091-MEF
00021