## Libra Shipping Request

**DRIVER: THIS IS NOT AN AIRBILL. LIBRA LABEL MUST ACCOMPANY THIS REQUEST FORM**

Service Type — Check one box: ☐ Express (Next Afternoon) ☒ Next Afternoon (Letter - 8 lbs) ☐ Second Day

Origin Shipment Number: ETP 6710 1703675
Preprint Format No.: 09444607
Customer No.: 19513627

FROM (Sent By: Name/Dept): C Cunningham
Company Name: HOUSEHOLD FINANCIAL SERV
WHOLESALE OPERATIONS O/B
636 GRAND REGENCY BLVD
City: BRANDON    State: FL    Zip: 33510

Date: 3/28/01
Weight: 1   Letter Express: ☐
Special Instructions: ☐ Hold at Airborne   ☐ Saturday Delivery
Shipper's Reference No.: P&C 592852

TO (Attn: Name/Dept): Barbara Armstrong
Company Name: Office of the Attorney General
Street Address: 11 S. Union St.
City: Montgomery   State: AL   Zip: 36130

Insurance: ☐ Declared Value  ☐ Full Insurance

AIRBORNE EXPRESS.   SENDER'S COPY

Plaintiff Exhibit 10