

**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

BILL PRYOR
ATTORNEY GENERAL

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

March 8, 2001

2935534

Household Financial Services
961 Weigel Drive
Elmhurst IL 60126

Re: *George D. McCarley*

Dear Sir or Madam:

    Thank you for your reply to the complaint of the above-named consumer. In reference to the complaint, we have received an additional letter and/or information (copy enclosed) from the consumer in rebuttal to your reply.

    In light of this new information, you may wish to have the opportunity to provide any additional response that you deem necessary. Therefore, I request that you review the letter carefully and, if you so desire, respond in writing within ten (10) days. If I do not receive any further communication from you, a decision will be made promptly regarding this office's future involvement in this matter.

    Should you have any questions, I will be happy to discuss them with you. Thank you for your cooperation.

Sincerely,

Barbara D. Armstrong
Consumer Specialist
(334) 242-7336

Enclosure

Plaintiff Exhibit 11

CV-0091-MEF
00098