HOUSEHOLD FINANCIAL SERVICES, INC.
2700 SANDERS ROAD
PROSPECT HEIGHTS IL 60070-2799

26-2440168    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        2,884.56

GEORGE MCCARLEY
211 CHESTNUT ST
ROANOKE AL 36274

7935534                    LOAN TYPE CONV. RES

```
LATE CHARGES PD         72.68      DISBURSEMENT ACTIVITY:
                                   PROPERTY TAXES              .00
CURR TOTAL PMT         335.16      HAZARD INSURANCE         536.00
CURR ESCROW PMT         44.67      FHA/PMI  INSURANCE          .00
                                   ADDT'L ASSESSMENTS          .00
    PRINCIPAL ACTIVITY 2001:
PAYMENTS APPLIED       293.89
REMAINING BAL       25,969.76

    ESCROW ACTIVITY 2001:
BEGIN ESCROW BAL          .00
TOTAL DEPOSITS            .00
TOTAL DISBURSE         536.00
CLOSING ESC BAL        536.00-

TOTAL INTEREST APPLIED IN 2001  (NEXT DUE DATE 12/05/01)
    PLUS    MISCELLANEOUS INTEREST                         2,611.21
2001 NET INTEREST PAYMENTS REPORTED TO IRS    **************  273.35
                                                           2,884.56
```

Plaintiff Exhibit 16