```
HOUSEHOLD FINANCIAL SERVICES, INC.
2700 SANDERS ROAD
PROSPECT HEIGHTS IL 60070
(800) 333-7023

36-3440168       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                    1,316.20

GEORGE MCCARLEY
211 CHESTNUT ST
ROANOKE  AL  36274


        2935534              LOAN TYPE CONV. RES




                                        DISBURSEMENT ACTIVITY:
LATE CHARGES PD         29.06    PROPERTY TAXES              .00
                                 HAZARD INSURANCE            .00
CURR TOTAL PMT         290.51    FHA/PMI INSURANCE           .00
CURR ESCROW PMT           .00    ADDT'L ABATEMENTS           .00

      PRINCIPAL ACTIVITY 2000:
PAYMENTS APPLIED       116.35
REMAINING BAL       26,263.66

      ESCROW ACTIVITY 2000:
BEGIN ESCROW BAL          .00
TOTAL DEPOSITS            .00
TOTAL DISBURSE            .00
CLOSING ESC BAL           .00

2000 INTEREST PAYMENTS REPORTED TO IRS    ****************    1,316.20
```

Plaintiff Exhibit 17