```
ACCOUNT NUMBER  2935534     M/P/A  P      Warn 5  Lock 0   Stop  Cds 000
GEORGE MCCARLEY                        (W)  0                        (H) 3348636489
                                       (W)  0                        (H) 0
211 CHESTNUT ST                        Inv  30033  HOUSEHOLD FINANCE CORP OF ALABAM
                                       Loan Type  1   CONV      Subtype  0
ROANOKE         AL 36274    *          Contract              0
```

| Tr Dt | Tell | Area | Tr | Cntl | Message |
|---|---|---|---|---|---|
| 05/16/03 | . | . | . | . | |

[large redacted block]

| | | | |
|---|---|---|---|
| 02/10/03 00040 | NT | | ..BPO ORDERED FROM US REAL ESTATE ON 02/04/03 |
| 02/06/03 00255 | DM | | ||DQC001||NO ARRANGEMENTS,CALL RESIDEN CONTACT |

Message: DISPLAY COMPLETE                    OK                              MORE...
Command:

REDACTED

Plaintiff Exhibit 18

CV-0091-MEF
00124