**HSBC**

2935534  McCarley

| Due Date | Date Processed | Amount Received | Late fee Assessed | Late fees paid | Interest | Principal | Advances | Principal Balance | Unapplied funds | Fees | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec-01 | 1/28/2002 | | | | $ 259.48 | $ 31.03 | $ 44.67 | $ 25,938.73 | | | |
| Jan-02 | 2/15/2002 | | 14.53 | | | | | $ 25,938.73 | | | |
| Jan-02 | 2/28/2002 | $ 259.17 | | | $ 259.17 | $ 31.34 | $ 44.67 | $ 25,907.39 | | | |
| Feb-02 | 3/15/2002 | | 14.53 | | | | | $ 25,907.39 | $ (245.84) | $ (89.34) | payment shortage |
| Feb-02 | 4/15/2002 | $ 536.35 | | | $ 258.86 | $ 31.65 | $ - | $ 25,907.39 | | | |
| Feb-02 | 4/19/2002 | $ 335.18 | | | $ 258.54 | $ 31.67 | $ 44.67 | $ 25,843.77 | $ 201.17 | | |
| Mar-02 | 4/26/2002 | $ (335.18) | | | $ (258.84) | $ (31.97) | $ (44.67) | $ 25,875.42 | | | Returned check |
| Mar-02 | 4/26/2002 | $ (536.35) | | | $ (258.86) | $ (31.65) | $ (44.67) | $ 25,907.39 | $ (201.17) | | Returned check |
| Feb-02 | 5/14/2002 | | | | | | $ 145.00 | $ 25,907.39 | | | deposit of refund of insurance |
| Feb-02 | 5/15/2002 | | 14.53 | | | | | $ 25,907.39 | | $ (125.00) | Property inspection |
| Feb-02 | 6/15/2002 | | 14.53 | | | | | $ 25,875.74 | | | |
| Feb-02 | 7/5/2002 | $ 506.28 | | | $ 258.86 | $ 31.65 | $ 25.13 | $ 25,875.74 | | | |
| Aug-02 | 7/12/2002 | $ 125.00 | | | | | | $ 25,875.74 | | $ 125.00 | paid fees |
| Aug-02 | 7/30/2002 | Deferred payments to 8/02 | | | | | | $ 25,875.74 | | $ (450.00) | attorney fees |
| Aug-02 | 8/12/2002 | $ 300.00 | | $ 145.30 | | | | $ 25,875.74 | $ 300.00 | | |
| Sep-02 | 8/12/2002 | $ 300.00 | | $ 258.54 | | $ 25.13 | | $ 25,843.77 | $ (490.64) | $ 29.70 | paid to returned check fees |
| Oct-02 | 10/15/2002 | | 14.53 | $ 258.22 | | $ 32.29 | $ 9.49 | $ 25,811.48 | | | |
| Oct-02 | 12/26/2002 | $ 315.64 | 14.53 | $ 290.51 | | $ - | $ 25.13 | $ 25,811.48 | $ 190.64 | | |
| | 1/10/2003 | | | | $ - | $ - | $ (312.00) | $ 25,811.48 | | | |
| | 6/3/2003 | | | | | | $ (266.00) | $ 25,811.48 | | $ (355.00) | title fees |
| | 6/3/2003 | | | | | | | $ 25,811.48 | | $ (107.20) | filing fees |
| | 6/3/2003 | | | | | | | $ 25,811.48 | | $ (550.00) | attorney fees |
| | 6/6/2003 | | | | | | | $ 25,811.48 | | $ (100.00) | default letter fee from Attorney |
| | 7/25/2003 | | | | | | | $ 25,811.48 | | $ (130.00) | Property inspection |
| | 9/16/2003 | | | | | | | $ 25,811.48 | | $ (150.00) | Fee for Ch 13 Proof of Claim |
| | 9/23/2003 | | | | | | | $ 25,811.48 | | | force placed insurance |
| | 12/1/2004 | | | | $ 8,352.52 | | | $ 17,458.96 | | $ (475.00) | fee for motion for relief |
| | 2/16/2004 | | | | | | | $ 17,458.96 | | | charge off |
| | 2/24/2004 | | | | | | | $ 17,458.96 | | $ (87.02) | taxes |
| | 2/24/2004 | | | | | | | $ 17,458.96 | | $ (550.00) | Attorney fees |
| | 2/24/2004 | | | | | | | $ 17,458.96 | | $ (241.00) | filing fees |
| | 7/23/2004 | | | | | | $ 127.00 | $ 17,458.96 | | $ (375.00) | title fees |
| | 9/7/2004 | | | | | | | $ 17,458.96 | | $ (9.50) | inspection fee / Refund of insurance premium |

Plaintiff Exhibit 19

CV-0091-MEF
00149