

Dear Customer(s):

Welcome to Household! We are pleased to inform you that your mortgage loan has been purchased and will now be serviced by Household Financial Services, (HFS) as of the transfer date referenced above. You will find that our service is convenient, and responsive to your needs.

Please be assured that this transfer is part of a normal business transaction and does not affect any terms or conditions of your mortgage. What will be changing is the address where you send your payment, the name of the company you will be making your monthly payment to, and the phone number and address of the company that will be servicing your loan.

Your new HFS account number must be referenced on all payments and inquiries. Please forward them to the appropriate address:

| PAYMENTS | INQUIRIES |
|---|---|
| HFS - CPI | HFS - CPI |
| P.O. Box 7013 | P.O. Box 1288 |
| Anaheim, CA 92850-7013 | Elmhurst, IL 60126-1288 |

The date that your prior servicer will stop accepting payments from you is ▬▬. After the transfer date, all future payments should be mailed to HFS. Attached to the end of this letter is a temporary payment coupon. You will receive a billing statement from HFS every month. Please discard any coupons from your prior servicer.

If you are presently insured for Mortgage Life or Disability Insurance that is being paid with your monthly payment, it will be discontinued. You should contact your insurance carrier for continuation of coverage. Your prior servicer can provide carrier information. If your monthly payment currently includes escrow for taxes and insurance, this will continue with no interruption.

If you currently have automatic debiting of your monthly payment from your checking or savings account, it will be discontinued as of the transfer date. If you are interested in enrolling in Household's automatic debiting program, we will be happy to provide an enrollment package after transfer.

Prior to the transfer date, questions can be directed to CONTI MORTGAGE CORPORATION at (215)-347-3000.

Plaintiff Exhibit 20

REDACTED