COLLECTIONS/CUSTOMER SERVICE
FOR THE TIME PERIOD 04/01/00 THRU 06/30/02

```
LOG   12/04/00   JWB    ***COMPLAINT FILED***MR UPSET BECAUSE HE IS GETTIN
                        G RUN AROUND ON TRYING TO BORROW MORE MONEY
                        WE HAVE DECLINED HIM BECAUSE WE DO NOT ORIG. LOAN
                        IN AL DUE TO WE DO NOT HAVE A LIC. REFER CUSTOMER
                        TO BRANCH OFC MONTGOMERY AL 334-277-7740...
                        ADVS MR I WILL HAVE SOMEONE TO CALL HIM BACK
                        SPOKE TO MIKE IN BRANCH AND HE WILL CALL CUSTOMER
                        BACK....JUDYB
COL   12/04/00   FFW    C/R TT MR (D) WILL ML PMT (D)
                           290.51   12-14
COL   12/04/00   FFW    WL ML OUT PYM\T ON 12/5, REFUSED TO SET UP T/C, BUT
                        WANTED TO TALK TO TELESALE GAVE PH#
COL   10/11/00   MXB    C/R TT MR (D) PAID VIA TC (D)
                           290.51   10-14
COL   10/11/00   MXB    RFD PYMNT LOST IN MAIL STOPPED PYMNT TC ON 10/11 AM
                        T 610.08 CK# 1079 10.00 FEE
LOG   10/11/00   MXB    NEW TC - AMT 610.08 - PROC DT 10/11/2000
                        ABA 061000052 - BK ACCT 001001125467
COL   10/10/00   CNR    C/R TT MR (D) NO ARRANGMNTS (D)
COL   10/10/00   CNR    TT N/I SD THT HE WILL TRY TO FIND OUT WHT THE DELAY
                        IS BEC HE ML THE PYMT ALRDY.IF HE CN\T FND THE PYMT
                        HE WLL SND ANOTHER ONE.
COL   10/09/00   LZA    CAL RESIDENCE NO ANSWER
COL   10/05/00   ***    NOTICE      FINAL       (F-199)
COL   10/04/00   DDH    C/R TT MR (D) MAILED PMT (D)
                           290.51   10-06
COL   10/04/00   DDH    MAILED 9/28
COL   10/03/00   JDP    CAL RESIDENCE NO ANSWER
COL   08/01/00   JOH    C/R TT MR (D) PMT TRNS PRSNT (D)
                           290.51   08-05
```

14

Plaintiff Exhibit 25

CV-0091-MEF
00142