| | | | | |
|---|---|---|---|---|
| COL | 02/15/01 | D2F | | CAL RESIDENCE NO ANSWER |
| COL | 02/15/01 | MBJ | | CAL RESIDENCE NO ANSWER |
| COL | 02/13/01 | JDF | | CAL RESIDENCE DID NOT LEAVE MSG |
| COL | 02/09/01 | GXV | | I ADV HIM IF THIS ACCT IS NOT BROUGHT CUR I WOLD HV TO GIVE IT TO MY SUP FOR REV FOR 4-CLOSER HE SD DO IT AND PLAN ON SUING SUITED HE MD NO COM FOR ANY PMT |
| COL | 02/09/01 | GXV | | HE THEN STATED HE IS DOCU EVERYTHING AND ALL CLS TO GIV TO THE ATTORNEY GENERAL IN AL FOR HPS TKING HY S MRG OUT OF STAE AN NT SERV AND LIEING TO HIM |
| COL | 02/09/01 | GXV | | HE THEN SD IT WAS A CK FROM NY AND IT TOOK LONGER T HEN WHAT HE THOUGHT FOR CLEARING SD ME MD A MISTAK AN RAN IT A SECOND TIM AND CK WAS NT CLEAR YRT |
| COL | 02/09/01 | GXV | | N1 SD REF TOLD HIM WD PRO T/C ON 012801 ONLY WHEN R EP VERIFED FUNDS AVAL N1 STATED HE TOLD REF THAT FU NDS SHOULD BE CLEARED ON 012801 FOR 600.00 |
| COL | 02/09/01 | GXV | | T/R T/T MR    NO ARRANGEMENTS |
| COL | 02/09/01 | GXV | | SD MLD PMT A WK AGO I TOLD HIM STILL HAV NT REC IT I TOLD HIM WE STILL NEED 1162.04 HE SD WE MD MISTAK E ON T/C N1 SD REF LIED ABU ISSUE IT TO ACCT |
| COL | 02/08/01 | JCW | | CAL RESIDENCE MAILED PMT (D) |
| | | | | 290.51  02-09 |
| COL | 02/08/01 | RLG | | CAL RESIDENCE NO ANSWER |
| COL | 02/08/01 | *** | | ACH DRAFTING NSF / |
| COL | 02/07/01 | YSH | | CAL RESIDENCE DID NOT LEAVE MSG |
| LOG | 02/07/01 | SAR | NEWCOM | RCVD REGULATORY COMPLAINT SENT ACKNWLGMT P&C |
| COL | 02/07/01 | DJS | | CAL RESIDENCE NO ANSWER |
| COL | 02/06/01 | A5S | | CAL RESIDENCE FHN DISCO (D) |
| COL | 02/02/01 | LLW | | C/R TT MR (D) NO ARRANGMNTS (D) |
| | | | | 02-04 |
| COL | 02/02/01 | LLW | | SD THT HE CNT SET UP ARRNMNTS JST YET BUT HE DOES H VE THE 800 # |
| COL | 01/29/01 | ARD | | PMT TRNG PRSNT (D) |
| | | | | 01-30 |
| COL | 01/25/01 | ROR | | AW |
| COL | 01/25/01 | ROR | | C/R TT MR (D) PROCESSED P/D TC |
| | | | | 600.00  01-28 |
| COL | 01/25/01 | ROR | | NEW TC - AMT 600 - PROC DT 01/28/2001 ABA 061000052 - BK ACCT 001001125467 |
| LOG | 01/25/01 | ROR | | N1AUTH&VFD THE ABOVE NEW TC - AMT 600 - PROC DT 01/28/2001 ABA 061000052 - BK ACCT 001001125467 |
| COL | 01/24/01 | VDB | | TEL RESIDENCE LMTC ON RECORDER |
| COL | 01/22/01 | ROR | | AW |
| COL | 01/22/01 | ROR | | CAL RESIDENCE NO ANSWER |
| LOG | 01/22/01 | DKF | SUPRVW | ACCOUNT REVIEWED BY SUPERVISOR CALLED H/O BACK ADV H/O OF THE FACT THAT WE CANT G IVE HIM A NEW LOAN DUE TO NO LICENSE TO ORIGINATE IN THIS STATE HE WENT ON TO STATE THAT HE MADE A C OMPLAINT TO THE ATTY GENERAL BECAUSE HE DOESNT BEL IEVE WE SHOULD BE ABLE TO BUY THESE LOANS AND SERV ICE THEM IF WE CANT ORIGINATE ANYTHING NEW TO HELP THE CUSTOMER |
| COL | 01/19/01 | JCH | | T/R T/T MR    NO LONGER EMPLYED |
| COL | 01/18/01 | CDT | | FRWD TO F/C HE SD HE WILL SEE WHAT HE CAN DO. |

2 9

Plaintiff
Exhibit    26