```
COLLECTIONS/CUSTOMER SERVICE LOG
FOR THE TIME PERIOD 04/01/99 THRU 06/30/01
```

| Type | Date | Code | Ref |
|---|---|---|---|
| LET | 12/30/00 | *** | YE100 |
| COL | 12/27/00 | FDM | |
| COL | 12/27/00 | MMJ | |
| COL | 12/26/00 | JHN | |
| COL | 12/26/00 | SEH | |
| COL | 12/26/00 | TEB | |
| COL | 12/20/00 | JUS | |
| LET | 12/20/00 | JUS | XC501 |
| LET | 12/20/00 | JUS | XC502 |
| COL | 12/19/00 | TLW | |
| COL | 12/19/00 | TLW | |
| LOG | 12/08/00 | 93R | 120800 |
| LET | 12/07/00 | SGG | XF501 |
| LET | 12/07/00 | SGG | XF994 |
| LOG | 12/04/00 | JWB | |
| COL | 12/04/00 | FFW | |
| COL | 12/04/00 | FFW | |
| LET | 11/14/00 | CIG | FF550 |
| LET | 10/31/00 | CIG | FF302 |
| LET | 10/17/00 | CIG | FF202 |
| COL | 10/11/00 | MXB | |
| COL | 10/11/00 | MXB | |
| LOG | 10/11/00 | MXB | |
| COL | 10/10/00 | CNR | |
| COL | 10/10/00 | CNR | |
| COL | 10/09/00 | L2A | |
| COL | 10/05/00 | *** | |
| COL | 10/04/00 | DDH | |
| COL | 10/04/00 | DDH | |
| COL | 10/03/00 | JDP | |
| COL | 08/01/00 | JOH | |

```
TODAY
A00 - GEORGE MCCARLEY
N1 CLLD WL MKE PYMT ON 12/29 STTD WL C/B ON THAT
DAY.
CAL RESIDENCE LMTC ON RECORDER
                12-30
CAL RESIDENCE NO ANSWER
CAL RESIDENCE NO ANSWER
CAL RESIDENCE NO ANSWER
AW
028 - Notice to Cure Breach-Reg Mail
022 - Notice to Cure Breach-Cert ML
CAL RESIDENCE NO ARRANGMNTS (D)
                12-23
SD THAT HE HAS SOME CK\S COMING IN. WILL GET CATCH
UP SOON
QC\D AND FAXED TO 813 571 8840 BY HFA5705
012 - Payoff Statement (Pg.1)
017 - Payoff Prepay Penalties (Pg.4)
***COMPLAINT FILED***MR UPSET BECAUSE HE IS GETTIN
G RUN AROUND ON TRYING TO BORROW MORE MONEY
WE HAVE DECLINED HIM BECAUSE WE DO NOT ORIG. LOAN
IN AL DUE TO WE DO NOT HAVE A LIC. REFER CUSTOMER
TO BRANCH OFC MONTGOMERY AL 334-277-7740...
ADVS MR I WILL HAVE SOMEONE TO CALL HIM BACK
SPOKE TO MIKE IN BRANCH AND HE WILL CALL CUSTOMER
BACK....JUDYB
C/R TT MR (D) WILL ML PMT (D)
    290.51  12-14
WL ML OUT PYMT ON 12/6, REFUSED TO SET UP T/C, BUT
WANTED TO TALK TO TELESALE GAVE PH#
001 - Policy Cancellation    00/11/11
001 - Pol Cvr Ltr Fire NE    00/10/28
001 - Second Ltr Fire NE     00/10/14
C/R TT MR (D) PAID VIA TC (D)
    290.51  10-14
RFD PYMT LOST IN MAIL STOPPED PYMNT TC ON 10/11 AM
T 610.08 CK# 1079 10.00 FEE
N2W TC - AMT 610.08 - PROC DT 10/11/2000
ABA 061000052 - BK ACCT 001001125467
C/R TT MR (D) NO ARRANGMNTS (D)
TT N/1 SD THT HE WLL TRY TO FIND OUT WHT THE DELAY
IS BEC HE ML THE PYMT ALRDY.IF HE CN'T FND THE PYMT
HE WLL SND ANOTHER ONE.
CAL RESIDENCE NO ANSWER
NOTICE       FINAL       (P-199)
C/R TT MR (D) MAILED PMT (D)
    290.51  10-06
MAILED 9/28
CAL RESIDENCE NO ANSWER
C/R TT MR (D) PMT THRS PRSNT (D)
    290.51  08-05
```

28

343 contacts
4.3 per month.

Plaintiff Exhibit 27