IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

George D. McCarley
    Plaintiff                     Civil Action No.  3:06-CV-0091-MEF
v.                                                           Lead Case[1]

Household Finance Corporation
    Defendant

PERMISSION TO SUBMIT
ORAL ARGUMENT MOTION RE: DEFENSE SUMMARY JUDGMENT MOTION
AS RESULT OF ERRONEOUS, INCORRECT FACTS, CASES CITED BY DEFENSE

      Plaintiff respectfully requests permission to submit ORAL ARGUMENT MOTION regarding defense Summary Judgment Motion..

Respectfully submitted                           George D. McCarley, Pro Se
                                                                216B Chestnut Street
                                                                Roanoke, Al  36274
                                                                334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on October 24, 2007, I have served the enclosed ACTION on each party to the above or that party's counsel, and on every other person required to be served, by depositing envelope containing the above documents in the United States Mail properly addressed, and with first class postage prepaid, for delivery within 3 calendar days.

The Clerk                                                   Defendant Attorney
Middle District of Alabama, Eastern Division         Mr. George Parker
One Church Street, PO Box 711                      Bradley Arant Rose and White
Montgomery, Al  36101-0711                           Alabama Center for Commerce
334-954-3600                                                            401 Adams Avenue, Suite 780
                                                                     Montgomery, Al  36104
                                                                     334-956-7671, 956-7700

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2007                                            George D. McCarley

---

[1] 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).