IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

GEORGE D. McCARLEY,              )
                                 )
              Plaintiff,          )
                                 )
                                 )
v.                               )
                                 )    CIVIL ACTION NO. 3:06cv91-MEF
HOUSEHOLD FINANCE                )
CORPORATION III, *et al.*,        )
                                 )
              Defendants.         )

## ORDER ON MOTION

On October 25, 2007, Plaintiff filed a Motion for Leave (Doc. #92) to file a

Motion for Oral Argument on the pending Motion for Summary Judgment.  Upon

consideration of Plaintiff's request for leave, it is

ORDERED that the motion (Doc. #92) is GRANTED.

DONE this 29th day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE