IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2007 NOV -7  A 9:52

George D. McCarley
            Plaintiff
    v.

Household Finance Corporation III
            Defendant

| |
| |
| |
| |
| |
| |

Civil Action No.  3:06-CV-0091-MEF. HACHETT.
                    Lead Case U.S. DISTRICT COURT
                              MIDDLE DISTRICT ALA

## MOTION FOR PERMISSION TO FILE COURT UPDATE
And
## STATEMENT OF COURT UPDATE

Plaintiff respectfully requests permission to file this COURT UPDATE.

On Monday morning, November 5, 2007, plaintiff mailed notice to this court concerning an adverse condition facing plaintiff.  On the same Monday afternoon, the condition facing plaintiff was changed entirely, as the attached document will demonstrate.  Plaintiff respectfully requests the court to note the November 5 handwritten letter and associated documents.  Plaintiff also respectfully requests the court to disregard the contained request for 60 day continuance.  Plaintiff is now fully able to continue the process and progress of the instant case.

Defendant <u>was not</u> served the November 5 letter as a result of plaintiff seriously limited ability to post letters on the morning of November 5.

G. M⁀Carley

Respectfully submitted

George D. McCarley, Pro Se
216B Chestnut Street
Roanoke, Al  36274
334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on November 6, 2007, I have served the enclosed ACTION on each party to the above or that party's counsel, and on every other person required to be

---

[1] 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).

served, by depositing envelope containing the above documents in the United States Mail properly addressed, and with first class postage prepaid, for delivery within 3 calendar days.

The Clerk
Middle District of Alabama, Eastern Division
One Church Street, PO Box 711
Montgomery, Al  36101-0711
334-954-3600

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2007

George D. McCarley

# IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

STATE OF ALABAMA,  )
    Plaintiff,  )
      )
vs.  )  Case No. CC-07-058
      )
GEORGE MCCARLEY,  )
    Defendant,  )


The Defendant, George McCarley is Ordered released from the Randolph County Jail on time served. The remainder of Defendant's sentence is suspended and he is placed on unsupervised probation for a period of one (1) year.

The Clerk of the Court is to serve a copy of this Order on the defendant, the Office of the District Attorney, and the Randolph County Sheriff's Office and Jail Administrator.

Done this the 5th day of November, 2007.

STEVE R. PERRYMAN
Circuit Judge

Filed in Office

NOV - 5 2007

CHRIS MAY
Clerk of Circuit Court