IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 3:06CV91-MEF |
| HOUSEHOLD FINANCE | ) | |
| CORPORATION III, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On November 7, 2007, Plaintiff filed a Motion for Leave (Doc. #97) to file a "Court Update." The motion for leave indicates the "Court Update" moves the Court to disregard a previous motion filed by Plaintiff for a 60-day continuance in this matter. As of the date of this Order, Plaintiff has not moved the Court for a continuance. It is therefore

ORDERED that the motion for leave (Doc. #97) is DENIED as MOOT.

DONE this 7th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE