IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

George D. McCarley  
    Plaintiff  
v.                        Civil Action No. 3:06-CV-0091-MEF  
                                    Lead Case[1]

Household Finance Corporation III  
    Defendant

MOTION FOR PERMISSION TO RESPOND TO COURT ORDER OF DOC # 96-1

    Plaintiff respectfully requests permission to RESPOND TO COURT ORDER OF DOC # 96-1.

Respectfully submitted

George D. McCarley, Pro Se  
216B Chestnut Street  
Roanoke, Al 36274  
334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on November 7, 2007, I have served the enclosed ACTION on each party to the above or that party's counsel, and on every other person required to be served, by depositing envelope containing the above documents in the United States Mail properly addressed, and with first class postage prepaid, for delivery within 3 calendar days.

<u>The Clerk</u>  
Middle District of Alabama, Eastern Division  
One Church Street, PO Box 711  
Montgomery, Al 36101-0711  
334-954-3600

<u>Defendant Attorney</u>  
Mr. George Parker  
Bradley Arant Rose and White  
Alabama Center for Commerce  
401 Adams Avenue, Suite 780  
Montgomery, Al 36104  
334-956-7671, 956-7700

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2007.                                   George D. McCarley

---

[1] 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).