IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 3:06CV91-MEF |
| HOUSEHOLD FINANCE | ) | |
| CORPORATION III, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On November 8, 2007, Plaintiff filed a Motion for Leave (Doc. #99) to file a Response to this Court's Order of November 5, 2007 (Doc. #96). Upon consideration of Plaintiff's motion, it is

ORDERED that the motion for leave (Doc. #99) is GRANTED.

DONE this 8th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE