IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

George D. McCarley                              2007 NOV 14  A 9: 36
     Plaintiff            |         Civil Action No.   3:06-CV-0091-MEF
    v.                       EBRA P. HACKETT                Lead Case[1]
                                 U.S. DISTRICT COURT
Household Finance Corporation III   MIDDLE DISTRICT ALA
    Defendant                |

## MOTION FOR PERMISSION TO FILE MOTION TO COMPEL DEFINITIONS CONTAINED ON BILLING TERMS AND SYSTEM

    Plaintiff respectfully requests permission to file MOTION TO COMPEL so that defendant will be ordered to divulge definitions contained on billing summary statement.

This is one of several motions necessitated by:  (i) Defense failure to provide key information demanded on Discovery, or, (ii) follow-up information due to new questions raised by discovery provided, or, (iii) critical information required to properly define information or terms used on official defendant forms, and thus required to facilitate a smooth trial process.

Respectfully submitted

George D. McCarley, Pro Se
216B Chestnut Street
Roanoke, Al 36274
334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on November 12, 2007, I have served the enclosed ACTION on each party to the above or that party's counsel, and on every other person required to be served, by depositing envelope containing the above documents in the United States Mail properly addressed, and with first class postage prepaid, for delivery within 3 calendar days.

The Clerk
Middle District of Alabama, Eastern Division
One Church Street, PO Box 711
Montgomery, Al 36101-0711
334-954-3600

Defendant Attorney
Mr. George Parker
Bradley Arant Rose and White
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Al 36104
334-956-7671, 956-7700

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2007                         George D. McCarley

---

[1] 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).