IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

George D. McCarley
    Plaintiff
v.                                     Civil Action No. 3:06-CV-0091-MEF
                                                                                                                     Lead Case[1]
Household Finance Corporation III
    Defendant

MOTION TO COMPEL DEFINITIONS CONTAINED ON BILLING TERMS AND SYSTEM

Plaintiff respectfully requests the court to grant this MOTION TO COMPEL so that defendant will divulge DEFINITIONS CONTAINED ON BILLING TERMS AND SYSTEM. Plaintiff attempted discovery to gain this information. Defendant has steadfastly refused.

Plaintiff hereby informs the court that these basic definitions and application of same will surely be a point of review and cross examination before the jury in this case. Therefore, it is essential that the definitions should be provided so as to insure the most expeditious trial process.

Plaintiff is an expert on corporate organization, and thus informs the court that any major corporation will have such basic information in a preprinted format for many purposes, not the least of which is internal training and control. Therefore, we can be sure the information is readily available. We can also be sure that such information is not considered confidential.

Plaintiff provided an overview of this problem in MOTION TO COMPEL DISCOVERY dated September 28, 2007. (See page 1, Ex 4, and subp. 8.c.1) Defendant has actually provided four (4) different formats of billing summary statement. The various formats are not identical. The many differences are a concern, as are the basic definition of the terms contained. Obviously both plaintiff and court deserve an explanation of the terms so that this "question and answer" elements planned

---

[1] 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).

for jury trial may be proper and expeditious. Unless we receive these definitions prior to trial, then plaintiff fully expects to require up to one day during trial to establish these most basic definitions.

Defendant will find the multi-format billing summary statements in his document numbers 00145, 00146, 00148, and the plaintiff document attached and marked Appendix B. It is clearly and absolutely essential the defendant be compelled to provide the explanation of terms contained. A jury will likely find it odd that a creditor would refuse to provide a definition of billing terms, thus providing excellent added evidence. However, plaintiff and the court require the definitions to insure an expeditious trial process.

This is one of several motions necessitated by: (i) Defense failure to provide key information demanded on Discovery, or, (ii) follow-up information due to new questions raised by discovery provided, or, (iii) critical information required to properly define information or terms used on official defendant forms, and thus required to facilitate a smooth trial process.

Respectfully submitted

George D. McCarley, Pro Se
216B Chestnut Street
Roanoke, Al 36274
334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on November 12, 2007, I have served the enclosed ACTION on each party to the above or that party's counsel, and on every other person required to be served, by depositing envelope containing the above documents in the United States Mail properly addressed, and with first class postage prepaid, for delivery within 3 calendar days.

The Clerk
Middle District of Alabama, Eastern Division
One Church Street, PO Box 711
Montgomery, Al 36101-0711
334-954-3600

Defendant Attorney
Mr. George Parker
Bradley Arant Rose and White
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Al 36104
334-956-7671, 956-7700

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2007

George D. McCarley

B


# HOUSEHOLD

DATE        8/11/2004
PAGE        1
LOAN NUMBER  2935534

MORTGAGOR MAILING ADDRESS
GEORGE MCCARLEY

211 CHESTNUT ST

ROANOKE AL 36274
PROPERTY ADDRESS
211 CHESTNUT ST

ROANOKE AL 36274

| PAYMENT INFORMATION | | ORIGINAL INFORMATION | | YEAR-TO-DATE | |
|---|---|---|---|---|---|
| P&I PAYMENT | 290.51 | ORIG BAL | 26,400.00 | INT PAID | 0.00 |
| ESCROW | 0.00 | ORIGINAL RATE | 11.990 | NEG AMORT | 0.00 |
| OPTIONAL INS | 0.00 | LOAN TERM | 240 | TAX PAID | 0.00 |
| BUYDOWN | 0.00 | FIRST DUE DATE | 06/05/00 | INT ON ESCROW | 0.00 |
| ASSISTANCE AMT | 0.00 | LOAN TYPE | CONV | | |
| ANCILLARY | 25.13 | CURRENT RATE | 11.990 | UNCOLLECTED BALANCES | |
| TOTAL PAYMENT | 315.64 | | | LATE CHARGES | 14.53 |
| UNAPL FUNDS | 0.00 | NEXT DUE DATE | 11/05/02 | FEES | 4,262.30 |
| | | PAID TO DATE | 10/05/02 | INTEREST | 0.00 |

### DETAIL BY TRANSACTION

| EFF DATE | TOTAL AMT | PRIN AMT | ESCROW AMT | FEE AMT | DESCRIPTION |
| PD TO DT | UNAPPLIED AMT | INT AMT | OPT AMT | LT CHG | PRIN BAL AFT |
|---|---|---|---|---|---|
| 09/04/01 | 290.51 | 29.82 | 0.00 | 0.00 | REG PAYMENT |
| 08/01 | 0.00 | 260.69  1 | 0.00 | 0.00 | 26061.02 |
| 10/01/01 | 290.51 | 30.12 | 0.00 | 0.00 | REG PAYMENT |
| 09/01 | 0.00 | 260.39  2 | 0.00 | 0.00 | 26030.90 |
| 10/15/01 | 290.51 | 30.42 | 0.00 | 0.00 | REG PAYMENT |
| 10/01 | 0.00 | 260.09  3 | 0.00 | 0.00 | 26000.48 |
| 11/08/01 | -536.00 | 0.00 | -536.00 | 0.00 | |
| 08/01 | 0.00 | 0.00 | 0.00 | 0.00 | 26000.48 |
| 11/29/01 | 290.51 | 30.72 | 0.00 | 0.00 | REG PAYMENT |
| 11/01 | 0.00 | 259.79  4 | 0.00 | 0.00 | 25969.76 |
| 12/28/01 | 290.51 | 0.00 | 0.00 | 0.00 | |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | 25969.76 |
| 12/28/01 | 290.51 | 0.00 | 0.00 | 0.00 | LC PYMT WAVD |
| 12/01 | 290.51 | 0.00 | 0.00 | 0.00 | 25969.76 |

http://hfn1.inter:9400/PI00WBFC/FBST/Pi00WBFT?hlmssgec

08/11/2004