IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

George D. McCarley
    Plaintiff

v.    Civil Action No. 3:06-CV-0091-MEF
    Lead Case[1]

Household Finance Corporation
    Defendant

PERMISSION TO SUBMIT MOTION TO COMPEL SUSPICIOUS PEOPLE INVESTIGATION

Plaintiff respectfully requests the court to grant this MOTION TO COMPEL so that defendant will review their employment database for purposes of SUSPICIOUS PEOPLE INVESTIGATION.

Plaintiff attempted discovery and defendant has steadfastly refused.

    This is one of several motions necessitated by: (i) Defense failure to provide key information demanded on Discovery, or, (ii) follow-up information due to new questions raised by discovery provided, or, (iii) critical information required to properly define information or terms used on official defendant forms, and thus required to facilitate a smooth trial process.

Respectfully submitted

George D. McCarley, Pro Se
216B Chestnut Street
Roanoke, Al 36274

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on November 12, 2007, I have served the enclosed ACTION on each party to the above or that party's counsel, and on every other person required to be served, by depositing envelope containing the above documents in the United States Mail properly addressed, and with first class postage prepaid, for delivery within 3 calendar days.

| The Clerk | Defendant Attorney |
|---|---|
| Middle District of Alabama, Eastern Division | Mr. George Parker |
| One Church Street, PO Box 711 | Bradley Arant Rose and White |
| Montgomery, Al 36101-0711 | Alabama Center for Commerce |
| 334-954-3600 | 401 Adams Avenue, Suite 780 |
| | Montgomery, Al 36104 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2007

George D. McCarley

---

[1] 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).