IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

George D. McCarley          2001 NOV 14 A 9: 37
   Plaintiff    |  Civil Action No.  3:06-CV-0091-MEF
v.     DEBRA P. HACKETT  Lead Case[1]
     U.S. DISTRICT COURT
     MIDDLE DISTRICT AL A
Household Finance Corporation III |
   Defendant   |

## MOTION TO EXTEND PERIOD OF WITNESS IDENTIFICATION

The court's Uniform Scheduling Order established November 20, 2007 as the end date for

notifying the other side as to the identity of witnesses to be used at trial.  Plaintiff will rely upon two (2)

retired and notable CEO's to establish the fullest extent of damages to the person of George McCarley.

As a result of their advanced age and health problems within their immediate families, McCarley has

chosen not to request their commitment until a more firm trial calendar has been established.  Therefore,

we request the court to extend the notification end-date until December 20, 2007.

Respectfully submitted     George D. McCarley, Pro Se
           216B Chestnut Street
**PROOF OF SERVICE**    Roanoke, Al  36274

I, George D. McCarley, do swear or affirm that on November 12, 2007, I have served the enclosed
ACTION on each party to the above or that party's counsel, and on every other person required to be
served, by depositing envelope containing the above documents in the United States Mail properly
addressed, and with first class postage prepaid, for delivery within 3 calendar days.

The Clerk         Defendant Attorney
Middle District of Alabama, Eastern Division Mr. George Parker
One Church Street, PO Box 711   Bradley Arant Rose and White
Montgomery, Al  36101-0711    Alabama Center for Commerce
334-954-3600       401 Adams Avenue, Suite 780
           Montgomery, Al  36104

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2007    George D. McCarley

---

[1] 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC
Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).