IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

George D. McCarley  
    Plaintiff  
v.  
Household Finance Corporation III  
    Defendant

Civil Action No. 3:06-CV-0091-MEF  
Lead Case[1]

**MOTION FOR PERMISSION TO FILE REQUEST TO ADVISE PLAINTIFF ON COURT STEPS REQUIRED TO LAUNCH CRIMINAL INVESTIGATION**

Plaintiff respectfully requests permission to FILE REQUEST TO ADVISE PLAINTIFF ON COURT STEPS REQUIRED TO LAUNCH CRIMINAL INVESTIGATION of defendants in this case.

Respectfully submitted

George D. McCarley, Pro Se  
216B Chestnut Street  
Roanoke, Al 36274  
334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on November 12, 2007, I have served the enclosed ACTION on each party to the above or that party's counsel, and on every other person required to be served, by depositing envelope containing the above documents in the United States Mail properly addressed, and with first class postage prepaid, for delivery within 3 calendar days.

The Clerk  
Middle District of Alabama, Eastern Division  
One Church Street, PO Box 711  
Montgomery, Al 36101-0711  
334-954-3600

Defendant Attorney  
Mr. George Parker  
Bradley Arant Rose and White  
Alabama Center for Commerce  
401 Adams Avenue, Suite 780  
Montgomery, Al 36104  
334-956-7671, 956-7700

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2007

George D. McCarley

---

[1] 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).