IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

George D. McCarley
    Plaintiff
v.
                              Civil Action No. 3:06-CV-0091-MEF
                              Lead Case[1]
Household Finance Corporation III
    Defendant

### REQUEST TO ADVISE PLAINTIFF ON COURT STEPS REQUIRED TO LAUNCH CRIMINAL INVESTIGATION

The court has ordered plaintiff to refrain from including criminal violations in the instant case. The court also allowed plaintiff to file a brief in support of bringing charges per 12 USC 1831a, earlier in 2007.

It is with utmost respect to the wishes of the court that plaintiff once again petitions this court to advise (as much as possible) plaintiff on the steps he must take in order to provide any additional information or evidence so that this court may effectively consider the option of launching a criminal investigation of defendants in this case. Plaintiff believes the information he has provided in documentation of FRAUDULENT CONCEALMENT, in his rebuttal of defense summary judgment motion, dated October 11, 2007, should serve as ample evidence of the many instances of criminal as well as civil fraud present in the instant case.

Plaintiff believes he has the necessary information to demonstrate a pattern of practice of fraudulent methods far beyond the instant case. We read daily in national news media of the millions of cases of foreclosure brought by the so-called "predatory sub-prime" operations. The "pattern of practice" referred to by plaintiff appears to encapsulate the national problem to the extent

---

[1] 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).

that an effectively lodged criminal complaint brought in federal court would go far to bring an end to this and associated illegal means leading to the millions of illegal foreclosures.

Should this request be wholly inappropriate, then plaintiff respectfully prays the court to remember he is a non-represented pro se attempting to win justice first for himself; and if possible, establish precedent that will help end these scurrilous practices.

*G. McCarley*

Respectfully submitted

George D. McCarley, Pro Se
216B Chestnut Street
Roanoke, Al  36274
334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on November 12, 2007, I have served the enclosed ACTION on each party to the above or that party's counsel, and on every other person required to be served, by depositing envelope containing the above documents in the United States Mail properly addressed, and with first class postage prepaid, for delivery within 3 calendar days.

| The Clerk | Defendant Attorney |
|---|---|
| Middle District of Alabama, Eastern Division | Mr. George Parker |
| One Church Street, PO Box 711 | Bradley Arant Rose and White |
| Montgomery, Al  36101-0711 | Alabama Center for Commerce |
| 334-954-3600 | 401 Adams Avenue, Suite 780 |
| | Montgomery, Al  36104 |
| | 334-956-7671, 956-7700 |

I declare under penalty of perjury that the foregoing is true and correct.   *G. McCarley*

Executed on November 12, 2007                                                                 George D. McCarley