IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| George D. McCarley<br>Plaintiff<br>v.<br><br>Household Finance Corporation III<br>Defendant | Civil Action No. 3:06-CV-0091-MEF<br>Lead Case[1] |

MOTION TO EXPEDITE TRIAL CALENDAR

Plaintiff respectfully requests the court consider this MOTION TO EXPEDITE TRIAL CALENDAR in this case.

This case was filed on January 31, 2006. On the present trial calendar and Uniform Scheduling Order, the case will not reach jury trial until late April 2008.

Plaintiff is convinced beyond doubt that the defendant summary judgment presently before this court makes it clear that defendant cannot produce anything resembling a case in support of his act of illegal foreclosure of plaintiff that brings this case. Further, defendant has copies of plaintiff documents that prove plaintiff has fulfilled the "keys" and otherwise satisfied the statutory and precedential elements required in order to reach trial and win the case. To that extent, defendant could only mount a statute of limitations motion, even with knowledge that an earlier judge has ruled RESPA charges were proper upon consideration of "statute" grounds, whereas other charges brought by plaintiff were refused by the same judge on "statute" grounds.

Plaintiff is convinced it is wholly appropriate to move to trial on the most expeditious schedule possible, as the result and forthcoming case citations resulting from this trial will go far toward assisting other lawyers and other courts to hear and adjudicate similar cases.

---

[1] 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).

For the reasons above, plaintiff respectfully advises the court to consider an expedited trial calendar in this case.

*G. McCarley*

Respectfully submitted                George D. McCarley, Pro Se
                                      216B Chestnut Street
                                      Roanoke, Al  36274
                                      334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on November 12, 2007, I have served the enclosed ACTION on each party to the above or that party's counsel, and on every other person required to be served, by depositing envelope containing the above documents in the United States Mail properly addressed, and with first class postage prepaid, for delivery within 3 calendar days.

The Clerk                                          Defendant Attorney
Middle District of Alabama, Eastern Division       Mr. George Parker
One Church Street, PO Box 711                      Bradley Arant Rose and White
Montgomery, Al  36101-0711                         Alabama Center for Commerce
334-954-3600                                       401 Adams Avenue, Suite 780
                                                   Montgomery, Al  36104
                                                   334-956-7671, 956-7700

I declare under penalty of perjury that the foregoing is true and correct.  *G. McCarley*

Executed on November 12, 2007                      George D. McCarley