IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 3:06CV91-MEF |
| HOUSEHOLD FINANCE | ) | |
| CORPORATION III, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court has reviewed carefully the parties' briefs in support and in opposition to the pending motion for summary judgment. Upon further reflection of the matter, the Court has concluded it no longer finds oral argument on the motion necessary. Accordingly, it is

ORDERED that the oral argument scheduled for November 28, 2007, at 10:30 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama is CANCELLED.

The Court has attempted to contact the parties in this matter, but has not been able to reach George McCarley over the telephone based on the telephone number he provided to the court, which is no longer in service.

DONE this 27th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE