IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| George D. McCarley<br>Plaintiff<br>v.<br><br>Household Finance Corporation III<br>Defendant | Civil Action No. <u>3:06-CV-0091-MEF</u><br>Lead Case[1] |

RECEIVED
2007 DEC -5 A 9: 50
DRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

REQUEST FOR PERMISSION TO FILE NOTICE OF ADDED TELEPHONE CONTACT

Plaintiff respectfully requests permission to file a notice of additional Telephone contact with the court. The added telephone contact is a cell-phone number of 334-863-1435.

Respectfully submitted

George D. McCarley, Pro Se
216B Chestnut Street
Roanoke, Al  36274
334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on this date, Dec 4, 2007, as required by Supreme Court Rule 29 I have served the enclosed ACTION on each party to the above proceeding or that party's counsel, by depositing envelope containing the above documents in the United States Mail properly addressed to each of them, and with first class postage prepaid, or by delivery to a third party commercial carrier for delivery within 3 calendar days.

<u>Defendant Attorney</u>
Mr. George Parker
Bradley Arant Rose and White
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Al  36104
334-956-7671, 956-7700

THE CLERK
Middle District of Alabama, Eastern Div.
One Church St.   PO Box 711
Montgomery, Al  36101-0711

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Dec 4, 2007

George D. McCarley

---

[1] The consolidated case found at 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).

1