IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GEORGE D. McCARLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 3:06CV91-MEF |
| HOUSEHOLD FINANCE | ) |
| CORPORATION III, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Permission to File Notice of Added Telephone Contact (Doc. #110), and for good cause, it is

ORDERED that the Motion (Doc. #110) is GRANTED.

DONE this 6th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE