IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| George D. McCarley | |
|     Plaintiff | Civil Action No. 3:06-CV-0091-MEF |
| v. | Lead Case[1] |
| Household Finance Corporation III | |
|     Defendant | |

CONFLICT DISCLOSURE STATEMENT

Comes now George D. McCarley, a Plaintiff in the above captioned matter, and in accordance with the order of this court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual, or:

Reportable Entity

Emergency Response Training Systems
P.O. Box 297
Salem, Alabama 36874
334-705-0694

Relationship to Party

McCarley serves as advisor for purposes of assisting their corporate sale/divestititure process. (This firm has provided training to City of Montgomery Public Safety Dept.)

Respectfully submitted

George D. McCarley, Pro Se
216B Chestnut Street
Roanoke, Al 36274
334-863-6489

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on this date, Dec 8, 2007, as required by Supreme Court Rule 29 I have served the enclosed ACTION on each party to the above proceeding or that party's counsel, by depositing envelope containing the above documents in the United States Mail properly addressed to each of them, and with first class postage prepaid, or by delivery to a third party commercial carrier for delivery within 3 calendar days.

---

[1] The consolidated case found at 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).

1

<u>Defendant Attorney</u>
Mr. George Parker
Bradley Arant Rose and White
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Al  36104
334-956-7671, 956-7700

The Clerk
Middle District of Alabama, Eastern Div
One Church St.  P.O. Box 711
Montgomery, Al  36101-0711

I declare under penalty of perjury that the foregoing is true and correct.   *G. McCarley*

Executed on Dec 8, 2007                                                                 George D. McCarley

2