IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 3:06cv91-MEF |
| HOUSEHOLD FINANCE | ) | [WO] |
| CORPORATION III, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

As mentioned in the undersigned's Recommendation entered contemporaneously with this Order, McCarley's Brief in Opposition to Summary Judgment contained a request to amend the Complaint to add additional parties. Pl.'s Br. in Opp'n Summ. J. (Doc. #89) at 8. The Court construes this request as a motion to amend the Complaint. In light of the undersigned's Recommendation granting Summary Judgment in Defendants favor, it is

ORDERED that the motion (Doc. #89) is DENIED as MOOT.

DONE this 20th day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE