IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| George D. McCarley<br>    Plaintiff<br>v.<br><br>Household Finance Corporation III<br>    Defendant | Civil Action No. 3:06-CV-0091-MEF<br>Lead Case[1] |

OBJECTION TO TIMING OF ORDER

    This RECOMMENDATION was delivered to plaintiff on Wednesday December 26, 2007. Judge ordered response by January 2, 2008. Plaintiff was only allowed two (2) days to conduct any research in his only available facility, the Roanoke Public Library, which was only open two days during this period.
    When plaintiff attempted to mail a response on Monday December 31, 2007 the local Post Office was closed for the holidays. Therefore, this submittal is not mailed until January 2. This IPF plaintiff IS NOT able to quickly run the 5 hour roundtrip to Montgomery for a walk-in posting.

Respectfully submitted

George D. McCarley, Pro Se
216B Chestnut Street
Roanoke, Al 36274

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on Dec 31, 2007, I have served the enclosed ACTION on each party to the above or that party's counsel, and on every other person required to be served, by depositing envelope containing the above documents in the United States Mail properly addressed, and with first class postage prepaid, for delivery within 3 calendar days.

| | |
|---|---|
| The Clerk<br>Middle District of Alabama, Eastern Division<br>One Church Street, PO Box 711<br>Montgomery, Al 36101-0711<br>334-954-3600 | Defendant Attorney<br>Mr. George Parker<br>Bradley Arant Rose and White<br>Alabama Center for Commerce<br>401 Adams Avenue, Suite 780<br>Montgomery, Al 36104 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Dec 31, 2007

George D. McCarley

---

[1] 3:06 cv 00091 (lead case) includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), and, Household International, Inc. (00103).