IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| GEORGE D. McCARLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:06-cv-091-MEF |
| ) | WO |
| HOUSEHOLD FINANCE ) | |
| CORPORATION, III, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the plaintiff's Objection to Timing of Order (Doc. #118) filed on January 3, 2008 which the court construes as a motion for extension of time, it is hereby

ORDERED that the motion is DENIED.

DONE this the 30th day of January, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE