IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| GEORGE D. McCARLEY, ) | |
| ) | |
|    Plaintiff, ) | |
| v. ) | CASE NO. 3:06-cv-091-MEF |
| ) |        WO |
| HOUSEHOLD FINANCE ) | |
| CORPORATION, III, *et al.,* ) | |
| ) | |
|    Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #117) to the Recommendation of the Magistrate Judge filed on January 3, 2008 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #114) filed on December 20, 2007 is adopted;

3. Defendants' HSBC Mortgage Services, Inc., Household Finance Corporation III, HSBC Finance Corporation, HSBC Group Corporation, and Household International, Inc. joint motion for summary judgment (Doc. #77) is GRANTED and this case is DISMISSED with prejudice.

DONE this the 30th day of January, 2008.

                                            /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE