IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| George D. McCarley | |
|     Plaintiff | Civil Action No. 3:06-CV-0091-MEF |
| v. | Lead Case[1], [2] |
| Household Finance Corporation III | |
|     Defendant | |

REQUEST TO SUBMIT MOTION TO RECONSIDER

Plaintiff respectfully requests to submit this MOTION TO RECONSIDER its order of January 30, 2008, (dismissal of the instant case).

George D. McCarley, Pro Se
216B Chestnut Street
Roanoke, Al 36274
334-863-1435

PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on this date, February 1, 2008, as required by Supreme Court Rule 29 I have served the enclosed RESPONSE on each party to the above proceeding or that party's counsel, and on every other person required to be served, by depositing envelope containing the above documents in the United States Mail properly addressed to each of them, and with first class postage prepaid, or by delivery to a third party commercial carrier for delivery within 3 calendar days.

The Clerk
Middle District of Alabama, Eastern Division
One Church Street, PO Box 711
Montgomery, Al 36101-0711
334-954-3600

Defendant Attorney
Mr. George Parker
Bradley Arant Rose and White
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Al 36104
334-956-7671, 956-7700

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2008

George D. McCarley

---

[1] 3:06 cv 00091 includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), Household International, Inc. (00103).
[2] Plaintiff reminds this court he is a non-attorney, Pro Se IFP Litigant