| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _GMcCarley_  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*): George McCarley   C. Date of Delivery: 2-1-08 |
| 1. Article Addressed to:<br><br>George D. McCarley<br>216B Chestnut Street<br>Roanoke, AL 36274 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3:06CV 91<br>117, 120 + 121 orders |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number: 7007 2680 0003 1841 6032 | |

Domestic Return Receipt                               102595-02-M-1540