IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0091-MEF |
| | ) | |
| KPMG INTERNATIONAL, | ) | |
| | ) | |
| Defendant. | ) | |
| ------------------------------------------------------ | | |
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0092-MEF |
| | ) | |
| TIM FLYNN, Chairman of KMPG, | ) | |
| Auditor for HSBC | ) | |
| | ) | |
| Defendant. | ) | |
| ------------------------------------------------------ | | |
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0093-MEF |
| | ) | |
| HOUSEHOLD FINANCE | ) | |
| CORPORATION, III | ) | |
| | ) | |
| Defendant. | ) | |
| ------------------------------------------------------ | | |
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0094-MEF |
| | ) | |
| J. D. O'TOOLE, in his capacity as | ) | |
| President of HSBC Gr. Corp., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| ------------------------------------------------- | | |
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0095-MEF |
| | ) | |
| KENNETH H. ROBIN, Legal Counsel for HSBC Finance Corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| ------------------------------------------------- | | |
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0096-MEF |
| | ) | |
| ALAN W. JEBSON, in his capacity as Group Chief Operating Officer for HSBC Finance Corporation, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |
| ------------------------------------------------- | | |
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0097-MEF |
| | ) | |
| THOMAS M. DETELICH, President of HSBC Mortgage Services, Inc. | ) ) | |
| | ) | |
| Defendant. | ) | |
| ------------------------------------------------- | | |
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0098-MEF |
| | ) | |
| SIDDHARTH N. (Bobby) MEHTA, | ) | |
| | ) | |
| Defendant. | ) | |

```
---------------------------------------------------
GEORGE D. McCARLEY,              )
                                 )
        Plaintiff,               )
                                 )
v.                               )    CASE NO. 3:06-cv-0099-MEF
                                 )
WILLIAM F. ALDINGER, III,        )
                                 )
        Defendant.               )
---------------------------------------------------
GEORGE D. McCARLEY,              )
                                 )
        Plaintiff,               )
                                 )
v.                               )    CASE NO. 3:06-cv-0100-MEF
                                 )
GARY R. ESPOSITO,                )
                                 )
        Defendant.               )
---------------------------------------------------
GEORGE D. McCARLEY,              )
                                 )
        Plaintiff,               )
                                 )
v.                               )    CASE NO. 3:06-cv-0101-MEF
                                 )
HSBC FINANCE CORPORATION,        )
                                 )
        Defendant.               )
---------------------------------------------------
GEORGE D. McCARLEY,              )
                                 )
        Plaintiff,               )
                                 )
v.                               )    CASE NO. 3:06-cv-0102-MEF
                                 )
HSBC GR. CORP.,                  )
                                 )
        Defendant.               )
---------------------------------------------------
GEORGE D. McCARLEY,              )
                                 )
        Plaintiff,               )
```

| | | |
|---|---|---|
| v. | ) | CASE NO. 3:06-cv-0103-MEF |
| | ) | |
| HOUSEHOLD INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

---

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0104-MEF |
| | ) | |
| HSBC MORTGAGE SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

---

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0105-MEF |
| | ) | |
| DAVID DEW, Senior Vice President of Group Audit for HSBC Finance Corp., | ) ) | |
| | ) | |
| Defendant. | ) | |

---

## **O R D E R**

Upon consideration of the plaintiff's Request to Submit Motion to Reconsider (Doc. #122) filed on February 4, 2008, which the court construes to be a motion for leave to file, it is hereby

ORDERED that the motion is GRANTED. It is further ORDERED that the Clerk of the Court is DIRECTED to docket the Motion to Reconsider submitted as an exhibit to plaintiff's Request to Submit Motion to Reconsider.

DONE this 11th day of February, 2008.

                /s/ Mark E. Fuller
        CHIEF UNITED STATES DISTRICT JUDGE