**Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court**
(FRAP 3)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2008 FEB 11 A 9:45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

File Number(s) 3:06 CV 00091 (Lead Case)[1]
3:06 CV 00093
3:06 CV 00101
3:06 CV 00102
3:06 CV 00103
3:06 CV 00104

George D. McCarley
    Plaintiff
v.

Household Finance Corporation III
    Defendant

Notice of Appeal

Notice is hereby given that George D. McCarley, Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the 11th Circuit, from the final judgment awarding Summary Judgment to the Defendants entered in this action on 30 January, 2008.

Attorney for Plaintiff    *G. McCarley* (signature)
George D. McCarley, Pro Se[2], IFP[3]
216 B Chestnut St.
Roanoke, Al 36274 (334-863-1435)

| The Clerk | Defendant(s) Attorney | Defendants Address[4] |
|---|---|---|
| Middle District of Alabama, Eastern | Mr. George Parker | (All Defendant(s)) |
| One Church Street, PO Box 711 | Bradley Arant Rose and White | Mr. Jud Levy |
| Montgomery, Al 36101-0711 | Alabama Center for Commerce | 2700 Sanders Road |
| 334-954-3600 | 401 Adams Avenue, Suite 780 | Prospect Heights, Ill |
|  | Montgomery, Al 36104 | 60070 |
|  | 334-956-7671, 956-7700 |  |

---

[1] 3:06 cv 00091 includes Household Finance Corporation, III (00093), HSBC-Gr. Corp. (00102), HSBC Mortgage Services, Inc. (00104), HSBC Finance Corporation (00101), Household International, Inc. (00103).

[2] Plaintiff reminds this court he is a non-attorney, Pro Se IFP Litigant

[3] Prior Approval of Plaintiff In Forma Pauperis status is governed by FRAP 24(a)(3); to wit, "A party who was permitted to proceed IFP in the District Court action, . . . may proceed on appeal IFP without further authorization, . . ."

[4] Corporate Agent Addresses found at Document 5 page 19

## PROOF OF SERVICE

I, George D. McCarley, do swear or affirm that on this date, February 8, 2008, as required by Supreme Court Rule 29 I have served the enclosed NOTICE OF APPEAL to THE CLERK, as required by FRAP 3, and by depositing envelope containing the above documents in the United States Mail properly addressed with first class postage prepaid, for delivery within 3 calendar days.

<u>The Clerk</u>
Middle District of Alabama, Eastern Division
One Church Street, PO Box 711
Montgomery, Al 36101-0711
334-954-3600

<u>Defendant Attorney</u>
Mr. George Parker
Bradley Arant Rose and White
Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Al 36104
334-956-7671, 956-7700

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2008

*G. McCarley*
George D. McCarley

G McCarley
216 B Chestnut
Roanoke, AL 36274



The Clerk
Middle District Ala. Eastern
One Church St   P O Box 711
Montgomery, Al 36101-0711

Notice of Appeal