IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0091-MEF |
| | ) | |
| KPMG INTERNATIONAL, | ) | |
| | ) | |
| Defendant. | ) | |

---

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0092-MEF |
| | ) | |
| TIM FLYNN, Chairman of KMPG, | ) | |
| Auditor for HSBC | ) | |
| | ) | |
| Defendant. | ) | |

---

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0093-MEF |
| | ) | |
| HOUSEHOLD FINANCE | ) | |
| CORPORATION, III | ) | |
| | ) | |
| Defendant. | ) | |

---

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0094-MEF |
| | ) | |
| J. D. O'TOOLE, in his capacity as | ) | |
| President of HSBC Gr. Corp., | ) | |
| | ) | |
| Defendant. | ) | |

```
-----------------------------------------
GEORGE D. McCARLEY,                     )
                                        )
       Plaintiff,                       )
v.                                      )   CASE NO. 3:06-cv-0095-MEF
                                        )
KENNETH H. ROBIN, Legal Counsel for     )
HSBC Finance Corporation,               )
                                        )
       Defendant.                       )
-----------------------------------------
GEORGE D. McCARLEY,                     )
                                        )
       Plaintiff,                       )
v.                                      )   CASE NO. 3:06-cv-0096-MEF
                                        )
ALAN W. JEBSON, in his capacity as      )
Group Chief Operating Officer for HSBC  )
Finance Corporation,                    )
                                        )
       Defendant.                       )
-----------------------------------------
GEORGE D. McCARLEY,                     )
                                        )
       Plaintiff,                       )
v.                                      )   CASE NO. 3:06-cv-0097-MEF
                                        )
THOMAS M. DETELICH, President of        )
HSBC Mortgage Services, Inc.            )
                                        )
       Defendant.                       )
-----------------------------------------
GEORGE D. McCARLEY,                     )
                                        )
       Plaintiff,                       )
v.                                      )   CASE NO. 3:06-cv-0098-MEF
                                        )
SIDDHARTH N. (Bobby) MEHTA,             )
                                        )
       Defendant.                       )
```

```
----------------------------------------------------
GEORGE D. McCARLEY,                    )
                                       )
       Plaintiff,                      )
v.                                     )    CASE NO. 3:06-cv-0099-MEF
                                       )
WILLIAM F. ALDINGER, III,              )
                                       )
       Defendant.                      )
----------------------------------------------------
GEORGE D. McCARLEY,                    )
                                       )
       Plaintiff,                      )
v.                                     )    CASE NO. 3:06-cv-0100-MEF
                                       )
GARY R. ESPOSITO,                      )
                                       )
       Defendant.                      )
----------------------------------------------------
GEORGE D. McCARLEY,                    )
                                       )
       Plaintiff,                      )
v.                                     )    CASE NO. 3:06-cv-0101-MEF
                                       )
HSBC FINANCE CORPORATION,              )
                                       )
       Defendant.                      )
----------------------------------------------------
GEORGE D. McCARLEY,                    )
                                       )
       Plaintiff,                      )
v.                                     )    CASE NO. 3:06-cv-0102-MEF
                                       )
HSBC GR. CORP.,                        )
                                       )
       Defendant.                      )
----------------------------------------------------
GEORGE D. McCARLEY,                    )
                                       )
       Plaintiff,                      )
```

| | | |
|---|---|---|
| v. | ) | CASE NO. 3:06-cv-0103-MEF |
| | ) | |
| HOUSEHOLD INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

------------------------------------------------

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0104-MEF |
| | ) | |
| HSBC MORTGAGE SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

------------------------------------------------

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-0105-MEF |
| | ) | |
| DAVID DEW, Senior Vice President of Group Audit for HSBC Finance Corp., | ) ) ) | |
| Defendant. | ) | |

------------------------------------------------

# **O R D E R**

Upon consideration of the plaintiff's Motion to Reconsider (Doc. #122) filed on February 4, 2008, it is hereby

ORDERED that the motion is DENIED.

DONE this the 13th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE